# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Brigitte R. Hawkins | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-0010 (CKK) |
| v. | ) | Electronic Case Filing |
| | ) | |
| Alberto Gonzalez, Attorney General | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Heather Graham- Oliver** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____

Heather Graham-Oliver
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 305-1334