UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE HAWKINS,<br>        Plaintiff<br><br>vs.<br><br>ALBERTO GONZALES,<br>ATTORNEY GENERAL,<br>        Defendant. | Civil Action 07ca00010<br>Judge Colleen Kollar-Kotelly<br>Proof of Service |

## PROOF OF SERVICE

The undersigned certifies that on January 5, 2007, he mailed a copy of the Summons, Complaint and Initial Order to Alberto Gonzales, Attorney General of the United States, by Certified Mail, Return Receipt requested, to his address of record, 950 Pennsylvania Avenue NW, Washington, D.C. 20530. Attached hereto is a copy of the stamped proof of mailing along with a copy of the return receipt, indicating service on the Attorney General, as well as a printout from the U.S. Postal Service's Website indicating delivery.

January 26, 2007                                         Respectfully submitted

                                                                                               //S//
                                                      Charles E. Wagner, Esq. Bar # 94276
                                                      Silver Spring Centre
                                                      P.O. Box 14723
                                                      Washington, D.C. 20911
                                                      (202) 210-7801
                                                      Fax: (202) 318-7185

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0002 1554 3591**
Detailed Results:

- Delivered, January 11, 2007, 4:54 am, WASHINGTON, DC 20530
- Arrival at Unit, January 11, 2007, 2:54 am, WASHINGTON, DC 20022
- Acceptance, January 05, 2007, 4:35 pm, SILVER SPRING, MD 20907

**Track & Confirm**

Enter Label/Receipt Number.

< Back    Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS — Preserving the Trust

site map   contact us   government   Copyright © 1999-2004 USPS.

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

Postmark Here — JAN 5 2007 — SILVER SPRING, MD

Sent To: Hon. Alberto Gonzales, Attorney General
Street, Apt. No. or PO Box No.: US Dept of Justice, 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0002 1554 3591

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530

2. Article Number (Transfer from service label): 7006 2150 0002 1554 3591

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [signature]
C. Date of Delivery: JAN 11 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type:
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLab