UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIDGITTE R. HAWKINS )
       Plaintiff, )
v. )  Civil Action No. 07cv00010
 )  Proof of Service of summons (CKK)
ALBERTO GONZALES, ATTORNEY GENERAL )
       Defendant, )

### PROOF OF SERVICE

The undersigned certifies that on January 5, 2007, he served a copy of the following papers upon the Honorable Jeffery A. Taylor, U.S. Attorney for the District of Columbia, by mailing a copy certified mail, return receipt requested, to him at his office at 501 Third Street NW Washington, D.C. in accordance with Rule 4 (i)(1)(B). Service was made on January 17, 2007. The said papers being described as follows:

(a)   The Complaint in this Action; and

(b)   A copy of the related Summons

The stamped proof of mailing along with a copy of the return receipt is affixed to the attached page.

Dated: February 2, 2007.                    Respectfully submitted,

                                                                       //S//
                                            Charles E. Wagner, Esq. Bar #94276
                                            Attorney for Plaintiff
                                            Silver Spring Centre
                                            P.O. BOX 14723
                                            Silver Spring, MD 20911
                                            (202) 210-7801



### Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0002 1554 3584**
Detailed Results:

- Forwarded, January 13, 2007, 11:04 am, WASHINGTON, DC
- Notice Left, January 08, 2007, 6:46 pm, WASHINGTON, DC 20001
- Arrival at Unit, January 08, 2007, 6:07 pm, WASHINGTON, DC 20018
- Acceptance, January 05, 2007, 4:36 pm, SILVER SPRING, MD 20907

< Back    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or

POSTAL INSPECTORS — Preserving the Trust
site map   contact us   government services
Copyright © 1999-2004 USPS. All Rights

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage: $1.11
Certified Fee: $2.40
Return Receipt Fee (Endorsement Required): $1.85
Restricted Delivery Fee (Endorsement Required): $0.00
Total Postage & Fees: $5.36

Postmark: 01/05/2007

Sent To: U.S. Attorney for D.C.
Street, Apt. No.; or PO Box No.: 501 third St. NW
City, State, ZIP+4: Washington, D.C. 20001

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0002 1554 3584

---

**Domestic Return Receipt**

A. Signature: X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Laundy Parker   C. Date of Delivery: JAN 17 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:
U.S. Attorney
U.S. Attorney for D.C.
501 3rd Street NW
Washington, D.C. 20001

2. Article Number (Transfer from service label): 7006 2150 0002 1554 3584

PS Form 3811, February 2004

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                    2/2/2007