UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE R. HAWKINS )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>ALBERTO GONZALES, ATTORNEY GENERAL )<br>　　　　Defendant )<br> / | Case No. 07cv00010<br>Proof of Service of Summons (CKK) |

## PROOF OF SERVICE OF REISSUED SUMMONS AND COMPLAINT[1]

The undersigned certifies that on February 5, 2007, he served a copy of the papers listed below upon the Honorable Jeffrey A. Taylor, United States Attorney for the District of Columbia, by mailing a copy certified mail, return receipt requested, to him at his office at 555 - 4th Street NW Washington, D.C., 20530 in accordance with Rule 4 (I)(1)(B). The papers served on February 5, 2007 being described as follows:

(a)　　The Complaint in this Action; and

(b)　　A copy of the **reissued** Summons and Initial Order;

The stamped proof of mailing along with a copy of the return receipt is affixed to the attached page.

Dated: March 6, 2007.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_____//S//_____
　　　　　　　　　　　　　　　　　　　　　　Charles E. Wagner, Bar #94276
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 14723
　　　　　　　　　　　　　　　　　　　　　　Silver Spring, MD 20911
　　　　　　　　　　　　　　　　　　　　　　(202) 210-7801

---

[1]. The initial return receipt for service of an identical summons and complaint was signed for by Edward L Parker on January 17, 2007. Mr. Parker also signed for the instant summons. A copy of the earlier return receipt was not delivered until after the second summons was obtained and mailed. The Defendant has already answered.



# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0002 1549 1113**
Status: **Delivered**

Your item was delivered at 4:47 AM on February 5, 2007 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

POSTAL INSPECTORS — Preserving the Trust
site map    contact us    government services    jobs    National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelI...