UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE R. HAWKINS ) | |
|     Plaintiff, ) | |
| ) | Case No. 07cv00010 |
| v. ) | Proof of Service of Summons (CKK) |
| ) | |
| ALBERTO GONZALES, ATTORNEY GENERAL ) | **ERRATA** |
|     Defendant ) | |

**PROOF OF SERVICE OF REISSUED SUMMONS AND COMPLAINT**[1]

    The undersigned certifies that on February 5, 2007, he served a copy of the papers listed below upon the Honorable Jeffrey A. Taylor, United States Attorney for the District of Columbia, by mailing a copy certified mail, return receipt requested, to him at his office at 555 - 4th Street NW Washington, D.C., 20530 in accordance with Rule 4 (I)(1)(B). The papers served on February 5, 2007 being described as follows:

    (a)    The Complaint in this Action; and

    (b)    A copy of the **reissued** Summons and Initial Order;

    The stamped proof of mailing along with a copy of the return receipt is affixed to the attached page.

Dated: March 6, 2007.                                           Respectfully submitted,

                                                                             //S//  Charles E. Wagner
                                                                   Charles E. Wagner, Bar #94276
                                                                   Attorney for Plaintiff
                                                                   P.O. BOX 14723
                                                                   Silver Spring, MD 20911
                                                                   (202) 210-7801

---

    [1]. The initial return receipt for service of an identical summons and complaint was signed for by Edward L Parker on January 17, 2007. Mr. Parker also signed for the instant summons. A copy of the earlier return receipt was not delivered until after the second summons was obtained and mailed. **The Defendant's counsel has entered her appearance.**

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE R. HAWKINS<br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, ATTORNEY GENERAL<br>    Defendant | Case No. 07cv00010<br>Proof of Service of Summons (CKK)<br><br>**ERRATA** |

## PROOF OF SERVICE OF REISSUED SUMMONS AND COMPLAINT[1]

The undersigned certifies that on February 5, 2007, he served a copy of the papers listed below upon the Honorable Jeffrey A. Taylor, United States Attorney for the District of Columbia, by mailing a copy certified mail, return receipt requested, to him at his office at 555 - 4th Street NW Washington, D.C., 20530 in accordance with Rule 4 (I)(1)(B). The papers served on February 5, 2007 being described as follows:

(a)  The Complaint in this Action; and

(b)  A copy of the **reissued** Summons and Initial Order;

The stamped proof of mailing along with a copy of the return receipt is affixed to the attached page.

Dated: March 6, 2007.          Respectfully submitted,

                    //S//  Charles E. Wagner
                 Charles E. Wagner, Bar #94276
                 Attorney for Plaintiff
                 P.O. BOX 14723
                 Silver Spring, MD 20911
                 (202) 210-7801

---

[1]. The initial return receipt for service of an identical summons and complaint was signed for by Edward L Parker on January 17, 2007. Mr. Parker also signed for the instant summons. A copy of the earlier return receipt was not delivered until after the second summons was obtained and mailed. **The Defendant's counsel has entered her appearance.**



# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0002 1549 1113**
Status: **Delivered**

Your item was delivered at 4:47 AM on February 5, 2007 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

POSTAL INSPECTORS — Preserving the Trust | site map | contact us | government services | jobs | National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.11 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.36 |

Postmark Here — MD MAIN OFFICE BR SILVER SPRING, MD JAN 1 2007

Sent To: Jeffrey A. Taylor, U.S. Attorney
Street, Apt. No.; or PO Box No.: 555 - 4th St. NW
City, State, ZIP+4: Washington, D.C. 20530

PS Form 3800, August 2006     See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelI...