# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIGETTE HAWKINS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civ. Act. No. 07-0010 (CKK)** |
| | ) |
| **ALBERTO GONZALEZ,** | ) |
| **ATTORNEY GENERAL DEPT. OF** | ) |
| **JUSTICE,** | ) |
| | ) |
| **Defendant** | ) |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME
## TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Federal Defendant, the Attorney General of the United States, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until April 27, 2007. The answer is now due on Monday, March 19, 2007. This is the first request by Defendant for an extension. Counsel for the Plaintiff consents to the filing of this motion. Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq.

Additional time is required to investigate the allegations contained in the complaint and to review Plaintiff's administrative claim file. In addition, counsel will be on annual leave during the week of March 19, 2007; moreover, counsel has motions for summary judgment due in various cases on March 27, 2007 in Kalil v. Ann Veneman, Civ. Act. No. 01-2194 (RJL), on March 29, 2007 in Enterprise National Bank v. Mike Johann, USDA, Civ. Act. No. 06-1344 (RCL), and on March 30, 2007, in Daniels v. Bruce James, Public Printer, Civ. Act. No. 05-2455 (GK); Counsel will be in trial during the week of April 16, 2006 in Geoffrey R. McIntyre, v.

<u>Maria Cino, Acting Secretary, U.S. Dept. of Transportaion</u>, Civ. Act. No. 05-0664 (ESH);

counsel also has an oral argument scheduled for April 24, 2007, in <u>DeRose v. Dept. of State</u>, Ct.,

of Appeals, Case No. 06-5111; and an appellee's brief in <u>Schmidt v. U.S. Dept. Of Labor</u>, Ct. of

Appeals Case No. 04-5405 due on April 23, 2007.  As a result, counsel is requesting the

additional time to move or otherwise plead to the complaint.

This motion is not for purposes of delay but for good cause shown.


Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRIGETTE HAWKINS )
)
   Plaintiff, )
) Civ. Act. No. 07-0010 (CKK)
)
ALBERTO GONZALEZ, )
ATTORNEY GENERAL DEPT. OF )
JUSTICE, )
)
   Defendant )

## <u>ORDER</u>

_____This matter comes before the Court on Defendants Motion for Enlargement of Time to

Answer or otherwise Move.  It is by the Court this _____ day of _____, 2007 hereby

   ORDERED that Defendants Motion for an Enlargement of Time to Answer or Otherwise

Move is hereby GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE