UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE R. HAWKINS ) | |
|     Plaintiff, ) | |
| ) | Case No. 07cv00010 |
| v. ) | Proof of Service of Summons (CKK) |
| ) | |
| ALBERTO GONZALES, ATTORNEY GENERAL ) | **ERRATA** |
|     Defendant ) | |

**PROOF OF SERVICE OF REISSUED SUMMONS AND COMPLAINT**[1]

    The undersigned certifies that on February 5, 2007, he served a copy of the papers listed below upon the Honorable Jeffrey A. Taylor, United States Attorney for the District of Columbia, by mailing a copy certified mail, return receipt requested, to him at his office at 555 - 4th Street NW Washington, D.C., 20530 in accordance with Rule 4 (I)(1)(B). The papers served on February 5, 2007 being described as follows:

    (a)    The Complaint in this Action; and

    (b)    A copy of the **reissued** Summons and Initial Order;

    The stamped proof of mailing along with a copy of the return receipt is affixed to the attached page.

Dated: March 6, 2007.                                Respectfully submitted,

                                                                   //S//  Charles E. Wagner
                                                          Charles E. Wagner, Bar #94276
                                                          Attorney for Plaintiff
                                                          P.O. BOX 14723
                                                          Silver Spring, MD 20911
                                                          (202) 210-7801

---

    [1]. The initial return receipt for service of an identical summons and complaint was signed for by Edward L Parker on January 17, 2007. Mr. Parker also signed for the instant summons. A copy of the earlier return receipt was not delivered until after the second summons was obtained and mailed. **The Defendant's counsel has entered her appearance.**

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIGITTE R. HAWKINS )
        Plaintiff, )
         ) Case No. 07cv00010
v. ) Proof of Service of Summons (CKK)
         )
ALBERTO GONZALES, ATTORNEY GENERAL ) **ERRATA**
        Defendant )
         /

**PROOF OF SERVICE OF REISSUED SUMMONS AND COMPLAINT**[1]

    The undersigned certifies that on February 5, 2007, he served a copy of the papers listed below upon the Honorable Jeffrey A. Taylor, United States Attorney for the District of Columbia, by mailing a copy certified mail, return receipt requested, to him at his office at 555 - 4th Street NW Washington, D.C., 20530 in accordance with Rule 4 (I)(1)(B). The papers served on February 5, 2007 being described as follows:

    (a)    The Complaint in this Action; and

    (b)    A copy of the **reissued** Summons and Initial Order;

    The stamped proof of mailing along with a copy of the return receipt is affixed to the attached page.

Dated: March 6, 2007.                        Respectfully submitted,

                                                //S//  Charles E. Wagner
                                                Charles E. Wagner, Bar #94276
                                                Attorney for Plaintiff
                                                P.O. BOX 14723
                                                Silver Spring, MD 20911
                                                (202) 210-7801

---

[1]. The initial return receipt for service of an identical summons and complaint was signed for by Edward L Parker on January 17, 2007. Mr. Parker also signed for the instant summons. A copy of the earlier return receipt was not delivered until after the second summons was obtained and mailed. **The Defendant's counsel has entered her appearance.**



# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0002 1549 1113**
Status: **Delivered**

Your item was delivered at 4:47 AM on February 5, 2007 in WASHINGTON, DC 20530.

[ Additional Details > ]    [ Return to USPS.com Home > ]

### Track & Confirm

Enter Label/Receipt Number.

[ Go > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    [ Go > ]

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelI