UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIGETTE HAWKINS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Act. No. 07-0010 (CKK) |
| | ) |
| **ALBERTO GONZALEZ,** | ) |
| **ATTORNEY GENERAL DEPT. OF** | ) |
| **JUSTICE,** | ) |
| | ) |
| Defendant | ) |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Now comes the Defendant, Alberto Gonzalez, Attorney General, United States Department of Justice, by and through Counsel and hereby answers the Plaintiff's Complaint as follows:

### AFFIRMATIVE DEFENSES

#### First Defense

Plaintiff has failed to state a claim upon which relief can be granted.

#### Second Defense

Plaintiff has failed to exhaust administrative remedies with regard to some of her claims.

#### Third Defense

Answering specifically the numbered paragraphs of Plaintiff's complaint, and without waiving any defenses and/or objections, Defendant admits, denies, or otherwise avers as follows:

1.    Paragraph 1 contains the basis for the complaint, and as such requires no response. To the extent a response may be deemed necessary, deny.

2.    Deny paragraph 2 insofar as it alleges that: (1) Plaintiff was the target of acts of racial discrimination (2) has filed EEO complaints of which Defendant and his agents are aware; and

(3) that at all times material to the complaint, Plaintiff has worked with the Personnel Division. Admit the remainder of the allegations contained in paragraph 2 of the complaint.

3. Deny insofar as the allegations contained in paragraph 3 of the complaint state that the acts complained of are discriminatory. Admit the remainder of the allegations contained in paragraph 3.

4. Admit only that the Plaintiff was selected for a position as a GS-343-11 Management Analsyt in the Personnel Division, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF "); and deny the remainder of the allegations contained in paragraph 4 of the complaint.

5. Admit only that Plaintiff, in her Budget Analyst position, monitored a budget of approximately $3.3 million. Defendant is without sufficient knowledge or information to admit or deny the remaining allegations contained in paragraph 5 of the complaint.

6. Admit the allegations contained in paragraph 6 of the complaint, except that Defendant denies that Plaintiff's duties involved reconciliation of budget submissions.

7. Deny for want of knowledge or information sufficient to form a belief with respect to what the plaintiff learned over the course of her contacts with other departments and divisions as alleged in paragraph 7 of the Plaintiff's complaint.

8. Deny for want of knowledge or information sufficient to form a belief with respect to the allegations contained in the first sentence of paragraph 8 of the complaint; admit the second sentence; and deny the last sentence of paragraph 8.

9. Admit the allegations contained in the first sentence and deny the remainder of the allegations of paragraph 9.

10. Deny the allegations contained in paragraph 10 of the complaint.

11. Admit only that Plaintiff generally discussed a desire to be promoted to the GS-12 level and that Plaintiff indicated, regardless of the validity of her observations, that persons holding similar positions to her within ATF were graded at the GS-343-13 level. Deny the remaining allegations contained in paragraph 11 of the complaint.

12. Deny the allegations contained in paragraph 12 of the complaint.

13. Deny the allegations contained in paragraph 13 of the complaint.

14. Admit the first sentence contained in paragraph 14 of the complaint and deny the second sentence for want of knowledge or information sufficient to form a belief as to the truth or falsity thereof.

15. Deny the allegations contained in paragraph 15 of the complaint.

16. Deny the first sentence contained in paragraph 16 of the complaint and admit the second sentence.

17. Deny the allegations contained in paragraph 17 of the complaint.

18. Deny the allegations contained in paragraph 18 of the complaint.

19. Deny the allegations contained in paragraph 19 of the complaint.

20. Deny the allegations contained in paragraph 20 of the complaint, except to admit that Debbie Gunther was hired as a GS-343-14 Management Analyst, and is a Caucasian female.

21. Admit that Ms. Gunther had no training or experience in the area of budget or finance during the time of her federal career prior to ATF; and deny the remainder of the allegations in paragraph 21 of the complaint.

22. Admit only the first sentence of paragraph 22 and deny the second sentence.

23.     Deny the allegations contained in paragraphs 23 through 29 of the complaint.

24.     Defendant reaffirms and reincorporates its responses to paragraphs 1 through 29 of the complaint as if fully set forth herein in response to paragraph 30.

25.     Deny the allegations contained in paragraphs 31 through 34 of the complaint.

26.     Defendant reaffirms and reincorporates its responses to paragraphs 1 through 35 of the complaint as if fully set forth herein in response to paragraph 35.

27.     Deny the allegations contained in paragraphs 36 through 39 of the complaint.

28.     Defendant reaffirms and reincorporates its responses to paragraphs 1 through 39 of the complaint as if fully set forth herein in response to paragraph 40.

29.     Deny the allegations contained in paragraphs 41 through 45 of the complaint.

30.     Defendant reaffirms and reincorporates its responses to paragraphs 1 through 45 of the complaint as if fully set forth herein in response to paragraph 46.

31.     Deny the allegations contained in paragraph 47 of the complaint for want of knowledge or information sufficient to form a belief as to the truth or falsity thereof.

32.     Deny the allegations contained in paragraphs 48 through 51 of the complaint.

The balance of Plaintiff's complaint contains a jury demand and paragraphs which consist of the Plaintiff's Prayer for Relief and do not require a response.  To the extent a response is required, deny.

Defendant denies each and every allegation in the complaint that has not been previously otherwise qualified or denied.  Defendant denies that plaintiff is entitled to the relief requested or any relief whatsoever.

WHEREFORE, the Defendant having fully answered requests that Plaintiff's complaint

be dismissed, that costs be assessed against plaintiff, and for any other relief deemed just and proper.

                Respectfully submitted,

                /s/
                _____
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                /s/
                _____
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/
_____
                HEATHER D. GRAHAM-OLIVER
                Assistant United States Attorney
                Judiciary Center Building
                555 4th St., N.W.
                Washington, D.C.  20530
                (202) 305-1334