UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE R. HAWKINS )<br>            Plaintiff,    )<br>                        )   Civ. Act. No. 07-0010 (CKK)<br>v.                     )<br>                        )<br>ALBERTO GONZALES,       )<br>ATTORNEY GENERAL        )<br>            Defendant   )<br> | |

## LOCAL RULE 16.3 REPORT

The parties, having conferred by E-Mail and hereby provide this report to the Court, in accordance with Local Rule 16.3(d).  Counsel for both parties have reached agreement relating to each Local Rule 16.3 item as follows:

1.      Dispositive Motions.  Defendant intends to file a dispositive motion and believes that the motion is likely to succeed.  Defendant proposes filing its Motion for summary judgment at the end of Discovery.  Plaintiff is of the opinion that Defendant's dispositive motion will fail.

2.      Joining Parties or Amending Pleadings.  The parties do not anticipate joining additional parties or amending the pleadings.

3.      Assignment to Magistrate Judge.  The parties object to this matter being assigned to a magistrate judge for trial.  The parties are in agreement that the matter should go to a magistrate judge for settlement and for discovery disputes.  The parties are in accord that an attempt at settling this matter should be made prior to the initiation of discovery.

4.      Settlement. See ¶ 3 for the parties positions regarding settlement.

5.      Alternative Dispute Resolution.  See ¶ 3 for the parties position regarding

settlement.

      6.    <u>Dispositive Motions: Proposed Dates</u>.  The parties' positions with respect to dispositive motions are set forth above in Paragraphs 1 and 8.

      7.    <u>Initial Disclosures</u>.  The parties agree to dispense with initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

      8.    <u>Discovery Plan</u>.  The parties agree that if the parties cannot agree on settling the matter, the following discovery schedule will apply:

- There will be a 60 day discovery period that will end on or about September 28, 2007; thereafter
- On or about October 31, 2007, Defendant will file its dispositive motion;
- On or about November 30, 2007, Plaintiff will file his Opposition;
- On or about December 13, 2007, Defendant will file its Reply.

      9.    <u>Experts</u>. At this time, the parties do not anticipate that they will be relying on expert witnesses.  However, the parties reserve the right to do so.

      10.    <u>Class Actions</u>.  This is not a class action.

      11.    <u>Bifurcation</u>.  The parties agree that there is no need to bifurcate these proceedings.

      12.    <u>Pretrial Conference</u>.  The parties submit that the dates for the pretrial conference and the trial should not be set until the Court has ruled on the dispositive motions.

      13.    <u>Trial Date</u>.  See Paragraph 12 above.

Respectfully submitted,

    _____//S_____          _____//S//_____
CHARLES E. WAGNER                   JEFFREY A. TAYLOR, D.C. BAR# 498610
Attorney For Plaintiff                      United States Attorney

D.C. Bar #94276  
Silver Spring Centre  
P.O. Box 14723  
Silver Spring, Maryland 20911

          //S//  
RUDOLPH CONTRERAS, D.C. BAR#434122   Assistant United States Attorney

          //S//  
HEATHER D. GRAHAM-OLIVER  
Assistant United States Attorney  
Judiciary Center Building  
555 4th St., N.W.  
Washington, D.C.  20530  
(202) 305-1334

Attorneys for Defendants

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
**BRIGITTE R. HAWKINS**                  )
      **Plaintiff,**            )
                                         )   Civ. Act. No. 07-0010 (CKK)
**v.**                                   )
                                         )
**ALBERTO GONZALES,**                    )
**ATTORNEY GENERAL**                     )
      **Defendant**            )
_____ )


## JOINT PROPOSED SCHEDULING ORDER

    It is hereby ORDERED that:

    (1) Discovery will close on September 28, 2007;

    (2) Defendants will file a Motion for Summary Judgment by October 31, 2007;

    (3) Plaintiff will file an opposition to Defendants' Motion for Summary Judgment by November 30, 2007;

    (4) Defendant will file a reply to Plaintiff's Opposition by December 13, 2007;


                                                              _____
                                                              UNITED STATES DISTRICT JUDGE


DATED: _____, 2007.


cc:
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.

Washington, D.C. 20530

CHARLES E. WAGNER, Esq.
D.C. Bar #94276
Silver Spring Centre
P.O. Box 14723