UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIGETTE HAWKINS** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) Civ. Act. No. 07-0010 (CKK) |
| | ) Status Conference : 01/11/08 |
| **ALBERTO GONZALES,** | ) |
| **ATTORNEY GENERAL DEPT. OF** | ) |
| **JUSTICE,** | ) |
| | ) |
|     **Defendant.** | ) |

**CONSENT**
**MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY**

    Defendant, by and through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including March 31, 2008 to complete discovery in this matter. Discovery is now set to conclude on December 31, 2007. Plaintiff, through counsel, consents to the filing of this motion.

    According to the Court's Order dated June 26, 2007, discovery will close on December 31, 2007. The additional time is being requested because the parties are now initiating communication about the possible resolution of the aforementioned lawsuit. Consequently, the parties are scheduled for mediation on November 29, 2007. This time is also requested in order to permit the parties to conduct the necessary discovery should the scheduled mediation be unsuccessful.

    Accordingly, defendant respectfully requests that it be allowed up to and including Monday, March 31, 2008, to complete discovery in this matter. No other dates will be effected by this extension.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334