UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE R. HAWKINS, | ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 07-00010 (CKK) |
| v. | ) <br> ) |
| ALBERTO GONZALES, ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as a second counsel for defendant in the above-captioned case.

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov