UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIGETTE HAWKINS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 07-0010 (CKK) |
| | ) Status Conference : 01/11/08 |
| **ALBERTO GONZALES,** | ) |
| **ATTORNEY GENERAL DEPT. OF** | ) |
| **JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY

Defendant, by and through its undersigned attorneys, hereby respectfully requests an enlargement of time, up to and including February 29, 2008[1] to complete the discovery in this matter. Discovery is now set to conclude on December 31, 2007.[2] Plaintiff, through counsel, opposes the filing of this motion. To date, Plaintiff has deposed three federal witnesses in this case, including the alleged discriminating official. Defendant on December 24, 2007, responded to Plaintiff's written discovery. Defendant has also submitted to the Plaintiff a draft stipulated Privacy Act Agreement and Order for her review.

According to the Court's Order dated June 26, 2007, discovery will close on December 31, 2007. The additional time is being requested to permit the defendant to conduct the necessary written and testimonial discovery. At the initial Scheduling Conference, it was agreed that the case would be submitted to mediation prior to discovery. As a consequence, mediation was initially set for September 17, 2007. Unfortunately, undersigned counsel had an extended

---

[1] Plaintiff has requested an extension until January 10, 2008.

[2] The parties had originally requested until March 31, 2008; however, the Court denied the request without prejudice on November 20, 2007.

medical leave for three weeks during the month of September and did not return to work until September 24, 2007. The mediation date had to be rescheduled. Subsequently, mediation was scheduled for November 29, 2007. This was the only available date for the client Agency who is necessarily involved with the settlement decision in this case. Because this matter involves a desk audit, mediation was thought to be a plausible way of resolving the discrepancy between the parties. Mediation proved to be unsuccessful.

Thereafter, defense counsel had other litigation and work responsibilities. During the week of December 3, 2007, Counsel was on a work related trip to Boston, Massachusetts that lasted for two days. Moreover, Counsel has had responsibilities in the following cases: Reply Brief in Winston v. Samper, Civ. Act No. 07-1411(RWR); preparing for oral argument in Roseboro v. Library of Congress, Civ. Act. No. 06-0602 (TFH); answering written discovery, preparing witnesses and defending depositions in Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF); defending depositions in Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK); preparing for mediation in Legnini v. USA, Civ. Act. No. 06-0012 (RJL); and Bailey v. U.S. Postal Service, Civ. Act. No. 98-2224 (HHK); reviewing documents, as well as resumes and interviewing contract personnel in Anderson v. Dept. of Educ., Civ. Act. No. 06-1565 (RMC). Accordingly, Defendant seeks this additional time to receive written answers to its discovery from the Plaintiff and to take depositions.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIGETTE HAWKINS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 07-0010 (CKK) |
| | ) Status Conference : 01/11/08 |
| **ALBERTO GONZALES,** | ) |
| **ATTORNEY GENERAL DEPT. OF** | ) |
| **JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |

**<u>PROPOSED ORDER</u>**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of the Discovery Deadline, and the entire record herein, it is this ____ day of _____, 200_, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**