UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
BRIGITTE R. HAWKINS,              )
                                  )
         Plaintiff,               )
                                  ) CASE NO. 07CV00010 (CKK)
    v.                            )
                                  ) AMENDED MOTION FOR
                                  ) PROTECTIVE ORDER
                                  ) (NEXT DATE: JANUARY 11, 2008
                                  )      STATUS HEARING)
                                  )
ALBERTO GONZALES,                 )
   ATTORNEY GENERAL,              )
                                  )
         Defendant.               )
_____/

AMENDED MOTION FOR PROTECTIVE ORDER

    Plaintiff, by counsel, pursuant to FRCP (15) hereby amends her Motion filed pursuant to FRCP 26(c) and 30(b)(1), seeking an order protecting the Plaintiff from annoyance, oppression and undue burden from a deposition set and scheduled by the Defendant for New Years Eve, December 31, 2007, and in support thereof asserts the following:

    1. Plaintiff adopts by reference her motion of December 29, 2007, along with its exhibits, seeking the protective order, and incorporates them herein as if fully set forth, pursuant to FRCP 10(c).

    2. The Notice of Deposition was not signed by counsel as required by Rule 11(a).

    3. Accordingly, the notice is defective in addition to being unreasonable.

    4. The court rules provide a special signature for electronic documents which is missing, i.e.,//S//.

    5. The electronic signature is missing as well as any other type of signature.

    6.. Through an oversight, Plaintiff failed to attach as an exhibit the very notice she is challenging, which evidences this oversight.

    7. Accordingly, Plaintiff amends her motion to include the notice of deposition, as well as the foregoing observation regarding a violation of Rule 11.

POINTS AND AUTHORITIES

Rule 11(a) provides that "Every Plead, written motion, and **other paper** must be signed by at least one attorney of record in the attorney's name" (emphasis supplied). The same provision provides that the "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." See, Pavelic & Leflore v. Marvel Entertainment Group, 493 U.S. 120, 123-4 (1989); see also, Duran v. Carris, 238 F.3d 1268, 1271 (10th Cir. 2001). Since the notice is unsigned, it is inoperative until signed.

CONCLUSION

WHEREFORE, for premises considered, we submit that a protective order should issue barring the deposition scheduled for December 31, 2007, based upon the original motion and its amendment.

December 31, 2007                                          Respectfully submitted

      //S//    Charles E. Wagner
Charles E. Wagner, Esq. (Bar # 94276)
Edward L. Allen, Esq. (Bar # 375341)
Attorneys for Plaintiff

Charles E. Wagner, Esq.
Silver Spring Centre
P.O. Box 14723
Washington, D.C. 20911
(202) 210-7801
E-Mail: Wagnelliot@Aol.com
Fax: 1-202-318-7185

Edward L. Allen, Esq.
1400 Locust Road NW
Washington, D.C. 20012
(202) 262-8550
E-Mail Allen200@att.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIGITTE HAWKINS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 07-0010 (CKK) |
| | ) |
| **ALBERTO GONZALEZ,** | ) |
| **ATTORNEY GENERAL DEPT. OF** | ) |
| **JUSTICE,** | ) |
| | ) |
| **Defendant** | ) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the defendant will take the deposition of Plaintiff, Brigitte Hawkins, pursuant to Rule 30 (b) of the Federal Rules of Civil Procedure, on oral examination before a notary public or other officer authorized to administer oaths, on the 31st day of December, 2007, commencing at 1:30 p.m., and continuing thereafter until the deposition is completed, at the United States Attorney's Office, 501 3rd St., 4th Floor, Washington, D.C. 20530.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                          _____
                                          HEATHER D. GRAHAM-OLIVER
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th St., N.W.
                                          Washington, D.C.  20530
                                          (202) 305-1334

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28 day of December, 2007, I caused to be served, by electronic transmission, a true and correct copy of the above and foregoing Notice of Deposition to:

**Mr. Charles E. Wagner, Esq.**

**wagnelliot@aol.com**

HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-1334

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE R. HAWKINS )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, )<br>ATTORNEY GENERAL, )<br>Defendant. )<br>/ | CASE NO. 07CV00010 (CKK)<br>OPPOSITION TO MOTION TO EXTEND<br>DISCOVERY<br>  NEXT DATE: JANUARY 11, 2008<br>       STATUS HEARING |

**ORDER**

This matter having come before the Court on the Motion of the Plaintiff for a protective Order directing that a deposition scheduled for December 31, 2007, not occur, and its amendment, and the Court having been advised of the grounds therefor and the opposition to the motion, it is therefore:

ORDERED, that the deposition scheduled for December 31, 2007, be cancelled and the Plaintiff and her attorneys are not required to attend.

Date: _____, 2007            _____
                                     Judge Colleen K. Kotelly
                                     U.S. District Judge

Parties to be served:

Heather Graham-Oliver, Esq.
Assistant U.S. Attorney
Office of U.S. Attorney,
555 4th Street NW
Washington, D.C.  20530

Charles E. Wagner, Esq.
P.O. Box 14723
Silver Spring, Maryland 20911