202/515-1334

**Exhibit C**
Debbie Gunther
PD #2

## POSITION DESCRIPTION *(Please Read Instructions on the Back)*

| | |
|---|---|
| 1. Agency Position No. | 06-051 |

**2. Reason for Submission**
☑ Redescription  ☐ New  ☑ Hdqtrs ☐ Field
☐ Reestablishment  ☐ Other
Explanation *(Show any positions replaced)*

**3. Service** ☑ Hdqtrs ☐ Field

**4. Employing Office Location** Washington, DC

**5. Duty Station** Washington, DC

**6. OPM Certification No.**

**7. Fair Labor Standards Act** ☑ Exempt ☐ Nonexempt

**8. Financial Statements Required**
☐ Executive Personnel Financial Disclosure ☑ Employment and Financial Interest

**9. Subject to IA Action** ☐ Yes ☑ No

**10. Position Status** ☑ Competitive ☐ Excepted *(Specify in Remarks)* ☐ SES (Gen.) ☐ SES (CR)

**11. Position Is** ☑ Supervisory ☐ Managerial ☐ Neither

**12. Sensitivity** CS-3N ☐ 1–Non-Sensitive ☐ 2–Noncritical Sensitive ☒ 3–Critical ☐ 4–Special Sensitive

**13. Competitive Level Code**

**14. Agency Use** 8888

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Supervisory Mgmt & Program Analyst | GS | 343 | 14 | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position** *(if different from official title)*

**17. Name of Employee** *(if vacant, specify)* Debbie Gunther

**18. Department, Agency, or Establishment** Department of Justice
a. First Subdivision Bu of Alcohol, Tobacco, Firearms & Expl
b. Second Subdivision Office of Management
c. Third Subdivision Human Resources Division
d. Fourth Subdivision HR Support Staff
e. Fifth Subdivision

**Signature of Employee** *(optional)*

**19. Employee Review**-This is an accurate description of the major duties and responsibilities of my position.

**20. Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that* this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
Diane E. Filler
Chief, Human Resources Division
Signature / Date 12/21/06

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*
Signature / Date

**21. Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*
Typed Name and Title of Official Taking Action
Kathryn Greene
Human Resources Specialist
Signature / Date 2/24/06

**22. Position Classification Standards Used in Classifying/Grading Position**
OPM PCS Mgmt & Prog Analysis Series, GS-343, dtd.8/90; Admin Analysis GEG, dtd. 8/90; SGEG, dtd. 4/93.

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks** Position requires Top Secret Clearance

**25. Description of Major Duties and Responsibilities** *(See Attached)*

Supervisory Management & Program Analyst, GS-343-14
Office of Management
Human Resources Division

## Introduction

The incumbent serves as Supervisory Management Analyst in the Human Resources Division, Human Resources (HR) Support Staff, responsible for coordinating and monitoring the fiscal resources, training, property management and customer service for the HR Division. The Division is responsible for planning and implementing a nationwide recruitment and retention program that attracts, develops, and maintains a highly qualified and motivated workforce within the Bureau of Alcohol, Tobacco and Firearms. Provides responsive and timely services in the areas of recruitment and placement through merit promotion and delegated case examination, position management and pay administration, employee and labor relations, employee performance evaluations, disciplinary actions, incentive awards, employee services and benefits

## Major Duties

Plans, directs, and schedules, and supervises work performed by the HR Support Staff. Plans work, sets and adjusts schedules, deadlines, and priorities, and develops performance standards and methods to improve work. Assigns work based on difficulty and needs of assignments and employee capabilities. Provides work descriptions and requirements, identifies needs and provides training, tracks performance and progress, and reviews and evaluates work. Interviews and recommends applicants, advises and counsels subordinates, effects disciplinary actions, and resolves grievances. Approves overtime and expenses, recommends awards, and recommends position classification. Reviews work, and finds methods to improve production to ensure unit mission and administrative program support and customer service is provided to Bureau officials and employees, and provides support to ensure compliance with statutory and regulatory requirements.

Confers with staff at all levels of the Human Resources Division and participates in the management planning process for the purpose of formulating and preparing human resources operating plans. This includes review, consideration of current as well as future program objectives, major management objectives, program goals and priorities, current, as well as anticipated, workload, and resource requirements.

Participates in intensive reviews of revised program operation and new program projections. Formulates recommendations and courses of action, and modifies planning assumptions and planning documents.

Serves as a statistical analyst, developing workload based statistics and performance metrics to analyze and evaluate organizational functions and assigned programs.

Oversees the management, coordination and control of space management projects, property inventory for office furniture and equipment, ADP equipment and communications equipment such cellular telephones, pagers, and office supplies.

Prepares reports, position papers and other documents as necessary on a periodic or as-needed basis. Summarizes statistical information and develops visuals such as graphs, charts, spreadsheets, etc to illustrate program operations and accomplishments. Participates in the development of the Division/Directorate reports.

Oversees the preparation of budget justifications as needed. Monitors and tracks expenditures throughout the execution phases and assures that expenditures are within authorized limits. Incumbent oversees the preparation of a monthly summary of the financial status of the HR Division.

Conducts special studies independently or as leader of an ad hoc groups, investigates and analyzes special technical, operations, and functional problems which exist or may arise in one or more branches within the Human Resources Division. As a Project Manager, typically makes individual project assignments to team members, provides program and administrative guidance and assistance, and reviews completed work for overall adequacy. Works with managers and staff of other functional areas to assess the impact of new programs and advises top management of means of achieving effective implementation.

Ensures Project Management Plans meet the assigned Program Management template requirements, and integrates the plans as appendices to the program management plan. Monitors the execution of preliminary planning and study schedules for each proposed study and against the approved study schedule. Ensures all plans comply with statutes and higher authority policies and procedures.

Performs a variety of senior level liaison assignments, projects, and special studies. Conducts in-depth analyses of project assignments to gather and evaluate information, set specific goals/action plans, assess problem areas, prepare management reports and briefing papers for senior level executives.

## Factor 1:  Program Scope and Effect

Directs the HR Support Staff which is responsible for managing the fiscal resources, training resources, property management and customer service for the HR Division. Aligns direction of assigned functions with the current Bureau's vision and mission, conducts assessments of organizational strengths and weaknesses, devising strategies to deal with gaps identified in the assessments, partnering with customers and other stakeholders on strategic initiatives, and conducting other projects critical to the success of the Division as an organization.

Leads/conducts projects or studies to design HR functional program policies and guidelines and/or enhance the HR contribution to ATF business practices. Projects are vital to the HR mission of ATF and directly affect fundamental HR policies and practices

of the Bureau. The products or services could significantly affect ATF's ability to recruit, retain, or motivate and reward its workforce and, thus, have a direct impact on the Bureau's overall mission.

## Factor 2: Organizational Setting

The position is accountable to the Chief, Human Resources Division, a position that is one level below the first SES level position in the direct supervisory chain.

## Factor 3: Supervisory and Managerial Authority Exercised

This position is accountable to the Chief, Human Resources Division. Exercises significant responsibility in dealing with officials of other organizations, and in advising Bureau management officials of higher rank. Oversees and evaluates new approaches to improving program management work practices, services, and support. The incumbent performs under broad, administrative guidance and final products are accepted as technically authoritative, providing complete analysis and recommendations for discussion. The work is reviewed only in terms of the incumbent's demonstrated ability to meet broad agency goals and overall compliance with requirements and results achieved.

Exercises delegated supervisory authority to: recommend performance standards and ratings, prepare position descriptions, set priorities, plan and assign work, keep employees informed of HR programs, establish a staff recruitment program, interview candidates for vacant positions and make hiring recommendations, promote non-supervisory staff when appropriate, make decisions on problems presented by subordinates, evaluate performance, resolve grievances, refer group grievances and unresolved complaints to higher level HR officials, initiate minor disciplinary actions such as warnings or reprimands, recommend action in more serious cases, proposed employee recognition awards, and prepare and monitor progress on employee individual development plans, make workload determinations, directs the accomplishment of workload goals, allocate staff resources and, with assistance from subordinate supervisors, uses staff effectively by assigning staff commensurate with grade level, skill, and degree of difficulty of the task. Makes continuous efforts to promote morale, motivation, and staff cohesiveness through positive reinforcement of Bureau and Department standards, objectives and professional ethics, supports EEO and affirmative action programs, and treats assigned staff fairly in all respects. Provides continuous leadership, direction, and guidance to staff, assists subordinate staff in identifying problems, formulating approaches and resolving controversial and unusual issues and identifies the developmental and training needs of staff and makes provisions for training. Employs Total Quality Service concepts to establish policies, goals and work priorities. Oversees and evaluates new approaches to reduce barriers to mission accomplishment and improve work methods.

## Factor 4: Personal Contact

## Sub factor 4A - Nature of Contacts

Contacts within ATF are with senior executives, top managers, key staff officials, and all levels of Division employees. Contacts regularly made outside ATF include executives/senior staff of other Federal agencies, high-ranking members of professional societies, and private sector businesses. Contacts at times reflect highly unstructured situations where the interests of those involved must be quickly and accurately gauged.

## Sub factor 4-B Purpose of Contacts

Contacts are primarily for the purpose of resolving/defining difficult Bureau-wide HR functional program problems/issues, obtaining agreement and/or necessary action to address policy and regulatory problems and negotiate with/persuade customers on the need for development of new HR products or services. The incumbent must overcome considerable doubts and even skepticism, and occasionally antagonism, and carefully balance a variety of interests in order to advance projects and achieve results that are in ATF's best interest.

## Factor 5:  Difficulty of Typical Work Directed

Supervision and oversight requires exceptional coordination and integration of a number of very important and complex program segments or programs comparable in difficulty to the GS-11 or higher level. Supervision and resource management involves major decisions and actions which have a direct and substantial effect on the organizations and programs managed.

## Factor 6: Other Conditions

Incumbent leads teams (composed of Division and customers' staff, as well as contractors) in conducting projects involving the employment of a broad range of fact-finding and analytical techniques and decisions on interpretation of varied and complex data within the context of the requirements of laws, regulations, or policies. Serves as advisor to management on the most complex and difficult issues confronting ATF. Decisions regarding assignments include planning long term projects so that essential facts and issues are adequately covered, making any modifications to the methods that may be required, and sorting relevant facts from a vast body of information, opinions and policies. Decisions concerning actions and recommendations are made subject to a high degree of uncertainty regarding budgetary and FTE resources as well as conflicting objectives and unpredictable consequences. In the role of functional program expert, the incumbent makes major/precedent setting technical decisions concerning issues studied which modify Bureau policy or establish criteria for deciding future similar cases.

Some assignments require the incumbent to think in new ways and, at times advance the state of the HR art, e.g., designing entirely new programs, systems, products, or services. Some assignments require thinking beyond the confines of the HR field in integrating HR with business needs in a strategic fashion.

In providing leadership in the human capital management and workforce planning arena, the incumbent must work to overcome cultural and attitudinal barriers of long standing usually without benefit of guidelines. A high degree of creativity must also be exercised in leveraging the resources needed to successfully implement and maintain the project.

Work on policy matters often involves working on Bureau and Department level committees and working groups to develop programs of importance to ATF.

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

| | |
|---|---|
| **2. Reason for Submission** | **1. Agency Position No.** |
| ☐ Redescription ☑ New ☐ Reestablishment ☐ Other | 05-01 |
| Explanation *(Show any positions replaced)* | **6. OPM Certification No.** |

| 3. Service | 4. Employing Office Location | 5. Duty Station |
|---|---|---|
| ☑ Hdqtrs ☐ Field | Washington, DC | Washington, DC |

**7. Fair Labor Standards Act** ☑ Exempt ☐ Nonexempt

**8. Financial Statements Required**
☐ Executive Personnel Financial Disclosure
☐ Employment and Financial Interest

**9. Subject to IA Action** ☑ Yes ☐ No

**10. Position Status**
☐ Competitive
☐ Excepted *(Specify in Remarks)*
☐ SES (Gen.) ☐ SES (CR)

**11. Position is** ☐ Supervisory ☐ Managerial ☑ Neither

**12. Sensitivity**
☐ 1—Non-Sensitive
☑ 2—Noncritical Sensitive
☐ 3—Critical
☐ 4—Special Sensitive

*/NCS-2N*

**13. Competitive Level Code** 1401

**14. Agency Use** 8888

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Management & Program Analyst | GS | 343 | 14 | *MD* | 11/9/04 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position** *(if different from official title)*

**17. Name of Employee** *(if vacant, specify)*

**18. Department, Agency, or Establishment**
DEPARTMENT OF JUSTICE

**a. First Subdivision**
BUR OF ALCOHOL, TOBACCO, FIREARMS & EXPL

**b. Second Subdivision**
OFFICE OF MANAGEMENT

**c. Third Subdivision**
PERSONNEL DIVISION

**d. Fourth Subdivision**
VARIOUS BRANCHES

**e. Fifth Subdivision**

**19. Employee Review**—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

**20. Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that* this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor**
DIANE E. FILLER
Chief, Personnel Division

Signature *Diane E. Filler*    Date 11/9/04

**b. Typed Name and Title of Higher-Level Supervisor or Manager** *(optional)*

Signature    Date

**21. Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action
GEORGIA L. DUNCAN
Human Resources Specialist

Signature *Georgia L. Duncan*    Date 11/9/04

**22. Position Classification Standards Used in Classifying/Grading Position**

OPM PCS MGMT & PROGRAM ANALYSIS SERIES, 343, 8/90, OPM ADMIN ANALYSIS GBG, 8/90

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

**23. Position Review**

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**

Full Performance Level: GS-14

**25. Description of Major Duties and Responsibilities** *(See Attached)*

NSN 7540-00-634-4265    Previous Edition Usable    5008-106

OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

Management & Program Analyst, GS-343-14                          PD #05-01
Office of Management
Personnel Division

## INTRODUCTION

The incumbent serves as a Senior Analyst, who is responsible for accomplishing major analytical studies and/or projects relating to substantive, mission-oriented programs of the Bureau of Alcohol, Tobacco, Firearms and Explosives, Personnel Division. The incumbent also serves as an advisor to the Chief of the Personnel Division and Assistant Human Resources Officers on a range of management issues. The assignments are usually carried out on behalf of the Personnel Division and involve complex programs, systems or issues that are Service wide in scope.

## MAJOR DUTIES

Confers with all levels of the Personnel Division and participates in the planning and process for the purpose of formulating and preparing human resources operating plans. This includes review and consideration of current as well as future program objectives, major management objectives, program goals and priorities and current, as well as anticipated, workload and resource requirements.

Participates in intensive review of revised program operation and new program projections. Formulates recommendations and courses of action, and modifies planning assumptions and planning documents.

Serves as a statistical analyst, developing workload based statistics and performance metrics to analyze and evaluate organizational functions and assigned programs.

Independently or as a leader of an ad hoc group, undertakes special studies, investigates and analyzes special technical, operations and functional problems which exist or may arise in one or more offices within the Personnel Division. As a Project Manager, typically makes individual project assignments to team members, provides program and administrative guidance and assistance, and reviews completed work for overall adequacy. Works with managers and staff analysts of other functional areas to assess the impact of new programs and advises top management of means of achieving effective implementation.

Ensures Project Management Plans meet the assigned Program Management template requirements, and integrates the plans as appendices to the program management plan. Monitors the execution of preliminary planning and study schedules for each proposed study and against the approved study schedule. Ensures all plans comply with statutes and higher authority policies and procedures.

Performs a variety of senior level liaison assignments, projects, and special studies. Conducts in-depth analyses of project assignments to gather and evaluate information, set specific goals/action plans, assess problem areas, prepare management reports and briefing papers for senior level executives.

Writes Bureau directives on functional programs and operating procedures for nationwide implementation. Ensures directives are current, accurate, and fully consistent with applicable laws, Office of Personnel Management guidance, Departmental issuances, and Bureau policies governing the full range of personnel management functions and concerns. Evaluates programs and procedures to determine effectiveness and recommend improvements.

Prepares written response to Congressional inquiries.

## FACTOR 1. KNOWLEDGE REQUIRED BY THE POSITION:

Expert knowledge of a wide range of analytical and evaluative methods and techniques to forecast and analyze difficult and complex work assignments.

Possess technical versatility and demonstrated ability in performing varied high-level assignments involving the following areas: project management; statistical analysis; resource management structures; and performance metrics.

Extensive knowledge of and skill in effectively employing analytical principles and techniques to design and carry out studies of work policies, practices, methods and flow; to evaluate achievements and shortcomings of program operations; and to determine various changing situations, the optimum use of available monetary, material and human resources.

Skill in performing effectively with very limited supervision on a variety of tasks; including skill in successfully communicating ideas to key officials.

Skill in interpersonal relationships and effectiveness in dealing with top level managers, other employees, program specialists in other agencies, representatives of special interest groups, and the public for full range of matters under the area of responsibility for the Personnel Division.

Excellent written and oral communication skills, as well as information technology skills, in order to present proposals, solutions to problems, and recommendations clearly and convincingly to executive-level officials, as well as the ability to represent (both within and outside the Bureau) the Chief, Human Resources on key program initiatives.

## FACTOR 2. SUPERVISORY CONTROLS

This position is accountable to the Human Resources Officer, a position at the GS-15 level. Exercises significant responsibility in dealing with officials of other organizations, and in advising Bureau management officials of higher rank. Oversees and evaluates new approaches to improving program management work practices, services, and support. The incumbent performs under broad, administrative guidance and final products are accepted as technically authoritative, providing complete analysis and recommendations for discussion. The work is reviewed only in terms of the incumbent's demonstrated ability to meet broad agency goals and overall compliance with requirements and results achieved.

## FACTOR 3. GUIDELINES:

Written guidelines are minimal; reference material includes Federal Laws, Justice Department and Bureau manuals, as well as consultation with program officials. The employee uses judgment and ingenuity and exercises broad latitude to: determine the intent of applicable guidelines; develop policy and guidelines for specific areas of work; and formulate interpretations that may take the form of policy statements and guidelines.

## FACTOR 4. COMPLEXITY LEVEL

Assignments and projects are the most complex types of program initiatives undertaken by the Bureau, and may significantly impact on the Bureau's ability to perform its mission. Assignments involve formulating policies, developing new procedures, defining issues, making recommendations and negotiating the resolution of complex problems concerning Bureau programs or initiatives. Projects require adaptability to short deadlines and coordination with Division's both inside and outside the Office of Management. In addition, the incumbent must provide continuity, control, leadership and direction of assigned programs to ensure that objectives, policies, and program initiatives are soundly implemented. The incumbent provides policy and technical advice to Staff personnel, and exercises significant responsibility in dealing with officials of other organizations, and in advising Bureau executives staff members. The incumbent may have to review or handle classified materials.

## FACTOR 5. SCOPE AND EFFECT

The purpose of the work is to direct the Bureau-wide compliance with assigned program requirements and new initiatives. The work serves to analyze major aspects of substantive, mission-orientated programs. Study reports typically contain findings and recommendations of major significance to top management of the Bureau and often serve as the basis for new systems, regulations, or programs.

## FACTOR 6. PERSONAL CONTACTS

The incumbent has frequent and direct contact with employees at all levels from all directorates, including senior level executives and officials of other government agencies and professional associations.

## FACTOR 7. PURPOSE OF CONTACTS

The purpose of the contacts is to resolve managerial, operational and technical problems and to ensure the efficient and effective functioning and operation of those programs. The incumbent must frequently gain compliance with established policies and regulations and/or proposed procedural changes by persuasion and/or negotiation, which include persuading others with different objectives to follow a mutually beneficial course of action. Contact involves active participation in conferences, meetings, and presentations. of problems and issues of considerable consequences or importance to the operations and program segments managed by the Personnel Office.

## FACTOR 8. PHYSICAL DEMANDS

The work of the position is mostly sedentary; however, periodic travel nationwide for meetings, conferences, reviews, training or administrative and technical assistance is necessary. Carrying light items such as papers, files, etc., is required, but no special physical abilities are needed to perform the work.

## FACTOR 9. WORK ENVIRONMENT

The work is mostly performed in an office setting where normal safety precautions are observed.

June 12, 2006

MEMORANDUM TO: Brigitte R. Hawkins
Management Support Specialist

FROM: Chief, Human Resources Support Staff

SUBJECT: Closeout Performance Feedback

This memorandum constitutes my assessment of your performance since December 11, 2005, until May 13, 2006. In arriving at my assessment of your performance as outlined in this memorandum, I have based my determination on my experience with and my observations of your performance during this portion of your rating period as well as feedback received from other OM divisions you serviced.

*Internal Control Assessment Review*

Your leadership and motivation in conducting the Internal Control Assessment Review is to be commended. Your attention to detail and thoroughness in assessing the items identified on the Internal Control Certification Tool resulted in a reliable product.

*100% Property Inventory*

You were asked to provide me with an updated property inventory report on three different occasions following a closeout report by the Chief, Human Resources Division In her report, she requested an updated property inventory report to her no later than January 16, 2006. After discussing this issue with you and talking to the folks in Property, I learned that you did not have complete access to the property listings in Sunflower for the branches within the Division. You never mentioned this to Diane Filler or me when the inventory report was being requested. It was not until a 100% property inventory was required by us to the Assistant Director for Management that this information was discovered.

The 100% Property Inventory was provided to the AD (Management) on time due your participation on the inventory.

## *Budget Support*

In having a very limited knowledge of the budget process and the FReD system, I depended on you expertise in providing the Chief, Human Resources Division an accurate account of the HR budget. You were asked to provide us with 2005 and 2006 (to date) budget data in order to accurately assess our funds for the remainder of FY2006. You provided us a spreadsheet that supposedly contained all contracts received and/or anticipated for the rest of the fiscal year. Based on your budget analysis, we turned back $300,000 to OM to address the salary shortfall. On May 16, 2006, I received a Reimbursable Agreement for administrative fees associated with the Flexible Spending Account Program for $73,000 from the Department of Justice. This agreement was not listed on your spreadsheet and exceeded the amount of funds available in our BOC account. We had to request monies back from budget in order to satisfy the agreement. I also received a telephone call from Valerie Green on May 25th inquiring about the FSA agreement. She told me that sent you the notification of the agreement back in March with no response from you.

I have received notices from budget in regard to you not entering receivers into the financial system in a timely manner. I did speak to you about this and your response was that it was the result of the contractors not doing their part in providing the invoices to you in a timely manner. You were cited with this issue during your tenure under Diane at which time she asked you to set up a meeting with all responsible parties. In her closeout report to you, she again asked that you set up this meeting by January 16, 2006. I sent you a reminder e-mail on January 12, 2006. To date, this meeting was never scheduled.

## *Administrative Documents*

You were asked to provide administrative processing procedures for the division to Diane by January 31, 2006. I reminded you of this on numerous occasions and twice on your last day; however, I never received these documents.

## *Summary*

You excel in your duties when working as a team member. You are eager to share your ideas and knowledge with me as well as the other employees on our staff. You also performed your daily customer service responsibilities in a professional and courteous manner. The only challenge that I see is your resistance to ask for assistance when needed. The above comments are not to discourage you but to encourage you to seek assistance and not try to take on more than you can handle.


Debbie L. Gunther

AFFIDAVIT

DISTRICT OF COLUMBIA

CITY OF WASHINGTON

I, DIANE E FILLER (white), Chief, Personnel Division,(PB-201-4), Office of Management, Bureau of Alcohol, Tobacco, Firearms and Explosives, make the following statement to Larry Brantley who has identified himself to me as an EEO Contract Investigator for ATF, investigating the discrimination complaint filed by Brigitte Hawkins, knowing this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any interested party. I hereby solemnly swear:

Q1:   What is your full name and race?

A1:   Diane E. Filler. I am white.

Q2:   Identify your current position by title, grade and series.

A2:   Chief, Personnel Division, Office of Management, PB-201-4.

Q3:   When did you take on the duties of the above position?

A3:   I became the Chief, Personnel Division, Office of Management in May 2004.

Q4:   Who do you report to?

A4:   Deputy Assistant Director, Office of Management, Vivian Baran is my first line supervisor.

Q5:   When and under what circumstances did you become the Complainant's supervisor?

A5:   I became the complainant's supervisor in May 2004, when assuming the duties of the above position.

Page 1 of ~~13~~  16


Initials

26

Q6:    Identify the other employees you have immediate supervisory responsibility for by name, position, grade and race and identify any you were responsible for selecting for their positions.

Q6:    There are two Assistant Human Resources Officers(PB-201-4), Helen Oates (white) and William Ellison (Asian); A GS-14 Management Analyst, Debbie Gunther (white), the Complainant, GS-11 (African American); and a GS-09 Staff Assistant, Lorraine Cunningham (African American).    I selected the two Assistant Human Resources Officers and the Staff Assistant.

Q7:    The Complainant has alleged that she was discriminated against based on her race when on May 27, 2005 she was not promoted to a GS-12 Management Analyst as a result of a desk audit.    What were the Complainant's major responsibilities prior to that date?

A7:    She has responsibility for managing and tracking financial transactions for the Division, for property inventory, and training coordination.

Q8:    What do you remember about what you discussed with the Complainant on May 27, 2005 in a meeting with her?

A8:    I do not remember a specific meeting with the Complainant on that date to discuss the subject of a desk audit and her grade.    I do recall, however, several meetings about the subject at issue.    The first




meeting that I can recall regarding her position was about a month after I took on the position. The complainant wanted to discuss the duties of her position; I indicated that I was new to the Division and would need some time to become familiar with the operation of various positions in the organization. Several weeks later, she came to talk to me again about her position, and she specifically mentioned she believed that her position should be upgraded. She brought to me a copy of a position description for a GS-13 from elsewhere outside the Personnel Division and said that her duties were similar.

I discussed this issue with, Vivian White, an Assistant Human Resources Officer, who was at the time responsible for classification and desk audits, asking her to compare the Complainant's Position Description with the GS-13 Position Description. Ms. White confirmed to me that there were major differences in terms of duties the Complainant did not have responsibility for. She agreed, however, to have her staff review the Complainant's position description in detail to determine whether a desk audit was in order. I know that the GS-13 sample Ms. Hawkins provided to me contained duties that I did not expect of the her



Page 3 of 23



Initials

position. Sometime in late 2004, I gave Ms. White the
approval to perform the desk audit.

The audit was done by a contractor, Barbara
Blackwood. While she was performing the audit, I
periodically asked her about her progress; she said she
was almost finished but was waiting for the complainant
to provide her with information regarding her duties.

Sometime in either February or March 2005, when
Ms. Blackwood completed the audit, she sent me a folder
containing a cover sheet for my signature and a draft
position description. The cover sheet indicated her
proposal to classify the position at the GS-12 level.
After reviewing the draft of the duties for the
position, I met with her to determine what criteria she
relied upon to determine the duties and the grade of
the position. She told me she had discussed the
position duties with the Complainant and had reviewed
materials the Complainant had provided as well as the
current position description. I indicated to her that
I was surprised that as a part of the audit that she
had not met with me as the manager for the position.
I told her about duties being in her draft that I did
not expect of that position and duties that the
Complainant was not actually performing. I then
indicated to Ms. Blackwood that I needed to talk to the

Page 4 of 16

29

Initials

Complainant about this and that we would confer again. I asked her if she had shown the draft of duties to the Complainant and she said that she had shared the results of the audit with the Complainant. The Complainant also told me she had reviewed Ms. Blackwood's report.

I talked with the Complainant sometime later. I am not certain exactly on which dates; however, I do recall we had more than one meeting to discuss her duties. I sought a better understanding of how she interfaced with "FRED" (the financial system) she utilized. I asked the Complainant to show me financial reports and provide me with examples of those reports that she had responsibility for. Upon my review, I determined that most of the reports were system generated in a format that did not require the Complainant to perform any analysis or prepare written narrative. I also discerned that although Ms. Blackwood made the tasks seem more complex, that the Complainant was merely responsible for inputting numbers into the system based on invoices received. I also discovered that there were also duties listed in the draft position description that I did not believe the Complainant was performing and did not expect her to perform. After talking to the Complainant about her




duties I went back to Ms. Blackwood to discuss the
Complainant's duties I wanted assigned to the position.

Q9:  Can you identify examples of duties that were in the
draft that were not the responsibility of the
Complainant?

A9:  The following are examples of duties that were in the
draft that I discerned were not actually the
Complainant's responsibility. In the draft, the
Complainant's responsibilities included that she was
tasked to coordinate and analyze financial operations
and long range plans. The Complainant, however, did not
do this and I did not expect her to. One example in
the draft would be the responsibility for developing
technology for a new "E-Performance" system which
tracks the performance work plans of each employee in
the Bureau. One would have to have the technology
background to develop such a plan to implement this
system and have analytical and strategic planning
performance capability. Developing such a new system
would require implementing a new technological
approach, ascertaining the resources required,
determining the rationale for adopting it, and
evaluating the cost. Upon reading that, consulted with
my Assistant Human Resource Officer, William Ellison
and Daniel Clark, Project Officer, Systems Project

Page 6 of 23

31

Initials

Development Team, who posses the requisite technological skills to work on such a project, and they confirmed that a plan for such a system was under development, but that the Complainant would not have been involved at that stage. She would have only been provided a copy of any justifications affecting budget submissions for her records. Another example from the draft includes "Plans and conducts studies to evaluate and recommend ways to improve the effectiveness and efficiency of work operations. Prepares reports of findings that include identification of problems and proposed recommendations for problem resolution and or improvements." Complainant had not been tasked to conduct any studies or prepare reports of findings. I would like to add that her current position description, as mentioned in A 14 of this document, was drafted based on "projected duties". I found no evidence of her ever being asked to perform such tasks; and, I do not anticipate assigning those duties in the future.

Q10: What occurred after you had these discussions with the Complainant and Ms. Blackwood?

A10: After my conversations with both the Complainant and the contractor, the contractor redrafted the position description to more accurately delineate the functions



Page 7 of 13

32



Initials

assigned to that position. I also edited the
contractor's draft, to remove some text and returned it
to her, and she sent me an electronic version based on
this that I printed out. Following the redrafting
process, the position now accurately classified out
under a different series; the GS-0301 series,
Management Support Specialist, and is classified at the
GS-11 grade level.

Q11: What did you do with this version?

A11: I received Ms. Blackwood's last version electronically
about the time that I entered into mediation with the
Complainant. The mediator asked about this version and
I returned to my office, printed it out and we
discussed it afterward in mediation. At the time, we
did not discuss grade level and I had deleted that from
the version I presented at mediation. At the
mediation, I emphasized that when examining position
descriptions that the focus of management is on the
duties required, and further it is the stated duties
which would drive the grade level. We discussed this
version of the position description line by line,
agreeing on some of the duties and not on others as
discussed above. I told her that as her manager I
believed the newly re-drafted position description more



33


Initials

accurately reflected the actual duties that I as the supervisor was assigning to the position.

Q12: Have the Complainant's assigned duties changed at any point during the above activity?  If so, in what specific way?

A12: They have not changed.  I have not added or taken away any duties that she was actually performing in accordance with her position description during this period.

Q13: What was your decision or action as the result of the desk audit?

A13: I decided not to promote the Complainant because the classification exercise as discussed above did not warrant this related to the duties and responsibilities assigned to the Complainant's position.  This was entirely my decision based on the classification of the position.  I should add however, it is not that I decided "not to promote", rather, that the final results from the desk audit as described in detail above, did not support a position description which would classify at a higher level.  Therefore, it was not appropriate to promote Brigitte.

Q14: What is your understanding about the career ladder promotion potential for the Complainant's position



Page 9 of 13

34

Initials

based on her current Position Description?   What is this based upon?

A14: Brigitte's current position description is at the full performance level of a GS-11 with no known potential for promotion.   I believe that at the time the Position Description was prepared (4/18/01) the grade level was based on the projected duties at the time and subject to review after one year.   In fact, her position has now been reviewed; and, it certainly did not and does not bind me to consideration of a higher grade.

Q15: The Complainant states that on the basis of the position description for the position, she understood that the position was to be reevaluated to see if it graded out at a higher grade level.   What is your response to this?

A15: When positions are re-evaluated, they are done so based upon the duties required.   These reviews can result in upgrades, downgrades, change of series or no change at all.

Q16: The Complainant states she went through an exercise of comparing her position description to other Management Analysts at the GS-13 level in the Office of Management who had basically the same duties as she has.   She states she discussed this with you.   What do you remember about this and any response you made?

Page 10 of 16

35



Initials

A16: I have answered that above in terms of duties in the GS-13 position description that she does not perform and I do not expect her to. Specific examples would include evaluation or analytical responsibilities for any programs; as well as evaluation of the overall financial impact of Division decisions.

Q17: Did you consult with anyone in your decision making regarding not promoting the Complainant? If so, who?

A17: As indicated above, I relied on the work of Ms. Blackwood and her analysis of the proper grade level once the accurate duties and tasks were described in the draft position description. Additionally, I discussed this matter with Candace Moberly, the former Deputy Assistant Director for the Office of Management at the time, who indicated that the decision about how the Complainant's duties should be described in her position description was mine to work out.

Q18: The Complainant states that you raised some questions with her about her actually performing some of the duties that are in her position description such as doing spending line budget reports for the Division. What is your response to this?

A19: Throughout the discussions about this issue, my focus was on the duties the Complainant was actually performing. I did not take any duties away from her.

Page 11 of 15

36

Initials

Q20: The Complainant alleges that you wanted all along to change her series to a GS-0301 that would place her in a status where there is no promotion potential. What is your response to this?

A20: First of all, it was the Complainant who requested the desk audit. Second, I did not approach this from the standpoint of manipulating her duties and responsibilities for the purpose of determining her position classification. I approached it from the standpoint of the duties assigned to her position and the ones she was actually performing. It was the documentation of assigned duties which resulted in the GS-0301 classification. I relied on the contractor's work in this regard and was actually surprised that it came out as a GS-0301 series position. Currently, the Complainant is still operating under her current GS-0343 Position Description.

Q21: The Complainant alleges that at some point you gave duties such as budget training and oversight of space moves to Debbie Gunther a GS-14 Management Analyst, jeopardizing the grade level of her position. What is your response?

A21: I do not recall assigning Ms. Gunther anything budget related. I did assign Ms. Gunther responsibility to coordinate our move to a new building; work that had

Page 12 of 16

37

Initials

been previously assigned to a GS-14 Branch Chief. The Complainant in the past has coordinated moves from one work station to another; however the assignment to coordinate our move to the new building is a major move. I also assigned Ms. Gunther to coordinate our Division reorganization, based on a study that had been conducted. One of the line items or issues in the reorganization is coordinating space with the reorganization. The Complainant was not doing this and it is not in her Position Description.

Q22: Is the Complainant's performance an issue in your decisions affecting her not being promoted?

A22: No.

Q23: What policies or guidelines are you following with regard to your decisions about the Complainant's position and grade level?

A23: First of all, as a manager it is my responsibility to determine what duties are necessary to be performed by each staff member and assign that work accordingly. Second, it would be my responsibility to document these duties in a position description. Third, I would rely on my staff for classification responsibilities and proper application of OPM classification standards to determine the appropriate grade and series of positions. I am not a classification expert and rely

Page 13 of 16

38

Initials

on staff for determining the appropriate action and decisions in this regard.

Q24: The Complainant believes that race is a factor in not being promoted because she feels she is being treated differently by you in being left out of meetings and the communication loop regarding subject matter she has responsibility for while the white personnel on your staff are in the loop. What is your response?

A24: I do not exclude her from any budget related meetings she should be attending. There may be times where the issue for the meeting might center on technology initiatives or other subject matters that does not involve her that she is not invited; but she is invited to all meetings to discuss the Division budget. I have asked her to come to the Tuesday weekly meetings with the Assistant Human Resource Officers and Branch Chiefs but she generally does not show up.

Q25: The Complainant also alleges that her race is a factor in that you do not make any effort in your personal communication with her to understand her job and that you are trying to force her out. What is your response?

A25: I deny that race a factor in any way as it relates to how I interact with the Complainant. I do not understand what she is alluding to about my "personal

Page 14 of 16

39


Initials

communication" with her. It does not differ with any of the other personnel I supervise. I have no intention of trying to force her out of the Division. In addition, I do not deal with certain employees (e.g. Karen Smith) because of his/her race. I meet and deal with all employees regardless of race, sex or national origin in order to accomplish my assigned tasks and responsibilities.

Q26: Have you been involved in decision making in any other desk audit or accretion of duty situations that resulted in noncompetitive promotions since taking on the duties of your current position?

A26: None.

I HAVE READ THE ABOVE STATEMENT CONSISTING OF 13 PAGES AND IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT THE INFORMATION I HAVE GIVEN IS NOT TO BE CONSIDERED CONFIDENTIAL AND THAT IT MAY BE SHOWN TO THE INTERESTED PARTIES.

_____
AFFIANT'S SIGNATURE

Page 15 of 13

40

Initials

SUBSCRIBED AND SWORN
BEFORE ME AT _Washington DC_
ON THIS _15_ DAY OF _December_ , 2005

_J. Larraine Cunningham_
WITNESS

41

Initials

1        BEFORE THE

2        BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

3   - - - - - - - - - - - - -x

4   BRIGITTE HAWKINS,            :

5           Complainant,        :

6       v.                      : Case No:    570-2006-00541X

7   ALBERTO GONZALEZ,           : Agency No:  B-03-0049

8   DEPARTMENT OF JUSTICE,      :

9           Agency.             :

10  - - - - - - - - - - - - -x

11                          Washington, D.C.

12                          Monday, November 27, 2006

13

14  Deposition of:

15               DIANE FILLER

16  the Deponent, called for examination by counsel for the

17  Complainant, pursuant to notice and agreement as to

18  time and place, at 650 Massachusetts Avenue, N.W.,

19  Washington, D.C., before Jack L. Becker, a Notary

20  Public in and for the District of Columbia.

21

22

23

24

25

```
1   APPEARANCES:

2           On Behalf of the Complainant:

3       CHARLES E. WAGNER, ESQ.

4       EDGAR ALLEN, ESQ.

5       Silver Spring Center

6       P.O. Box 14723

7       Silver Spring, Maryland 20911

8       (202) 210-7801

9

10          On Behalf of the Agency:

11      RICHARD HURST, ESQ.

12      650 Massachusetts Avenue, N.W.

13      Room 6100

14      Washington, DC

15      (202) 927-8208

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X
 2  WITNESS                   EXAMINATION              PAGE
 3  Diane Filler        By Mr. Wagner                    4
 4                      By Mr. Allen                    73
 5                      By Mr. Wagner                   75
 6                      By Mr. Hurst                    76
 7                      By Mr. Wagner                   77
 8
 9
10
11
12                      E X H I B I T S
13  EXHIBIT NO.              DESCRIPTION               PAGE
14       1      Performance Appraisal                   26
15       2      Closeout Feedback                       45
16       3      Classification Evaluation Statement     50
17       4      Draft Position Description              51
18       5      E-mail with Draft PD Attachment         51
19       6      Draft Position Description              51
20       7      Position Description                    62
21
22
23
24
25
26
```

1  staff.

2       Q.    Yeah.    Who reports to you -- does anyone

3  report to you directly?

4       A.    Today?

5       Q.    Yes.

6       A.    Yes.

7       Q.    Okay.

8       A.    I have three people who report directly to

9  me.

10      Q.    And who are they?

11      A.    I have a Chief of the Human Resources Support

12 Staff.    Her name is Debbie Gunther.    And then I have

13 two Assistant Human Resources Officers.

14      Q.    What are their grades?

15      A.    They are also under the Pay Demonstration

16 Project, Band 4.

17      Q.    And they're 15s?

18      A.    Equivalent, correct.

19      Q.    Okay.    Now Ms. Gunther is a PB4, right?

20      A.    She is not, no.

21      Q.    Okay.    What is she?

22      A.    She is a GS-14.

23      Q.    GS-14?

24      A.    Correct.

25      Q.    Okay.    And the other two are GS-14s, as well?

1      A.    No.   They're Pay Band 4 which is the

2  equivalent of a 15.

3      Q.    Okay.   All right.   Now do you all have

4  anything such as a GM series in this agency?

5      A.    No.   It's GS.

6      Q.    It's all GS?

7      A.    We have GS for General Schedule.   We have the

8  Pay Demonstration Project which I'm under.   We have

9  less than 300 employees covered under what we call the

10  Pay Demonstration Project.

11      Q.    And is that basically management?

12      A.    No.   Actually it's not.   It's more the

13  critical, scientific and technological series

14  employees, and the hard to fill positions are covered

15  by our Pay Demonstration Project.

16      Q.    Okay.   Now when did you assume your current

17  duties?

18      A.    I was hired by ATF.

19      Q.    When?

20      A.    May of '04.

21      Q.    Okay.

22      A.    And I've been doing the same duties since I

23  was hired in May of '04.

24      Q.    Okay.   And what generally are your duties in

25  your current position?

1    A.    Well, like I said, my responsibility is to
2  supervise and direct the work of the less than 80 folks
3  who are currently on board in my staff and to provide,
4  you know, human resources related direction and policy
5  for the Bureau.
6    Q.    Prior to assuming your current duties, did
7  you have any involvement with preparations of budgets
8  and matters related to the physical operation of the
9  Agency?
10    A.    In my most immediate position I did not have
11  any budget responsibility.  I had had budget
12  responsibility in the past.
13    Q.    Okay.  When was that?
14    A.    As a Training Officer --
15    Q.    Where?
16    A.    -- back in 1988 for the Internal Revenue
17  Service.
18    Q.    And what did those duties consist of?
19    A.    I had a training budget that I was
20  responsible for administering and making sure that the
21  programs that we delivered for training met within the
22  budget that was allocated to deliver those --
23    Q.    So basically you were a Training Officer and
24  the budget was prepared for you by someone else, is
25  that correct?

1    direction for the entire Personnel Division, is that

2    correct?  Would that be a fair statement?

3         A.    Yes, um-hum.

4         Q.    And the work that Brigitte did with regard to

5    the budget was done in connection with the whole

6    division, is that correct?

7         A.    That's correct.

8         Q.    Now how many people in your shop had -- that

9    reported directly to you had input with respect to the

10   budget?

11        A.    Had input with respect to the budget?

12        Q.    Or were involved with the preparation of the

13   budget, how many of those four people that you

14   mentioned?  You mentioned Ms. White.  You mentioned

15   another person.

16        A.    Jeanarta.

17        Q.    And Ms. Hawkins and --

18        A.    Brigitte.

19        Q.    -- you indicated that there might have been a

20   fourth person who you can't recall.

21        A.    I'm trying to remember how it was structured

22   then, but --

23        Q.    Well, which of those four people worked on

24   the budget or had direct input in the budget?

25        A.    Well, when I arrived in May of 2004, we were

 1   well into the first -- we were well into the fiscal

 2   year.  If I can do my math straight, it was definitely

 3   the end of the second.  It might have even been the

 4   third quarter.  Yeah, that was the third quarter.  That

 5   budget would have already been prepared.  It would have

 6   been prepared either by my predecessor or the previous

 7   chief.  I will tell you that --

 8        Q.   Now who was that?

 9        A.   John Duclous.

10        Q.   Okay.

11        A.   And he vacated that position, I believe, in

12   January of '04 before I got there --

13        Q.   Okay.

14        A.   -- so the position was vacant until I filled

15   it in May.  So I don't know who developed and how that

16   '04 budget got developed, but I was there for the

17   beginning of fiscal year '05, and what I did was

18   basically the budget office immediately gave us a

19   budget initially that was a rollover, this is what you

20   spent the previous year, so this is what you're going

21   to start off with.  Tell me about any different program

22   changes you might have which would impact on the amount

23   of money that will get finalized for you.

24        Q.   Okay.  Now when you joined the staff, did you

25   speak to each person on your personal staff to

1   ascertain what they did and how they supported your

2   position?  Did you talk to each person?  In other

3   words, did you go to Ms. White and say well, what do

4   you do?  Did you go to Ms. Hawkins and say well, tell

5   me what you do?  Did you go to the third person?  I

6   forget his name.

7       A.   Vivian, Jeanarta and --

8       Q.   Okay.

9       A.   -- Brigitte for sure.

10      Q.   Yeah.  Did you go to each person and ask them

11  what they did?

12      A.   Yes.

13      Q.   Okay.  And what did they tell you?

14      A.   Brigitte told me that she worked on the

15  budget for me, and Vivian told me that she basically

16  was over the operation side of the house for the

17  staffing, and Jeanarta told me that she was over the

18  side of the house that monitored the Pay Demonstration

19  Project, as well as our employee benefits and employee

20  services.

21      Q.   Okay.  Now did Ms. White indicate that she

22  had anything to do with budget?

23      A.   Both Jeanarta and Vivian had indicated to me

24  prior to my arrival that they had to help to formulate

25  the budget and make some budget decisions, and that

1  they were hopeful that when I arrived as the permanent

2  chief that I would be happy with some of the decisions

3  that had to be made.

4      Q.   Okay.  Now did there come a time when --

5  well, when you spoke to Ms. Hawkins regarding her

6  duties, did she indicate to you her concerns about her

7  grade at that time?

8      A.   What I recall is that soon after I arrived

9  and I -- you know, a couple weeks, that Brigitte had

10  come to me and said that she was concerned about the

11  grade level of her position, so she did raise that

12  concern to me.

13      Q.   And this was shortly after your arrival?

14      A.   Yes.

15      Q.   Okay.  And what were your views then

16  regarding what she told you?

17      A.   That I was new to the position and trying to

18  figure out everything that everybody did and at what

19  level and how we all fit together to provide the right

20  support to ATF, that it was too premature for me to

21  make any decisions because I didn't have the

22  information that would be necessary to make any

23  decisions on that.

24      Q.   Okay.  Now did there ever come a time when

25  you undertook -- well, did there ever come a time when

1    the discussion turned to a desk audit for Ms. Hawkins?

2        A.    Yes.

3        Q.    And when did that occur?

4        A.    I don't remember the time frame.  I will tell

5    you it was months after I arrived that Brigitte came

6    and asked for a desk audit for her position.

7        Q.    Now did there ever come a time when you

8    discussed Ms. Hawkins' position with Ms. White?

9        A.    Yes.

10       Q.    Okay.  When did that occur?

11       A.    After the desk audit was requested.  Vivian

12   White had the responsibility on her staff for

13   classification of positions for the entire ATF, so it

14   seemed appropriate to me to go to her to talk to her

15   about the proper classification of a position within my

16   own division.

17       Q.    Did you ask Ms. White what her views were

18   regarding Ms. Hawkins' request for a promotion?

19       A.    No, not about her -- no.  I talked to her

20   about whether or not it made sense to do a desk audit

21   and whether or not it was appropriate.

22       Q.    Now did the conversation regarding the desk

23   audit also include whether or not it would be

24   appropriate to create a position and then have

25   Ms. Hawkins compete for it?

1   A.   No, not that I remember.

2   Q.   There was no discussion regarding that?

3   A.   Not that I recall.

4   Q.   Okay.  Now who raised the prospect of a desk

5   audit?  Was that suggested by Ms. White or did

6   Ms. Hawkins suggest it?  Who raised the idea of a desk

7   audit?  Who was the first to do that?

8   A.   Brigitte did.

9   Q.   Okay.  And what was your response to that?

10  A.   I told her that I would consider it, that I

11  wanted to seek counsel from my Assistant HR Officer,

12  Vivian, who I did.

13  Q.   And what did Ms. White say?

14  A.   She said that, you know, being that, you

15  know, the request came in, that we could consider it,

16  but management does not have to accept the request, and

17  I said well, you know, I'm new.  I've now been here

18  still a few months.  I'm learning, you know, every day

19  what everybody does and how it relates, but that if it

20  seemed appropriate, given that the position description

21  that Brigitte was under was a -- I don't want to call

22  it a draft.  There was some language on the bottom of

23  her position description that talked about it being

24  projected duties and that after a year it should be

25  reviewed, and that was dated in 2001, that based on

1   those factors it seemed reasonable that we should do a

2   desk audit to be sure that it properly was classified

3   reflecting the duties expected of this job.

4        Q.   Now being in Personnel I guess you're aware

5   that even if the Agency had not agreed to perform a

6   desk audit, Ms. Hawkins had the option of going to OPM

7   and asking OPM to perform the desk audit, are you aware

8   of that?

9        A.   Absolutely, um-hum.  I know that.

10       Q.   So that your decision to do a desk audit was

11  not gratuitous?  I mean it wasn't a favor to her

12  necessarily.  She could have gotten one from OPM.  Do

13  you understand that?

14       A.   Well, she could request it from OPM.  OPM may

15  or may not grant that.  Based on whatever gets filed

16  with OPM they'll make a decision about whether any

17  further investigation would be necessary.

18       Q.   Now did you have any reason to doubt what

19  Ms. Hawkins was telling you regarding the scope of her

20  duties?

21       A.   I don't understand the question.

22       Q.   In other words, when she told -- when

23  Ms. Hawkins told you about the level of input that she

24  had in the budget, did you have any reason to doubt

25  her -- the voracity of anything that she was saying to

1    you regarding her input in the budget?

2         MR. HURST:  Mr. Wagner, just for

3    clarification, what time period are we talking about?

4         MR. WAGNER:  When Ms. Hawkins first raised

5    the issue with Ms. Filler.

6         BY MR. WAGNER:

7    Q.   So I guess this was a short time after you

8    came on board, is that correct?

9    A.   I don't recall a specific discussion about

10   whether or not she had input or not input into what

11   level of the budget, discussion at all.  What I

12   remember shortly after I got there and later was simply

13   I think I'm doing higher grade of duties.  I think I

14   need to be a grade 12 or 13.  I don't remember any

15   major discussion about my questioning whether she had

16   input or not and to what level she had to the budget.

17   Q.   Did you ask Ms. White what Ms. Hawkins'

18   duties were?  Did you discuss her duties with her?

19   A.   I did not ask Vivian what her duties were.

20   Q.   Now did you ever at any time look at Ms. --

21   examine Ms. Hawkins' past performance appraisals to

22   determine what level she was performing at in her job?

23   A.   Did I go back and review her past performance

24   appraisals?

25   Q.   Yes.

1    of the uncertainty of the fiscal year budget and the

2    inability of the division to receive adequate funding,

3    Brigitte's management of the division's budget allowed

4    all programs and contracts to be paid.

5            At no time was she unable to provide accurate

6    information to division and/or directorate staff on the

7    status of any area of the budget.  Brigitte is

8    considered an expert in her area and is consistently

9    sought after for budgetary information.  She designed

10   and produced a variety of reports that allowed her to

11   provide instant, accurate information on a moment's

12   notice.  Because of these reporting mechanisms, she was

13   able to keep her supervisor informed of any potential

14   problems and provide sound, conclusive recommendations.

15       Q.    Okay.  Now you indicated a little earlier, a

16   few moments ago, that you at some point saw this

17   document, is that correct?

18       A.    At some point I believe I've seen it.

19       Q.    Now did you have any reason to question the

20   narrative in this document?

21       A.    I don't frankly remember looking much into it

22   and thinking anything about it other than it was part

23   of the file.

24       Q.    Now did you ever ask Ms. White for her

25   assessment of Ms. Hawkins' performance?

1    A.    No.

2    Q.    Okay.   Now Ms. White did sign this as her

3    second level supervisor, is that correct?

4    A.    Well, Ms. White was probably in an acting

5    capacity when she signed it.  As I think I mentioned to

6    you, somewhere around December or into January of '04,

7    John Duclous vacated the position and until the

8    position was filled permanently there was a series of

9    rotating acting assignments.  Vivian White was one,

10   Jeanarta Lee was another, the two Assistant HR

11   Officers.  So she signed it in an acting capacity as

12   the Acting Chief of --

13   Q.    So basically --

14   A.    -- Personnel at the time.

15   Q.    So basically she signed it as Acting Chief in

16   your job?

17   A.    Correct, before I got there.

18   Q.    Okay.

19   A.    That's correct, and no, I never went to

20   Vivian to ask her about Brigitte's performance.

21   Q.    Okay.   Now at the time Ms. Hawkins indicated

22   to you that she thought she was working at a -- that

23   she had been misclassified and that her job should be

24   classified at a higher level, did you take any steps at

25   that point to find out exactly what her job was or her

1    duties were or should have been?

2           MR. HURST:  Again, just for clarification

3    purposes, I want to ask what the time period was.

4           BY MR. WAGNER:

5       Q.    At or about the time that Ms. Hawkins asked

6    you for a promotion or a desk audit -- well,

7    promotion -- she came and asked you for a promotion, is

8    that correct?

9       A.    Yes, she did.

10      Q.    Okay.  And at that point in time, did you

11   take any steps to find out exactly what her duties were

12   or should have been for a GS-12?  Did you undertake an

13   investigation at the time?

14      A.    Upon the initial conversation, no.

15      Q.    Okay.

16      A.    I mean when she first came to ask me, I told

17   her I was new, I was trying to learn the job, the

18   organization, who does what, that I needed some time to

19   get in and settle in before I really looked into

20   anything more particular, but as time went on, of

21   course, my knowledge of what she did and what I

22   expected her to do increased.

23      Q.    Now did you ask Ms. White for her views as to

24   whether or not Ms. Hawkins should be promoted?

25      A.    No.

1    Q.    Okay.  Now at some point in time, you asked

2    for a desk audit, is that correct?

3    A.    At some point, I asked for the desk audit?

4    Q.    Well, how did the desk audit come about?

5    A.    Brigitte asked if there could be a desk

6    audit, and I said that I wanted to consider that and I

7    sought the counsel of my Assistant HR Officer, Vivian

8    White, who had responsibility for classification within

9    her area.

10    Q.    Okay.  And then what happened next?

11    A.    We agreed to have the desk audit.

12    Q.    Now when you say we agreed, are you saying

13    that you agreed with Ms. White, or who's we?  Who's we?

14    When you say we agreed, who's we?

15    A.    Vivian and I discussed it.  I don't remember

16    if Vivian said I think this is the right answer, you

17    know, this is the right way or -- ultimately it was my

18    decision.

19    Q.    Okay.  So --

20    A.    Now whether she recommended it or we just

21    chatted about it and I went forth and did it,

22    ultimately I made the decision and agreed yes, I would

23    allow a desk audit.

24    Q.    Okay.  Now what is a desk audit?

25    A.    A desk audit is when a classifier gathers

1   information from various sources to come up with a

2   accurate description of the job duties for the

3   position.

4       Q.   Now isn't that done in connection with the

5   pay classification?

6       A.   Well, the first thing you have to do is

7   accurately document the duties of the position, and

8   then the duties of the position are so described in

9   what will become a position description, and then that

10  position description, the classifier will apply the OPM

11  classification standards to appropriately classify

12  position and grade.  And, of course, the grade then

13  ultimately determines the pay.

14      Q.   Okay.  Now the desk audit generally is done

15  to arrive at the grade, you said.  Fair statement?

16      A.   That would be an end result --

17      Q.   Yes.

18      A.   -- but the first step is to accurately

19  describe the duties required -- necessary for the

20  position.

21      Q.   Okay.

22      A.   That's the first step.

23      Q.   Well, the purpose that Ms. Hawkins sought a

24  desk audit was in connection with the grade, is that

25  correct?  She wanted a higher grade?

1      A.   I have never audited anyone, no.

2      Q.   No.   I said have you ever ordered a desk

3  audit before?

4      A.   No, I have not.

5      Q.   This was the first time you had ever ordered

6  a desk audit?

7      A.   That's exactly right.

8      Q.   So you were sort of in the dark as to how

9  this thing was supposed to turn out, is that your

10 testimony?

11     A.   I know in -- as I described to you earlier, I

12 know what the process is.   As a technician, as a

13 classifier, I have never done it, nor have I had

14 anybody in my career ask me for a desk audit other than

15 Brigitte.

16     Q.   Okay.   Now getting back to my earlier

17 question, were you prepared to abide by the result of

18 the desk audit when it was returned?   In other words,

19 were you prepared to live with the result of the desk

20 audit?

21     A.   Yes.   Otherwise, I wouldn't have agreed to do

22 it.

23     Q.   Okay.   Now did there come a time when the

24 desk audit was performed?

25     A.   Yes, the desk audit was performed.

1    Q.    And who performed this desk audit?

2    A.    Barbara Blackwood (ph.).

3    Q.    Now who is Barbara Blackwood?

4    A.    She is a contractor.  We have a couple of

5  folks who provide contract services for Human

6  Resources.

7    Q.    Okay.  And she works for a contractor?

8    A.    Yes.

9    Q.    Okay.  Now did you have any reason to doubt

10 her competence to perform this task?

11    A.    No.

12    Q.    Who is the contractor for ATF on this job,

13 this particular job?

14    A.    Well, I only have two, and I'm trying to

15 remember which one she works for.  It's either B&F

16 Technologies or MRF, and I don't remember which one.

17           THE REPORTER:  Is that BMF or B&F?

18           THE WITNESS:  B&F and MRF -- B&W.  I'm sorry,

19 B&W.  It's B and W.  B&W and MRF are the two

20 contractors.

21           BY MR. WAGNER:

22    Q.    Okay.  And are the people they hire generally

23 competent?

24    A.    I believe so.

25    Q.    Okay.  Did you have any reason to doubt

1  Ms. Blackwood's competence to perform this desk audit?

2       A.    I did not.

3       Q.    Have you had any conversations with her, with

4  Ms. Blackwood?

5       A.    When?  At what point?

6       Q.    Well, have you had any with her?

7       A.    Yes, I've had conversations with her.

8       Q.    Okay.  During any of these conversations have

9  you had any reason to doubt her competence to perform

10  this?

11       A.    Yes, actually I did --

12       Q.    Okay.

13       A.    -- and that would be after the desk audit

14  began.  I asked her a couple of times over the course

15  of, I don't know, several weeks how it's going, is she

16  making progress.  She had indicated a couple of times

17  that she was still waiting on material from Brigitte

18  that she had asked for.  I said okay.  Eventually a

19  package appeared in my in box with a cover note from

20  her asking me to sign off on a proposed position

21  description, at which point I sought Barbara Blackwood

22  out and told her I was very surprised that she had

23  concluded this project without having come to talk to

24  me as the manager.

25       Q.    Now you indicated a few moments ago that you

1  saw her in the hallway several times and you asked her

2  how the desk audit was progressing, is that correct?

3      A.    That's correct.

4      Q.    Did you at any time during this process

5  indicate to her that you wanted to talk to her?

6      A.    No.  I didn't think I would have to.  That's

7  a normal part of performing a desk audit.

8      Q.    Well, you indicated a few moments ago that

9  you'd never asked for a desk audit before, so how do

10  you know what the process is?

11      A.    Because I have the responsibility of that

12  within my function.  There's a lot of things within my

13  function that I have a general knowledge of, but not

14  necessarily specific technical expertise, so I knew

15  what the time -- I knew what the general milestones

16  were to complete the project.

17      Q.    Well --

18      A.    I knew that discussing with the employee -- I

19  knew discussing with the manager, coming up with some

20  proposal would be -- and what the end result could be.

21  It could be an upgrade.  It could be a downgrade.  It

22  could be a change in -- so I understand all of that.

23      Q.    Now you indicated a few moments ago or

24  perhaps maybe half-an-hour ago that you had never

25  functioned at that level with regard to the budget.

1   You'd only worked in the budget area as a Training

2   Officer 18 years earlier, is that correct?

3       A.   I've never worked in budget specifically,

4   correct.

5       Q.   Okay.  And so what sort of input did you

6   think you would have at that stage in the audit

7   process?

8       A.   I don't understand the question.

9       Q.   In other words, what did you want to tell

10  Ms. Blackwood that would have aided her in this process

11  with regard to the desk audit?

12      A.   The duties that I expected out of the

13  position.

14      Q.   Now do you think that is a proper subject of

15  a desk audit, things that you expected of the job or

16  what the employee was performing or doing?

17      A.   It's absolutely my job as the manager to know

18  what duties I need performed to get the work done.

19  That is my job, yes.

20      Q.   Now a desk audit is based on what the

21  employee is doing, is that not correct?

22      A.   That's a component of it, yes.

23      Q.   Yeah.  Now whether or not you expect the

24  employee to do something in the future would have --

25  that is not the purpose of the desk audit, to take into

1    account future duties, is that not correct?

2        A.    The position description should describe

3    what's necessary to get the job done.

4        Q.    So is it your testimony that your perception

5    of a desk audit includes not only what the employee is

6    doing at that particular time, not only the duties that

7    the employee has performed in the past, but what you

8    expect that person to do in the future, is that your

9    testimony?

10       A.    I'm not really understanding what your

11   question is.

12       Q.    In other words, you know, is your perception

13   of a desk audit, the assessment of a grade, based on

14   not what the employee has performed in the past, not

15   what the employee is currently performing, but what you

16   expect the employee to do in the future?  Is that your

17   assessment of a desk audit?

18       A.    My assessment is that the desk audit needs to

19   reflect, as the question is, what the employee is

20   currently doing in order to get the job done, as well

21   as to talk to the manager about what the employee needs

22   to do to get the job done and what would be the full

23   scope of responsibility of that job today and tomorrow

24   and the next day.

25       Q.    Okay.  So, in other words, your assessment of

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

þíííííííííííííííííííííííí»
                         °
IN THE MATTER OF:        °
                         °
BRIGITTE HAWKINS,        °
                         °
     Plaintiff,       °
                         °  07CA0010(CKK)
v.                   °
                         °
MICHAEL MUKASEY,        °
                         °
DEPARTMENT OF JUSTICE,  °
                         °
     Defendant.       °
                         °
þíííííííííííííííííííííííí¼

Tuesday,
December 18, 2007

DEPOSITION OF:

DEBRA LYNN GUNTHER

called for examination by counsel for the
Plaintiff, pursuant to notice, in the offices

of OSI, at 1629 K Street, Suite 300, N.W.,
Washington, DC, when were present on behalf of

the respective parties:

5adbf073-cf72-428a-8cea-9deef4a05088

APPEARANCES:


On Behalf of the Plaintiff:


    CHARLES WAGNER, ESQ.
    EDWARD ALLEN, ESQ.
    7801 16th Street, N.W.
    Washington, D.C.  20012
    (202) 210-7801


On Behalf of the Department of Justice:

    HEATHER GRAHAM-OLIVER, ESQ.
    Assistant United States Attorney
    555 Forth Street, N.W.
    Washington, D.C. 20530
    (202) 305-1334



    LESLIE RANDOLPH, ESQ.

    Department of Justice

    Bureau of Alcohol, Tobacco,

    Firearms & Explosives

    99 New York Avenue, NE

    Room 4E347

    Washington, DC 20226


    (202) 648-7033

5adbf073-cf72-428a-8cea-9deef4a05088

TABLE OF CONTENTS

WITNESS                 DIRECT CROSS REDIRECT RECROSS


Debra Gunther            4        48

5adbf073-cf72-428a-8cea-9deef4a05088

1          Q      Okay.

2          A      From then I worked up I guess --

3          Q      What year was that?

4          A      Oh, my gosh.  Okay.  This is a

5    guess.  I would say somewhere -- I guess I --

6    I -- when I started as a secretary, I was a

7    5/6/7.  I went to a seven.  So, that was three

8    years.  Then I took a downgrade.  So, that's

9    -- are you keeping track of the years.

10         Q      Yes.  That's --

11         A      I took a downgrade after I got a

12   seven into a six.  Then I had to work the six.

13   Then I went to a seven in the management

14   assistant field.  Then I took -- and then I

15   got into the management analyst field as a

16   seven.

17         Q      Um-hum.

18         A      So, I spent a lot of time as a

19   seven.

20         Q      I see.

21         A      And -- and that was a 7/9/11/12,

22         Q      Okay.

5adbf073-cf72-428a-8cea-9deef4a05088

Page 12

```
 1            A      So, that's -- yes, so.

 2            Q      Okay.

 3            A      I don't --

 4            Q      The time that you were a 12, where

 5     did you go?

 6            A      I -- I went to the Office of the

 7     Administrative Programs.

 8            Q      At what agency?

 9            A      The same one.  It was just a

10     different office.

11            Q      Oh.  Oh.  Okay.  And after that,

12     where did you got?

13            A      After that?

14            Q      Yes.

15            A      Oh, I stayed there.  I spent a

16     year as a 12 in that office and then they

17     promoted me to a 13 in that office.

18            Q      Okay.

19            A      I left BEP in 2005.

20            Q      Okay.

21            A      As a promotion to come to ATF as a

22     14.
```

5adbf073-cf72-428a-8cea-9deef4a05088

Page 13

```
 1            Q     Okay.  Now, before coming to ATFE,

 2     you know --

 3            A     Um-hum.

 4            Q     -- what jobs have you held in the

 5     -- did you hold in the personnel office -- in

 6     the personnel field?

 7            A     When I was hired there, I was

 8     hired as a management program analyst, GS-14.

 9            Q     Okay.  Now, prior to that, had you

10     ever worked in a personnel office before?

11            A     No.  No.

12            Q     Okay.  And so, what -- did they

13     explain to you what your duties would be in

14     the personnel area?

15            A     Yes, because I was -- I was very

16     surprised that they had called me.

17            Q     Why was that?

18            A     Why was that?

19            Q     Yes.

20            A     Because I was just -- you know,

21     the way that the -- the -- how you apply for

22     jobs, it's very easy once you have your r,sum,
```

5adbf073-cf72-428a-8cea-9deef4a05088

Page 15

1          hiring for human resources position.

2                Q        Okay.

3                A        This is to do the office --

4          everything but HR issues.

5                Q        Okay.

6                A        I deal with the audits.  I deal

7          with -- they wanted me to start a customer

8          service survey.  They wanted me to do some

9          organizational structure changes within that

10         office.  They wanted me to oversee the budget.

11         They wanted me to handle some contracts.  They

12         wanted, you know, do different like

13         presentations when the boss has to go in front

14         of the execs because they didn't -- you know,

15         the HR specialists didn't know how to do like

16         PowerPoints or Excel spreadsheets and that

17         type of thing.  So, I was comfortable with

18         that.

19               Q        Okay.  Now, what time frame are we

20         talking about?  When did this occur?  Could

21         you give us like a day, month, year?

22               A        Sure.

5adbf073-cf72-428a-8cea-9deef4a05088

1          Q      Yes.

2          A      It was May of 2005 is when I was

3    hired to do this.

4          Q      May 2005.  Okay.  And did you talk

5    with Ms. Filler in connection with your being

6    hired?

7          A      At -- at -- later.  Ms. Filler was

8    on vacation or away on business.  I can't

9    remember exactly what.  I think she arrived

10   after about a week after I had already started

11   and Helen actually is the one that hired me

12   for her.

13         Q      Okay.  All right.  So, you had no

14   prior connection with ATF prior to this time?

15         A      No.

16         Q      Yes.

17         A      Uh-huh.

18         Q      Okay.  Now, when you were hired,

19   had you ever worked on the budget before?

20         A      Worked on a budget?

21         Q      Yes.

22         A      The only -- only kind of budget

5adbf073-cf72-428a-8cea-9deef4a05088

1       that I used to work on is that at BEP, we did

2       a lot of competitive sourcing.

3            Q       Yes.

4            A       So, and when doing that, you have

5       to report to the Department of Treasury and

6       OMB how much it's costing you to do these

7       studies.

8            Q       Yes.

9            A       So, I kept track for the entire

10      agency, but besides that, no.

11           Q       So, in other words, would it be

12      fair to say that you would contact the offices

13      within the Bureau of Engraving.  Is that it?

14           A       Um-hum.

15           Q       Yes.

16           A       Bureau of Engraving.

17           Q       And you would ask them please tell

18      me how much money --

19           A       How much -- yes, exactly right.

20           Q       Yes.

21           A       You're -- how -- you've had a

22      meeting on -- with your group, you know,

Page 20

1          Q      Okay.

2          A      I would do all the -- the grunt

3     work if you will.

4          Q      Okay.  And during this period, you

5     were what grade?  Started --

6          A      I was a -- I was a 13.

7          Q      Okay.  Now, did you do any of this

8     work while you were a 12?

9          A      No.

10         Q      Okay.  Now, at the time you

11    started working at ATF, what were your duties

12    at that time?

13         A      What at ATF?

14         Q      Yes.

15         A      Basically, that.  I was -- I was

16    like an assistant to Diane.  She would have to

17    respond to the audit for instance.  We -- as

18    soon as I walked in, within a week, I had to

19    review an audit that had took -- an internal

20    audit that had taken place a few months prior

21    before I came on.  I to go through their work

22    papers and then write up a -- you know,

5adbf073-cf72-428a-8cea-9deef4a05088

Page 21

1    identified what they found, how we're going to

2    -- identify how we're going to put

3    corrective actions in place and send a

4    response to the -- for the director's

5    signature.

6         Q    Okay.  Now, were you given any

7    supervisory duties when you first arrived?

8         A    No.

9         Q    Okay.  Did there come a time when

10   you received supervisory responsibilities?

11        A    Yes.

12        Q    And when was that?

13        A    I'm thinking that was about

14   December of 2005 or January 2006.  Somewhere

15   in that --

16        Q    So, for approximately six months,

17   you were just an assistant to Diane Filler?

18        A    Basically, yes.

19        Q    And were your duties structured so

20   that you were responsible for a specific area

21   or did you do duties as assigned?

22        A    It was pretty much duties as

5adbf073-cf72-428a-8caa-9dcef4a05088

Page 22

1      assigned.  I was still feeling my way around

2      there.  Like I said, it was -- it was a whole

3      lot of things going on at the time when I got

4      there.  We had to respond to this internal

5      audit.  We also had --

6           Q      What was the audit about?

7           A      Every three or four years, they do

8      an internal audit to make sure that you're

9      following procedures, that your, you know,

10     your inventory is correct, you know, credit

11     statements are being, you know, reconciled.

12     It's a -- it's a lot of things.

13          Q      Yes.

14          A      But, they do that three or four

15     times a -- every three or four years I think.

16          Q      Now, did you do this all by

17     yourself or did you have assistants?

18          A      No, I did not.  I did this by

19     myself.

20          Q      Okay.  And you would report to

21     Diane your findings.  Is that basically it or

22     did you prepare --

5adbf073-cf72-428a-8cea-9deef4a05088

Page 41

```
 1          A      Sure.

 2          Q      Yes.

 3          A      Principles I and II, Accounting I

 4    and Cost Accounting I.

 5          Q      Um-hum.  Okay.  Now, did -- when

 6    Ms. Filler asked you to assume these

 7    responsibilities and you shared with her some

 8    of your concerns, did she tell you how she

 9    planned to help you overcome any difficulties

10    that you might have assuming these duties?

11          A      No, I didn't -- I didn't word it

12    that way that I had difficulties.  I just

13    said, you know, I'm going to learn this

14    system.  I'm going to call whoever I need to

15    call to find out.  Someone's going to come

16    down here and train me.

17          Q      Okay.

18          A      And then that's when they said

19    that we're going to have -- that we're going

20    to have some training in February or March and

21    I says I'm in there, you know.

22          Q      Okay.  Yes.
```

5adbf073-cf72-428a-8cea-9deef4a05088

Page 42

```
1          A     They didn't really want me to

2    because I was -- because, you know, Brigitte

3    is our funds analyst and they said they were

4    -- the space was limited and so forth.  So.

5    But, I ended up going anyway.

6          Q     Oh.  Okay.  Now, how many days --

7    how many hours did this course last?  The FRED

8    course.

9          A     Wow.  I'm -- I'm thinking -- you

10   know, this is guessing.  I think it was a

11   week.

12         Q     Oh.  Okay.

13         A     I think it was.

14         Q     Now, did you rely on Brigitte to

15   help you -- Ms. Hawkins, you know.  Did you --

16   same person.

17         A     Yes.

18         Q     Did you rely on her to help you

19   perform your budget duties?

20         A     No.

21         Q     Yes.

22         A     No, she was doing -- she was doing
```

5adbf073-cf72-428a-8cea-9deef4a05088

Page 43

1          all of that.  I didn't take over really doing

2          any kind of the data entry if you will until

3          Brigitte left.

4                 Q      Okay.

5                 A      And then I had -- I had to assume

6          that position because there was nobody else.

7          I mean --

8                 Q      Okay.  So, would it be fair to say

9          that until Brigitte left the budget was all

10         her responsibility?

11                A      Yes.

12                Q      Yes.  And now, when she left, you

13         said that you had to start doing it?

14                A      I had to.  There was no one else

15         to do it.  No one even knew FRED.

16                Q      Okay.

17                A      They were never introduced.

18                Q      I like your sense of humor.  Good.

19         And so -- now, when did this occur?  Well, I

20         guess when Brigitte left.

21                A      She left.

22                Q      Yes.  Okay.

5adbf073-cf72-428a-8cea-9deef4a05088

Page 44

1    A    She was only with me until like

2    April.  I mean she wasn't there very long.  I

3    mean it seems like with -- with all this, you

4    know, the LMI study going on and, you know,

5    with other duties because I had to get this

6    customer service survey up and a whole bunch

7    of things going on at one time before I knew

8    it, Brigitte was gone and it was like now, I'm

9    going to have to do this, you know.

10    Q    Yes.

11    A    So, that's when I started doing

12    the data entry as well.

13    Q    Okay.  And how did you come up to

14    speed on that?  How long did it take you to

15    come up to speed on that?

16    A    I beg, pleaded and borrowed people

17    from FMD literally.

18    Q    FMD is what?

19    A    Financial Management Division.

20    Q    Okay.  And so, they sent people up

21    to do the work?

22    A    To help me.  Yes.

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - x
                              :
BRIGITTE HAWKINS,             :
                              :
            Plaintiff,        :
                              :
    v.                        :  Civil Action
                              :  No. 07CA0010
MICHAEL MUKASEY,              :
U.S. DEPARTMENT OF JUSTICE,   :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - x


                              Washington, D.C.

                              Thursday, January 17, 2008


Deposition of

                    DEBBIE GUNTHER

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before KENYAN

HOPCHAS, Notary Public in and for the District of

Columbia, at 1629 K Street, N.W., Suite 300,

Washington, D.C., commencing at 2:00 p.m.


            Diversified Reporting Services, Inc.
                    (202) 467-9200

2

APPEARANCES:


        On behalf of the Plaintiff:

                CHARLES E. WAGNER, ESQ.
                EDWARD L. ALLEN, ESQ.
                1400 Locust Street, N.W.
                Washington, D.C.  20012
                (202) 210-7801


        On behalf of the Defendant:

                HEATHER GRAHAM-OLIVER, ESQ.
                Assistant U.S. Attorney
                U.S. Department of Justice
                U.S. Attorney's Office for the
                District of Columbia
                555 4th Street, N.W., 10th floor
                Washington, D.C.  20530
                (202) 305-1334

                LESLIE RANDOLPH, ESQ., Attorney Advisor
                U.S. Department of Justice
                Bureau of Alcohol, Tobacco, Firearms
                & Explosives
                99 New York Avenue, N.E., Room 4E347
                Washington, D.C.  20226
                (202) 648-7033

3

C O N T E N T S

EXAMINATION BY:                                    PAGE

    Counsel for the Plaintiff                  4

    Counsel for the Defendant                 36

FURTHER EXAMINATION BY:

    Counsel for the Plaintiff                 45



PLAINTIFF'S DEPOSITION EXHIBITS:

    7   1/12/06 feedback document, D. Gunther     16

    8   New position description                  18

4

```
 1                    P R O C E E D I N G S

 2     Whereupon,

 3                         DEBBIE GUNTHER

 4     was called as a witness and, having been first duly

 5     sworn, was examined and testified as follows:

 6                    EXAMINATION BY COUNSEL FOR THE PLAINTIFF

 7                    BY MR. WAGNER:

 8          Q     Could you state your name and spell your name

 9     for the benefit of the Court Reporter, please?

10          A     Sure.  It's Debbie Lynn Gunther.  That's

11     G-u-n-t-h-e-r.

12          Q     And where are you employed?

13          A     Alcohol, Tobacco and Firearms.

14          Q     And Explosives?

15          A     And Explosives.

16          Q     What part?

17          A     The Human Resources Division.

18          Q     I invite your attention to Plaintiff's

19     Exhibits 1 and 2.  Do you recognize Plaintiff's

20     Exhibits 1 and 2?  Have you seen them before?

21                    First of all, Plaintiff's Exhibit 1, for the

22     record, are the first Interrogatories from Plaintiff,
```

10

```
1    on December 18th when she answered that exact question.
2              Now, you have something new about her
3    education, please, ask.  We can call the Court.  I'm
4    not going to go back over and over things that she's
5    already done.
6              BY MR. WAGNER:
7         Q    With regard to 11 -- I've forgotten what the
8    question is now.  Did any of those courses specifically
9    pertain to budget issues?
10        A    Yes.  We had some situations where we had
11   to -- we didn't have on line accounting courses like
12   they do now.  We had to do it by hand, where they would
13   give us some sort of a scenario where we would have
14   this company and we would have to go back and figure
15   out the books.
16             So, I would have to answer yes in that.
17        Q    That aspect or that course, those courses that
18   you took, did it involve putting together
19   justifications for payment of employees, for travel,
20   stuff like that?
21        A    No, it would not.
22        Q    None of the courses that you took, that you
```

11

```
1     referred to, involved providing reasons or
2     justifications for funding certain programs?
3          A     That's correct.
4          Q     When did you take those particular courses?
5          A     Let me think.  I think my first one was in
6     1991 or 1992.  I took as many as I could.  I had two
7     kids and worked full time.  I took like two courses
8     each semester for a while, and then I had to
9     move -- then I moved to Virginia, and then I picked up
10    and took, I think -- I know I took cost accounting at
11    NOVA, and I believe I took intermediate accounting at
12    NOVA.
13               I think I took both principles when I was in
14    Maryland.
15         Q     Inviting your attention to question number
16    four of  Exhibit 2, in your answer there you indicated
17    that your duties include overseeing that all financial
18    documents are initiated and paid in a timely fashion
19    and you determined budget funding for the Division; is
20    that correct?
21         A     That's correct.
22         Q     Before the reorganization -- let me ask you
```

12

1      this question.  When you joined ATF, did you have those

2      duties?

3          A     No.

4          Q     When did you get those duties?

5          A     I really didn't get these duties until after

6      Brigitte left, inputting data into the FRED system.

7      That was what she used to do.  Then I took over after

8      she left.

9          Q     Overseeing that all financial documents are

10     initiated and paid in a timely fashion, is that the

11     FRED system?

12         A     That would be the FRED system, but that was

13     more -- let me back up a little bit.  When Diane gave

14     me the supervisory duties, I was to ensure that these

15     things were paid in a timely manner.  That's correct.

16              But that was making sure that Brigitte put

17     them in the system in a timely manner and following it

18     up and making sure those were done.  We had a lot of

19     late stuff.

20              But before I could really get into that, she

21     left and I ended up having to do these myself.

22         Q     Focusing in on the phrase "determining budget

13

1      funding for the Division," what does that duty consist

2      of?

3          A    Basically, it's going through the year before,

4      prior year, seeing what the total amounts of all those

5      contracts were, putting together -- either trying get a

6      hold of the contractor or agency, depending on which

7      one we are dealing with, finding out if they already

8      know what their next year's contract is going to cost.

9            If they don't, then I have to estimate, and I

10     normally estimate about a three percent increase, just

11     to be on the safe side.

12        Q    You didn't have that duty when you had joined

13     the Agency; is that correct?

14        A    No.

15        Q    Who had that duty before you joined?  Before

16     you became support supervisor, who had that duty?

17        A    I would have to say Diane did.  I honestly

18     don't know.

19        Q    Do you know whether or not Brigitte was

20     involved in that?

21        A    I have no idea.  I never attended any meetings

22     with them when I was not supervisor.

14

1      Q     Whenever you met with Diane while Brigitte was

2   still there, Brigitte also attended the meetings; is

3   that correct?

4      A     Brigitte did attend a meeting; yes.  Before I

5   became her supervisor, it was just her and Brigitte.  I

6   was not involved in that.

7      Q     After you became Brigitte's supervisor,

8   whenever you would attend a meeting with Diane on the

9   budget, was Brigitte present?

10     A     Yes.  In fact, I think there was only one,

11  maybe two meetings, that we had, and Brigitte was

12  present; yes.

13     Q     Is it your testimony that you only had two

14  meetings with Diane while Brigitte was there?

15     A     No.  I said we only had about two budget

16  meetings in regard to the budget while I was

17  there -- after I was supervisor.

18     Q     Brigitte attended both of those?

19     A     I believe so; yes.

20     Q     With regard to calling the other departments

21  or divisions or branches of the Personnel Division to

22  find out what their needs were for the coming year or

15

```
1        the next fiscal year, did anyone assist you in that
2        task?
3             A    No.
4             Q    You did all this on your own?
5             A    After I became supervisor and all -- I mean
6        after she left, I did it.
7             Q    While she was there?
8             A    The fiscal year had already started.
9             Q    Did anyone assist you -- you never did it
10       while Brigitte was there?  Is that your testimony?
11            A    No, I didn't do anything when Brigitte was
12       there.  I had just taken training, and that's one of
13       the things that didn't show up.  It says that I had
14       FRED training three months after I started.    Three
15       months after I became supervisor.
16                 I didn't get FRED training until like February
17       and she left in April.
18            Q    During the time that Brigitte was there, you
19       didn't do any work on the budget?
20            A    Not much if anything.  I know I looked up some
21       stuff because there were e-mails coming in and out that
22       invoices hadn't been paid.
```

16

```
1              Those types of things, yeah, I took action and
2    I dealt with Brigitte, you know, following up on stuff,
3    stuff like that.  That's pretty much it until after she
4    left, and then that's when I took over doing the
5    invoices.
6              MR. WAGNER:  Could I have this marked as
7    Plaintiff's Exhibit 7?
8                              (Plaintiff's Exhibit No. 7 was
9                              marked for identification.)
10             BY MR. WAGNER:
11        Q    I show you what has been marked as Plaintiff's
12   Exhibit 7.  Do you recognize that document?
13        A    Yes.
14        Q    What do you recognize it as?
15        A    This is my feedback.  I was told that I needed
16   to provide feedback to the manager, the one that
17   Brigitte was going to.
18        Q    You sent Exhibit 7 to the manager?
19        A    Yes.
20        Q    Did you draft that or did someone else draft
21   that?
22        A    I did it.
```

17

1      Q    Did you share this memo with Ms. Filler?

2      A    Yes.

3      Q    Did she approve the sending of this memo?

4      A    Yes.  Well, she looked at it and she said you

5    need to put what you, you know, what you believed to be

6    said, and I did.

7      Q    Did Ms. Filler write any of this document?

8      A    No.  No, Ms. Filler did not write.  I wrote

9    that entire thing.

10     Q    You gave this to Ms. Hawkins?

11     A    Yes, I did.

12     Q    On or about June 12, 2006?

13     A    That's correct.

14     Q    Is that when she left from your division to go

15   to the other?

16     A    She left before then, but I hadn't gotten a

17   chance to do a feedback.  Diane said I needed to do

18   something and give it to the manager.

19     Q    She left your division some time before that?

20     A    That's correct.  I think that was considered

21   what they call mid-year, but I couldn't do a mid-year,

22   so I had to do some type of an evaluation for the

18

1    record.

2        Q    This was supposed to go into Ms. Hawkins'

3    performance appraisal for the year?

4        A    No.  It's not considered a performance

5    appraisal.  It didn't go anywhere like in her OPF file.

6    It was just feedback to her and feedback to the

7    manager.

8              I think the manager, her manager, would have

9    had to have done an evaluation and she had gaps there,

10   so I had to fill that gap in.

11       Q    I show you what has been marked as Plaintiff's

12   Exhibit No. 8.

13                        (Plaintiff's Exhibit No. 8 was

14                         marked for identification.)

15             BY MR. WAGNER:

16       Q    I invite your attention to -- are you familiar

17   with Plaintiff's Exhibit No. 8?

18       A    Yes.

19       Q    What is Plaintiff's Exhibit No. 8?

20       A    This is a new PD that was submitted to me

21   because I had just became Brigitte's supervisor, like

22   two weeks before this.  I didn't know that this was

19

1    actually taking place until then.

2              Anyway, I was given this, and I went in and

3    asked Diane about it, and she said yes, that I needed

4    to sign off on that, so I did.

5         Q    You indicated that on January 25th, you signed

6    off on this.  Is that when you assumed the duties as

7    Brigitte's supervisor?  Did you assume them on that

8    date?

9         A    No.  It was before then.

10        Q    How much before?

11        A    The official organizational change took place,

12   I think, actually December 11th, but I don't think I

13   really started doing that job until something like a

14   couple of weeks later, trying to get everything squared

15   away and get this reorganization put in place.

16        Q    When did you learn that you were going to be

17   Ms. Hawkins' supervisor?

18        A    Before this reorg, so it would have been

19   somewhere in November.

20        Q    November was when you learned?

21        A    Uh-huh.

22        Q    How did that come about?

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

- - - - - - - - - - - - - - - - x
                                 :
BRIGITTE HAWKINS,                :
                                 :
          Plaintiff,             :
                                 :
     v.                          : Civil Action No.
                                 : 07-0010 (CKK)
ALBERTO GONZALES, ATTORNEY       :
GENERAL, DEPARTMENT OF JUSTICE,  :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x


                          Washington, D.C.

                          Thursday, February 21, 2008


Deposition of

               BRIGITTE R. HAWKINS,

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before Sonia

Gonzales, Notary Public in and for the District of

Columbia, in the offices of the AUSA, 501 3rd Street,

N.W., 4th Floor, Washington, D.C., commencing at

10:30 a.m.

                Diversified Reporting Services, Inc.
                        (202) 467-9200

APPEARANCES:


    On Behalf of the Plaintiff:

        CHARLES E. WAGNER, ESQ.

        EDWARD L. ALLEN, ESQ.

        Wagner & Associates

        Box 14723

        Silver Spring, MD  20911

        (202) 313-7185


    On Behalf of the Defendant:

        HEATHER GRAHAM-OLIVER, ESQ.

        Assistant U.S. Attorney

        United States Department of Justice

        United States Attorney's Office

           for the District of Columbia

        555 4th Street, N.W.

        Washington, DC  20530

        (202) 305-1334


        ELSIE RANDOLPH, ESQ.

        Bureau of Alcohol, Tobacco,

           Firearms & Explosives

        99 New York Avenue, N.E.

        Washington, DC  20226

        (202) 648-7033

C O N T E N T S

EXAMINATION BY:                                    PAGE

        Counsel for Defendant                        5

        Counsel for Plaintiff                      111




HAWKINS DEPOSITION EXHIBITS:



    1 - Defense Exhibit A                           33

    2 - Defense Exhibit B                           45

    3 - Defense Exhibit C                           84

    4 - Defense Exhibit D                           98

    5 - Plaintiff's Exhibit 1                      116

Page 82

1    Cawley, and I don't recall a third person.

2         Q    **At some point in time you were given a final PD, is**

3    **that correct, for the GS-11 spot?**

4         A    Yes.

5         Q    **Okay.  When you were given that final PD, what did**

6    **you do as a result of that?**

7         A    When you say final, is this a final for the

8    management support?

9         Q    **The one that Diane Filler signed and approved.**

10        A    No. I wasn't given a final PD.  After the desk

11   audit was conducted?

12        Q    **Yeah.  Did Diane approve a position description for**

13   **you at the GS-11?**

14        A    The management support?  When she changed it?

15        Q    **Yeah, she approved that, didn't she?**

16        A    She approved it or that was her decision.  The

17   management support specialist.

18        Q    **Did you get a copy is what I'm asking you. Did you**

19   **get a copy of that PD?**

20        A    I believe they did give me a copy of it.

21        Q    **Okay.**

22             **Now, Debbie Gunter was hired as a management**

23   **analyst, is that correct?**

24        A    Yes.

25        Q    **And do you recall when she was hired in 2006?**

Page 83

1    A    I believe she was hired in 2005.  Yes, 2005 I

2  believe she was hired, yes she was; and it was probably in

3  late June or July.

4    **Q    Do you know what her duties were in June or July of**

5  **2005?**

6    A    When she came on board she said that she was to

7  write policy.

8    **Q    Did you interact with her at all?**

9    A    A little.

10    **Q    In what way?**

11    A    Well, when on her introduction I escorted her up I

12  believe on her first day, showed her what area she was going

13  to be sitting at. I made sure that her desk was equipped

14  with, you know, the necessities that she was going to need.

15  And we interacted a little bit then, and she told me what she

16  was going to be responsible for and that was writing policy

17  for the personnel division.

18    **Q    And at a later point in time she was reassigned to**

19  **another position, is that correct?**

20    A    Yes.

21    **Q    And she became your supervisor?**

22    A    Yes.

23    **Q    Okay.  Do you remember when that happened?**

24    A    Late November or December of 2005 after a

25  reorganization change.

Page 84

1    Q    When you say "reorganization change," what was

2    that?

3    A    They changed the name from -- I want to say it was

4    a name change, and there were some branch name changes; but

5    it was a division reorganization change.

6    Q    Are you aware that under the division

7    reorganization change, a separate policy division was

8    created?

9    A    Yes.

10   Q    Okay.  I'm going to give you copies of e-mails that

11   were produced to me in relation to this position; then I'm

12   going to ask questions on them because I'm not clear what

13   they are.

14        MS. GRAHAM-OLIVER:  If we can mark these as

15   Defendant's Exhibit C?

16                      (Defendant's Exhibit C was marked

17                        for identification.)

18        MS. GRAHAM-OLIVER:  Off the record.

19        (A brief recess was taken.)

20        BY MS. GRAHAM-OLIVER:

21   Q    All right.  I'm handing you what has just been

22   marked as Defendant's Exhibit C1 through C27, which appear to

23   be e-mails.  Could you just take a look at these, please?

24        MR. ALLEN:  E-mails we provided to you?

25        MS. GRAHAM-OLIVER:  Yeah, they were attached to the

1    Q    Okay.  So Diane asked you how you felt about that?

2    A    Well, I want to correct that.  I asked her, because

3    I had saw a string of paperwork prior to the re-org being

4    taken place.

5    Q    Oh, you asked her, about what?

6    A    Well, I asked her if Debbie was going to be my

7    supervisor or team leader, because there was charts that were

8    prepared prior to this, and it showed that.  And I asked that

9    question, and she told me "No," and she said, "Do you feel

10   that there is going to be a problem if that was to happen?"

11        And I said "Well, I'm just going based on the chart

12   here, and the chart is showing one thing, but during the

13   re-org meeting that we had for the division it states

14   otherwise."

15        So I wanted to know how was this going to come

16   about.

17        And sure enough, later it came that Debbie was

18   going to be the supervisor, and in order for her to become a

19   supervisor, she didn't have to compete, she didn't have to

20   apply for it, it was changed automatically, and three people

21   were moved under her to justify the 14 for supervisory, and

22   myself was one.

23   Q    Okay.  Can FRED be used from home?  Can you input

24   into FRED from home?

25   A    Yes.

Page 109

1    Q    Have you done that before?

2    A    I'm actually doing it now, during my surgery and my

3    new position.  But yes.

4    Q    Is it slower to input, or is it slower from home?

5    A    Home.

6    Q    And what percentage of your work was done on FRED?

7    A    I would say about 80 percent.  There was a lot.  I

8    mean, if you're dealing with the budget, all of your work is

9    basically generated from the FRED system.  Inputting -- you

10   know, we're on office automation now, so, you know, even when

11   you create the spreadsheets or whatever, you may in Microsoft

12   Word to do that, but my data, my reports, and the information

13   that I have to explain to the division chief comes from the

14   FRED system.  So --

15          MS. GRAHAM-OLIVER:  Can we go off the record for

16   five minutes?

17          (A brief recess was taken.)

18          BY MS. GRAHAM-OLIVER:

19   Q    When did you leave the personnel division?

20   A    I want to say maybe July of 2006.

21   Q    And what division did you go to?

22   A    Safety Programs Division.  I --

23   Q    Did you take lower grade?

24   A    Yes.

25   Q    What grade did you end up?

Page 110

1    A    A 9.

2    Q    A 9.  And how long were you in that division?

3    A    I was in that division for three months.

4    Q    Did you compete for the position that you're in

5    now?

6    A    Yes.

7    Q    And what position is that?

8    A    The current position I'm in now?

9    Q    Yes.

10   A    Is a management analyst GS-12.

11   Q    Okay.  And what division is that?

12   A    Right now I'm in the information services division.

13   Q    Okay.  And when did you acquire that position?

14   A    Approximately 90 days after I went to Safety.  I

15   took a downgrade to get out of the personnel division because

16   it was just too stressful, and I couldn't take it there any

17   longer.

18       So I had applied for that position and it was a

19   9/11, and within 30 days after me being in the Safety

20   Programs Division, they promoted me back to an 11.  And then

21   the other job had came along, and that was 11/12, and I was

22   selected and offered a 12.

23   Q    So you are now a GS-12?

24   A    Yes.

25   Q    Okay.  Does that offer promotional potential, the

Page 111

 1    position that you're in now?

 2         A    No, it was just an 11/12.

 3         Q    Okay.  So to get a 13 you would have to compete for

 4    that?

 5         A    Yes.

 6         Q    Okay.  Have you applied for any other positions at

 7    ATF?

 8         A    No.  Since the one that I'm currently in?

 9         Q    Since -- yes.

10         A    No, I have not.

11         Q    Okay.  You applied for a 13 at ATM?

12         A    Yes, as long as it's not in the Office of

13    Management.

14         Q    Okay.

15              MS. GRAHAM-OLIVER:  I have no further questions.

16                  EXAMINATION BY COUNSEL FOR PLAINTIFF

17              MR. WAGNER:  Just a few.

18              BY MR. WAGNER:

19         Q    Now, this -- Ms. Hawkins, you indicated that when

20    you first came on board you were interviewed by Dr. Duclos

21    and Ms. Ross?

22         A    Yes.

23         Q    Okay.  Now, Ms. Ross was a GS-14, did I understand

24    your testimony correctly?

25         A    Yes.