# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIGITTE HAWKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civ. Act. No. 07-0010 (CKK)** |
| | ) |
| **MICHAEL B. MUKASEY,** | ) |
| **ATTORNEY GENERAL DEPT. OF** | ) |
| **JUSTICE,** | ) |
| | ) |
| **Defendant** | ) |

## DEFENDANT'S NOTICE OF FILING

_____Now comes the Defendant and hereby files the following documents including entire

copies of depositions that were referenced in both parties' pleadings:

(1) Table of Authorities for Defendant's Motion for Summary Judgment;

(2) Table of Authorities for Defendant's Opposition and Reply Memorandum

(3) Deposition transcripts:

**Blackwood** January 17, 2008 deposition;

* * * *

**Filler** November 27, 2006 deposition;

**Filler** December 18, 2007 deposition;

**Filler** January 17, 2008 deposition;

* * * *

**Greene** January 17, 2008 deposition; and

* * * *

**Gunther** December 18, 2007 deposition

To the extent that the aforementioned depositions are over Twenty-Five pages (25), a curtesy copy will be delivered to the Court.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

# TABLE OF AUTHORITIES
## CASES

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986) ................................................................ 7

Barbour v. Browner, 181 F.3d 1342 (D.C. Cir. 1999)................................................................. 10

Barnette v. Chertoff, 453 F.3d 513 (D.C. Cir. 2006) ................................................................. 10

Brown v. Small, 2006 WL 1888562 (D.D.C. July 7, 2006) ........................................................... 9

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) ......................................................................... 7,8

Cones v. Shalala, 199 F.3d 512 (D.C. Cir. 2000) ......................................................................... 9

Fischbach v. District of Columbia Dep't of Corrections, 86 F.3d 1180 (D.C. Cir. 1996) ............................. 10

Holcomb v. Powell, 433 F.3d 889 (D.C. Cir. 2006) ................................................................. 10,13

Kulumani v. Blue Cross-Blue Shield Assn., 224 F.3d 681 (7th Cir. 2000) ...................................... 13

Lathram v. Snow, 336 F.3d 1085 (D.C. Cir. 2003) ....................................................................... 9

Little v. Liquid Air Corp., 37 F.3d 1069 (5th Cir. 1994) ............................................................... 8

Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574 (1986)..................................... 7,8

McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973) ............................................................ 9

Milton v. Weinberger, 696 F.2d 94 (D.C. Cir. 1982)................................................................... 10

Reeves v. Sanderson Plumbing Products, Inc., 550 U.S. 133 (2000)........................................... 13

Schumann v. O'Keefe, 314 F.Supp.2d 515 (D. Md. 2004)........................................................... 13

St. Mary's Honor Ctr. v. Hicks, 509 U.S. 502 (1993)................................................................... 13

Texas Dep't of Community Affairs v. Burdine, 450 U.S. 248 (1981) ....................................... 9,10

# TABLE OF AUTHORITIES
## CASES

## DEFENDANT'S OPPOSITION AND REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Barbour v. Browner, 181 F.3d 1342 (D.C. Cir. 1999) ............................................................2

Brady v. Office of the Sergeant at Arms, No. 06-5362 (D.C. Cir. 2008) .....................................2

Bundy v. Jackson, 641 F.2d 934 (D.C. Cir. 1981) ...............................................................8

Davis v. State University of New York, 802 U.S. 638 (2d Cir. 1986) ............................................2

Fischbach v. District of Columbia Dep't of Corrections, 86 F.3d 1180 (D.C. Cir. 1996) ..............................4

Fuentes v. Perskie, 32 F.3d 759 (3d Cir. 1994) ...................................................................2

George v. Leavitt (EPA), 407 F.3d 405 (D.C. Cir. 2005) ............................................................4,7

Hogan v. Department of the Navy, 218 F.3d 1361 (Fed. Cir. 2000) .........................................................10

Manlogon v. EPA, 87 M.S.P.R. 653 (2001) ..............................................................................10

McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973) ...............................................................2

St. Mary's Honor Ctr. v. Hicks, 509 U.S. 502 (1993)...............................................................2

Taylor v. Small, 350 F.3d 1286 (D.C. Cir. 2003) ...................................................................7,8

Texas Dep't of Community Affairs v. Burdine, 450 U.S. 248 (1981) ...........................................................2

U.S. Postal Service Board of Governors v. Aikens, 460 U.S. 711 (1983) ........................................................2

## STATUTES

5 U.S.C. § 7106(a)(2)(B)...............................................................................................3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA



- - - - - - - - - - - - - - x

                        :

BRIGITTE HAWKINS,         :

                        :

        Plaintiff,    :

                        :

    v.              :  Civil Action

                        :  No. 07CA0010

MICHAEL MUKASEY,       :

U.S. DEPARTMENT OF JUSTICE,  :

                        :

        Defendant.    :

                        :

- - - - - - - - - - - - - - x

Washington, D.C.

Thursday, January 17, 2008

Deposition of

BARBARA BLACKWOOD

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before KENYAN

HOPCHAS, Notary Public in and for the District of

Columbia, at 1629 K Street, N.W., Suite 300,

Washington, D.C., commencing at 4:10 p.m.

Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

APPEARANCES:


On behalf of the Plaintiff:
        CHARLES E. WAGNER, ESQ.
        EDWARD L. ALLEN, ESQ.
        1400 Locust Street, N.W.
        Washington, D.C.  20012
        (202) 210-7801


On behalf of the Defendant:
        HEATHER GRAHAM-OLIVER, ESQ.
        Assistant U.S. Attorney
        U.S. Department of Justice
        U.S. Attorney's Office for the
        District of Columbia
        555 4th Street, N.W., 10th floor
        Washington, D.C.  20530
        (202) 305-1334


        LESLIE RANDOLPH, ESQ., Attorney Advisor
        U.S. Department of Justice
        Bureau of Alcohol, Tobacco, Firearms
        & Explosives
        99 New York Avenue, N.E., Room 4E347
        Washington, D.C.  20226
        (202) 648-7033

C O N T E N T S

EXAMINATION BY:                                          PAGE

        Counsel for the Plaintiff                          4

        Counsel for the Defendant                         57

FURTHER EXAMINATION BY:

        Counsel for the Plaintiff                         62

PLAINTIFF'S EXHIBITS:

9    Draft position description                            5

10   Supplement to First Request
       for Production                                     17

11   B. Blackwood notes                                   24

12   Classification standard, administrative
       analysis grade evaluation guide                    30

13   OPM Guide excerpt                                    34

14   Provision regarding Series 343                       47

Page 4

1                    P R O C E E D I N G S

2    Whereupon,

3                      BARBARA BLACKWOOD

4    was called as a witness and, having been first duly

5    sworn, was examined and testified as follows:

6              EXAMINATION BY COUNSEL FOR THE PLAINTIFF

7              BY MR. WAGNER:

8         Q    **Would you state your name and spell your last**

9    **name for the Court Reporter?**

10        A    Barbara Blackwood.  Blackwood is spelled

11   B-l-a-c-k-w-o-o-d.

12        Q    **Where are you employed?**

13        A    At the Bureau of Alcohol, Tobacco and

14   Firearms.

15        Q    **What is your job there?**

16        A    I'm a contractor, and I work in the Human

17   Resources Division, and I do position classification.

18        Q    **How long have you been doing that?**

19        A    Since 2002.  I think it was March 2002.

20        Q    **I show you -- could I have this marked as**

21   **Plaintiff's Exhibit No. 9?**

22        //

Page 5

1                         (Plaintiff's Exhibit No. 9 was

2                         marked for identification.)

3          BY MR. WAGNER:

4      Q    I show you what has been marked as Plaintiff's

5  Exhibit No. 9.  Do you recognize that?

6      A    Yes, I do.

7      Q    What is Plaintiff's Exhibit No. 9?

8      A    It's a copy of a draft position description

9  that was a result of a desk audit.

10     Q    How do you recognize it?

11     A    Well, because I can see that I did it.

12     Q    When did you do this?

13     A    It was in January of 2006.

14     Q    Did you send that document to anyone?

15     A    Yes, I did.

16     Q    Who did you send it to?

17     A    I sent it to the employee's supervisor.

18     Q    When did you send it to that employee's

19  supervisor?

20     A    Initially, I believe it was February 10, 2006.

21     Q    What happened after that?

22     A    I didn't get a response.  I believe it was

Page 6

1    about four months that went past.  I was going on

2    vacation.  I thought I'd touch base with the supervisor

3    again to see if she had any comments about the package

4    that I had sent.

5         Q    I show you what has been marked as Plaintiff's

6    Exhibit No. 4 and ask you to look at those documents,

7    the four documents there, and ask do you recognize

8    those documents?

9              (Witness reviewing documents.)

10             THE WITNESS:  Yes.

11             BY MR. WAGNER:

12        Q    What do you recognize those as?

13        A    The first is the --

14        Q    That is Exhibit A?

15        A    Exhibit A is the position description, or I'll

16   say draft, that was classified as a result of a desk

17   audit.  Exhibit B is the evaluation statement that I

18   did to justify the grade of the position description.

19             Exhibit C was the employee's current

20   position -- the incumbent's position description at the

21   time of the desk audit.

22             Exhibit D is the position description that I

Page 7

1    used when I talked to the employee's supervisor, and

2    there are changes that were made as a result of my

3    meeting with her.

4        Q    At the end of the desk audit that you

5    performed, you assigned a number of points to the

6    employee; is that correct?

7        A    To the position; yes.

8        Q    How many points did you assign to the position

9    that you were auditing?

10       A    I didn't total it.  I have to total these

11   points.

12       Q    What did the total lead you to conclude?

13       A    The total leads you to a grade range.  It

14   equated to a GS-12.

15       Q    Did you write the narrative below each factor

16   level that you worked on?

17       A    Yes, I did.

18       Q    What did you conclude regarding factor one?

19       A    That the subject position met the level for

20   1-7.

21       Q    What about for factor two?

22       A    That it met the criteria for a level 2-4.

1    Q    Focusing on factor three, what did you

2  conclude with regard to factor three?

3    A    That it met the criteria for level 3-4.

4    Q    Did you make any assessment regarding factor

5  three, with respect to your audit?

6    A    Here it says it exceeds three.  What I was

7  doing, I think, was saying why it met a certain level

8  and why it exceeded the lower level.

9    Q    The lower level, you said it met the lower

10  level; right?

11    A    No, I said it exceeded.  3-3 is the lower

12  level, so it exceeded that.  It met 3-4.

13    Q    Why did you conclude that the position

14  exceeded the lower level and met the 3-4?

15    A    It was because of the type of guidelines that

16  she used to conduct her work.

17    Q    What about your conclusions with respect to

18  factor four?

19    A    I said that the position met level 4-5.

20    Q    Did it exceed the standard for the lower

21  level?

22    A    Yes, it did.  It exceeded 4-4.

1  Q Why did it exceed 4-4?

2  A It says here because the position involved

3 gathering information, identifying and analyzing

4 issues, and developing recommendations to resolve

5 substantive problems.

6  Q Did you submit that factor level sheet to the

7 supervisor?

8  A Yes, I did.

9  Q She had a chance to take a look at the math

10 that you came up with?

11  A Yes.

12  Q Did you discuss that sheet with the

13 supervisor?

14  A No, we didn't actually talk about this sheet.

15  Q When you say you didn't actually talk about

16 it, she had it when you met with her later on; is that

17 correct?

18  A Yes, she did.

19  Q She didn't ask you any questions about how you

20 arrived at your factor levels?

21  A No.

22  Q Would it be fair to say that she never

1    discussed your factor levels?

2        A    I don't recall her discussing the factor

3    levels.

4        Q    You indicated that one of those documents

5    reflected changes that were made to the PD as you sent

6    it to her; right?

7        A    Yes.

8        Q    Which tab is that document?

9        A    That's Exhibit D.

10        Q    The writing in the margins, whose writing is

11    that?

12        A    That's my writing.

13        Q    When did you put the writing in the margin?

14    When did you make those notations?

15        A    I believe it was when I was talking

16    to -- after talking to the supervisor, and I went back

17    to make the changes that she wanted made.  I just noted

18    in the margin those things that were in her current

19    position description.

20        Q    The typed information in the document is

21    information from her current PD; is that correct?

22        A    Correct.

Page 11

1      Q     The typed data is not information from the

2  proposed PD?

3      A    It's a combination.

4      Q     Is Exhibit D what you sent to her as the new

5  PD?

6      A    Yes, it is.

7      Q     You made notations in the margins and you made

8  changes based on what she told you?

9      A    Correct.

10     Q     With respect to the factor levels, which

11  change affected the factor levels to lower them in your

12  investigation, the desk audit?

13     A    I'm not sure I understand the question.

14     Q     At some point, you made deductions from the

15  PD?

16     A    Uh-huh.

17     Q     As you proposed it; is that correct?

18     A    Correct.

19     Q     The deductions affected the factor levels, the

20  score.  Which factor level was affected most by the

21  changes, based on your analysis?

22     A    The complexity and guidelines.

Page 12

1     Q     Those were factor levels what and what?

2     A     Complexity is factor four.  Guidelines is

3  factor three.

4     Q     Those were the two factors that you indicated

5  that --

6     A     I'm sorry.  Also factor one.

7     Q     Was factor one below the minimum?

8     A     I don't think it was lowered, but it impacted

9  the series of the position.

10     Q     The changes in factor level one changed the

11  series from 343 to 301?

12     A     That had an impact on that; yes.

13     Q     The changes in factor levels three and four

14  changed the grade from 12 to 11?

15     A     It impacted the grade.

16     Q     Could you indicate what the changes were for

17  factor level one?

18     A     Factor one, the second KSA, which states

19  "Skill in the use of qualitative and quantitative

20  analytical and valuative methods and techniques, and

21  administrative practices and/or guidelines, in order to

22  measure, analyze and evaluate the effectiveness of

Page 13

1    current operations from a fiscal standpoint."

2       Q    What change did Ms. Filler make to that?

3       A    We took out the "qualitative and quantitative

4    analytical and valuative methods and techniques."

5       Q    Did she indicate what exactly that phrase

6    meant?

7       A    Well, she didn't know.

8       Q    She didn't know what that meant?

9       A    Well, I don't know if she knew what it meant,

10   but she didn't -- she said that the employee did not

11   conduct studies and that's what this statement

12   references, being involved in analytical and

13   quantitative studies.

14      Q    She indicated that since the employee was not

15   involved in studies, she wanted that out?

16      A    Right.

17      Q    Does that provision apply to anything other

18   than studies?

19      A    No, but it would impact the series.

20      Q    Going to the third and fourth factors, what

21   did she take out of the third and fourth factors that

22   impacted on those factors?

Page 14

1      A     Well, the guidelines were impacted because she

2    said the employee did not use the OMB policies and

3    directives.  She said that whenever there's an issue

4    with budget, that the employee would go to the

5    Financial Management Division.

6      **Q     Do you know whether or not the -- did she**

7    **indicate whether or not the guidelines that FMD,**

8    **Financial Management Division, worked under, did she**

9    **indicate that they were any different from the OMB**

10   **guidelines?**

11     A     No, she didn't.

12     **Q     Do you know whether or not the OMB guidelines**

13   **are different from the FMD guidelines?**

14     A     The OMB guidelines would be the ones that

15   would be overall, that would be distributed to the

16   various agencies.  They would more or less --

17     **Q     Be consistent?**

18     A     Yes.

19     **Q     To the extent that the FMD was operating, they**

20   **would be operating under OMB guidelines?**

21     A     Correct.

22     **Q     Striking out OMB guidelines would not in a**

Page 15

1    **material sense affect the work of the employee, would**

2    **it?**

3         A    It lessened, I think, her judgment in

4    resolving issues or working with the budget if she were

5    to have access to these guidelines herself rather than

6    having to call someone from FMD or go to FMD for

7    guidance.

8         **Q    Go to the next factor, please.**

9         A    That's complexity.

10        **Q    What was stricken from that?**

11        A    "Other duties typically required, detailed

12    planning and coordination and analysis of both

13    qualitative and quantitative data gathered from a

14    variety of sources."

15        **Q    How did that impact it?**

16        A    That again impacted the series.

17        **Q    In what way?**

18        A    Because it says the employee does not conduct

19    analytical studies.

20        **Q    Did Ms. Hawkins indicate that she conducted**

21    **analytical studies?**

22        A    She did.

Page 16

1    Q    Did she show you proof of that?

2    A    Well, we talked about it.  I didn't actually

3    see any particular document that I can recall.

4    Q    With respect to the previous factor, did she

5    indicate that she looked at OMB guidelines?

6    A    Yes.

7    Q    And that she consulted the OMB guidelines?

8    A    She did.

9    Q    When Ms. Filler struck OMB guidelines from

10   that PD, did she tell you why she was striking it?

11   A    No, I don't recall her saying why.

12   Q    She just removed it from that PD?

13   A    Right.

14   Q    Is the term "expertise" defined in the

15   classification standard?

16   A    You mean "expert?"

17   Q    "Expertise."  Is that a term commonly used in

18   the classification standard?

19   A    It may be used.  I won't say it's common.  It

20   may be used depending upon the factor level.  The

21   higher the level is, it may require some expertise.

22   Q    In other words, the higher the grade, the

1    greater the likelihood there is expertise associated

2    with the job?

3        A    Correct.

4        Q    Would you say that if the term "expertise" is

5    utilized in connection with a PD, that would suggest

6    that a higher grade is required?

7        A    Not in and of itself.

8        Q    If the employee is expected to have expertise

9    in a particular area, would that indicate the employee

10   should be graded at a higher level, if they have an

11   expertise?

12       A    I still say not by itself.  You have to look

13   at it in conjunction with the entire position

14   description and the duties.

15       Q    In the 301 PD, basically, did you write the

16   301 PD in this case?  Let me show you -- could we have

17   this marked?

18                         (Plaintiff's Exhibit No. 10

19                         was marked for

20                         identification.)

21           BY MR. WAGNER:

22       Q    I show you what has been marked as Exhibit 10.

1    Do you recognize Exhibit 10?

2        A    You said the 301; yes.

3        Q    301 is a part of Exhibit 10.  What is the

4    other documents associated?  Do you recognize them?

5        A    You want me to look at all of them?

6        Q    Yes, please.  I'm sorry.

7        A    My resume.  This is another 343 management

8    analyst -- I don't know about that.

9        Q    What grade?

10       A    That's a grade 12.

11       Q    Is that the one that you submitted to Ms.

12   Filler?

13       A    No, I don't believe so.  There's a 343-9.

14   There's a 301-11.

15       Q    Focusing on 301-11, I invite your attention to

16   the introduction section and the first sentence in the

17   introduction section.  Does that refer to "expertise?"

18       A    Yes.  It says "expertise."

19       Q    Who indicated -- where did you get that term

20   "expertise" for that phrase right there?  Where did

21   that originate?

22       A    I assume I did it because the employee was

1    involved in a variety of administrative and personnel

2    type functions, and she's had experience in performing

3    them.

4        Q    **Based on your assessment of the information**

5    **she provided to you, you determined there was expertise**

6    **associated with it?**

7        A    Yes.

8        Q    **The Financial Management Division is not a**

9    **part of the Personnel Division; is that correct?**

10       A    Correct.

11       Q    **I invite your attention to this provision**

12   **regarding "Incumbent is required to seek**

13   **interpretations and guidance from the FMD for budget**

14   **analysis."**

15           **MS. GRAHAM-OLIVER:  What exhibit is that?**

16           MR. WAGNER:  That is Exhibit 10.  Is that ten?

17           THE REPORTER:  Yes, sir.

18           BY MR. WAGNER:

19       Q    **Where did that come from?**

20       A    From the supervisor.

21       Q    **The supervisor put that in there?**

22       A    Yes.

1       Q       How do you know that?  How do you recall that?

2       A       That was the meeting.  It took place in a

3    meeting that I had with the supervisor, the things that

4    she wanted changed in the position description.  I

5    believe that's where this part came from.

6       Q       Was that a specific change that she mandated?

7       A       Yes.

8       Q       Is that change significant?

9       A       Yes.

10      Q       Why is that change significant?

11      A       Well, it says to me that the employee does not

12   have independent judgment in terms of budgetary issues,

13   that she has to go somewhere else for guidance.

14      Q       Do you consider it significant that the

15   employee does not seek that budgetary guidance within

16   the same organization, the Personnel Division?

17      A       Well, the financial budgetary function itself

18   is in FMD, and everyone, I guess, would go to FMD if

19   they had issues that they couldn't resolve within their

20   own organization.  I don't know if I'm answering the

21   question.

22      Q       Focusing in on what you just said, "could not

Page 21

1    resolve within their own organization," is it

2    significant that Ms. Hawkins did not have a supervisor

3    or anyone to whom she could go to to resolve those

4    issues within her own organization?

5        A    That's part of her position, to know who to go

6    to to get whatever guidance she needs, if she is unable

7    to resolve a situation on her own.

8        Q    That provision does not ask her to inform her

9    supervisor if there's a problem, does it?

10       A    No.

11       Q    It does not ask her to seek guidance from her

12   supervisor or someone within the Personnel Division or

13   Human Resources Division, does it?

14       A    No.

15       Q    The fact that she's directed to go to another

16   division, is that in any way significant to you?

17       A    Not so much in terms of where she's going.

18           BY MR. WAGNER:

19       Q    In your investigation of Ms. Hawkins -- during

20   the desk audit, did you look at her performance

21   appraisals or anything like that as evidence of the

22   work that she was doing?

Page 22

1      A     No.

2      Q     The performance appraisals would show what the

3    employee had done during the previous year, would they

4    have not?

5      A     Yes.

6      Q     In the absence of a supervisor who had

7    observed her performance, that would have provided an

8    indication of it, wouldn't it?

9      A     I would think so; yes.

10     Q     You were told in this particular instance that

11   the supervisor was new?

12     A     Correct.

13     Q     And because the question was what the employee

14   was doing then, you were told by Ms. White, as I

15   recall, that the current supervisor could not provide

16   any guidance because that supervisor did not know?

17     A     Correct.

18     Q     Could you take us through the chronology of

19   the submission of the desk audit to you and what you

20   did exactly?

21     A     I was asked by the assistant human resources

22   officer, at the time it was Vivian White, and I believe

Page 23

1    it was back in October of 2004, to review Brigitte

2    Hawkins' position because they weren't really sure what

3    she was doing, and this would be a way to find out

4    exactly what Brigitte was doing.

5         I was told there was no need, don't talk to

6    Diane Filler, because she really is not clear either on

7    what Brigitte does.

8         When I was given that assignment, I requested

9    from Brigitte a copy of or a draft of the duties and

10   responsibilities that she was performing that were not

11   in her current position description.

12        I asked her to give it to me in the same

13   format as her position description.  I didn't receive

14   anything from Brigitte until the latter part of

15   December, I believe it was, maybe the first part of

16   January.

17        At that point, Ms. White had left the Agency.

18   I went on and conducted the audit.  I believe the date

19   was January 26th.

20        I talked to Brigitte about what she does.  I

21   showed her what I had, which was her current position

22   description, and asked her if that was her current

Page 24

1    position description, and then I asked her to explain

2    to me what she does.

3           We went through the position description.  I

4    had a few questions that I asked her, but a lot of it,

5    she just talked.

6           As a result of that, the information that I

7    gathered from her, the audit, and from the draft

8    position description that she had given me, I developed

9    another position description which was inclusive of

10   what she was currently doing.

11          I took that document.  I evaluated it, and I

12   sent it to Ms. Filler, along with the cover sheet,

13   which is the Optional Form 8, and told her that I had

14   performed the audit, and asked for her to review what I

15   had done.

16      Q    I show you what has been marked as Plaintiff's

17   Exhibit No. 11.

18                              (Plaintiff's Exhibit No. 11

19                               was marked for

20                               identification.)

21          BY MR. WAGNER:

22      Q    I ask if you recognize that.

Page 25

1     A     Yes.

2     Q     **What do you recognize that as?**

3     A     These are some of my notes.

4     Q     **Could you explain your notes to us, please?**

5     A     The first is talking about the management

6     analyst and what you are responsible for.  You have a

7     little sticky over it so I can't read the whole thing

8     there.

9           Then there are some questions.  Then I noted

10    financial reports that were done on Excel and reviewed

11    monthly, and said that she generated the reports

12    monthly.

13          I think noted the knowledge's that were

14    required to perform her work.  I addressed COTR

15    responsibility and when she received her certification

16    as a COTR.

17    Q     **Could you read the notes that you have**

18    **written?**

19    A     Read all of them?

20    Q     **Yes, please.**

21    A     Again, you have a sticky over this part, so I

22    can't make that out.

1    **Q**    **Okay.**

2    A    Do you want me to skip that part?

3    **Q**    **Yes, please.  Just skip that part.**

4    A    These are a few questions.  "Explain what you

5  do, how are your assignments generated.  How do you

6  receive your assignments.  What guidelines are needed

7  to perform your work and what KSAs or knowledge, skills

8  and abilities are needed to perform your job."

9      Then I wrote "Financial reports on Excel,

10  reviewed monthly.  Generates report monthly."

11      The knowledge's, "Comprehensive knowledge of

12  FRED," which is the financial system, "In order to

13  monitor and generate all financial actions.  Reconciles

14  statements for credit card holders, travel vouchers.

15  Monitors coordination of space moves, furniture, AD

16  equipment, telephones and office supplies."

17      "COTR certification 10/03.  Knowledge of OMB

18  laws.  Federal appropriations, et cetera.  Bureau

19  directives, Federal laws pertaining to financial

20  matters.  Knowledge of accounting principles.  Ability

21  to use office automation.  Knowledge of Federal travel

22  regulations."

1          "Monitors contracts to assure compliance with

2     the terms and conditions of the contracts.  Contract

3     office technical rep, COTR responsibilities."

4          Do you want me to go to the other page?  This

5     is the chronology of the dates.  The first one is on

6     February 10, 2005, I submitted the draft to Diane

7     Filler in which the PD was classified as a 343-12.

8          On June 21st, Ms. Filler asked me to meet with

9     her regarding the draft I gave her on February 10th.

10    On June 22nd, I attended a meeting and Ms. Filler

11    requested changes to the PD.

12         On June 23rd, I forwarded by e-mail the PD

13    with changes that Ms. Filler requested for her review

14    before I reclassified the PD.

15         On July 13th, I e-mailed her again to ask if

16    she had a chance to review the PD.  On July 18th, I

17    received the draft back with additional deletions and

18    changes.

19         On August 2nd, I sent an e-mail with the

20    reclassified PD to Ms. Filler, and the PD was

21    classified as a management support specialist, 301-11.

22         Q    **During the course of your desk audit, did you**

Page 28

1    determine whether or not any of the duties being

2    performed by Ms. Hawkins had been performed by anyone

3    else in the past?

4        A    No.

5        Q    Were you able to ascertain whether or not

6    there were other positions in that office that had

7    duties similar to Ms. Hawkins in the past?

8        A    I did not.

9        Q    Are you familiar with -- did anyone ever

10   inform you that at one point in time, there was a GS-14

11   in the Personnel Office on the staff of the director

12   who was performing duties similar to Ms. Hawkins?

13       A    No.

14       Q    Did anyone ever advise you there was a 13 in

15   that office performing duties that Ms. Hawkins

16   eventually took over?

17       A    No.

18       Q    Were you ever able to look at any PDs of any

19   individual who had worked in that office that included

20   duties similar to Ms. Hawkins?

21       A    No.

22       Q    Have you ever heard of Yvette Ross?

Page 29

1       A    Yes.

2       Q    In what context?

3       A    Ms. Ross worked in Human Resources when I was

4  there.  I know that she did things such as the supplies

5  or she was involved in the moves, furniture, and that

6  type thing.  I just observed that.

7       Q    Did Ms. Hawkins indicate that she had assumed

8  any of Ms. Ross' duties?

9       A    No.

10      Q    Did there ever come a time when you made a

11 determination that Ms. Hawkins was performing the

12 duties that you had seen Ms. Ross performing?

13      A    With respect to the moving and the furniture

14 and that type of thing, I did.

15      Q    You were aware she had done that based on

16 personal knowledge?

17      A    Yes; right.

18      Q    Did she indicate she was doing that sort of

19 work, Ms. Hawkins?

20      A    Well, that was --

21           MS. GRAHAM-OLIVER:  Objection; asked and

22 answered.

Page 30

1          BY MR. WAGNER:

2      Q      Likewise, with Sophia Weaver, did you know

3  Sophia Weaver?

4      A      I did know her.

5      Q      Do you know what her job was with the

6  Personnel Division?

7      A      No, not specifically.

8      Q      Did you ever have any professional interaction

9  with  her?

10     A      No.

11     Q      I show you what -- could I have this marked?

12                           (Plaintiff's Exhibit No. 12

13                            was marked for

14                            identification.)

15          BY MR. WAGNER:

16     Q      I show you what has been marked as Plaintiff's

17  Exhibit 12.  Do you recognize that?

18     A      Yes.

19     Q      What is that?

20     A      It's a classification standard, and it's an

21  administrative analysis grade evaluation guide.

22     Q      Have you seen that before?

Page 31

1      A    Yes.

2      Q    **In what context did you see that in connection**

3  **with Ms. Hawkins?**

4      A    It's one of the standards that I used in

5  evaluating her position.

6      Q    **How did you go about applying that standard to**

7  **her position?**

8      A    The duties that dealt with administrative type

9  responsibilities, I did a cross comparison of the

10 factor levels.

11     Q    **With respect to the factor levels, what were**

12 **your conclusions?**

13          **Some grades have the same factor levels; is**

14 **that correct?  Like 11s, 12s, and 13s, some of them**

15 **have the same factor levels?**

16     A    Yes, there's a little room to go maybe one

17 factor higher or lower, but for the most part, they are

18 the same across the board.

19     Q    **For factor level one, are they the same across**

20 **the board?**

21     A    No.  All of them allow you to use maybe one

22 factor higher or lower.  They are not exactly the same.

Page 32

1     Q    For all but three of the factor levels that

2  you mentioned, one, three and four, I think, you said

3  that Ms. Hawkins exceeded the factor levels.  Was it

4  one, three and four?

5     A    One, three and four.  The highest factor level

6  is --

7     Q    One?

8     A    I believe they have nine levels.  Eight

9  levels.  1-8 is the highest level.  In this situation,

10  the employee exceeded 1-6, and her position fell at

11  1-7.  The 1-8 is the highest you can go.

12     Q    In the factor level guide, what tells you that

13  she exceeded the level?

14     A    Her duties.

15     Q    Are the duties spelled out in the OPM guide

16  there?

17     A    It's subject to judgment and interpretation.

18     Q    By whom?

19     A    By me.  What I have here in the dark lettering

20  is what is in the employee's position, and the

21  paragraph below that is how I feel it meets the

22  criteria for that level.

1    Q    Would it be fair to say that during the desk

2    audit, the assignment of points or what have you, is

3    really a judgment call?

4    A    Yes, it is.

5    Q    After you go through a PD and you do an

6    evaluation, how that PD fits within the matrix of

7    Plaintiff's Exhibit 12 is a call that you make based on

8    your experience and your judgment?

9    A    Yes.

10    Q    Would it be fair to say there is no right or

11    wrong answer with regard to that kind of judgment?

12    MS. GRAHAM-OLIVER:  Objection.  Go ahead and

13    answer the question.

14    THE WITNESS:  I guess it's fair to say that.

15    BY MR. WAGNER:

16    Q    With respect to factor level one, you made an

17    assessment or judgment that she exceeded the factor

18    levels; is that correct?

19    A    That she exceeded factor level 1-6; yes.

20    Q    Could you take us through the steps that you

21    went through in making that determination?

22    A    I first look at the duties that are related to

Page 34

1    this factor, which is factor one, knowledge required by

2    the position.  In this particular one, this is dealing

3    with her financial or budgetary responsibilities.

4           I would look at the series, the 500, budget

5    and accounting series.

6      Q    I give you what is being marked as Exhibit

7    No. 13.

8                             (Plaintiff's Exhibit No. 13

9                             was marked for

10                            identification.)

11          BY MR. WAGNER:

12     Q    Is that the guide that you were referring to?

13     A    Yes.

14     Q    Could you tell us what you did with respect to

15   that?  Before you answer that question, do the guides

16   provide you with illustrations, examples of what the

17   duties would consist of?a

18     A    Some of them have what is called benchmarks

19   and some don't.

20     Q    Those benchmarks are not all inclusive, are

21   they?

22     A    No.

Page 35

1    Q    The auditor is encouraged to seek out and

2    decide what other illustrations or examples can be

3    substituted for, if they are fungible, when I say

4    "fungible," one thing can be substituted for another,

5    they are interchangeable.

6         Are you encouraged to look for fungible

7    standards to substitute for the examples that were set

8    out in the guidelines?

9    A    No.  If I'm using a particular standard, I

10   will go with the criteria that's there.  The

11   benchmarks, again, are only examples.  You still would

12   relate the criteria and the factor level to the

13   position that you're evaluating.

14   Q    Is this a judgment call also?

15   A    Yes.

16   Q    Please go ahead.  I'm sorry.

17   A    This isn't a complete standard.  It's a very

18   long standard.  The factor level descriptions are not

19   here.

20   Q    They're not?

21   A    No, because they start on page 30.  It is a

22   very long standard.  It's 102 pages.

Page 36

1          Q       We were not provided with the complete -- this

2     is not the complete standard as you used it?

3          A       Correct.

4          Q       The standard as you used it consisted of 102

5     pages; is that correct?

6          A       That's the whole standard; yes.

7                   MS. GRAHAM-OLIVER:  Do you have a copy of

8     that?

9                   THE WITNESS:  Not here, but yes.  I don't know

10    who supplied the standards.

11                  BY MR. WAGNER:

12         Q       With each factor level, it has factor level

13    descriptions; is that correct?

14         A       Yes.

15         Q       With regard to each factor level, each factor

16    level is described within the particular factor level;

17    right?

18         A       The factors are described; yes.

19         Q       Since we don't have --

20         A       What I can do is sort of show you with this

21    one, the administrative analysis guide is something

22    that is considered sort of general in terms of

1    administrative positions.

2         It would have the same types of

3    responsibilities at the 1-7, it would be the same types

4    of things that are in the accounting standard, only

5    these would be referencing more budgetary things.

6         The administrative analysis guide speaks to

7    more administrative type responsibilities, which the

8    employee, in my judgment, did do.

9         So, 1-7, it says that the subject position

10   requires "Extensive knowledge of the FRED, financial

11   management system, knowledge of Bureau administrative

12   procedures and requirements, including personnel

13   procurement, property and travel regulations.

14        Knowledge of OMB laws, Federal Appropriations

15   Act, the GAO accounting principles and standards, and

16   Bureau directives pertaining to financial matters, and

17   knowledge of budgetary and financial management

18   principles and techniques."

19        In looking at the standard, factor level 1-7,

20   which gives you 1,250 points, it says "In addition to

21   knowledge of the previous level," so they have taken

22   into consideration level 1-6, "Assignments require

1  knowledge and skill in applying analytical and

2  valuative methods and techniques to issues or studies

3  concerning the efficiency and effectiveness of program

4  operations carried out by an administrative or

5  professional personnel or substantive administrative

6  support functions."

7          "For example, internal activities or functions

8  such as supply, budget, procurement or personnel, which

9  serve to facilitate line or program operations.  This

10  level includes knowledge of pertinent laws,

11  regulations, policies and precedents which affect the

12  use of program and related support resources, people,

13  money or equipment, in the areas studied."

14          "Projects and studies typically require

15  knowledge of the major issues, program goals and

16  objectives, work processes and administrative

17  operations of the organization."

18          I stated in my eval that the subject position

19  meets level 1-7, which requires "Knowledge and skill in

20  applying analytical and valuative methods and

21  techniques to issues concerning the efficiency and

22  effectiveness of program operations carried out by

Page 39

1    administrative or professional personnel or substantive

2    administrative support functions."

3         "For example, internal activities or functions

4    such as supply, budget, procurement or personnel, which

5    serve to facilitate line or program operations."

6         To me, in looking at her duties in total,

7    that's what I felt that level equated to.

8    **Q    You were provided with illustrations, factor**

9    **illustrations, for most of the categories up here, are**

10   **you not?**

11   A    In that standard; yes.

12   **Q    Once again, the factor levels that are set out**

13   **in the illustrations are merely guides.  They are not**

14   **all inclusive, are they?**

15   A    No.

16   **Q    The auditor or the classifier is encouraged to**

17   **make other determinations that would expand the listed**

18   **illustrations and examples; is that correct?**

19   A    I don't know about "encouraged."  You have

20   that available to you.  Your position may or may not

21   fall within that illustration.

22   **Q    If I could use this example.  The example is**

Page 40

1    the employee wears a black suit to work every day.

2    That's the requirement.  You learn that the employee

3    wears a blue suit every day.  You could draw an

4    analogy -- the classifier could draw an analogy that a

5    blue suit is the functional equivalent of a black suit?

6        A    It's a suit.

7        Q    It's a suit.  Therefore, because it's a suit,

8    the color does not matter and the employee qualifies

9    because he's wearing a suit, not because of the color.

10       A    Unless there is something that says a black

11   suit does such and such.  Unless they are qualified or

12   quantified in some way.

13       Q    If the standard says only a black suit will

14   allow you to get through the door at work, then an

15   employee wearing a red suit, he does not qualify.

16       A    That's weird but yes.

17       Q    Once again, illustrations are what the word

18   implies, illustrations?

19       A    Yes.

20       Q    They are not concrete guidelines?

21       A    They are not concrete situations.

22       Q    Going to the next item that you raised, item

1    **three, factor level three.**

2         A    The evaluation states in bold "The guidelines

3    used in the subject position are typically directives

4    and administrative policies.  These guides apply

5    directly to some aspects of the work but there may be

6    some issues for which there is no clear cut precedent,

7    requiring the use of judgment and interpretation or the

8    development of more specific guidelines for use within

9    the Personnel Division.

10         Example.  Develop SOP for the use of travel

11    vouchers for local travel."

12         **Q    Focusing on that, that illustration once again**

13    **is a mere, shall we say, an example of a limited range**

14    **of illustrations; right?  It's just one example of a**

15    **limited range of illustrations?**

16         A    The development of the SOP?

17         **Q    Yes.**

18         A    That's what she did as an example of

19    developing guidelines.

20         **Q    Go ahead.  I'm sorry.**

21         A    I looked at the subject position.  I stated

22    that the subject position meets level 3-4, which states

1    "Guidelines consist of general administrative policies

2    and management and organizational theories, which

3    require considerable adaptation and/or interpretation

4    for application to issues and problems studied.

5          At this level, administrative policies and

6    precedent studies provide a basic outline of the

7    results desired, but do not go into detail as to the

8    methods used to accomplish the project."

9          Q    Can I interrupt you there, if the

10   illustration -- the information in the PD being

11   evaluated matches a relevant illustration or example,

12   but does not match the FLD, if I can use that phrase,

13   you could still assign that level to that performance;

14   right?

15         A    It may not be all inclusive, so again, it's

16   your interpretation of the standard and the employee's

17   duties and your judgment.

18         Q    This guide actually says that if the employee

19   matches the illustration, you can go ahead and give

20   them the points if their performance matches the

21   illustration but does not match the guide?  Is that

22   pretty much an accurate statement?

Page 43

1      A      I guess you could.

2      Q      Go on.  I'm sorry.  Please continue.

3      A      "Within the context of broad regulatory

4  guidelines, the employee may refine or develop more

5  specific guidelines, such as implementing regulations

6  or methods for the measurement and improvement of

7  effectiveness in productivity in the administration of

8  operating programs."

9          It was my opinion that her position met level

10  3-4, which is 450 points.

11      Q      Could you go on to the final thing where you

12  indicated --

13      A      Complexity.  "The majority of work performed

14  in the subject position involves administrative and

15  budgetary management duties that impact the

16  effectiveness and the efficiency of programs from a

17  fiscal resource planning standpoint.

18          The incumbent interprets complex budget

19  regulations, considers budgetary constraints or

20  limitations, and resource needs, as well as program

21  budgetary relationships."

22          I stated that the subject position meets level

1    4-5, which states "assignments require analysis of

2    interrelated issues of effectiveness, efficiency and

3    productivity affecting major administrative programs of

4    an agency."

5         "Studies are often complicated by the need to

6    consider and evaluate the impact of changes in

7    legislation and regulatory requirements, long range

8    program goals and objectives, political, economic and

9    social consequences of changes and the type or amount

10   of services provided."

11        I gave that 325 points for level 4-5.

12   **Q    The classification -- the 343 series has as**

13   **their paramount qualification that the incumbent has a**

14   **specialized knowledge within the 343 series; is that**

15   **pretty much correct?**

16        **They have some kind of specialized knowledge?**

17   A    They have to have particular knowledge in

18   order to qualify for that.

19   **Q    To be a 343.  You cannot -- a 301 does not**

20   **qualify as a proper classification if the employee has**

21   **a specialized knowledge?  Would that be fair to say?**

22        A    The rule is if you have a specific standard to

Page 45

1    use, use it.  If not, then you go to --

2        Q    The general?

3        A    The general or more of a related standard.

4        Q    In Ms. Hawkins' case, she had a specialty,

5    basically, would it be fair to say, budget?  It fits

6    within this budget --

7        A    Some of her duties were related to the budget,

8    budgetary --

9        Q    Would it be fair to say that some of

10   these -- we don't have pages 30 through 102.

11           If her duties, what have you, fell within this

12   accounting and budget group, GS-500, she would be

13   properly paid in the 343 category rather than the 301;

14   is that correct?

15       A    No, because there are 301s that can perform or

16   do perform budgetary type duties.

17       Q    If they have a specialty, they would not fall

18   within this category; right?

19           Using the standard, it indicates that you must

20   evaluate positions on a factor by factor basis using

21   the factor level descriptions provided in the standard.

22           If the factor information and position

Page 46

1    description fully matches an FLD for the series, you

2    may assign the level without reviewing the

3    illustrations.

4        A    Yes.

5        Q    The illustrations are the guide.  It says FLDs

6    are cumulative in nature.  For example, if each FLD for

7    factor one, knowledge required, encompasses the

8    knowledge and skills identified at the previous level.

9            It says in here "Do not rely solely on the

10   illustrations in evaluating positions because they

11   reflect limited grades of actual work examples."

12       A    Right.

13       Q    That applies not only to the budget stuff, but

14   also to all the standards?

15       A    Uh-huh.

16       Q    When you look at the illustrations and they do

17   not exactly match your situation, you can apply other

18   examples to satisfy the illustration requirement?

19       A    Right.  The factor level itself; yes.

20       Q    If the illustration or if the example that you

21   come up with in your view, in your interpretation, in

22   your opinion, meets the standard, you can apply that

Page 47

1    standard; is that correct?

2        A    Right.

3            MR. WAGNER:  Off the record for a second.

4            (A brief recess was taken.)

5            MR. WAGNER:  Back on the record.

6            BY MR. WAGNER:

7        Q    A few moments ago, we were talking about the

8    need for the incumbent to have a specialized knowledge

9    in order to qualify for the 343 series; is that

10   correct?  Some kind of specialized knowledge?

11       A    Experience; yes.

12       Q    Knowledge or experience.

13       A    Uh-huh.

14       Q    And that the 301 series does not require this

15   kind of specialized knowledge?

16       A    No, but it could include it.  It depends on

17   the position.

18       Q    I invite your attention to -- I hand you what

19   has been marked as Plaintiff's Exhibit 14.

20                            (Plaintiff's Exhibit No. 14

21                            was marked for

22                            identification.)

Page 48

1          BY MR. WAGNER:

2          Q    I invite your attention to the second

3     paragraph of page three of that exhibit.  Have you seen

4     this before?

5          A    Yes.

6          Q    That provision says that the work of that

7     occupation series, meaning 343, the work of this

8     occupation series is typically performed in the staff

9     capacity in that the results of the work supports

10    accomplishments of the principal mission or line

11    program of the Agency.

12         A    Uh-huh.

13         Q    Would that be a fair and accurate statement of

14    Brigitte's role in this organization?

15         A    When I audited the position, yes.

16         Q    Did you take that into account when you

17    audited the position?

18         A    When I evaluated it; yes.

19         Q    And when you created the 343-12 position?

20         A    Yes.

21         Q    Based on your evaluation of the total picture,

22    you concluded that Ms. Hawkins was at the 343-12

Page 49

1    classification level?

2        A    Yes.

3        Q    Going back to Exhibit No. 13, did you rely on

4    any of the illustrations set forth in the appendices of

5    this document?  We don't have all of it.

6        A    I don't believe I put that much emphasis on

7    that particular standard because as I just read to you,

8    the things that Ms. Hawkins was doing in her

9    administrative capacity are also mentioned here, and

10   that's why this is called the administrative analysis

11   guide, and it's inclusive of those types of

12   responsibilities.

13           Using the 500 series, it was just to basically

14   cross compare the budgetary work that she was

15   performing.

16       Q    In other words, you used Exhibit No. 13 to

17   confirm the conclusions you had reached relative to the

18   other documents?

19       A    Correct; yes.

20       Q    When you say "cross check," you were basically

21   double checking?

22       A    Yes.

Page 50

1     Q     To confirm that you had arrived at the

2   accurate result?

3     A     To see what types of duties they had

4   for -- what types of duties were addressed for

5   budgetary responsibilities at a particular level.

6     Q     The management analyst series is a very broad

7   series; right?

8     A     Yes.

9     Q     Under that umbrella, you have a lot of sins,

10   if I can use that.

11     A     Correct; yes.

12     Q     Many specialized duties can be classified as

13   management analyst?

14     A     Yes.

15     Q     In Ms. Hawkins' case, she had a specialty,

16   would you say, in the area of budget?

17     A     I wouldn't say it was actually a specialty,

18   but it was one of her responsibilities.

19     Q     Was it significant that in her capacity as a

20   GS-343-11 that she only reported to a 343-15 -- no, a

21   pay development, whatever they call it.

22     A     The demo?

1    Q    Yes, pay demo. Was it significant that she

2  was supervised and only reported to a 15?

3    A    No.

4    Q    That played no role --

5    A    No.

6    Q    The performance of duties within the Personnel

7  Division, in terms of classification, is considered

8  performance of the mission of the overall Agency; is

9  that correct?

10    A    They are performed to assist in accomplishing

11  the mission of the organization.

12    Q    They are in effect viewed in the context of

13  performance of the mission?

14    A    Yes.

15    Q    Agency mission.  A failure of performance in

16  that area fails the entire Agency's mission?  Would

17  that be fair to say?

18    A    It impacts.  I won't say it fails.

19    Q    Adversely impacts?

20    A    It could impact; uh-huh.

21    Q    If there are no ceilings matching the

22  qualifications of the employee, then the employee is

Page 52

1    placed in a sort of miscellaneous status; is that

2    correct?

3        A    If there's no specific standard to meet the

4    duties and responsibilities that an employee is

5    performing, then yeah, you can go to what is called a

6    "catch all series."

7        Q    Is 301 a "catch all series?"

8        A    It is; yes.

9        Q    When you placed Ms. Hawkins in the 301 series,

10   you are in effect saying that there is nothing really

11   that matches her skills specifically?

12       A    That the duties that she's performing do not

13   fit in a specific standard, other than 301; right.

14       Q    Would it be fair to say that 301 is basically

15   a safety net that everybody falls into if they cannot

16   match a higher standard, such as 343?

17       A    I won't say 343 is higher because they are

18   both professional series, and the 301, to be in the 301

19   is not an adverse thing in terms of comparing it to the

20   343.

21       Q    If you have a specialized skill that puts you

22   in the 343, you shouldn't be in the 301?

1        A    If there's something in your job that we could

2    equate to a specific standard, then we do that.

3        **Q    When you came up with 301 for Ms. Hawkins, was**

4    **it because you could not find any kind of specialty or**

5    **special skills that she had that would place her in the**

6    **343 series?**

7        A    It was because after the changes were made,

8    one of the key requirements for the 343 was taken out.

9    That was the key requirement.

10       **Q    Could you tell us again what that key -- I**

11    **know you mentioned it before, but can you tell us what**

12    **that key requirement was?**

13       A    It was the responsibility for the

14    analytical -- qualitative and quantitative analytical

15    studies.

16       **Q    Was the fact that she also had to go to FMD**

17    **for guidance also a factor in that with regard to**

18    **budget matters, is that also an equivalent factor?**

19       A    That was not in itself the reason that it did

20    not meet the criteria for 343, no, if that's what

21    you're asking.

22       **Q    Not in and of itself, but it was the fact that**

Page 54

1    she could not make any independent judgments on her own

2    in the budget series that would have some impact on the

3    343 series?

4        A    Yeah.  The judgment thing did not just relate

5    to budget.  It related to all of her duties.

6        Q    You say that Ms. Filler placed that -- you did

7    not put that requirement into the PD?

8        A    No.

9        Q    Would you have put that on your own in the PD?

10       A    I didn't see that when I audited Ms. Hawkins.

11       Q    That requirement was placed in the PD by Ms.

12   Filler?

13       A    By her supervisor; yes.

14       Q    Did you advise Ms. Filler of the impact of

15   removing the analytical studies from the PD?

16       A    Yes.

17       Q    What did you tell her?

18       A    I said that this is going to impact the

19   series.

20       Q    What did she say?

21       A    I don't recall her saying anything.

22       Q    That change went into effect?

Page 55

1       A    Yes.

2       Q    She did not try to tell you not to do it?

3       A    No.

4       Q    You would not have done that on your own?

5       A    No.

6       Q    Do you have any e-mails going back between you

7    and Ms. Filler regarding any of these things, other

8    than the transmittal?

9       A    Only what I've submitted to you.

10      Q    If she had included some instructions to you,

11   other than the face to face meetings that you have had,

12   you would have shared those with us; right?

13      A    Yes.

14      Q    How many face to face meetings did you have?

15   Are they all reflected in your notes?

16      A    Yes.  I believe it was two.

17      Q    How long did those meetings last?

18      A    I really don't remember.

19      Q    All the changes that you indicated in the

20   margin, those were changes that she directed you to

21   make?

22      A    Yes.  Some of the things I believe she

Page 56

1    scratched out herself.

2        Q    **Each change that was made here, you made those**

3    **while you were talking to her?**

4        A    To be honest, I don't remember when I wrote

5    the current PD.  That is my writing.  I don't remember

6    when I wrote that.

7        Q    **These notes, "no change, no change, no**

8    **change," they were written while you were talking to**

9    **her or when you got back to your office?**

10       A    I think when I got back.

11       Q    **They were made from notes that you had taken**

12   **during your meeting with her?**

13       A    It may have been done when I was comparing the

14   first PD that I did with what she wanted taken out.

15       Q    **Do you have a file on this case that you have**

16   **not shared with us that reflects all these notes or**

17   **anything --**

18       A    Just what you have.

19       Q    **Because in the 343 series, various positions**

20   **are rather diverse; right?  The certain duties are very**

21   **diverse, are they not?**

22       A    Uh-huh.  They can be; yes.

1    Q    You are not as a classifier encouraged to seek

2    a cookie cutter perfect match between the duties and

3    the factor levels, are you, because they are so

4    diverse, in applying that series?

5    A    You look for that but again, they are not.

6    That's where your judgment comes in.

7    Q    And then you take in all the information and

8    based on the information you get, the information you

9    receive, you draw certain conclusions?

10    A    Yes.

11    Q    Then you apply those conclusions?

12    A    Yes.

13    Q    By the way, when was the last time you spoke

14    to Filler about this?

15    A    I haven't spoken to her about it.

16    Q    Has anyone talked to you about this?

17    A    No.

18    MR. WAGNER:  No further questions.

19    EXAMINATION BY COUNSEL FOR DEFENDANT

20    BY MS. GRAHAM-OLIVER:

21    Q    Have you spoke to these gentlemen before

22    outside of the deposition?

Page 58

1     A     No.

2     Q     Have you spoke to Vivian White?

3     A     No.

4     Q     Do you know whether or not Ms. Ross was

5  Plaintiff's supervisor?

6     A     No, I don't know.

7     Q     You don't know?

8     A     No, I don't.

9     Q     Do you know who Plaintiff's supervisor was?

10     A     When I conducted the audit?

11     Q     No, before, before Ms. Filler.

12     A     It was Vivian White, as far as I know.

13     Q     Brigitte's supervisor?

14     A     I believe it was Vivian.

15     Q     Vivian was your supervisor; right?

16     A     She was the assistant H.R. officer.  As a

17  contractor, yes, I did report to her.

18     Q     Who was the chief at the time?

19     A     Because I was in the recruitment area then, I

20  got my assignments from Vivian, but there was -- yeah,

21  it was Vivian.

22     Q     There was a lot of discussion about series

1    343.  What would be an example of a series 343?  Would

2    it be someone with an accounting degree?  Would that be

3    an example?

4         A    Usually, a 343, you have to go with the series

5    definition, which states that it is positions that are

6    involved in conducting analytical studies basically.

7              ATF uses that series quite a bit,

8    unfortunately, because there are a lot of positions

9    that really don't fall into that series, but they use

10   it for whatever reason.

11             There are various things that fall in there,

12   but again, the key to being classified in that series

13   is conducting qualitative and quantitative studies.

14        Q    When you testified a moment ago that when the

15   job duties pertaining to Ms. Hawkins was conducting

16   quantitative studies were taken out, that affected the

17   series, that was the primary factor that affected the

18   series?

19        A    Yes, that's correct.

20        Q    I just want to test your recollection here.

21   Are you absolutely sure that Ms. Filler put in that

22   last sentence under "Complexity" pertaining to going to

Page 60

1    **FMD?**

2        A    She told me that, I believe.  I think that's

3    what I put in as a result of one of the face to face

4    meetings, in talking to her; yes.  She still had a

5    chance to see that when she got the finished PD.

6            MS. GRAHAM-OLIVER:  I thought it was Exhibit

7    4.  Can we go off the record?

8            (A brief recess was taken.)

9            THE REPORTER:  Back on the record.

10           BY MS. GRAHAM-OLIVER:

11       **Q    What I was referring to was in Exhibit 8 under**

12   **PD No. 06058, and under "Complexity," the last sentence**

13   **says that "The incumbent is required to seek**

14   **interpretation and guidance from FMD on budgetary**

15   **issues."**

16           **That was placed in there because the**

17   **supervisor told you she wanted that?**

18       A    Yes, I believe that's how it got in there when

19   we had one of our face to face sessions.

20           MS. GRAHAM-OLIVER:  Okay.  I don't have

21   anything further.

22           MR. WAGNER:  Can we go off the record for a

Page 61

1    second?

2              (A brief recess was taken.)

3              MR. WAGNER:  Back on the record.

4              BY MS. GRAHAM-OLIVER:

5         Q    Your testimony was that in either December or

6    January of 2005, you received Brigitte's statements of

7    what additional duties she did; is that correct?

8         A    Yes.

9         Q    Approximately on January 26, 2005, you talked

10   to Brigitte about what she did?

11        A    The audit was conducted; yes.

12        Q    The audit was conducted at that point.

13        A    Uh-huh.

14        Q    On February 10, 2005, you submitted a draft of

15   the position description that you came up with as a

16   result of the audit; is that correct?

17        A    To Ms. Filler; yes.

18        Q    Between December/January 2005 and February 10,

19   2005, did you have any conversations with Ms. Filler?

20              After you received Brigitte's additional

21   duties, and having talked with Brigitte, did you have

22   occasion to speak with Ms. Filler during that period

1    before June 2005 when you had the meeting?

2        A    No.

3        Q    The first time you talked to Ms. Filler was in

4    June 2005?

5        A    Yes.

6        Q    Were you aware of the reorganization that was

7    going on in Ms. Filler's division?  Do you have any

8    recollection of that?

9        A    I know there was a reorganization, but I don't

10    know if it was going on during that time.  I don't

11    recall the timing.

12            MS. GRAHAM-OLIVER:  Okay.

13            FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

14            BY MR. WAGNER:

15        Q    You submitted your results in February of

16    2005; right?

17        A    Yes.

18        Q    It is Ms. Filler who did not get back to you

19    with regard to what you had submitted to her in

20    February; right?

21        A    That's right.

22        Q    That prompted you to contact her because you

Page 63

1    were going on vacation; right?

2        A    Yes.

3        Q    With respect to a desk audit that was

4    occurring in January -- December, January and February

5    of 2004 and 2005, an event that was going to occur in

6    December would not play a role -- December of

7    2005 -- 2006 -- would not play a role in your desk

8    audit, would it?

9        A    I wasn't told anything.

10        Q    The fact that there might be a reorganization

11    would not have any bearing on the position that you

12    were auditing, because that was based on what the

13    employee was doing; is that correct?

14        A    Yes, and based on what I was asked to do.

15            MR. WAGNER:  I think that the deposition is

16    concluded.

17

18            (Concluded on following page.)

19

20

21

22

Page 64

1          THE REPORTER:  Read?

2          MS. GRAHAM-OLIVER:  Yes.

3

4          (Whereupon, at 6:00 p.m., the deposition of

5    BARBARA BLACKWOOD was concluded.)

6

7                         *  *  *  *  *

8

9

10         I have read the foregoing pages, which are a

11   correct transcript of the answers given by me to the

12   questions therein recorded.

13

14

15         Deponent_____

16

17         Date _____

18

19

20

21

22

CERTIFICATE OF NOTARY PUBLIC

I, KENYAN C. HOPCHAS, a certified verbatim court reporter and a notary public in and for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me by Stenomask and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness to the best of my knowledge and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto; nor financially or otherwise interested in the outcome of the action.

KENYAN C. HOPCHAS, CVR, CLVS
Notary Public in and for the
District of Columbia

My commission expires:  December 31, 2010

**Graham-Oliver, Heather (USADC)**

EXHIBIT

9

1-17-08

PENGAD 800-631-6989

| | |
|---|---|
| **From:** | Blackwood, Barbara A. |
| **Sent:** | Monday, January 14, 2008 10:02 AM |
| **To:** | Graham-Oliver, Heather (USADC) |
| **Subject:** | FW: Draft pd for Bridgett |
| **Attachments:** | Draft pd.doc |

**From:** Blackwood, Barbara A.
**Sent:** Thursday, June 23, 2005 4:10 PM
**To:** Filler, Diane E.
**Subject:** Draft pd for Bridgett

Diane,

Attached is the draft pd for Bridgett with the changes you requested.  Please review to see if it has been modified to your satisfaction.  Subsequent to your approval, I will evaluate it upon my return from vacation.          Thank you

1

Office of Management
Personnel Division

## INTRODUCTION

The incumbent serves as a Management Analyst in the Personnel Division responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions. The Personnel Division consists of approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division. Continually compares obligations to allocations while taking into consideration the impact of the Personnel Division's limitations.

Accesses FRED financial System in order to generate and prepare reports and monitor all financial actions. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data. Projects budget requirements and prepares justifications as needed. Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches. Following approval, takes necessary action to reprogram funds and forward to the Financial Management Division for processing.

Analyzes and evaluates the Division's administrative procedures and controls. Plans and conducts studies to evaluate and recommend ways to improve the effectiveness and efficiency of work operations. Prepares reports of findings that include identification of problems and proposed recommendations for problem resolution and/or improvements. Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

Serves as the Contracting Officer Representative (COTR) for the Division; maintains contractors files.

Represents the Personnel Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

### I. Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

Skill in the use of administrative practices and/or guidelines in order to measure, analyze and evaluate the effectiveness of current operations from a fiscal standpoint, identify and plan fiscal needs and make recommendations concerning program operations from a budgetary standpoint.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources.

Knowledge of Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Director, Personnel Division and the Assistant Personnel Officers, who make assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and/or advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures, and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to some aspects of problems encountered, but many issues involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. Incumbent interprets such policies and may develop applicable guidelines for utilization within the Personnel Division.

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

## VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

## IX. Work Environment

The work is performed primarily in an office setting.



# Supplement to 1st Request for the Production of Documents

## No. 8

## **This document is subject to the Privacy Act Protection Order entered by the Judge in the instant case.**

# RESUME

## BARBARA A. BLACKWOOD

### Senior Personnel Management Specialist - Classification and Staffing

**SUMMARY OF EXPERIENCE:** Barbara Blackwood has over 25 years of experience **performing and supervising personnel activities for the District of Columbia Government and the Federal Government, specifically at the Library of Congress.** Mrs. Blackwood's personnel career began in 1976 as a trainee Position Classification Specialist in the District of Columbia Government where she received formal and on-the-job training in classification. She served as Supervisory Classification Specialist prior to accepting a position at the Library of Congress in 1982. In 1983 Mrs. Blackwood was promoted to Senior Position Classification Specialist. Subsequent to a reorganization of the Human Resources Office at the Library in 1990, Mrs. Blackwood became a Personnel Management Specialist, responsible for classification and staffing activities. After a second reorganization of Human Resources, Mrs. Blackwood became a Senior Personnel Staffing Specialist and received four temporary promotions to Supervisory Staffing Group Leader. From 2/1/01-6/1/01 Mrs. Blackwood served as Acting Chief of the Position Classification Office at the Library of Congress.

## PROFESSIONAL EXPERIENCE:

**6/29/01 to present**    Human Resource consultant, MRF Consulting, L.L.C. Providing expert services in classification and staffing to clients which include Federal Government, private and public sectors.

**10/90 - 6/29/01**    Senior Personnel Staffing Specialist, Library of Congress. Responsible for administering Merit Employment and Promotion Plans to ensure a fair, equitable, and systematic means of identifying, considering, and selecting candidates for career opportunities based on merit principles of the Library of Congress. Performed a wide variety of merit staffing functions such as recruitment, qualification analysis, job analysis, assessment and evaluation. Utilized procedures such as Micro-computer Assisted Rating System(MARS), and People Soft for applicant tracking, etc. Developed rating criteria for rating panels to determine the best qualified applicants. Convened panels in rating applicants. Provided staffing services for the widest range of occupations including the most highly specialized positions. Employed a high degree of technical and program knowledge, skill and ingenuity, particularly those requiring unusual or unique qualifications.

**4/82 - 10/90**    As Senior Position Classification Specialist at the Library of Congress, responsible for completing highly complicated classification problems and

providing management advisory services of a unique nature. Intimately involved in developing the single agency standard for the Copyright Specialist, a position unique to the Library of Congress. Conducted senior-level position audits. Exercised delegated authority to classify positions at all grade levels. Provided technical guidance during special projects and studies.

**EDUCATION:** BS, Speech Pathology, District of Columbia Teachers College.

**HONORS AND AWARDS:**

Special Service Awards - 1992, 1995, 1997, 1998, 1999
Outstanding Performance - 1991, 1996, 1997, 1998, 1999

# Supplement to 1st Request for the Production of Documents

# No. 3

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | | 1. Agency Position No. |
|---|---|---|
| | | 98-262 |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| ☐ Redescription  ☒ New | ☒ Hqtrs. ☐ Field | Washington, D.C. | Washington, DC | |
| ☐ Reestablishment  ☐ Other | | 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
| ...ion *(Show any positions replaced)* | | ☒ Exempt ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure  ☐ Employment and Financial Interests | ☒ Yes ☐ No |
| | | 10. Position Status | 11. Position Is: | 12. Sensitivity | 13. Competitive Level Code |
| | | ☒ Competitive | ☐ Supervisory | ☐ 1- Non Sensitive  ☐ 3- Critical Sensitive | 0000 |
| | | ☐ Excepted *(Specify in Remarks)* | ☐ Managerial | | 14. Agency Use |
| | | ☐ SES (Gen.) ☐ SES (CR) | ☒ Neither | ☐ 2- Noncritical Sensitive  ☐ 4- Special Sensitive | 8888 |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Management Analyst | GS | 343 | 12 | *[signature]* | 26 Aug 98 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

| 16. Organizational Title of Position *(If different from official title)* | 17. Name of Employee *(If vacant, specify)* |
|---|---|
| | |

| 18. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| Department of the Treasury | Information Services Division |
| a. First Subdivision | d. Fourth Subdivision |
| Bureau of Alcohol, Tobacco and Firearms | |
| b. Second Subdivision | e. Fifth Subdivision |
| Office of Science and Technology | |

...ployee Review—This is an accurate description of the major duties and ...ponsibilities of my position.

Signature of Employee *(optional)*

20. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the* knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)* |
|---|---|
| Lawrence R. Jurcich  Chief, Information Services Division | |
| Signature *[signature]* | Date 8/24/98 | Signature | Date |

21. **Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

| 22. Position Classification Standards Used in Classifying/Grading Position |
|---|
| OPM PCS Management and Program Analysis Series, GS-343, 8/90; OPM Administrative Analysis Grade Evaluation Guide, 8/90 |

Typed Name and Title of Official Taking Action

David A. Dottin
Personnel Management Specialist

| Signature *[signature]* | Date 26 Aug 98 |

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

Remarks

.1 Performance Level

| 25. Description of Major Duties and Responsibilities *(See Attached)* | NCS-2N |
|---|---|

NSN 7540-00 634-4265    Previous Edition Usable    5008-106

OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

Management Analyst, GS-343-12
Bureau of Alcohol, Tobacco and Firearms
Office of Science and Information Technology (OST)
Information Services Division (ISD)

## Introduction

The incumbent of this position serves as a management analyst in the Information Services Division (ISD). The incumbent is responsible for reviewing, analyzing, coordinating and making recommendations involved in long range planning activities relating to the technological aspects of the Bureau programs.

## Major Duties

Performs analytical and evaluative work in support of the strategic planning and budget processes pertaining to the Division's technology activities. The incumbent coordinates the development of ISD strategic planning goals to insure consistency with the long-range operational goals of the Bureau's managers for their respective programs.

Assists in the formulation and preparation of the Division's budget. Writes budget justifications and conducts cost analysis. Analyzes spending trends and expenditures and makes recommendations on spending/reprogramming actions as necessary to meet operating expenses. Provides financial and statistical reports in order to forecast fiscal year budgeting for the Division in areas such as hardware, software, contract support maintenance contracts, reimbursable agreements, equipment purchases, etc. Researches, develops, compiles, consolidates and summarizes budgetary data from a variety of sources for use in preparing budget estimates. Coordinates budgetary matters with analysts in the Financial Management Division and the Directorate Staff.

Plans and conducts projects and studies to evaluate and recommend ways to improve the effectiveness and efficiency of work operations with the Division. Develops new or modified work methods, organization structures, management processes, and procedures for delivering information system services efficiently. Prepares reports of findings that include identification of problems and proposed recommendations for problem resolutions and/or improvements. Performs post implementation and follow-up studies of established procedures and guidelines to ensure that all customers are being properly served.

Conducts in-depth analyses of complex proposals involving significant utilization of information technology equipment, systems and services. Provides guidance to the Customer Community on development of technology surveys and requirements documentation.

Factor 1, Knowledge Required by the Position

Thorough knowledge of current and proposed Bureau operations and programs and their interrelationships, in order to perform a wide variety of analytical studies and projects in support of the planning and development of the science and information technology strategic plan.

Knowledge and skill in applying analytical and evaluative methods and techniques, and a comprehensive understanding of the program goals and operations carried out in all areas of OST, in order to assess program development, advise on management and methods improvement and proposed realignment functions, and to monitor long-range objectives.

Knowledge of qualitative and quantitative techniques for analyzing and measuring the effectiveness, efficiency, and productivity of ISD programs.

Ability to communicate effectively both orally and in writing in order to prepare financial and statistical reports and a variety of other papers designed to facilitate the decisions making process of superiors or high level managers.

Factor 2, Supervisory Controls

Within a framework of established priorities and overall project objectives, the incumbent and supervisor develop a mutually acceptable project plan that includes the identification of the work to be accomplished and the deadline for its completion. The incumbent independently devises methods for analyzing problems, tracks project activities, and develops analytical methods and approaches to the problems or issues studied. Work is reviewed for compatibility with and effectiveness in achieving goals and objectives.

Factor 3, Guidelines

Guidelines consistent of general administrative policy, program goals and objectives that provide a basic outline of the result desired, and broad regulatory guidelines. Primary constraints are those imposed by the need for compatibility with strategic goals and with existing plans or systems. The incumbent exercises considerable resourcefulness and judgment in developing plans and applying the guidelines to accomplish assignments.

Factor 4, Complexity

Assignments require the analysis and coordination of the long-range technology requirements to meet Bureau program requirements and to ensure consistency with the Strategic Bureau Plan. Decisions regarding what needs to be done require consideration of budgetary limitations, the dynamic nature of information technology, and the changing needs of Bureau programs.

## Factor 5, Scope and Effect

The purpose of the work is to analyze, coordinate and monitor long-range planning efforts involving the Bureau's science and information technology programs, equipment, systems and services. The incumbent's work affects the quality and quantity of services provided by the ISD and a wide range of agency activities that rely on information technology.

## Factor 6, Personal Contacts

The incumbent has frequent contact with Bureau personnel at all levels, representatives of other Federal agencies, vendors, manufactures, and contract personnel.

## Factor 7, Purpose of Contacts

The purpose of contacts is to coordinate major projects, brief managers and oversight officials, identify and resolve problems, and obtain agreement on recommendations, often with resistance due to competing objectives and resource problems.

## Factor 8, Physical Demands

The work is mostly sedentary. No special physical demands are required in performing the work.

## Factor 9, Work Environment

The work is performed in an office setting.

## POSITION DESCRIPTION (Please Read Instructions on the Back)

| | | | | | | | | | 1. Agency Position No. 0I-205 |

| Reason for Submission: | 3. Service | 4. Employing Office Location Washington, DC | 5. Duty Station Washington, DC | 6. OPM Certification No. |
| Redescription | ☑ New ☐ Hdqrts ☐ Field | | | |
| Reestablishment | ☐ Other | 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
| Explanation (Show any positions replaced) | | ☑ Exempt ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interest | ☑ Yes ☐ No |
| | 10. Position Status | 11. Position is | 12. Sensitivity | 13. Competitive Level Code 0901 |
| | ☑ Competitive | ☐ Supervisory | ☐ 1—Non-Sensitive ☑ 3—Critical | |
| | ☐ Excepted (Specify in Remarks) | ☐ Managerial | | 14. Agency Use 8888 |
| | ☐ SES (Gen.) ☐ SES (CR) | ☑ Neither | ☐ 2—Noncritical Sensitive ☐ 4—Special Sensitive | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Management Analyst | GS | 343 | 09 | [initials] | 12/7/01 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

| 16. Organizational Title of Position (if different from official title) | 17. Name of Employee (if vacant, specify) |
|---|---|
| | Snezhana Scott |

| 18 Department, Agency, or Establishment Department of the Treasury | c. Third Subdivision Administrative Programs Division |
|---|---|
| a. First Subdivision Bureau of Alcohol, Tobacco and Firearms | d. Fourth Subdivision Safety Programs Branch |
| b. Second Subdivision Office of Management | e. Fifth Subdivision |

| 19 Employee Review-This is an accurate description of the major duties and responsibilities of my position. | Signature of Employee (optional) |
|---|---|

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor Jacqueline E. Palmer Chief, Safety Programs Branch | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) |
|---|---|
| Signature [signed] Jackie Palmer Date 12/5/01 | Signature Date |

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

| Typed Name and Title of Official Taking Action David A. Dottin Chief, Customer Service Team (Red) | 22. Position Classification Standards Used in Classifying/Grading Position OPM Management & Program Analysis Series, GS-343, dtd, Aug 90; OPM Administrative Analysis GEG, dtd, Aug 90. |
|---|---|
| Signature [signed] David A. Dottin Date 12/7/01 | Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management. |

| 23 Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| Classifier | | | | | | | | | | |

24 Remarks
FPL = GS-12

25 Description of Major Duties and Responsibilities (See Attached)

Management Analyst, GS-343-09
Office of Management
Administrative Programs Division
Safety Programs Branch

Job No. 01-205

## INTRODUCTION

This position is located in the Administrative Programs Division, Safety Programs Branch. The Branch is responsible for Nationwide Bureau Programs, including Safety and Occupational Health, Tort and Employee Claims, Public Transportation Incentive, Emergency Preparedness and Continuity of Operations, Energy and Environment, and Headquarters Parking.

Occupational Safety and Health Administration (OSHA), the Environmental Protection Agency (EPA), and the Department of the Treasury require designation and assignments of responsibilities to various program managers for the following programs: Respiratory Protection and Radiation; Hazardous Communications; Work Environment; Energy; Safety and Workplace Abatement; Emergency Management; and Parking and Public Transportation. The Branch also provides on-site support for Headquarters operations in these areas.

## MAJOR DUTIES

In an advanced developmental capacity, serves as an analyst with responsibility for participating in developing, implementing, and interpreting portions of policies, procedures, and operations, with particular emphasis on one or more specific Branch programs.

Under decreasing supervision, maintains day-to-day program functions for the specific area of assignment. Assignments are designed to increase the incumbent's competency and independence for the performance of the following tasks. The incumbent:

Completes a variety of projects in the assigned program area. Researches pertinent technical, regulatory, legislative sources and documents to address issues associated with assigned projects and to recommend changes or updates to policies/procedures/requirements consistent with regulatory or desired process changes.

Performs a variety of tasks, studies and projects related to program improvement, program maintenance, management controls, and long-range planning.

Conducts analysis of specific needs/problems or reported safety, environmental, subsidy, or general hazard issues. Under the direction of a higher graded specialist or the supervisor, makes recommendations to appropriate managers, assisting in the coordination and abatement of problems/hazards identified.

-2-

With the guidance of a higher graded specialist or the supervisor, researches, compiles, and prepares information for reporting to various entities, including the Department of the Treasury, Department of Labor, OSHA, EPA, and local regulatory bodies. Makes recommendations for inclusion of findings to the appropriate program manager based on analysis of information required.

With the guidance of a higher graded specialist or the supervisor, reviews and analyzes data from various Branch databases, noting statistics, trends, and comparison information. Determines what action to take, including cost considerations, and advises/recommends and initiates corrective or other action to appropriate managers.

Designs, modifies, and inputs information into spreadsheets, databases, presentation materials, reports, etc., in order to track office activity and to ensure compliance with OSHA, Department, or other mandates/guidelines for the assigned program area.

Assists program managers and the Branch Chief in the preparation of portions of budgetary materials, budget projections, and budget justifications, and budget tracking/maintenance. Researches historical data to identify spending trends and for evaluating operational needs. For developmental growth, ensures that budgetary procedures are followed and all expenditures are relayed to the Branch analyst responsible for budgetary tracking.

Coordinates portions of program activities with a variety of internal and external customers, other Government and public entities, contractors, claimants and their representatives, and vendors.

## FACTOR 1, KNOWLEDGE REQUIRED BY THE POSITION

Knowledge of analytical and evaluative techniques in order to resolve problems of a routine, procedural or factual nature.

Basic knowledge of the ATF vision (Strategic Plan), mission, guiding principles, organizational structure, and overall management objectives in order to study, identify, evaluate and plan safety and other Branch program development needs for specific organizations and overall Bureau operations under the direction of a higher graded specialist or the supervisor.

Basic knowledge of practice rules and regulations related to Branch program areas in order to advise management and employees of corrective actions and preventative measures of a non-precedent setting nature.

-3-

Basic knowledge of organizational development and design methodologies, management principles, process and needs analysis techniques, and performance measurement techniques in order to evaluate and assess portions of organizational operations and performance.

Ability to interpret laws, regulations, and directives and apply them to Bureau operations under the direction of a higher graded specialist or the supervisor.

Ability to communicate both orally and in writing in order to provide consultative and advisory services to Bureau management, to give formal and informal presentations, to conduct or facilitate training, and to prepare portions of reports, analyses, correspondence, briefings and other written materials on assigned programs.

Skill in the use of personal computers and word processing programs, spreadsheets, and database software to prepare documents and spreadsheets.

## FACTOR 2, SUPERVISORY CONTROLS

The supervisor or higher graded specialist assigns specific projects in terms of issues, organizations, functions or work processes to be studied and sets deadlines for completion of the work. Completed work and recommendations developed by the employee are reviewed prior to release or discussion with management officials.

## FACTOR 3, GUIDELINES

Guidelines consist of Federal regulations, Treasury and Bureau policies and directives. Guidelines also include published literature covering quality improvement principles and practices. Guidelines adequately cover most situations encountered and the supervisor or higher graded specialist are available to advise on the intent of guidelines utilized.

## FACTOR 4, COMPEXITY

The work consists of performing well-defined portions of projects, studies, and tasks which require analysis of interrelated issues of effectiveness, efficiency, and productivity impacting the Bureau. The incumbent applies accepted techniques for projects assigned and uses well-established approaches to problems. The work is accomplished utilizing standard administrative practices.

-4-

## FACTOR 5, SCOPE AND EFFECT

The purpose of the work is to study, evaluate, advise, and plan for portions of the Bureau's long and short-term safety needs necessary for the effective and efficient accomplishment of missions. The work plays a significant role in increasing the efficiency and cohesiveness of ATF's operations. The results of the work have an impact on activities throughout the Bureau and on all Bureau employees, nationwide. The work also impacts the quality of services provided to the public.

## FACTOR 6, PERSONAL CONTACTS

The contacts will include managers, supervisors and employees of the Bureau, co-workers within the Branch, colleagues in the field from other government agencies, private industry, and vendors or contractors.

## FACTOR 7, PURPOSE OF CONTACTS

Management contacts are principally to provide advice and counsel on non-controversial program related issues and concerns. Contacts with co-workers within the Branch are to coordinate the development of portions of various safety programs and other assigned programs. Contacts with colleagues in the field are to obtain and exchange basic data and guidelines, contact with vendors and the public to review and coordinate the acquisition of various services provided to the Branch, and assist in claims or other program status inquiries.

## FACTOR 8, PHYSICAL DEMANDS

The work is mostly sedentary. Usually, no special physical abilities are needed to perform the work. However, may require walking, stooping, and bending in order to perform safety inspections.

## FACTOR 9, WORK ENVIRONMENT

The work is primarily performed in an office setting.

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | | 1. Agency Position No. |
|---|---|---|
| | | · 06-058 |

| Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| ☑ Redescription  ☐ New  ☐ Reestablishment  ☐ Other | ☑ Hdqtrs  ☐ Field | Washington, DC | Washington, DC | |

Explanation *(Show any positions replaced)*

Replaces '01-047 due to reorganization

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☑ Exempt  ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure  ☐ Employment and Financial Interest | ☐ Yes  ☑ No |

| 10. Position Status | 11. Position | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☑ Competitive  ☐ Excepted *(Specify in Remarks)*  ☐ SES (Gen.)  ☐ SES (CR) | ☐ Supervisory  ☐ Managerial  ☑ Neither | ☐ 1—Non-Sensitive  ☐ 3—Critical  ☑ 2—Noncritical Sensitive  ☐ 4—Special Sensitive | 14. Agency Use  8888 |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Management Support Specialist | GS | 301 | 11 | kag | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position** *(if different from official title)*
Management Support Specialist

**17. Name of Employee** *(if vacant, specify)*
Brigette Hawkins

**18. Department, Agency, or Establishment**
Department of Justice

**c. Third Subdivision**
Human Resources Division

**a. First Subdivision**
Alcohol, Tobacco, Firearms & Explosives

**d. Fourth Subdivision**
HR Support Staff

**b. Second Subdivision**
Office of Management

**e. Fifth Subdivision**

Employee Review-This is an accurate description of the major duties and responsibilities of my position.

**Signature of Employee** *(optional)*

**20. Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)* |
|---|---|
| Debbie Gunther  Chief, HR Support Staff | Diane E. Filler  Human Resources Officer |
| Signature *[signed]*    Date 1/25/06 | Signature *[signed]*    Date 1/27/06 |

**21. Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with the major standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action
Kathryn Greene
HR Specialist

Signature *[signed] Kathryn Greene*    Date 2/1/06

**22. Position Classification Standards Used in Classifying/Grading Position**
Misc Admin & Prgrm Analysis Series, GS-301, 1/79, Admin Analysis, 8/90 August 1990.

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**
Requires secret clearance. FPL: GS-11

Description of Major Duties and Responsibilities *(See Attached)*

| NSN 7540-00-634-4265 | Previous Edition Usable | 5006-106 | OF-8 (Rev. 1-85)  U.S. Office of Personnel Management  FPM Chapter 295 |
|---|---|---|---|

PD#: 06-058

Management Support Specialist, GS-301-11
Office of Management
Human Resources Division
Human Resources Support Staff

## INTRODUCTION

The incumbent serves as a Management Support Specialist in the Human Resources Division (HR), HR Support Staff; responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions. The Human Resources Division is responsible for planning and implementing a nationwide recruitment and retention program that attracts, develops, and maintains a highly qualified and motivated workforce within the Bureau of Alcohol, Tobacco and Firearms and Explosives. The Human Resources Division provides responsive and timely services in the areas of recruitment and placement through merit promotion and delegated case examination, position management and pay administration, employee and labor relations, employee performance evaluations, disciplinary actions, incentive awards, employee services and benefits

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division. Continually compares obligations to allocations while taking into consideration the impact of the Human Resources Division's limitations.

Accesses FRED financial system in order to generate and prepare reports and monitor all financial actions. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data. Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains a monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches.

Analyzes and evaluates the Division's administrative procedures and controls. Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.

Oversees the coordination, management, and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies. Serves as property custodian and as such accesses and updates the Sunflower System.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

Serves as the Contracting Officer Representative (COTR) for the Division; maintains contractors' files.

Represents the Human Resources Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources. Knowledge of the Sunflower System used to track property from acquisition to disposal.

Knowledge of Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Human Resources (HR) Support Staff Chief who make assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and/or advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures, and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to most aspects of problems encountered, but some issues may involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. Incumbent is required to seek interpretation and guidance from FMD on budgetary issues.

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Human Resources Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

## VII. Purpose of Contacts

PD#: 06-058

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

## IX. Work Environment

The work is performed primarily in an office setting.

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | | 1. Agency Position No. |
|---|---|---|
| | | 01-047 |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| ☐ Redescription  ☒ New | ☒ Hdqtrs. ☐ Field | Washington,, DC | Washington, DC | |
| ☐ Reestablishment ☐ Other | | | | |

| (Explanation (Show any positions replaced) | 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|---|
| | ☒ Exempt  ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure  ☐ Employment and Financial Interests | ☐ Yes ☒ No |

| 10. Position Status | 11. Position is | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☐ Competitive | ☐ Supervisory | ☐ 1 Non-Sensitive  ☐ 3 Critical Sensitive | |
| ☐ Excepted (Specify in Remarks) | ☐ Managerial | | 14. Agency Use |
| ☐ SES (Gen.) ☐ SES (CR) | ☒ Neither | ☐ 2 Noncritical Sensitive  ☐ 4 Special Sensitive | 8888 |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency, or Establishment | | | | | | |
| c. Second Level Review | Management Analyst | GS | 343 | 11 | *[initials]* | 4/12/01 |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

| 16. Organizational Title of Position (If different from official title) | 17. Name of Employee (If vacant, specify) |
|---|---|
| | |

| 18. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| Department of the Treasury | Personnel Division |
| a. First Subdivision | d. Fourth Subdivision |
| Bureau of Alcohol, Tobacco and Firearms | |
| b. Second Subdivision | e. Fifth Subdivision |
| Office of Management | |

Employee Review--This is an accurate description of the major duties and responsibilities of my position.

*Signature of Employee (optional)*

19. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the* knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) |
|---|---|
| John G. Duclos  Chief, Personnel Division | |
| Signature  *[signature]*  Date 4/13/01 | Signature  Date |

| 21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.* | 22. Position Classification Standards Used in Classifying/Grading Position |
|---|---|
| Typed Name and Title of Official Taking Action  Meg Kocher  Position Classification Specialist | Management & Program Analysis Series, GS-343, TS-98, 8/90; Administrative Analysis Grade Evaluation Guide, TS-98, 8/90 |
| Signature  *[signature]*  Date 4/18/01 | Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA is available from the personnel office or the U.S. Office of Personnel Management. |

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

Remarks
FULL PERFORMANCE LEVEL
Related Positions: #01-046
Note: PD is based on projected duties & therefore subjec[t]

ATF transfer to Department of
Justice effective 1-24-03

Management Analyst, GS-343-11                                     01-047
Office of Management

## Introduction

This position is located in the Personnel Division, Office of
Management. The incumbent is responsible for coordinating and
monitoring the fiscal resources for the Division. The Division
provides pay administration and classification, recruitment and
placement, employee and labor relations, and benefits services to
over 4,000 Bureau employees nationwide, with a few employees
located outside of the United States.

## Major Duties

Performs analyses of the financial status of the various programs
managed by the Division. Continually compares obligations to
allocations and considers the impact of Bureau limitations, as
well as ceilings established by legislative or administrative
policy. Maintains familiarity with operating and financial
programs to make early recommendations on necessary reprogramming
actions and the impact of financial operations.

Identifies areas of potential concern relative to fiscal
resources, analyzes and evaluates such areas and provides
solutions or alternatives to resolve conflicts or discrepancies.

Analyzes requests for reallocation of funds, taking into
consideration the needs and program requirements/changes of the
various Branches. Makes recommendations for appropriate action
and, once recommendations are approved, completes required
aspects necessary for reprogramming of funds, to be forwarded to
the Financial Management Division for processing.

Analyzes and evaluates the Division=s procedures and controls.
Plans and conducts studies to evaluate and recommend ways to
improve the effectiveness and efficiency of work operations.
Prepares reports of findings that include identification of
problems and proposed recommendations for problem resolution
and/or improvements.

Coordinates and analyzes operations and long range plans;
researches, compiles and summarizes fiscal resource data;
projects budget requirements. Prepares justifications as needed.
Monitors and tracks expenditures throughout execution phases and
assures that expenditures are within programmed limits. Maintains
monthly summary of the financial status of the Division.

Responsible for the management, coordination and control of space
management projects, property inventory for office furniture and
equipment, ADP equipment and communications equipment such as
cellular telephones and pagers, and office supplies.

-2-

Writes policy directives and operating procedures for the
Division. Prepares reports, position papers and other documents
as necessary on a periodic or as-needed basis. Summarizes
statistical information and develops visuals such as graphs,
charts, tables, etc. to illustrate program operations and
accomplishments. Participates in the development of Division and
Directorate reports.

Processes and maintains issuance of Government Visa credit cards
for the Division.

Performs other duties as assigned.

Factor 1, Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and
objectives of the Division. Broad knowledge of the laws and
regulations governing the programs of the Division and
Directorate in order to coordinate projects and studies within
the Division and Directorate.

Skill in the use of qualitative and quantitative analytical and
evaluative methods and techniques and administrative practices in
order to measure, analyze and evaluate the effectiveness of
current operations from a fiscal standpoint, identify and plan
fiscal needs and make recommendations concerning program
operations from a budgetary standpoint.

Knowledge of accepted principles and practices of management and
budget processes. Skill in analyzing program-budgetary
relationships in order to provide fiscal planning advice and
guidance as it relates to the various programs.

Ability to assemble and analyze data and draw conclusions.
Ability to analyze the results of studies and make
recommendations on all phases of the budget process.

Skill in oral and written communications in order to present
findings and recommendations, represent the Division in meetings
and write clear and concise reports, briefing papers and other
documents.

Factor 2, Supervisory Controls

The incumbent works under the general supervision of the
Director, Personnel Division, but may receive assignments from
senior specialists on the staff. The incumbent independently
plans the work, develops analytical methods and approaches and
coordinates with management. The supervisor is informed of
potentially controversial budgetary implications. The supervisor,

-3-

or senior specialist(s), provides guidance on especially difficult or unprecedented situations. Completed work is reviewed for adherence to Bureau and Division policies and effectiveness in meeting established objectives.

Factor 3, Guidelines

Guidelines include Federal, Department of Treasury and ATF regulations, policies, procedures and requirements; OMB policies and directives regarding budget processes and methods; and generally accepted theories, principles and practices of management. The incumbent uses judgment in selecting, interpreting and adapting available guidelines to specific issues.

Factor 4, Complexity

The majority of the work involves coordinating and conducting studies, analyses and evaluations of the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to interpret complex budget regulations, consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations. Other duties typically require detailed planning and coordination and analysis of both qualitative and quantitative data gathered from a variety of sources.

Factor 5, Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work affects financial operations throughout the Division.

Factor 6, Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

−4−

## Factor 7, Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

## Factor 8, Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are need to perform the work.

## Factor 9, Work Environment

The work is performed primarily in an office setting.

EXHIBIT
11
1-17-08
PENGAD 800-531-6989

# Supplement to 3rd Request for the Production of Documents

## No. 1

## Blackwood's hand-written notes

oppty go imp
Eval - facts, appraisal                    26/05

Doc's from
Barbara
Blackwood

*Mgnt Analyst Responsible          istative,
personal and budge               s which
result in the office             tion of
the personnel Divis

1. Explain what you do    How do you receive your assignments?
2. How are your assignments generated
3. What guidelines are needed to perform your
   work
4. What KSAs are needed to perform your job.
5.

Financial Reports on excel - runs a monthly
Generates report monthly

Knowledge
Comprehensive   financial
knowledge of FRED System in order to monitor + generate
all financial actions

✓ Reconcile statements for credit card holders
  travel vouchers

• Monitors Coordination - space  moves, furniture
  telephones + office supplies.     AD equip

COTR Certification 10/03

Federal appropriations, etc.

Knowledge of OMB laws, Bureau Directives,
federal laws pertaining to financial matters

Knowledge of accty principals

Ability to use Office automation

Knowledge of Fed Travel Regulations

Monitors Contract to assure compliance w/
the terms & conditions of the contract

Contract Office Technical Rep.

COTR responsibilities

# Chronology

- 2/10/05 Submitted draft DF in which I said class as 343-12.

- 6/21 Ms. Tiller asked me to meet w/ her re: the draft I gave her on 2/10.

- 6/22 Continued meeting & DF requested changes to the pd

- 6/23 forwarded pd w/ (email) changes DF requested for her review before I declared pd

- 7/13 emailed her again to ask if she had a chance

to review the pd

- 7/18 I received the draft back w/ additional deletions & changes.

- 8/2 I sent the reclass pd to D I w/ class as Mgmt Support Spec. GS-301-11.



# FIRST SET OF REQ. FOR PRODUCTION OF DOCUMENTS
## NO. 2

Administrative Analysis Grade Evaluation Guide

# Administrative Analysis
# Grade Evaluation Guide

## TABLE OF CONTENTS

COVERAGE ........................................................................................................................ 2

EXCLUSIONS .................................................................................................................... 2

BACKGROUND INFORMATION ........................................................................................ 3

HOW TO USE THIS GUIDE ............................................................................................... 3

GRADE CONVERSION TABLE .......................................................................................... 4

FACTOR LEVEL RELATIONSHIPS .................................................................................... 5

FACTOR LEVEL DESCRIPTIONS ...................................................................................... 5
   FACTOR 1, KNOWLEDGE REQUIRED BY THE POSITION .......................................... 5
   FACTOR 2, SUPERVISORY CONTROLS ...................................................................... 5
   FACTOR 3, GUIDELINES ............................................................................................... 9
   FACTOR 4, COMPLEXITY .............................................................................................. 11
   FACTOR 5, SCOPE AND EFFECT ................................................................................ 12
   FACTOR 6, PERSONAL CONTACTS AND ................................................................... 16
      FACTOR 7, PURPOSE OF CONTACTS .................................................................
   FACTOR 8, PHYSICAL DEMANDS ............................................................................... 20
   FACTOR 9, WORK ENVIRONMENT .............................................................................. 21

# COVERAGE

This guide provides grade level criteria for nonsupervisory staff administrative analytical, planning, and evaluative work, at grade GS-09 and above. Work covered by the guide is administrative in nature and does not require specialized subject matter knowledge and skills. While such work does not require specialized educational preparation, it does require a high degree of qualitative and/or quantitative analytical skills, the ability to research problems and issues, written and oral communication skills, and the application of mature judgment in problem solving.

# EXCLUSIONS

1.  Full performance level (nontrainee) positions below grade GS-09 involved in the performance of one-grade interval technician or assistant work in a support capacity. Such positions should be graded using standards and guides for clerical, assistant, and technician work.

2.  Position which consists solely of duties and responsibilities related to the line management or delivery of agency programs. Such work typically requires specialized subject matter knowledge and skills and should be graded through reference to the appropriate subject matter standard.

3.  Positions for which specialized technical skills or educational qualifications are of paramount importance to satisfactory performance of the work (e.g., education of the type usually gained through completion of specified academic course-work or extensive experience in an occupation). Such positions should be evaluated through reference to an appropriate subject matter standard.

4.  Professional and scientific positions primarily concerned with the analysis of public policy issues and their impact on social, economic, scientific, legal, diplomatic, environmental, and other issues of national and international significance. Such positions are evaluated by the Policy Analysis Grade-Evaluation Guide.

5.  Positions involving financial or other specialized administrative duties and responsibilities which are more thoroughly covered by criteria in specific occupational standards (e.g., the Financial Management Series, GS-0505; series covered in the Job Family Position Classification Standard for Professional and Administrative Work in the Accounting and Budget Group, GS-0500). Such positions should be evaluated through reference to the appropriate subject matter standard.

# BACKGROUND INFORMATION

This guide is designed specifically to evaluate staff analytical, planning, and evaluative work concerned with the administrative and operational aspects of agency programs and management. Although line work is excluded from coverage, the guide may also be used for evaluating staff analytical duties of positions primarily engaged in line management or program administration.

Typical positions covered by this guide require knowledge of: (1) the overall mission, functions, and organization of the agency or component; (2) the principles, functions, and processes of management and the organization of work; (3) agency program operations, processes, goals, and objectives; and (4) evaluative, planning, and analytical processes and techniques (quantitative and qualitative). Knowledge is applied in a staff advisory capacity to line management in support of: planning, development, and execution of agency programs; the administrative management of agencies and their component organizations; or the performance of related functions requiring comparable knowledge and skills.

The guide is intended primarily for use in evaluating two-grade interval positions in the General Administrative, Clerical, and Office Services Group, GS-0300. Since this is a functional guide, it may also be used as an additional source of classification guidance for two grade-interval administrative work in other occupational groups not covered by published grade level criteria, and where the positions involved require knowledge and skill in the application of analytical and evaluative concepts, methods, and techniques comparable to those described in this guide.

# HOW TO USE THIS GUIDE

Positions should be evaluated on a factor-by-factor basis using the (FES) factor level descriptions contained in this guide. Total points for all factors are converted to grade level using the table below. The basic instructions and concepts contained in the Instructions for the Factor Evaluation System (May 1977) should be applied in the evaluation of positions.

The guide contains work illustrations designed to assist users in selecting the proper levels for Factors 1, 4, and 5. The illustrations provide an expanded frame of reference for identifying the concepts of these factor levels. Users should not rely solely on the illustrations in evaluating positions, since they reflect a rather narrow range of actual work examples for positions covered by this guide. Instead, users should attempt to match the intent of the various factor levels, and within the illustrations, find concepts and examples which are comparable to those of the position being evaluated.

The guide does not provide criteria for trainee or developmental work below grade GS-09. Agencies may establish positions at these levels as needed for entry and development using the (FES) primary standard for factor levels falling below those described in the guide, related classification standards, and sound classification and position management practices.

The series of a position classified in whole or in part by this guide is determined by the assigned duties and responsibilities and the qualifications required for the work. Official position titles are established by published classification standards for the series or by the general instructions for titling in the Introduction to the Position Classification Standards.

# GRADE CONVERSION TABLE

Total points on all evaluation factors are converted to GS grade as follows:

| GS Grade | Point Range |
|----------|-------------|
| 9 | 1855-2100 |
| 10 | 2105-2350 |
| 11 | 2355-2750 |
| 12 | 2755-3150 |
| 13 | 3155-3600 |
| 14 | 3605-4050 |
| 15 | 4055- up |

# FACTOR LEVEL RELATIONSHIPS

The following table illustrates how the FES factor levels combine in typical administrative analytical positions at grades GS-09 through GS-13. The table is provided to aid users in understanding the most common factor relationships at each grade; i.e., the level of knowledge required to perform work of a particular level of complexity. However, other combinations of factors may be appropriate for particular positions.

| Factors/Grade Levels | GS-09 | GS-11 | GS-12 | GS-13 |
|---|---|---|---|---|
| Knowledge | 1-6 | 1-7 | 1-7 | 1-8 |
| Supervisory Controls | 2-3 | 2-4 | 2-4 | 2-4 |
| Guidelines | 3-3 | 3-3 | 3-4 | 3-4 or 3-5 |
| Complexity | 4-3 | 4-4 or 4-5 | 4-5 | 4-5 |
| Scope and Effect | 5-3 | 5-3 or 5-4 | 5-4 | 5-4 or 5-5 |
| Personal Contacts | 2 or 3 | 2 or 3 | 3 | 3 |
| Purpose of Contacts | b or c | b or c | c | c |
| Physical Demands | 8-1 | 8-1 | 8-1 | 8-1 |
| Work Environment | 9-1 | 9-1 | 9-1 | 9-1 |

# FACTOR LEVEL DESCRIPTIONS

## FACTOR 1, KNOWLEDGE REQUIRED BY THE POSITION

NOTE: In evaluating this factor, the knowledge and skills required in the application of analytical and evaluative methods and techniques to organizational and program issues or studies is of greater significance than knowledge of the techniques themselves. Many of the methods and techniques used by positions covered by this guide will have application over a wide range of assignments.

*Level 1-6 -- 950 Points*

This level of knowledge is appropriate for analytical and evaluative positions at the first full-performance level.

Positions with this level of knowledge require skill in applying analytical and evaluative techniques to the identification, consideration, and resolution of issues or problems of a procedural or factual nature. The issues or problems deal with readily observable conditions (e.g., office or shop layout, work-flow, or working conditions), written guidelines covering work methods and procedures such as performance and production standards, and information of a factual nature (e.g., number and type of units actually produced or capability of equipment). Included at this level is knowledge of the theory and principles of management and organization, including administrative practices and procedures common to organizations, such as those pertaining to areas of responsibility, channels of communication, delegation of authority, routing of correspondence, filing systems, and storage of files and records.

Assignments typically involve using qualitative and quantitative analytical techniques such as: literature search; work measurement; task analysis and job structuring; productivity charting; determining staff to workload ratios (e.g., span of control); organization design; space planning; development and administration of questionnaires; flowcharting of work processes; graphing; and calculation of means, modes, standard deviations, or similar statistical measures. Assignments require skill in conducting interviews with supervisors and employees to obtain information about organizational missions, functions, and work procedures.

## ILLUSTRATIONS:

-- Knowledge of management principles, organizational theory, and techniques of analysis and evaluation, along with knowledge of standardized administrative practices and procedures to conduct studies of clerical work processes in various organizations to identify, analyze, and recommend solutions to problems in organizational structure, staffing, administrative procedures, work processes, or workload distribution.

-- Knowledge of administrative regulations and operating procedures plus skill in applying fact-finding and investigative techniques (e.g., employee/supervisor interviews, review of work procedures, instructions, records, and files) to gather clear-cut factual evidence of administrative waste and abuse, or compliance with regulations.

-- Knowledge of established management principles, pertinent administrative regulations, and staffing guidelines plus skill in applying fact-finding and work measurement techniques to conduct position management studies of clerical, trades, technician, and administrative support positions within a single organizational component at the operating (installation) level. Assignments require skill in preparing and delivering briefings to managers on study findings and recommendations.

*Level 1-7 -- 1250 Points*

In addition to knowledge of the previous level, assignments require knowledge and skill in applying analytical and evaluative methods and techniques to issues or studies concerning the efficiency and effectiveness of program operations carried out by administrative or professional personnel, or substantive administrative support functions (i.e., internal activities or functions such as supply, budget, procurement, or personnel which serve to facilitate line or program operations). This level includes knowledge of pertinent laws, regulations, policies and precedents which affect the use of program and related support resources (people, money, or equipment) in the area studied. Projects and studies typically require knowledge of the major issues, program goals and objectives, work processes, and administrative operations of the organization.

Knowledge is used to plan, schedule, and conduct projects and studies to evaluate and recommend ways to improve the effectiveness and efficiency of work operations in a program or support setting. The assignments require knowledge and skill in adapting analytical techniques and evaluation criteria to the measurement and improvement of program effectiveness and/or organizational productivity. Knowledge is applied in developing new or modified work methods, organizational structures, records and files, management processes, staffing patterns, procedures for administering program services, guidelines and procedures, and automating work processes for the conduct of administrative support functions or program operations. Knowledge may also be applied in analyzing and making recommendations concerning the centralization or decentralization of operations.

ILLUSTRATIONS:

-- Knowledge of qualitative and quantitative techniques for analyzing and measuring the effectiveness, efficiency, and productivity of administrative and technical programs, along with knowledge of the mission, organization, and work processes of programs throughout a military command, complex multi-mission local installation, or equivalent, and the relationships of administrative support activities (e.g., data processing, accounting, budget) to such missions. Knowledge is applied in conducting studies, analyzing findings and making recommendations on substantive operating programs; e.g., weapons testing or commodity management. The work requires skill in preparing project papers and staff reports and skill in organizing and delivering briefings to managers to encourage understanding and acceptance of findings and recommendations.

-- Knowledge of organization, programs, missions, and functions of the parent military command along with knowledge of analytical and investigative techniques to conduct staffing requirements and utilizations and/or field installations. Assignments require skill in conducting detailed analyses of complex functions and work processes including: examination of production standards; past, present, and programmed workloads; nonproductive time; and deviations from standards to determine validated staffing requirements for the

function studied. Work requires considerable inter-personal skills in presenting staffing recommendations and negotiating solutions to disputed recommendations.

-- Thorough knowledge of the service or bureau benefit programs, operations, objectives, and policies along with a comprehensive knowledge of management and organizational techniques, systems, and procedures is applied in performing a wide variety of analytical studies and projects related to management improvement, productivity improvement, management controls, and long-range planning. Assignments include: developing guidance on techniques for management and methods improvement; analyzing and advising on proposed reorganizations or realignment of functions; and developing manuals and directives covering the administrative aspects of field station operations.

## Level 1-8 -- 1550 Points

This is the level of the expert analyst who has mastered the application of a wide range of qualitative and/or quantitative methods for the assessment and improvement of program effectiveness or the improvement of complex management processes and systems. In addition to knowledge of the next lower level, this level requires comprehensive knowledge of the range of administrative laws, policies, regulations, and precedents applicable to the administration of one or more important public programs. Typically, this includes knowledge of agency program goals and objectives, the sequence and timing of key program events and milestones, and methods of evaluating the worth of program accomplishments. Work requires knowledge of relationships with other programs and key administrative support functions within the employing agency or in other agencies.

Knowledge characteristic of this level are applied to a variety of ways. For example, knowledge is applied to the design and conduct of comprehensive management studies where the boundaries of the studies are extremely broad and difficult to determine in advance; i.e., the actual limits of the project are developed as the study proceeds. Study objectives are to identify and propose solutions to management problems which are characterized by their breadth, importance, and severity, and for which previous studies and established management techniques are frequently inadequate.

For other assignments, knowledge may be applied in preparing recommendations for legislation to change the way programs are carried out; in evaluating the content of new or modified legislation for projected impact upon agency programs and resources; and/or in translating basic legislation into program goals, actions, and services.

Also included at this level is skill to plan, organize, and direct team study work and to negotiate effectively with management to accept and implement recommendations, where the proposals involve substantial agency resources, require extensive changes in established procedures, or may be in conflict with the desires of the activity studied.

ILLUSTRATIONS:

-- Expert knowledge of analytical and evaluative methods plus a thorough understanding of how regulatory or enforcement programs are administered to select and apply appropriate program evaluation and measurement techniques in determining the extent of compliance with rules and regulations issued by the agency, or in measuring and evaluating program accomplishments. This may include evaluating the content of new or modified legislation for projected impact upon the agency's programs or resources.

-- Mastery of advanced management and organizational principles and practices along with a comprehensive knowledge of planning, programming, and budgeting regulations, guidelines and process, and thorough knowledge of the military command's facilities planning, acquisition, and management process to prepare long-range (5 year) and short-range planning guidance in accordance with broad agency program policies and objectives. Develops resource (staffing and funding) guidance for subordinate activities, and performs continuous appraisal of the utilization of command resources in accomplishing program objectives and goals. The work requires ability to direct complex studies requiring application of advanced analytical and statistical methods and techniques.

-- Knowledge of military command structure, missions, programs, and organizational relationships plus a thorough knowledge of quantitative and qualitative methods and techniques to develop staffing standards covering complex program functions or missions. e.g., management of agency research operations, or staffing requirements for new or substantially altered training or operational missions and programs. Studies and analyses are of such scope that they frequently require a team effort. Projects typically involve development of new approaches to identifying meaningful workload factors and performance quality levels, and determining accurate measurement techniques.

## FACTOR 2, SUPERVISORY CONTROLS

*Level 2-3 -- 275 Points*

The supervisor assigns specific projects in terms of issues, organizations, functions, or work processes to be studied and sets deadlines for completing the work. Where two or more projects are involved, the supervisor may assign priorities among the various projects as well as deadlines for the attainment of specific milestones within a project. The supervisor or higher grade analyst provides assistance on controversial issues or on the application of qualitative or quantitative analytical methods to the study of subjects for which precedent studies are not available.

The employee plans, coordinates, and carries out the successive steps in fact-finding and analysis of issues necessary to complete each phase of assigned projects. Work problems are normally resolved by the employee without reference to the supervisor, in accordance with the body of

accepted office policies, applicable precedents, organizational concepts, management theory, and occupational training.

Work is reviewed for conformance with overall requirements as well as contribution to the objectives of the study. Complete work products such as evaluation reports and staff studies, are also reviewed for consistency of facts and figures, choice of appropriate analytical methods, and practicality of recommendations. Findings and recommendations developed by the employee are reviewed prior to release, publication, or discussion with management officials.

## Level 2-4 -- 450 Points

Within a framework of priorities, funding and overall project objectives (e.g., cost reduction, improved effectiveness and efficiency, better workload distribution, or implementation of new work methods), the employee and supervisor develop a mutually acceptable project plan which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion.

Within the parameters of the approved project plan, the employee is responsible for planning and organizing the study, estimating costs, coordinating with staff and line management personnel, and conducting all phases of the project. This frequently involves the definitive interpretation of regulations and study procedures, and the initial application of new methods. The employee informs the supervisor of potentially controversial findings, issues, or problems with widespread impact.

Completed projects, evaluations, reports, or recommendations are reviewed by the supervisor for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives. Completed work is also reviewed critically outside the employee's immediate office by staff and line management officials whose programs and employees would be affected by implementation of the recommendations.

## Level 2-5 -- 650 Points

As a recognized authority in the analysis and evaluation of programs and issues, the employee is subject only to administrative and policy direction concerning overall project priorities and objectives.

At this level, the employee is typically delegated complete responsibility and authority to plan, schedule, and carry out major projects concerned with the analysis and evaluation of programs or organizational effectiveness. The employee typically exercises discretion and judgment in determining whether to broaden or narrow the scope of projects or studies.

Analyses, evaluations, and recommendations developed by the employee are normally reviewed by management officials only for potential influence on broad agency policy objectives and program goals. Findings and recommendations are normally accepted without significant change.

# FACTOR 3, GUIDELINES

## *Level 3-3 -- 275 Points*

Guidelines consist of standard reference material, texts, and manuals covering the application of analytical methods and techniques (statistical, descriptive or evaluative) and instructions and manuals covering the subjects involved (e.g., organizations, equipment, procedures, policies, and regulations).

Analytical methods contained in the guidelines are not always directly applicable to specific work assignments. However, precedent studies of similar subjects are available for reference. The employee uses judgment in choosing, interpreting, or adapting available guidelines to specific issues or subjects studied. The employee analyzes the subject and the current guidelines which cover it (e.g., workflow, delegations of authority, or regulatory compliance) and makes recommendations for changes.

Included at this level are work assignments in which the subject studied is covered by a wide variety of administrative regulations and procedural guidelines. In such circumstances the employee must use judgment in researching regulations, and in determining the relationship between guidelines and organizational efficiency, program effectiveness, or employee productivity.

## *Level 3-4 -- 450 Points*

Guidelines consist of general administrative policies and management and organizational theories which require considerable adaptation and/or interpretation for application to issues and problems studied. At this level, administrative policies and precedent studies provide a basic outline of the results desired, but do not go into detail as to the methods used to accomplish the project.

Administrative guidelines usually cover program goals and objectives of the employing organization, such as agency controls on size of work force, productivity targets, and similar objectives. Within the context of broad regulatory guidelines the employee may refine or develop more specific guidelines such as implementing regulations or methods for the measurement and improvement of effectiveness and productivity in the administration of operating programs.

## *Level 3-5 -- 650 Points*

Guidelines consist of basic administrative policy statements concerning the issue or problem being studied, and may include reference to pertinent legislative history, related court decisions, state and local laws, or policy initiatives of agency management.

The employee uses judgment and discretion in determining intent, and in interpreting and revising existing policy and regulatory guidance for use by others within or outside the

employing organization (e.g., other analysts, line managers, or contractors). Some employees review proposed legislation or regulations which would significantly change the basic character of agency programs, the way the agency conducts its business with the public or with private industry, or which modify important inter-agency relationships. Other employees develop study formats for use by others on a project team or at subordinate echelons in the organization. At this level, the employees are recognized as experts in the development and/or interpretation of guidance on program planning and evaluation in their area of specialization (e.g., work force management, contingency/emergency planning, position management, work measurement, or productivity improvement).

# FACTOR 4, COMPLEXITY

## *Level 4-3 -- 150 Points*

The work principally involves dealing with problems and relationships of a procedural nature rather than the substance of work operations, issues, or other subjects studied. At this level, the employee analyzes the issues in the assignment, then selects and applies accepted analytical techniques such as task analysis, work simplification, work-flow charts, workload measurement, and trend analysis to the resolution of procedural problems affecting the efficiency, effectiveness, or productivity of the organization and/or workers studied.

Projects usually take place within organization with related functions and objectives, although organization and work procedures differ from one assignment to the next. Typical organizational efficiency assignments involve observing work in progress to identify and resolve problems in work-flow, work methods and procedures, task distribution, overall workload, forms and record keeping, span of control, and organizational structure. When performed, evaluative studies involve measurement of current work output, group productivity and accomplishments, or identification of current resource needs (staff, supplies, equipment, and space). Typically, the employee prepares a narrative report containing a statement of the issue or problem, background, observations, options for change, and recommendations for action.

Findings and recommendations are based upon analysis of work observations, review of production records or similar documentation, research of precedent studies, and application of standard administrative guidelines (e.g., staffing guidelines or performance and production standards).

## ILLUSTRATIONS:

-- Uses established analytical techniques or precedent studies to gather narrative or statistical information to develop improved organizational structures, staffing patterns, and work-flow in a vehicle maintenance and repair shop or supply warehouse. Observes operations to identify problems in work-flow and procedures, work distribution, overall workload, and skill mix of workers.

--     Applies accepted techniques and systems for assessing workload and productivity (e.g., time and motion study, task analysis, flowcharting of work processes) to develop methods, forms, and procedures for performance measurement or appraisal of clerical employees in a claims processing or comparable operation.

--     As a team member, conducts management surveys of clerical, blue- collar, and administrative support activities to determine compliance with applicable regulations and procedures and sound management practices. Interviews employees and supervisors to collect factual information on the operations surveyed; observes work in process; and reviews files and other record material on workload and accomplishments. Surveys deal primarily with procedural aspects rather than the substance of administrative operations.

## *Level 4-4 -- 225 Points*

The work involves gathering information, identifying and analyzing issues, and developing recommendations to resolve substantive problems of effectiveness and efficiency of work operations in a program or program support setting. This is in addition to improving conditions of a procedural nature which relate to the efficiency of organizations and workers described at the previous level. By way of contrast with level 4-3, work at this level requires the application of qualitative and quantitative analytical techniques that frequently require modification to fit a wider range of variables.

Subjects and projects assigned at this level usually consist of issues, problems, or concepts that are not always susceptible to direct observation and analysis (e.g., projected missions and functions). Difficulty is encountered in measuring effectiveness and productivity due to variations in the nature of administrative processes studied (e.g., those associated with processing information, reorganizing to meet changes in mission, or providing support services). Information about the subject is often conflicting or incomplete, cannot readily be obtained by direct means, or is otherwise difficult to document. For example, assignments may involve compiling, reconciling, and correlating voluminous workload data from a variety of sources with different reporting requirements and formats, or the data must be carefully cross-checked, analyzed, and interpreted to obtain accurate and relevant information.

Characteristic of this level is originality in refining existing work methods and techniques for application to the analysis of specific issues or resolution of problems. For example, the employee may revise methods for collecting data on workload, adopt new measures of productivity, or develop new approaches to relate productivity measurements to a performance appraisal system.

## ILLUSTRATIONS:

--     Studies, analyzes, and develops methods to improve the accuracy, adequacy, and timeliness of information and systems for disseminating information about the agency's programs and work force to managers at many organizational echelons and/or geographic locations. Employee must consider the information needs,

interests, and level of detail needed to satisfy a wide variety of user requirements. Potential sources of data must be cross-checked, analyzed, and interpreted by the employee to obtain accurate, relevant information.

--    Serves as management advisor in the bureau headquarters of an agency (or equivalent organization) with responsibility for performing a range of analytical studies and projects related to field program operations in the areas of management and productivity improvement (including effectiveness of work methods, manpower utilization, and distribution of functions); management controls; and work planning. Assignments typically involve the study of organizations, work processes, or functions that are interrelated. The work requires detailed planning to conduct information gathering; interpretation of administrative records and reports; correlation of information to corroborate facts; and coordination with management representatives.

--    Provides advice to management on the distribution of work among positions and organizations, and the efficient utilization of positions and employees in programs and program support areas staffed by employees in professional, technical, clerical, and blue-collar occupations. The nature of the work is such that the employee must continually gather, interpret, analyze, and correlate large amounts of narrative and statistical information about organizational functions, workload, and productivity. Studies involve consideration of relationships among tasks, positions, organizations, workload, and productivity. Studies involve consideration of relationships among tasks, positions, organizations, workload distribution, employee capabilities, and requirements of applicable staffing guides.

## Level 4-5 -- 325 Points

The work consists of projects and studies which require analysis of interrelated issues of effectiveness, efficiency, and productivity of substantive mission-oriented programs. Typical assignments require developing detailed plans, goals, and objectives for the long-range implementation and administration of the program, and/or developing criteria for evaluating the effectiveness of the program.

Decisions about how to proceed in planning, organizing and conducting studies are complicated by conflicting program goals and objectives which may derive from changes in legislative or regulatory guidelines, productivity, and/or variations in the demand for program services. Assignments are further complicated by: the need to deal with subjective concepts such as value judgments; the quality and quantity of actions are measurable primarily in predictive terms; and findings and conclusions are highly subjective and not readily susceptible to verification through replication of study methods or reevaluation of results.

Options, recommendations, and conclusions developed by the employee take into account and give appropriate weight to uncertainties about the data and other variables which affect long-range program performance. For example, the employee may need to consider and assess

the relative advantages and disadvantages of centralizing or decentralizing work operations in organizations with several echelons of geographically separated components. In some instances, work is complicated by the need to develop data about workload and program accomplishments which is currently unavailable. Current measurements of program effectiveness may be ambiguous and susceptible to widely varying interpretations. Under these circumstances the employee develops new information about the subject studied and establishes criteria to identify and measure program accomplishments, develops methods to improve the effectiveness with which programs are administered, or develops new approaches to program evaluation which serve as precedents for others.

ILLUSTRATIONS:

-- Assignments require analysis of interrelated issues of effectiveness, efficiency, and productivity affecting major administrative programs of an agency. Studies are often complicated by the need to consider and evaluate the impact of changes in legislative and regulatory requirements; long-range program goals and objectives; political, economic, and social consequences of changes in the type or amount of services provided; or the changing nature of the program's clients and beneficiaries. Difficulty characteristic of this level is encountered in planning and establishing the long-range (more than 5 year) program goals, objectives, and measurement criteria.

-- Analyzes and formulates agency requirements for resource management information systems to support resource allocation targets for a nationwide medical care program including inpatient care, long-term care, and outpatient care, and an extensive medical education program. The work involves developing the overall systems concepts for the resources management systems data base, providing input on state-of-the-art systems design, defining new information requirements, and developing procedures and formats for timely and accurate reporting. Leads evaluations of the output of information system components (e.g., outpatient care) to insure that resource allocation objectives are being met and to assess effectiveness from a systems standpoint.

## Level 4-6 -- 450 Points

The employee plans, organizes, and carries through to completion analytical studies involving the substance of key agency programs. Studies are of such breadth and intensity that they often require input and assistance from other analysts and subject-matter specialists in fields appropriate to the subject. Where the assistance of other analysts is required, the incumbent typically serves as the team leader responsible for assigning segments of the study to various participants, coordinating the efforts of the group, and consolidating findings into a completed product (e.g., evaluation report, proposed changes in legislation or regulations, or recommended course of action).

At this level, there is extreme difficulty in identifying the nature of the issues or problems to be studied, and in planning, organizing, and determining the scope and depth of the study. The

nature and scope of the issues are largely undefined. Difficulty is encountered in separating the substantive nature of the programs or issues studied into their administrative, technical, political, economic, fiscal and other components, and determining the nature and magnitude of the interactions. Difficulty is also encountered in discerning the intent of legislation and policy statements, and determining how to translate the intent into program actions.

The work typically involves efforts to develop and implement programs based upon new or revised legislation requiring consideration of the immediate sequential, and long-range effects, both direct and indirect, or proposed actions on the public, other government programs, and/or private industry. The employee doing program evaluation studies is normally faced with the need to develop new ways to measure program accomplishments, results, and effectiveness.

ILLUSTRATION:

-- Analytical assignments involve efforts to develop and implement broad programs based on new or revised legislation. The work typically requires efforts to develop new program objectives or legislative and regulatory initiatives to facilitate achievement of program goals and objectives to facilitate achievement of program goals and objectives (e.g., reducing pollution, improving safety, providing health care, or improving productivity). Assignments are usually without precedent, of long duration and of such scope that they frequently require directing a team effort. Such work requires consideration of the immediate as well as long-range effect of proposed actions on the public or other Government programs (e.g., changes in levels of benefits or services). Considers a wide range of issues which affect the program, such as changing information technology and comparable conditions of a highly variable nature.

## FACTOR 5, SCOPE AND EFFECT

*Level 5-3 -- 150 Points*

The purpose of the work is to plan and carry out projects to improve the efficiency and productivity of organizations and employees in administrative support activities. Employees at this level identify, analyze, and make recommendations to resolve conventional problems and situations in work-flow, work distribution, staffing, performance appraisal, organizational structure, and/or administration. Employees may be assigned portions of broader studies of largely administrative organizations or participate in the evaluation of program effectiveness at the operating level. Work may also involve developing detailed procedures and guidelines to supplement established administrative regulations or program guidance.

Completed reports and recommendations influence decisions by managers concerning the internal administrative operations of the organizations and activities studied. The work may involve identifying problems, studying, analyzing and making recommendations concerning the efficiency and productivity of administrative operations in different components of an organization.

## ILLUSTRATIONS:

-- Analyzes and evaluates current management and organizational practices to determine the most efficient way to organize work within a word processing center, records holding area, or comparable clerical organization (e.g., a claims processing or record keeping operation), including the number and skills mix of positions needed to staff the office. Recommendations result in increased productivity and efficiency in providing service to users.

-- Applies accepted principles, methods, and guidelines for qualitative analysis to administrative support issues and problems or to the clerical aspects of program implementation at the operating or installation level. Study conclusions and recommendations form the basis for management decisions affecting the efficiency and economy of operations internal to the installation.

-- Develops standard procedures for records management (i.e., storing, retrieving, and routing records and files) for use in organizations at the same echelon with similar missions and functions. Recommendations result in cost savings and improved service to the organization.

### Level 5-4 -- 225 Points

The purpose of the work is to assess the productivity, effectiveness, and efficiency of program operations or to analyze and resolve problems in the staffing, effectiveness and efficiency of administrative support and staff activities. Work involves establishing criteria to measure and/or predict the attainment of program or organizational goals and objectives. Work at this level may also include developing related administrative regulations, such as those governing the allocation and distribution of personnel, supplies, equipment, and other resources, or promulgating program guidance for application across organizational limes or in varied geographic locations. Work that involves the evaluation of program effectiveness usually focuses on the delivery of program benefits or services at the operating level.

Work contributes to the improvement of productivity, effectiveness, and efficiency in program operations and/or administrative support activities at different echelons and/or geographical locations within the organization. Work affects the plans, goals, and effectiveness of missions and programs at these various echelons or locations. Work may affect the nature of administrative work done in components of other agencies (e.g., in preparation and submission of reports, in gathering and evaluating workload statistics, or in routing and storing official correspondence or files).

## ILLUSTRATIONS:

-- Studies, analyzes, and develops ways to improve the accuracy, adequacy, timeliness, and validity of data and systems for disseminating information about the agency's programs and work force to managers in many echelons and/or

geographic locations. Completed work contributes to the effectiveness, efficiency, and productivity of large organizations within an agency.

-- Conducts interviews with employees who carry out administrative programs and performs non-financial audits of program and administrative records to determine compliance with agency program and administrative policies and regulations, to assess staff utilization, and to evaluate effectiveness of program administration. Prepares formal reports of violations detected involving possible fraud, waste, or abuse. Completed assignments contribute to effectiveness and economy of a range of agency activities.

-- Advises on changes to organizational structures, organizational charts, and mission and function statements to implement reorganizations or changes in program administration in order to reduce or eliminate functional overlap among the agency's substantive programs. Work contributes to the optimum organization and distribution of functions, organizational structure and staffing of activities.

## Level 5-5 -- 325 Points

The purpose of the work is to analyze and evaluate major administrative aspects of substantive, mission-oriented programs. This may involve, for example, the development of long-range program plans, goals, objectives, and milestones, or to evaluating the effectiveness of programs conducted throughout a bureau or service of an independent agency, a regional structure of equivalent scope, or a large complex multi-mission field activity. The work involves identifying and developing ways to resolve problems or cope with issues which directly affect the accomplishment of principal program goals and objectives (e.g., the delivery of program benefits or services). Some employees develop new ways to resolve major administrative problems or plan the most significant administrative management aspects of professional or scientific programs, while some employees at this level develop administrative regulations or guidelines for the conduct of program operations, while others develop new criteria for measuring program accomplishments (e.g., the level, costs, or intrinsic value of benefits and services provided) and the extent to which program goals and objectives are attained.

Study reports typically contain findings and recommendations of major significance to top management of the agency, and often serve as the basis for new administrative systems, legislation, regulations, or programs. Typical of work products prepared by employees at this level are complete decision packages, staff studies, and recommendations which upon implementation would significantly change major administrative aspects of missions and programs, or substantially affect the quality and quantity of benefits and services provided to the agency's clients.

## ILLUSTRATIONS:

-- Conducts region-wide studies and evaluations of social programs administered by different organizations within the agency. The work involves isolating, identifying, and recommending solutions to critical problems affecting the

administration of important national social programs and the attainment of agency program goals and objectives.  Program evaluations often serve as the basis for substantive changes in the organization and administration of programs affecting substantial numbers of people.

--    Serves as project officer responsible for the evaluation of the effectiveness and efficiency of major program operations throughout an agency (e.g., shipbuilding, aircraft overhaul and repair, or health care).  Evaluations take into consideration factors such as cost-effectiveness, attainment of program foals and objectives, and compliance with pertinent legal and regulatory guidelines.  Recommendations made by the employees usually result in changes in the way service and benefits are distributed to the public, or the way business is conducted with major industrial concerns.

## Level 5-6 -- 450 Points

The purpose of the work is to perform very broad and extensive study assignments related to government programs which are of significant interest to the public and Congress.  The programs studied typically cut across or strongly influence a number of agencies (e.g., public assistance programs or the effects of international petroleum pricing on national energy policy).  In many cases, the study assignments are of major importance to each of several departments and agencies, and because legislation may be conflicting or unclear, there may be disagreements about which department or agency has primary responsibility for significant aspects of the function studied.  Studies frequently involve extensive problems of coordination in fact-finding and in reviewing and testing recommendations in interested agencies or with outside groups.

Recommendations resulting from study assignments involve highly significant programs or policy matters and may have an impact on several departments or agencies.  Analytical studies often lead to recommendations for the realignment of functional responsibilities, the expansion or contraction of key governmental functions or other equally significant changes in the future direction of programs.  Thus, the analyst's findings and recommendations may result in substantial redirection of Federal efforts or policy related to major national issues.  Results of work are critical to the mission of the agency or affect large numbers of people on a long term, continuing basis.

## ILLUSTRATION:

--    Performs or serves as project leader for very broad studies (e.g., involving several agencies) which are of significant interest to the public and the Government. Analytical studies involve programs or policies that cut across a number of agencies or affect major segments of private industry (e.g., national and local drug enforcement programs, national energy policy, or major adjustments in military force or deployment levels).  Findings often lead to recommendations for the realignment of functional responsibilities between agencies or other equally significant changes in program direction or policy related to major national issues.

# FACTOR 6, PERSONAL CONTACTS
# AND
# FACTOR 7, PURPOSE OF CONTACTS

Determine the appropriate level of personal contacts from levels 1 through 4 below and the corresponding purpose of the contacts from levels a through c. Credit the point value found where the selected levels intersect on the chart below.

## Persons Contacted

1.  Employees within the immediate office or in related administrative or support or organizations, or limited contacts with the general public.

2.  Employees, supervisors, and managers of the same agency, but outside of the immediate office, or employees and representatives of private concerns in a moderately structured setting.

3.  Persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting. This level may also include contacts with the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

4.  High-ranking officials such as other agency heads, top congressional staff officials, state executive or legislative leaders, mayors of major cities, or executives of comparable private sector organizations.

## Purpose of Contacts

a.  To obtain or exchange factual information.

b.  To provide advice to managers on noncontroversial organization or program related issues and concerns. Contacts typically involve such matters as: identification of decision-making alternatives; appraisals of success in meeting goals; or recommendations for resolving administrative problems.

c.  To influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness. May encounter resistance due to such issues as organizational conflict, competing objectives, or resource problems.

d.    To justify or settle matters involving significant or controversial issues; e.g., recommendations affecting major programs, dealing with substantial expenditures, or significantly changing the nature and scope of organizations.



**P   U   R   P   O   S   E**

|  |  | a | b | c | d |
|---|---|---|---|---|---|
| **C** | 1 | 30 | 60 | 130* | 230* |
| **O** |  |  |  |  |  |
| **N** | 2 | 45 | 75 | 145 | 245 |
| **T** |  |  |  |  |  |
| **A** | 3 | 80 | 110 | 180 | 280 |
| **C** |  |  |  |  |  |
| **T** | 4 | 130* | 160 | 230 | 330 |
| **S** |  |  |  |  |  |

*These combinations are probably unrealistic.

# FACTOR 8, PHYSICAL DEMANDS

*Level 8-1 -- 5 Points*

The work is primarily sedentary, although some slight physical effort may be required.

*Level 8-2 -- 20 Points*

Assignments regularly involve long periods of standing, bending, and stooping to observe and study work operations in an industrial, storage, or comparable work area.

# FACTOR 9, WORK ENVIRONMENT

*Level 9-1 -- 5 Points*

Work is typically performed in an adequately lighted and climate controlled office. May require occasional travel.

*Level 9-2 -- 20 Points*

Assignments regularly require visits to manufacturing, storage, or other industrial areas, and involve moderate risks or discomforts.  Protective clothing and gear and observance of safety precautions are required.



EXHIBIT
13
1-17-08

# Job Family Position Classification Standard for Professional and Administrative Work in the Accounting and Budget Group, GS-0500

## Series Covered by This Standard:

| | |
|---|---|
| Financial Administration & Program | GS-0501 |
| Accounting | GS-0510 |
| Auditing | GS-0511 |
| Internal Revenue Agent | GS-0512 |
| Tax Specialist | GS-0526 |
| Budget Analysis | GS-0560 |

## Table of Contents

INTRODUCTION ....................................................................................................................... 2
   COVERAGE ....................................................................................................................... 2
   MODIFICATIONS TO AND CANCELLATIONS OF OTHER EXISTING OCCUPATIONAL SERIES AND STANDARDS ..... 2

GENERAL SERIES, TITLING, AND OCCUPATIONAL GUIDANCE .......................................... 3

IMPACT OF AUTOMATION ................................................................................................... 23

CROSSWALK TO THE STANDARD OCCUPATIONAL CLASSIFICATION ............................. 24

CROSSWALK TO THE STANDARD OCCUPATIONAL CLASSIFICATION ............................. 25

EXCLUSIONS ....................................................................................................................... 25

HOW TO USE THIS STANDARD ......................................................................................... 28

POSITION EVALUATION SUMMARY .................................................................................. 29

FACTOR LEVEL DESCRIPTIONS ....................................................................................... 30
   FACTOR 1 - KNOWLEDGE REQUIRED BY THE POSITION ............................................. 30
   FACTOR 2 - SUPERVISORY CONTROLS ...................................................................... 39
   FACTOR 3 - GUIDELINES ................................................................................................ 44
   FACTOR 4 - COMPLEXITY .............................................................................................. 49
   FACTOR 5 - SCOPE AND EFFECT ................................................................................. 60
   FACTOR 6 - PERSONAL CONTACTS AND FACTOR 7 - PURPOSE OF CONTACTS ...................... 68
   FACTOR 8 - PHYSICAL DEMANDS ................................................................................ 72
   FACTOR 9 - WORK ENVIRONMENT .............................................................................. 72

GRADE CONVERSION TABLE ............................................................................................ 73

APPENDICES ....................................................................................................................... 74
   APPENDIX F1 - FACTOR 1 ILLUSTRATIONS ................................................................. 74
   APPENDIX F4 - FACTOR 4 ILLUSTRATIONS ................................................................. 85
   APPENDIX F5 - FACTOR 5 ILLUSTRATIONS ................................................................. 94
   APPENDIX H - HISTORICAL RECORD AND EXPLANATORY MATERIAL ...................... 102

# INTRODUCTION

This job family standard provides series definitions, titling instructions, and grading criteria for nonsupervisory two-grade interval professional and administrative positions in the Accounting and Budget Group, GS-0500.

## COVERAGE

This job family standard covers the following occupational series:

| Series | | Series | |
|---|---|---|---|
| Financial Administration and Program | GS-0501 | Internal Revenue Agent | GS-0512 |
| Accounting | GS-0510 | Tax Specialist | GS-0526 |
| Auditing | GS-0511 | Budget Analysis | GS-0560 |

## MODIFICATIONS TO AND CANCELLATIONS OF OTHER EXISTING OCCUPATIONAL SERIES AND STANDARDS

Issuance of this job family standard renames or cancels occupational series and classification standards as described in the following table. The table also indicates how to classify work previously covered by classification standards affected by this issuance.

| Series | | Action Taken / How to Classify Work Previously Covered |
|---|---|---|
| Financial Administration and Program | GS-0501 | • Cancels this classification standard, last revised in April 1982. |
| Accounting | GS-0510 | • Cancels this classification standard, last revised in December 1989. |
| Auditing | GS-0511 | • Cancels this classification standard, last revised in May 1982. |
| Internal Revenue Agent | GS-0512 | • Cancels this classification standard, last revised in October 1983. |
| Tax Technician | GS-0526 | • Cancels this classification standard, last revised in April 1962.<br>• Renames this series.<br>• Classify work previously covered by this series to the Tax Specialist Series, GS-0526. |
| Budget Analysis | GS-0560 | • Cancels this classification standard, last revised in July 1981. |

# GENERAL SERIES, TITLING, AND OCCUPATIONAL GUIDANCE

This section provides information on series definitions, titling instructions, and occupational guidance for nonsupervisory professional and administrative positions in the Accounting and Budget Group, GS-0500. It also provides information on titling instructions for supervisors and team leaders in this job family.

## GENERAL TITLING PROVISIONS

**Supervisors and Team Leaders.**

- Add the prefix "Supervisory" to the title of positions classified using the **General Schedule Supervisory Guide**.

- Add the prefix "Lead" to the title of positions classified using the **General Schedule Leader Grade Evaluation Guide**.

**Parenthetical Titles.**

- None prescribed. Agencies may supplement the basic titles authorized in this standard with parenthetical titles if necessary for recruitment or other human resources needs.

Professional and Administrative Work in the Accounting and Budget Group, GS-0500        December 2000

## INFORMATION BY SERIES

| | |
|---|---|
| Financial Administration and Program, GS-0501 | • Series Definition<br>• Titling |
| Accounting, GS-0510 | • Series Definition<br>• Titling<br>• Occupational Information |
| Auditing, GS-0511 | • Series Definition<br>• Titling<br>• Occupational Information |
| Internal Revenue Agent, GS-0512 | • Series Definition<br>• Titling<br>• Occupational Information |
| Tax Specialist, GS-0526 | • Series Definition<br>• Titling<br>• Occupational Information |
| Budget Analysis, GS-0560 | • Series Definition<br>• Titling<br>• Occupational Information |

| | FINANCIAL ADMINISTRATION & PROGRAM, GS-0501 | Qualification Standards |
|---|---|---|
| **Definition** | This series covers positions that perform, supervise, or manage administrative work of a fiscal, financial management, accounting or budgetary nature that is not classifiable to another more specific professional or administrative series in the Accounting and Budget Group, GS-0500. ⇐ **BACK** | |
| **Titling** | There are no titles specified for this occupation. Agencies may construct titles that appropriately describe the work. Use the title, *Financial Manager,* only for positions classified to the Financial Management Series, GS-0505. (See **Exclusions**) ⇐ **BACK** | |

| ACCOUNTING, GS-0510 | Qualification Standards |
|---|---|

**Definition**

This series covers positions that advise on or administer, supervise, or perform professional accounting work that requires application of accounting theories, concepts, principles, and standards to the financial activities of governmental, quasi-governmental, or private sector organizations. The work includes:

- designing, developing, operating, or inspecting accounting systems;
- prescribing accounting standards, policies, and requirements;
- examining, analyzing, and interpreting accounting data, records, and reports; or
- advising or assisting management on accounting and financial management matters.

Accounting theories, concepts, principles and standards address these types of duties:

- determining the boundaries of an accounting entity;
- recognizing and measuring revenues;
- matching revenues and expenses by applying methodologies such as accrual accounting and depreciation;
- defining and measuring costs by applying methodologies such as standard, process, job-order, and activity-based costing; and,
- full disclosure on financial statements.

⇐ **BACK**

The basic titles for positions in this occupation are:

**Titling**

*Accountant -*    For positions that include any combination of these activities; or for combinations of different accounting work when none is paramount:

- preparing, analyzing, interpreting and presenting accounting data;
- operating, maintaining, and modifying accounting systems;
- using accounting information to recommend solutions to management problems and structuring of organization programs;
- managing, operating, and analyzing cost accounting systems in connection with manufacturing or other business activities;
- designing, implementing, and assessing internal control processes and systems.

*Accounting Officer -*    For supervisory and nonsupervisory positions that include managing the total internal accounting function for an agency, bureau, service, installation, or other organization. There can be only one accounting officer for the organizational component and level served. Do not use the prefix, "Supervisory" in conjunction with this title, although the position may satisfy the definition of "supervisor" in the **General Schedule Supervisory Guide.**

*Cost Accountant --*    For positions that include designing cost accounting systems, and using appropriate costing methodologies to recognize, determine, accumulate, and report costs of activities on a regular basis for management information purposes.

*Staff Accountant --*    For a variety of positions that include studying and advising on accounting and financial management matters.

*System Accountant -*    For positions that include designing, adapting, or installing financial accounting and related systems

⇐ **BACK**                                    **(continued)**

## ACCOUNTING, GS-0510 (continued)

Accountants design and develop financial information systems. They also operate, maintain, improve, and evaluate established systems for determining the cost of an entity's activities, for financial reporting, and for cash management and internal control purposes. The accountant engaged in accounting system operation and maintenance may address the adequacy of system design, the adequacy of current data in providing financial information, or ways to use the system to satisfy new information requirements. The accountant engaged in cash management or internal control operations may address the efficiency and economy with which funds are obligated, transferred, controlled, and reported.

**Major Accounting Functions**

Three major accounting functions are financial reporting, cash management and internal controls, and cost accounting. These functions are described below.

**Financial Reporting** is the process of recording, reporting, and interpreting, in terms of money, an entity's financial transactions and events with economic consequences for the entity. The Federal Government's financial reports provide information for formulating policy, planning actions, and evaluating performance. The reports help the Government manage programs economically, efficiently, and effectively, and to be publicly accountable. The reports answer questions such as:

- How much do various programs cost and how were they financed?
- Was financing in accordance with appropriate legal authority?
- What and where are the important assets and how effectively were they managed?
- What liabilities arose from operating the program and how will the liabilities be liquidated?
- Did the Government's financial condition improve or deteriorate?
- Does the Government have cost-effective systems and controls to safeguard assets?

Accounting and accounting systems support and make financial reporting possible. The work of the accountant is to design, maintain, and operate such systems.

Accountants develop financial information systems in accordance with recognized accounting theory and practices as taught in academic institutions. They also observe accounting principles and standards promulgated by accounting standards boards such as the Federal Accounting Standards Advisory Board (FASAB) and the American Institute of Certified Public Accountants (AICPA), professional accounting organizations, and the Comptroller General. Accountants also must meet Treasury Department and Office of Management and Budget (OMB) compilation and reporting requirements, as well as the specific financial information requirements established by legislation.

Professional accounting work is creative, analytical, evaluative, or interpretive. Acceptable performance requires a knowledge and application of accounting theories and principles such as those gained from completion of courses in accredited colleges and universities, or very rarely, gained through Government, public or private practice. Acceptable performance also requires an understanding of related subjects such as economics, statistics, business law, general management, investments, computer systems, and their relationship to the synthesis and reporting of accounting data.

**Cash Management and Internal Controls.** Accountants responsible for cash management activities are concerned with very diversified inventories, and with receivables and payables involving voluminous income and expense accounts. They insure that funds are efficiently controlled and that fiduciary reports accurately reflect results of financial operations. Accountants also insure that the statutory requirements to control funds in accord with applicable legislation are properly executed. The accountants may track large and diversified revenue projects, cost reimbursable projects, grant funding activities, or other types of commercial or industrial operations.

**(continued)**

Occupational Information

## ACCOUNTING, GS-0510 (continued)

**Cost Accounting.** Cost is the monetary value of resources used or sacrificed or liabilities incurred to achieve an objective. Cost accountants determine the appropriate methodology for measuring costs, and for matching costs with outputs to determine the full cost to provide or acquire goods and services. Common methodologies are Activity-Based Costing (ABC), Job Order Costing, Process Costing, and Standard Costing. The cost accountant must determine the means to accumulate cost using the appropriate methodology and to report the cost of major activities for management information purposes. Costs may be accumulated by type of resource such as employees, material and capital.

**Types of Accounting Positions**

Federal Government accountants perform the four broad types of work described below.

**Accounting System Administrator.** Accountants administer accounting systems to manage appropriated and non-appropriated funds. Generally, agencies use such funds for administrative operations and for mission-related programs. Accounting for operation and maintenance expenses usually includes costs for such items as salaries, office supplies, rent, and travel. Funds for these expenses are usually appropriated, but may originate from fees for services or other funding. Most Federal organizations also manage mission-related or program activities and develop special accounting programs. Examples of such activities include:

- inspecting food, grain, working conditions, or other public interest matters;
- leasing oil fields or grazing land;
- manufacturing or maintaining equipment, infrastructure or strategic defense material;
- processing entitlements for compensation, pension, insurance, medical care, or veteran's benefits claims; and
- funding various grant programs.

Financial transactions carried out during the daily operation of an organization change its assets, liabilities, and equity. Through a knowledge of and consistent application of accounting principles to the accounting system, the accountant updates the proper accounts and determines the effects of financial accounting transactions on operations of the organization.

Accountants who administer systems typically:

- oversee the entry of data into the various ledgers and records;
- prepare reports and statements;
- revise the system structure as directed or according to local needs; and
- use accounting data trends and reports to advise managers on program operations.

Managers use this information to monitor the status of operations, improve program control, determine the impact of new requirements, change program emphasis, more accurately project future costs, and satisfy requirements for improved efficiencies. In response to management requests for new information or to new directives regarding system capability, accountants identify, develop, and implement accounting system changes. Change may include developing additional accounts or subsidiary information, adding new data fields, integrating information on fund status with budget execution processes, or eliminating redundant data and data reporting requirements.

**(continued)**

Occupational Information (continued)

| ACCOUNTING, GS-0510 (continued) |
| --- |

Because most financial accounting systems are automated, the accountant needs an understanding of the characteristics and capabilities of the accounting software architecture. Accountants who administer accounting systems often work with systems accountants, system analysts, and computer specialists to design and install computerized accounting systems and the systems that interface with them.

**Systems Accountant.** Systems Accountants primarily design new systems or develop modifications to existing systems. Accounting system design is often a team effort among system users, accountants, and computer specialists. At times, agencies purchase comprehensive accounting and management systems from outside sources rather than developing them in-house. In either case, the systems accountants assist other accountants and management in these types of duties:

- defining the nature and scope of activities to be covered by an accounting system;
- ensuring that all legislative, GAO, Treasury Department, and OMB requirements are satisfied;
- designing the system of accounts and providing for account recording and reconciliation at all appropriate levels;
- defining transaction security requirements and providing for audit trails and internal controls;
- ensuring the software architecture provides for future expansion or changes;
- facilitating system access and query by authorized users;
- providing for timely report generation; and
- ensuring compliance with Federal Accounting Standards Advisory Board (FASAB) and Joint Financial Management Improvement Program (JFMIP) requirements.

Systems accountants may also oversee new system installation, user training, and the continual modification of existing systems. In this systems modification oversight role, they help decide the priority of requested modifications, coordinate computer software and programming support, study the effect of changes on overall system operation, and review recommendations for new capabilities.

**Staff Accountant.** Staff accountants usually provide analysis and advice regarding accounting programs, financial systems, or public and private sector businesses. Examples of such work include developing agency accounting policies, and advising on the accuracy of disclosure documents and the financial condition of the agency. Staff accountants may also provide advice on the effects of newly promulgated laws or the requirements or statements of central oversight agencies such as the Treasury Department, OMB, or the GAO. Additionally, staff accountants may provide and perform the following types of services:

- reviewing unliquidated obligations;
- reconciling contracts;
- managing reimbursable orders;
- analyzing reports;
- reviewing and reconciling subsidiary ledgers;
- training non-financial personnel on financial responsibilities;
- assisting fund managers on the proper use of funds; and/or
- administering governmentwide charge card programs.

**(continued)**

## ACCOUNTING, GS-0510 (continued)

**Occupational Information (continued)**

**Accounting Officer.** Accounting officer positions are managerial in nature. The accounting officer is responsible for administering an organization's accounting program and most if not all the accounting systems servicing the organization. As a minimum, the responsibilities cover these functions:

- planning the program;
- developing, revising, or adapting accounting systems;
- operating and maintaining the accounting systems;
- advising managers on the accounting aspects of agency operations; and
- supervising accountants, technicians, voucher examiners, and other supporting personnel.

In some instances, not all servicing systems may be under the complete control of an accounting officer. For example, if a cabinet-level department and some of its subordinate organizations use the same system, one organization may manage changes to the travel accounts while another organization or department level may manage changes to the procurement accounts. In these instances, the respective accounting officers are responsible for the integrity of the accounting records and reports.
⇐ **BACK**

| | |
|---|---|
| **AUDITING, GS-0511** | <u>**Qualification Standards**</u> |

| | |
|---|---|
| **Definition** | This series covers positions that apply professional accounting and auditing knowledge, standards, and principles when performing these duties:<br><br>• advising on, supervising, or performing work consisting of a systematic examination and appraisal of financial records, financial and management reports, management controls, policies and practices affecting or reflecting the financial condition and operating results of an activity;<br>• analyzing work related to the developing and executing audit policies and programs;<br>• conducting performance audits; or<br>• conducting activities related to the detection of fraud, waste, and abuse.<br>⇐ **BACK** |
| **Titling** | The basic title for this occupation is **Auditor**.<br>⇐ **BACK** |

## AUDITING, GS-0511 (continued)

### Types of Auditing Positions

Auditors perform two broad types of work - the financial audit and the performance audit.

**The Financial Audit** - Financial audits include financial statement and financial related audits. Financial statement audits provide an opinion on whether the financial statements of an audited entity present fairly the financial position, results of operation, and cash flows in conformity with generally accepted accounting principles. Financial related audits include determining whether:

- the array of financial information meets established or stated criteria;
- the entity adheres to specific financial compliance requirements;
- the entity has an adequate internal control structure over financial reporting and the safeguarding of assets; and
- the financial information systems comply with applicable requirements.

Financial audits may cover a broad range of subjects. The subjects include financial statements such as statements of revenue and expenses, statements of cash receipts and disbursements, and statements of fixed assets. They also include financial information in items and matters such as those governing the bidding for contracts, amounts billed, amounts due, safeguarding assets, and responses to allegations of fraud. Financial audits may include response to Congressional requests, hotline allegations, allegations of fraud, and support for investigations of fraud.

**The Performance Audit.** The performance audit is an objective and systemic examination to provide an independent assessment of the performance of a government organization, program, activity or function. Performance audits are of two types - the economy and efficiency audit, and the program audit.

The economy and efficiency audit determines whether an entity acquires, protects, and uses its resources such as personnel, property, and space economically and efficiently, the causes of less than maximum performance, and whether the entity complies with applicable laws and regulations on matters of economy and efficiency. In an economy and efficiency audit, the auditor may examine such matters as:

- procurement practices,
- acquisition of the appropriate type of resources at appropriate cost;
- duplication of effort, idleness and overstaffing;
- valid and reliably reported measure of economy and efficiency; and
- information system development and security.

**(continued)**

## AUDITING, GS-0511 (continued)

The performance audit determines the extent to which an entity achieves the desired results or benefits established by regulation or other authorization, the effectiveness of organizations, programs and activities, and whether an entity is complying with law and regulations applicable to a program. Program audits may cover these types of items:

- the relevance or appropriateness of program objectives;
- the extent to which a program achieves a desired level of program results;
- factors inhibiting satisfactory performance;
- alternatives for carrying out the program;
- the adequacy of management controls; and
- the validity and reliability of reported program effectiveness.

**Other Activities.** Auditors may also perform services other than audits. They may, for example, assist a legislative body by developing questions at hearings, develop methods for evaluating a new program, forecast potential program outcomes, assist investigators, work on advisory teams, and perform special studies, evaluations, and inspections.

**Phasing of Audit Work**

**Planning the Audit.** As a general basis for planning the scheduled audit of an organization or function, the auditor obtains comprehensive information including internal control information about the entity and determines the audit objectives. The auditor studies pertinent laws, legislative history, regulations, contracts, and management controls to ascertain:

- the purpose, scope, and objectives of the organization or function;
- the manner in which the organization or function is conducted and financed; and
- the nature and extent of management authority and responsibility for the organization or function.

Based on preliminary studies, the auditor decides on the basis of materiality and risk the areas of examination that are likely to produce the most valuable results. For example, operations may not comply with requirements, actions may be illegal, labor costs may seem exceptionally high, inventory figures too low, depreciation reserves questionable, or management of consulting services weak or inefficient. The auditor determines the methods of operation by getting advice from others, following previous audits, or devising new approaches.

In activities with computerized processing systems, the auditor audits around or through the system. When auditing around the system, the auditor may check computer outputs such as payroll summaries against source documents such as payroll vouchers. In auditing through the system, the auditor may prepare test transactions, the results of which are known and processes those transactions through the system to determine if the system produces correct results.

**(continued)**

## AUDITING, GS-0511 (continued)

Occupational Information (continued)

**Conducting the Audit.** The auditor examines and tests (using statistical and/or judgmental sampling) financial records and management controls to determine the degree of efficiency, economy, and effectiveness with which the activities audited discharge their financial responsibilities, and/or to determine that the financial records have been maintained in accordance with applicable regulations. Financial records may include journals and ledgers and also records of such activities as production control, inventory management, cash management, maintenance, procurement, contract management and award, and property disposal.

The auditor conducts the audit in accordance with generally accepted Government auditing standards. The standards require the auditor to complete these actions:

- studying and evaluating the existing system of internal control to determine the level of system reliability; determining those audit procedures required to attain audit objectives in view of the level of system reliability; and,
- obtaining sufficient reliable evidence through inspection, observation, inquiries, and confirmation to provide a reasonable basis for an opinion regarding the activity under examination.

The auditor evaluates the financial management of the activity in terms of these factors:

- adherence to prescribed policies;
- accomplishment of intended purposes;
- operational efficiency;
- economical use of property and personnel;
- effective control over expenditures, liabilities, revenues, and assets;
- proper accounting for resources and financial transactions;
- production and reporting of accurate, reliable, timely, and useful financial data;
- compliance with applicable laws, regulations, and precedent decisions; and
- compliance of agency accounting systems with generally accepted accounting principles and standards.

Although the same concepts, principles, and standards are applicable to all audit work included in this series, specific procedures vary depending on the activity audited. The audit of an activity with an accounting system that is judged to be reliable may begin with examining entries in financial records and proceed to evaluating the operating controls and management decisions that resulted in those entries. In contrast, the audit of an activity with an accounting system of questionable reliability may begin with physically observing entity operations. For example, after confirming by physically observing the stockpiles of equipment in warehouses, the auditor might then examine financial records to determine if these stockpiles are properly recorded in accounting records. These approaches are equally professional in nature provided the financial evaluation requires accounting knowledge to the degree characteristic of this series.

**Reporting the Audit.** The auditor occasionally makes reports orally, but more often, provides findings and recommendations in writing to the management level having the authority and responsibility to act on the audit findings. The auditor may identify conditions such as inefficient or uneconomical practices, ineffectual operations, or noncompliance with regulations. The auditor reports significant audit findings that cover the conditions discovered, their cause and effect, and recommendations for remedial action. Recommendations may address such matters as putting funds to better use, questionable costs, and major non-monetary benefits.

**(continued)**

## AUDITING, GS-0511 (continued)

| | |
|---|---|
| Occupational Information (continued) | Reports on financial statement audits provide reasonable assurance on whether the financial statements of an audited entity present fairly its financial position, results of operation, and cash flows in conformity with generally accepted accounting practices.  Reports on financially related audits may address areas such as: specific elements, accounts, or items of a financial statement; adherence to financial compliance requirements; or internal control structure over financial reporting.   Also, in some instances, auditors prepare reports that present trend data and other information summarizing the results of a number of audits.<br><br>Performance audit reports typically cover audit objectives, scope, methodology, findings, conclusions, and planned and/or recommended corrective actions.  Reports may include the views of responsible officials, and descriptions of noteworthy management accomplishments.  Auditors may issue interim reports during an audit to bring significant matters to the attention of appropriate officials.<br>⇐ BACK |

## INTERNAL REVENUE AGENT, GS-0512                    Qualification Standards

| | |
|---|---|
| Definition | This series covers positions that determine or advise on liability for Federal taxes when such work requires a professional knowledge of accounting theories, concepts, principles and standards and, in addition, a knowledge of pertinent tax laws, regulations, and related matters.  This series is unique to the Internal Revenue Service (IRS), U.S. Department of the Treasury.<br>⇐ BACK<br><div align="center">(continued)</div> |
| Titling | The basic title for this occupation is Internal Revenue Agent.<br>⇐ BACK |

## INTERNAL REVENUE AGENT, GS-0512, (continued)

Internal Revenue Agents conduct independent on-site examinations or participate in team examinations of the Federal income tax returns of individuals, businesses, corporations, and other entities to determine correct tax liabilities.

Agents select returns for examination from a batch that has been reviewed for possible disputed issues. The issues in *individual* returns typically involve questions about such matters as sources and amounts of income, reporting requirements, pensions, the amount of and whether deductions are allowed, gains and losses from sale or exchange of personal property or income-producing assets, and credits. Other issues may relate to profit and losses from a profession or business such as calculations for expenses, deductions for interest and taxes paid, losses and bad debts incurred, depreciation, repairs, and amortization of capital expenditures, employment taxes, and capital gains or losses. *Corporate* business issues involve issues such as business income and expense, alternative minimum taxes, intangibles, capitalization of inventories, related party transactions, changes in accounting methods, and built-in gain tax questions.

Agents may also decide to examine based on operating division program emphasis on such areas as specific industries, certain categories of taxpayers, and inventory controls/valuation.

Agents identify issues they will pursue based on large, unusual, or questionable items in the return or information missing from the return. They decide which issues should produce significant tax or compliance effect and the potential for collection. When determining the scope and depth of an examination, the agents identify the appropriate tax laws and facts needed to resolve the issues, prepare an audit plan and a schedule for conducting the examination, identify sources of information, and determine any need for functional area specialists.

During the early stages of the examination, agents gather information about the taxpayer's economic status, business history, operations, organization and structure, accounting practices, internal controls, and record-keeping systems. They modify the examination approach based on information gathered and research related to trends in the specific industry, effects of the economy on the business for the period under examination, and laws specific to the business.

They find areas of error or abuse, including isolating instances of non-filers and possible fraud. They are aware of trends in tax evasion methods and techniques and recognize indicators of fraudulent activities, such as understatement of income and improper deductions.

The examination includes the investigation and audit of tax returns and corroborating records. Agents reconcile the return with the records. They also perform these tasks:

- investigating and examining source documents, financial statements, and business activities;
- ensuring that the records and tax returns reflect the transactions;
- analyzing accounting records to ensure established accounting principles are applied;
- checking to see that income and expense items are correctly reported; and
- checking that methods of determining costs, expenses, and profits reflect appropriate values.

**(continued)**

## INTERNAL REVENUE AGENT, GS-0512, (continued)

Agents conduct package audits to:

- determine that the taxpayer has filed other required Federal tax returns such as information, excise, or other specialty returns, and
- conduct concurrent examinations of these other returns when warranted in compliance with requirements.

If adjustments are necessary after completing the examination, agents determine appropriate penalties, and calculate the correct tax liability, penalty, and interest. In closing the examination, they confer with taxpayers or their representatives to explain the issues involved. the applicability of pertinent tax laws and regulations, and proposed adjustments. They attempt to secure the taxpayer's agreement on the correct amount of tax liability, solicit payment or offer installment agreements, and consider the feasibility of collecting potential tax deficiencies.

If the taxpayer does not agree with the agent's finding and chooses to appeal the assessment, the agent's written audit report provides the appeals office with the information necessary to handle the case. An audit report:

- describes the kind and extent of the examination made;
- present evidence, exhibits, and computations to support recommended tax liability;
- includes the regulatory and accounting basis for any adjustment;
- describes any special accounting or tax law issues; and
- cites pertinent provisions of law, regulations. and court decisions.

These factors create pressure to resolve cases within deadlines:

- tax laws that have voluminous judicial precedents and ramifications through nearly every aspect of society,
- repeated changes in the tax codes that increase the complexity of applying the law, and
- taxpayer's who develop their own interpretations or application of statutory provisions of tax laws.

Most agents handle a general program caseload. Other agents, after gaining experience or specialized training, move into specialized program areas for such matters as exempt organizations. employee benefit plans, excise taxes, and international organizations.

Some agents are assigned to perform quality review of cases, classification of returns, special programs planning and other programs monitoring and support duties. They also provide assistance to taxpayers and serve as expert witnesses or cooperating agents in criminal investigations.

The majority of agent work is performed in the field. Office time is spent ordering new returns, conducting pre-audit analysis, scheduling new appointments, researching, consulting with group managers or audit specialists. preparing administrative reports, assembling case files for closure, and preparing other reports, including those to be forwarded to appeals and other functions.

⇐ BACK

| **TAX SPECIALIST, GS-0526** | **Qualification Standards** |
|---|---|

**Definition**

This series covers positions that determine, supervise, educate, advise, and perform work related to Federal tax liability, and as required duties, and tariffs when such work involves contact with taxpayers, manufacturers, producers, importers, third-party organizations and/or their representatives. Work involves these types of duties:

- analyzing programs that provide tax, duty and tariff, and revenue-related accounting advisory and consultation services; and/or,
- examining and/or reviewing of financial documents, or practices affecting the financial condition of an activity.

Work requires knowledge of financial accounting principles, practices, and methods as well as knowledge of pertinent laws, regulations, and rulings pertaining to taxes, and/or as required duties and tariffs.
⇐ **BACK**

**Titling**

The basic title for this occupation is *Tax Specialist*.
⇐ **BACK**

**Occupational Information**

Tax Specialists determine, educate and advise on the Federal tax liability of individual and business taxpayers.

Taxpayers include:

- individuals whose only income is from wages and/or investments,
- sole proprietors,
- individuals with business and supplemental income, and
- small partnerships and corporations.

Work requires contact with taxpayers, their representatives, and third party organizations on one or more of these types of matters:

- examining and/or reviewing financial accounts, financial reports, and practices affecting or reflecting the financial condition of an activity; and
- analyzing the design, development, execution and operation of programs that provide pre-filing and post-filing technical tax advice and assistance, and/or tax-related accounting guidance and assistance.

Tax Specialists resolve collection issues and arrange and accept payment of taxes including installment agreements, and Offer-in-Compromise (OIC), and Automated Collection System (ACS) liens and levies.

All grade levels require knowledge of elementary financial principles, practices, and methods. Higher grade levels require knowledge of accounting at the intermediate level.
⇐ **BACK**

Professional and Administrative Work in the Accounting and Budget Group, GS-0500      December 2000

| **BUDGET ANALYSIS, GS-0560** | **Qualification Standards** |
|---|---|

**Definition**

This series covers positions that perform, advise on, or supervise work in any of the phases of budget administration when such work requires knowledge and skill in applying budget- related laws, regulations, policies, precedents, methods, and techniques.
⇐ **BACK**

**Titling**

The basic titles for positions in this occupation are:

*Budget Analyst–*  For positions that involve analytical, technical, and administrative duties in one or more phases of the budgetary process, e.g., budget formulation and justification, presentation and enactment, or execution. Budget analysts are responsible for a segment of an organization's budget, programs, and/or organizational structure that is less than the full scope of budgetary operations for the organizational component and level served. Also use this title for positions that develop budgetary guidance.

*Budget Officer–*  For supervisory and nonsupervisory positions with delegated authority and responsibility for the total budgetary operations of an agency, or other organizational segment (e.g., a bureau, service, region, military command, or military installation) that is separately administered. To be titled budget officer, the position must, at a minimum, be responsible for both budget formulation and budget execution for the organizational component and level served. There can be only one budget officer for the organizational component and level served. Title positions that do not fully meet the foregoing criteria for a budget officer as a supervisory budget analyst or budget analyst, as appropriate.

⇐ **BACK**

**Occupational Information**

**Phases of the Budgeting Process**

Budgeting in the Federal Government is a cyclical process consisting of three major phases:

* budget formulation,
* budget presentation/enactment, and
* budget execution.

The three phases co-exist during the fiscal year. When the approved operating budget for the current fiscal year is in the execution phase, the proposed budget for the following fiscal year is in the presentation/enactment phase, and the budget request for two years hence is in the formulation phase.
The budget cycle for a single budget year covers nearly three calendar years.

**(continued)**

U. S. Office of Personnel Management

---

**BUDGET ANALYSIS, GS-0560 (continued)**

**Budget formulation** is the process of preparing detailed analyses and estimates of annual funding needs for one or more future budget years. The process begins with the gathering, comparing, and correlating information about projected costs of current and future programs and activities. Analysts then determine costs and benefits of different levels of program operations. Finally, analysts put the recommended budget for the desired level of program operations into a format consistent with existing legislative and regulatory guidance and acceptable to reviewing and approving authorities.

OMB reviews in detail proposed agency budgets and presents them to the President in the context of overall fiscal policy issues. During this phase, agencies provide extensive written justification for proposed requests for funds that they must tie to program needs. Each agency budget must reflect the President's recommendations for individual programs, as well as total outlays and receipts appropriate for the state of the national economy. Depending upon the agency and the scope of the programs it administers, input to the process may come from any level within the agency. Transmittal of the President's budget to Congress represents the culmination of the budget formulation phase.

Congressional review of the President's budget formally marks the start of the **presentation/enactment** phase of the budget process. This phase is formal, as distinguished from those budget presentations and reviews of a less formal nature, that take place within agencies prior to submission of the President's budget to Congress. Before considering appropriations for a specific program, Congress must first enact legislation, referred to as enabling legislation, that authorizes an agency to carry out the program. Such legislation provides budget authority for the program, and may also set limitations on the amount of money that can be spent to carry it out. Congress, at its will, authorizes agencies to operate for one or more years.

Through an elaborate process of review, discussion, and concurrence, the House and Senate consider requests for appropriations. Congressional committees often call agency officials to provide expert testimony to defend their funding requests to support program operations. Congress transmits measures approved by both houses to the President in the form of a bill for approval or veto. After signature, the approved budget becomes the financial basis for the operation of Federal agencies and departments for the fiscal (budget) year covered and includes multi-year and no-year funding for certain programs.

**Budget execution** is the phase during which OMB makes funds in the approved fiscal year budget available to agencies to carry out their missions, functions, and programs. OMB makes these funds available on a time-phased basis (e.g., quarterly, or for specific projects) through the apportionment process. The apportionment process consists of a system of administrative controls intended to achieve the most economical and efficient use of funds available by preventing the need for supplemental or deficiency appropriations, or lapses of budget authority. It is a violation of law for an agency to incur obligations or make expenditures in excess of the amount of money apportioned to it. Congress requires agencies to submit formal written requests to obtain apportionment. Agencies further control their own obligation and expenditure of funds available through a similar distribution of allotments and sub-allotments that are distributed on a time-phased, project, or other basis. During the budget execution phase, agency budget and program officials monitor, check, and control the use of agency funds.

Each agency is responsible for assuring that obligations incurred and resulting expenditures of funds are in accordance with existing laws and regulations. Congress often writes legislation regarding how appropriations will be allocated. As a follow-up measure, OMB reviews program and financial reports submitted by agencies, and the General Accounting Office regularly audits and reports the activities of Federal agencies.

**(continued)**

*Occupational Information (continued)*

## BUDGET ANALYSIS, GS-0560 (continued)

<div style="writing-mode: vertical">Occupational Information (continued)</div>

In addition to conventional appropriated fund (object class) budgeting, there are other methods of budgeting in use in the Federal Government. As with other administrative practices, Federal agencies request changes to suit the needs of particular programs causing these methods to change with the passage of time.

For a more detailed explanation of the Federal Budget process, see the following publications of the U.S. Government:

- *The United States Budget in Brief* provides a concise overview of the Federal budget and debt for each fiscal year.
- *The Budget of the United States Government* contains information on the President's budget proposals and explanations of spending programs in terms of national needs, agency missions, and basic programs. It also provides an analysis of estimated receipts, and a description of the Federal budget process.
- The Appendix to the Budget of the United States Government contains detailed information on the proposed text of appropriation language, budget schedules, relationships between work to be performed and funds needed for its performance, schedules of permanent positions, and general appropriations provisions.
- *Office of Management and Budget Circular No. A-11-Subject: Preparation and Submission of Budget Estimates.*
- *Office of Management and Budget Circular No. A-34-Subject: Instructions on Budget Execution.*

Government budget analysts occupy two broad types of positions: budget officer and budget analyst. Budget officers and budget analysts provide advice to program managers, agency administrators, and others on these types of matters:

- the amounts and types of funding available;
- the purposes for which money in the budget may legally be used;
- the time-frames within which available budget funds or authority must be used;
- trends in the obligation and/or expenditure of funds; and
- the effects of budgetary changes on related activities (e.g., purchase of office supplies and equipment, maintenance of buildings and grounds, hiring of personnel, and payment for travel expenses).

Budget officer and budget analyst positions function in organizations that are large enough to warrant establishing full-time positions to do budget administration work. The positions exist in nearly all agencies and departments of the Executive Branch. Tight timeframes, and rigid milestones and deadlines for completing budget actions characterize much of the work.

**The budget officer** is normally responsible for the full complement of budgetary operations necessary to support the programs and personnel of the organizational component and level in which employed. At a minimum , these responsibilities include formulation of the budget request and execution of the approved annual operating budget for the employing component.

In addition to performing a wide range of analytical, technical, and advisory functions related to the budgetary processes, most budget officers also perform supervisory duties and responsibilities over a subordinate staff of budget analysts and administrative support positions. Many budget officers report to a Chief Financial Officer or other management official in the supervisory chain with authority and responsibility for the total financial management of the employing organization.

**(continued)**

## BUDGET ANALYSIS, GS-0560 (continued)

The budget officer fulfills a broad role which includes scheduling and coordinating the efforts of the budget staff, management, and other staff offices to produce an integrated budget plan for the organizations served, and advising agency management on how to carry out that plan in a timely fashion. Frequently, the budget officer's responsibility also includes these types of duties:

- developing and/or editing justification statements for requested multi-year and no-year appropriations;
- presenting budget estimates to fund-granting and reviewing authorities;
- briefing agency officials on testimony to be given in formal budget hearings and testify as an expert witness on behalf of the requested budget;
- providing expert advice to program and financial management officials of the employing agency; and
- recommending effective and efficient means of using agency funds.

Typically, the budget officer is recognized as the top technical authority on matters of budgetary policy, law, and regulation for the organizational component and level that he or she serves. The budget officer has specific delegated authority and responsibility for assuring compliance with all governing laws and regulations (e.g., the Anti-Deficiency Act, and the Impoundment Control Act of 1974). This authority cannot normally be re-delegated downward. The budget officer exercises technical authority and control in the sense that he or she may authorize or disapprove funding requests and obligations and expenditures of funds based on interpretations of law, regulation or policy. However, most budget officers also exert a strong influence on the discretionary use of funds by line managers through the provision of expert advice and recommendations concerning the costs and benefits of proposed actions.

Most, but not all, **budget analysts** work in a budget office headed by a budget officer. Some budget analysts work directly for a program manager or administrative official. The pattern of duties and responsibilities assigned to nonsupervisory budget analyst positions varies from one agency to the next, and often between components and organizational echelons within the same agency.

A budget analyst normally performs a segment of the budget administration work done in the employing component or organization. Many budget analysts serve as "process generalists", performing a full complement of budgetary functions and duties associated with all phases of the budget process (e.g., formulation, justification, presentation, and execution), for certain assigned organizational subdivisions, program areas, object classes, or line items. Those budget analysts who specialize in a particular phase of budgeting (e.g., budget formulation) have broad responsibility for many programs or organizational components. Still other budget analysts perform work assignments consisting of a matrix of program and budgetary functions and organizational components.

Typically, budget analysts in components where missions and programs are carried out advise line managers and other officials on requirements for the preparation, documentation, and submission of budget requests. They perform these duties:

- analyzing the relative costs and benefits of alternative program plans;
- preparing allotments and sub-allotments of funds for distribution to program managers;
- checking the propriety of obligations and expenditures; and
- providing guidance concerning the legal and regulatory aspects of the acquisition and use of funds for program and administrative purposes.

**(continued)**

---

## BUDGET ANALYSIS, GS-0560 (continued)

*Occupational Information (continued)*

Budget analysts working in industrially funded activities establish standard rates and charges for supplies and services furnished to customers, and prepare business-type balance sheets that reflect organizational assets, liabilities, operating expenses, and working capital.

A much smaller proportion of budget analysts, usually those employed in budget offices at department and agency level, devote their efforts primarily to the preparation of detailed budgetary guidance. They may issue the guidance as policies, procedures, and/or regulations. Budget and program officials at subordinate organizational components use the guidance to prepare and execute operating budgets.

Some budget analysts in the OMB are responsible for developing directives, regulations, and procedures (e. g., OMB Circulars) to implement Congressional legislation and Presidential budget and program policies. Agencies must follow OPM-promulgated guidance in formulating and submitting budget estimates, and in executing approved budgets.

In addition, some budget analysts, usually at department and agency levels, work substantially full-time in planning, preparing, and presenting budget requests to OMB, and to the various Congressional appropriations committees.

Some budget analysts prepare requests for apportionment and review and consolidate budget estimates and other work submitted by budget staffs of subordinate components and echelons. Budget analysts at all levels of an agency are responsible for detecting and reporting existing and anticipated violations of budgetary law or regulation.

Budget analysts may also be involved in implementing all or part of the provisions of the Government Performance and Results Act (GPRA). This responsibility may include merging the Congressional Budget Justification document with the GPRA-required Annual Performance Plan. Responsibility also may include helping program managers prepare goals and performance measures required by the annual performance plan and making these items consistent with the budget request.

⇐ BACK

---

## Impact of Automation

Automation greatly affects the way accounting, financial, and budget-related products and services are delivered today. Because of automation, managers and supervisors can quickly initiate and track actions, obtain up-to-date financial data, generate reports, and run these reports from their desks. Today's world of financial management dictates the use of automated financial systems.

Although practitioners in the GS-0500 professional and administrative job family use computers to perform work processes, knowledge of the principles, practices, and processes of the respective occupation remains the paramount knowledge requirement. The kind of automation tools involved and the skill required to use them generally replace or supplement work methods and techniques previously performed manually, or by outdated machine-enhanced processes. Although computers are used to facilitate work in the respective occupations, the use of automation does not change the primary purpose of the work. Positions in these occupations are classified based on the relevant knowledge and skills required to perform the primary duties - in these instances, the accounting, financial and budget-related duties - of the positions.

Professional and Administrative Work in the Accounting and Budget Group, GS-0500     December 2000

# Crosswalk to the Standard Occupational Classification

The Office of Management and Budget requires all Federal agencies that collect occupational data to use the Standard Occupational Classification (SOC) system for statistical data reporting purposes. The Bureau of Labor Statistics will use SOC codes for National Compensation Survey and other statistical reporting. The Office of Personnel Management (OPM) and agencies will develop and maintain the "crosswalk" between the Federal occupational series and the SOC codes to serve this need. These SOC codes and this requirement have no effect on the administration of any Federal human resources management systems. The information contained in this table is for information only and has no direct impact on the classification of positions covered by this job family standard. The SOC codes shown here generally apply only to nonsupervisory positions in these occupations. As changes occur to the SOC codes, OPM will update this table. More information about the SOC is available at http://stats.bls.gov/soc/.

## Federal Occupational Series and Position Titles
## and Their Related Standard Occupational Classification System Codes

| Occupational Series | Standard Occupational Classification Code Based on Occupational Series | | Position Title | Standard Occupational Classification Code Based on Position Title | |
|---|---|---|---|---|---|
| Financial Administration and Program, GS-0501 | 13-2099 | Financial Specialists, All Other | (No specified titles) | 13-2099 | Financial Specialists, All Other |
| Accounting, GS-0510 | 13-2011 | Accountants and Auditors | Accountant Cost Accountant Staff Accountant Systems Accountant | 13-2011 | Accountants and Auditors |
| | | | Accounting Officer Supervisory Accountant Supervisory Cost Accountant Supervisory Staff Accountant Supervisory Systems Accountant | *1st-level:* 13-2011 *2nd-level & above:* 11-3031 | Accountants and Auditors Financial Managers |
| Auditing, GS-0511 | 13-2011 | Accountants and Auditors | Auditor | 13-2011 | Accountants and Auditors |
| | | | Supervisory Auditor | *1st-level:* 13-2011 *2nd-level & above:* 11-3031 | Accountants and Auditors Financial Managers |
| Internal Revenue Agent, GS-0512 | 13-20981 | Tax Examiners, Collectors, Preparers, and Revenue Agents | Internal Revenue Agent | 13-2081 | Tax Examiners, Collectors, Preparers, and Revenue Agents |
| | | | Supervisory Internal Revenue Agent | *1st-level:* 13-2081 *2nd-level & above:* 11-3031 | Tax Examiners, Collectors, Preparers, and Revenue Agents Financial Managers |

**(continued)**

U. S. Office of Personnel Management

## Crosswalk to the Standard Occupational Classification (continued)

| Occupational Series | Standard Occupational Classification Code Based on Occupational Series | | Position Title | Standard Occupational Classification Code Based on Position Title | |
|---|---|---|---|---|---|
| Tax Specialist, GS-0526 | 13-2081 | Tax Examiners, Collectors, Preparers, and Revenue Agents | Tax Specialist | 13-2081 | Tax Examiners, Collectors, Preparers, and Revenue Agents |
| | | | Supervisory Tax Specialist | 1st-level: 13-2081  2nd-level & above: 11-3031 | Tax Examiners, Collectors, Preparers, and Revenue Agents  Financial Managers |
| Budget Analysis, GS-0560 | 13-2021 | Budget Analysts | Budget Analyst Budget Officer | 13-2011 | Accountants and Auditors |
| | | | Budget Officer Supervisory Budget Analyst | 1st-level: 13-2031  2nd-level & above: 11-3031 | Budget Analysts  Financial Managers |

# EXCLUSIONS

Although some positions may include professional and administrative work requiring some knowledge and skills in the accounting and budget area, classification to a series in the Accounting and Budget Group, GS-0500 may not be appropriate. The following table provides examples of situations where work may involve the application of related knowledge and skills, but not to the extent that it may warrant classification to a series in this job family.

**NOTE:** In the table below, job family standard is abbreviated as JFS.

| If... | See This Standard or Series Definition: |
|---|---|
| 1. Work involves performing managerial and/or executive duties, rather than performing functional duties in areas such as accounting, auditing, budgeting, financial management, or taxation. | GS-0340, Program Management |
| 2. Work involves applying practical knowledge of financial practices in such fields as land and mortgage markets, municipal revenues, and evaluating the soundness of financial offerings.  (continued) | GS-1160, Financial Analysis |

| If... (continued) | See This Standard or Series Definition: |
|---|---|
| 3. Work involves advising on or supervising, planning, or organizing analytical or equivalent work not of an administrative support nature related to two or more administrative functions or services; and<br><br>The functions or services are necessary for the internal operation or functioning of an organization; and<br><br>The paramount qualification requirements are knowledge of management principles, practices, and techniques, and skill in executing the functions or services. | GS-0341, Administrative Officer |
| 4. Work involves a combination of accounting-related duties and another subject matter field when the predominant work is not accounting. | GS-0110, Economist;<br><br>GS-0301, Miscellaneous Administration and Program<br><br>GS-1102, Contracting<br><br>GS-1165, Loan Specialist<br><br>GS-1510, Actuary<br><br>GS-2010, Inventory Management |
| 5. Work consists exclusively of duties and responsibilities in such general areas as analysis, management, or manipulating numerical data. | GS-0342, Support Services Administration<br><br>GS-0343, Management and Program Analysis<br><br>GS-1530, Statistician |
| 6. Work involves administering, supervising, or performing quasi-legal technical work requiring analysis and application of tax principles, specialized knowledge of the Internal Revenue Code and related laws and legal precedents, but does not require a law degree. | GS-0987, Tax Law Specialist |
| 7. Work involves administering, supervising, or performing collecting taxes, surveying for unreported taxes, and securing delinquent accounts.<br><br>**(continued)** | GS-1169, Internal Revenue Officer |

| If... (continued) | See This Standard or Series Definition: |
|---|---|
| 8. Work involves:<br><br>• processing original tax returns, establishing tax account records, or changing such records based on subsequent information affecting taxes and refunds;<br>• collecting some taxes and/or obtaining tax returns;<br>• computing or verifying tax, penalty, and interest; and<br>• determining proper tax liability<br><br>that require knowledge of standardized processing and collection procedures to record tax information and knowledge of applicable portions of tax laws and rulings. | GS-0592, Tax Examining within the JFS for Clerical and Assistance Accounting and Budget Work, GS-500 |
| 9. Work involves administrative support duties that support accounting, budget, and other related financial management work. | JFS for Clerical and Assistance Accounting and Budget Work, GS-0500 |
| 10. Work involves accounting, budgeting, and management-financial reporting functions for an organizational segment, field establishment, bureau, or independent agency. | GS-0505, Financial Management |

# HOW TO USE THIS STANDARD

Evaluate positions on a factor-by-factor basis using the factor level descriptions (FLDs) provided in this standard. Compare each factor in the position description to the appropriate FLDs and illustrations in the standard. If the factor information in the position description fully matches an FLD for the series and specialties in the standard, you may assign the level without reviewing the illustrations. FLDs are progressive or cumulative in nature. For example, each FLD for Factor 1 - Knowledge Required by the Position encompasses the knowledge and skills identified at the previous level. Use only designated point values. Record the results of your analysis on the Position Evaluation Summary form that follows. Convert total points for all factors to grade levels using the grade conversion table that follows the FLDs.

This standard provides occupation specific illustrations as a frame of reference for applying factor level concepts. Do not rely solely on the illustrations in evaluating positions, because they reflect a limited range of actual work examples. The level of work described in some illustrations may be higher than the threshold for a particular factor level. Use the illustrations in their entirety to gain insights into the meaning of the grading criteria in the FLDs. If the factor information in the position description you are evaluating fails to fully match a relevant illustration, but does fully match the FLD, you may still assign the level.

TheFLDs in this standard covers nonsupervisory positions at grades GS-5 through GS-15. Evaluate supervisory and leader positions by applying the appropriate guide.

You will find more complete instructions for evaluating positions in the OPM publications: Introduction to the Position Classification Standards and The Classifier's Handbook.

# POSITION EVALUATION SUMMARY

Organization _____

Position # _____

| Evaluation Factors | Factor Level Used (FL#, etc.) | Points Assigned | Comments |
|---|---|---|---|
| 1. Knowledge Required by the Position | | | |
| 2. Supervisory Controls | | | |
| 3. Guidelines | | | |
| 4. Complexity | | | |
| 5. Scope and Effect | | | |
| 6/7. Personal Contacts and Purpose of Contacts | | | |
| 8. Physical Demands | | | |
| 9. Work Environment | | | |
| SUMMARY | Total Points | | Standards Used |
| | Grade Conversion | | |

Additional Remarks:



Title, Series, and Grade Assigned:

_____

Date: _____

Agencies may copy for local use.

U. S. Office of Personnel Management

29



# Position Classification Flysheet for Management and Program Analysis Series, GS-0343

## Table of Contents

SERIES DEFINITION ........................................................................................................................... 2

EXCLUSIONS ..................................................................................................................................... 2

OCCUPATIONAL INFORMATION ...................................................................................................... 3

TITLES ............................................................................................................................................... 5

GRADING POSITIONS ....................................................................................................................... 5

# SERIES DEFINITION

This series includes positions that primarily serve as analysts and advisors to management on the evaluation of the effectiveness of government programs and operations or the productivity and efficiency of the management of Federal agencies or both.  Positions in this series require knowledge of:  the substantive nature of agency programs and activities; agency missions, policies, and objectives; management principles and processes; and the analytical and evaluative methods and techniques for assessing program development or execution and improving organizational effectiveness and efficiency.  Some positions also require an understanding of basic budgetary and financial management principles and techniques as they relate to long range planning of programs and objectives.  The work requires skill in: application of factfinding and investigative techniques; oral and written communications; and development of presentations and reports.

This standard supersedes the standard for the Management Analysis Series, GS-0343, issued February 1972 (TS-9) and the standard for the Program Analysis Series, GS-0345, issued October 1965 (TS-58).

# EXCLUSIONS

1.  Positions primarily engaged in conducting, supervising, or managing the line program activities or functions of the employing agency.  Depending on the specific knowledges and skills required, such positions should be classified either in the appropriate subject-matter series, the Program Management Series, GS-0340, or the Miscellaneous Administration and Program Series, GS-0301.

2.  Analytical positions which have as their paramount qualification requirement specialized subject-matter knowledge and skills equivalent to those required of a fully-trained employee in the particular subject-matter occupations.  Such positions should be classified in the appropriate specialized series, or if none is established, in the Miscellaneous Administration and Program Series, GS-0301.

3.  For other excluded work, see the classification standards for:

> Information Technology Management Series, GS-2210;
>
> Management Clerical and Assistance Series, GS-0344;
>
> Budget Analysis Series, GS-0560;
>
> Industrial Engineering Series, GS-0896;
>
> Financial Analysis Series, GS-1160; and
>
> Operations Research Series, GS-1515.

# OCCUPATIONAL INFORMATION

This series includes positions formerly classified in the Management Analysis Series, GS-0343, and the Program Analysis Series, GS-0345. This new series combines in one occupation positions which perform similar duties and require many of the same, or closely related, knowledges and skills. The intent in establishing this series is to cover staff administrative analytical and evaluative work related to program operations, and management and organizational efficiency and productivity. Staff positions which require full competence in a particular specialized or subject-matter field for satisfactory performance of the work are excluded from this series.

The work of this occupation is typically performed in a staff capacity in that the results of the work support the accomplishment of the principal mission or line program(s) of the agency or organizational component in which the positions are located. In some cases, particularly in the larger agencies, the distinction may not always be readily apparent. For example, the mission or line work of an organizational component may be the development of staffing standards to be used throughout the agency. Positions involved in this work may be considered as performing the line work of the immediate organizational component. However, since the results of the work (i. e., the staffing standards) support accomplishment of the overall programs and mission of the agency, the positions are in fact performing staff work for the agency.

Positions in this series serve as staff analysts, evaluators, and advisors to management on the effectiveness and efficiency with which agencies and their components carry out their assigned programs and functions. Such positions may be found at any organizational level within Federal agencies. The primary purpose of the work is to provide line managers with objectively based information for making decisions on the administrative and programmatic aspects of agency operations and management. Positions in this series are concerned with a wide variety of assignments. Listed below are some illustrations of the nature of the work and the intended coverage of this series. This list should not be considered as a definitive catalog of all of the specific kinds or combinations of work performed by positions in this series.

- analyzing and evaluating (on a quantitative or qualitative basis) the effectiveness of line program operations in meeting established goals and objectives;

- developing life cycle cost analyses of projects or performing cost benefit or economic evaluations of current or projected programs;

- advising on the distribution of work among positions and organizations and the appropriate staffing levels and skills mix;

- advising on the potential benefits/uses of automation to improve the efficiency of administrative support or program operations;

- evaluating and advising on the organization, methods, and procedures for providing administrative support systems such as records, communications, directives, forms, files, and documentation;

- researching and investigating new or improved business and management practices for application to agency programs or operations;

- analyzing management information requirements to develop program or administrative reporting systems including the systems specifications, data gathering and analytical techniques, and systems evaluation methodology;

- analyzing new or proposed legislation or regulations to determine impact on program operations and management;

- developing new or modified administrative program policies, regulations, goals, or objectives;

- identifying data required for use in the management and direction of programs;

- developing data required for use in the management and direction of programs;

- developing management and/or program evaluation plans, procedures, and methodology;

- conducting studies of employee/organizational efficiency and productivity and recommending changes or improvements in organization, staffing, work methods, and procedures;

- developing procedures and systems for establishing, operating, and assessing the effectiveness of administrative control systems such as those designed to prevent waste, loss, unauthorized use, or misappropriation of assets;

- performing management surveys to determine compliance with agency regulations, procedures, sound management practices, and effective utilization of staff;

- developing workload based staffing standards to determine organizational manning levels;

- analyzing and evaluating agency functions and activities being considered for conversion to contract operations;

- identifying resources (staff, funding, equipment, of facilities) required to support varied levels of program operations;

- reviewing administrative audit and investigative reports to determine appropriate changes or corrective action required;

- analyzing and evaluating proposed changes in mission, operating procedures and delegations of authority.

# TITLES

Nonsupervisory positions primarily concerned with analyzing, evaluating, and/or improving the efficiency of internal administrative operations, organizations, or management are titled *Management Analyst.*

Nonsupervisory positions primarily involved in planning, analyzing and/ or evaluating the effectiveness of line or operating programs are titled *Program Analyst.*

Positions which involve a mix of these functions, where neither is predominant are titled *Management and Program Analyst.*

Agencies may supplement the basic position titles by adding parenthetical titles, where necessary, to identify duties and responsibilities which reflect specific knowledge and skills required in the work.

*Supervisory* is prefixed to the title of positions which meet the criteria in the General Schedule Supervisory Guide. (In Department of Defense components, titling instructions in other guides should be used.)

*Management Analysis Officer, Program Analysis Officer, and Management and Program Analysis Officer* titles are established for positions which have responsibility for establishing, planning, and directing programs in their respective functional specializations.

# GRADING POSITIONS

Nonsupervisory positions at grade GS-9 and above are evaluated by reference to the Administrative Analysis Grade Evaluation Guide. Due to the diversity of assignments in this occupation, users should not seek a one-to-one correspondence between the duties of a particular position and the factor level descriptions and work illustrations in the guide. Instead, users should strive to match the intent of the various factor levels and seek to locate concepts and examples which are comparable.

For trainee and developmental positions GS-5 and GS-7, follow the guidance provided in the Administrative Analysis Grade Evaluation Guide.

Evaluate supervisory positions by the criteria in the General Schedule Supervisory Guide. (In Department of Defense components, criteria in other guides should be used.)

```
1                        BEFORE THE

2            BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

3    - - - - - - - - - - - -x

4    BRIGITTE HAWKINS,          :

5              Complainant,     :

6         v.                    : Case No:    570-2006-00541X

7    ALBERTO GONZALEZ,          : Agency No:  B-03-0049

8    DEPARTMENT OF JUSTICE,     :

9              Agency.          :

10   - - - - - - - - - - - -x

11                             Washington, D.C.

12                             Monday, November 27, 2006

13

14   Deposition of:

15                        DIANE FILLER

16   the Deponent, called for examination by counsel for the

17   Complainant, pursuant to notice and agreement as to

18   time and place, at 650 Massachusetts Avenue, N.W.,

19   Washington, D.C., before Jack L. Becker, a Notary

20   Public in and for the District of Columbia.

21

22

23

24

25
```

```
 1   APPEARANCES:

 2          On Behalf of the Complainant:

 3          CHARLES E. WAGNER, ESQ.

 4          EDGAR ALLEN, ESQ.

 5          Silver Spring Center

 6          P.O. Box 14723

 7          Silver Spring, Maryland 20911

 8          (202) 210-7801

 9

10          On Behalf of the Agency:

11          RICHARD HURST, ESQ.

12          650 Massachusetts Avenue, N.W.

13          Room 6100

14          Washington, DC

15          (202) 927-8208

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2   WITNESS                EXAMINATION              PAGE

 3   Diane Filler        By Mr. Wagner                4

 4                       By Mr. Allen                73

 5                       By Mr. Wagner               75

 6                       By Mr. Hurst                76

 7                       By Mr. Wagner               77

 8

 9

10

11

12                      E X H I B I T S

13   EXHIBIT NO.            DESCRIPTION              PAGE

14       1     Performance Appraisal                 26

15       2     Closeout Feedback                     45

16       3     Classification Evaluation Statement   50

17       4     Draft Position Description            51

18       5     E-mail with Draft PD Attachment       51

19       6     Draft Position Description            51

20       7     Position Description                  62

21

22

23

24

25

26
```

```
 1                    P R O C E E D I N G S

 2                                           (1:33 p.m.)

 3            THE REPORTER:  The time is now 1:33, and it's

 4   November 27th, 2006.  May I have the deponent please

 5   raise her right hand?

 6   (Whereupon,

 7                         DIANE FILLER

 8   was called as a witness and, after having been first

 9   duly sworn, was examined and testified as follows:

10            THE REPORTER:  Can you please state your name

11   and spell it for the record?

12            THE WITNESS:  Diane Filler, D-I-A-N-E.  Last

13   name Filler, F-I-L-L-E-R.

14                      DIRECT EXAMINATION

15            BY MR. WAGNER:

16        Q.    Good afternoon, Ms. Filler.  Miss or Mrs.?

17        A.    Mrs.

18        Q.    Mrs. Filler.  My name is Charles Wagner and

19   I'm going to be deposing you today.  Assisting me is

20   Mr. Edward Allen.  We represent Ms. Hawkins in this

21   matter.

22        A.    Okay.

23        Q.    You've indicated your name.  Could you tell

24   us your current assignment and your job classification?

25        A.    I am the Chief, Human Resources Division, and
```

1    my current assignment -- when you say my current

2    assignment --

3        Q.    Okay.

4        A.    -- I'm not sure I understand.

5        Q.    Okay.  What is your job right now?

6        A.    I am the Chief, Human Resources Division for

7    Alcohol, Tobacco, Firearms and Explosives.

8        Q.    Okay.  Now what is your classification in

9    terms of grade and whatever?

10        A.    Okay.  I'm under the Pay Demonstration

11    Project which is Pay Demo Band 4.

12        Q.    Okay.  Is that SES?

13        A.    No, it's not.

14        Q.    Okay.  Now what was your position in 2005,

15    January of 2005?  Were you in the same position?

16        A.    Yes.  Soon as I became employed with ATF I

17    was in what used to be called Personnel Division.

18    We're now Human Resources Division.  We underwent a

19    reorganization, but it's essentially the same position.

20        Q.    Okay.  Now how does PB4 fit into the pay

21    scale?

22        A.    It would equate to a Grade 15, GS-15 on the

23    GS schedule.

24        Q.    Okay.  Now could you tell us a little bit

25    about your background?  What positions have you held in

1    the past and where you held them and what the grades --

2        A.    Sure.   I've been employed with the federal

3    government for 24-1/2 years.   I started out as a Grade

4    3 Temporary Clerk Typist and have progressed through,

5    you know, various positions mostly in -- actually all

6    in human resources, in the human resources area.

7        Q.    Could you tell us each position you've held

8    over the last 24 years that you recall?

9        A.    Each position?

10        Q.    Yes, and the grade.

11        A.    Grade 3, Temporary Clerk Typist, Management

12    Assistant.   I don't remember if it was a 4 or if it was

13    a 5.   I might have been a Grade 3 Clerk Typist, 3 and

14    then 4.   I don't remember back that far --

15        Q.    Okay.

16        A.    But then to a Management Assistant,

17    Management Analyst.   I don't recall the grade, how I

18    progressed through there, and then into Personnel

19    Management Specialist and then Supervisory -- actually

20    I was an Employee Development Specialist, Supervisory

21    Employee Development --

22        Q.    What grade was that?

23        A.    Grade 13.

24        Q.    Okay.

25        A.    It goes back a long time.

```
 1        Q.    Now how long ago was that?  In terms of your

 2   24 years of government service, how far back are we

 3   going?

 4        A.    1988.

 5        Q.    Okay.  And then how long were you in that

 6   position?

 7        A.    Two years.

 8        Q.    Two years.  And then you went from there to

 9   what?

10        A.    Went to Labor Employee Relations --

11        Q.    Okay.

12        A.    -- as a Personnel Management Specialist.

13        Q.    Same grade?

14        A.    Yes -- now let me remember.  No.  Actually

15   there I took a downgrade.  That was right when -- I'm

16   trying to remember my sequence of my life because

17   you've asked me to delve into that and I don't recall

18   it exactly.  That's when my first child was born and

19   wanted to do some part-time work, and so they offered

20   me part-time, but it was at a lesser grade and that fit

21   into my life at the moment, so I believe I took a

22   downgrade to a 12 at that point --

23        Q.    Okay.

24        A.    -- for part-time.

25        Q.    Now just prior to taking your current
```

1    assignment, what position did you hold then?

2        A.    That was with Internal Revenue Service.  I

3    was at IRS for the first 22 plus years of my career in

4    those progressively, you know, more responsible

5    positions, and lateralled over from a Grade 15

6    Supervisory Personnel Management Specialist.  I was the

7    Chief of the Work Force Relation Division over there,

8    and lateral to come over here into ATF to take on the

9    Chief of HR or Personnel, as it was called at the time.

10       Q.    Now could you tell us a little bit about your

11   educational background?

12       A.    I've got less than two years of college.  I

13   do not have a degree.

14       Q.    Okay.  And where did you go to school,

15   college?

16       A.    I went a year at Old Dominion, did some time

17   at Nova while I was waiting to meet the application

18   deadline for George Mason, and then I went to George

19   Mason until finally I stopped going to school.

20       Q.    Okay.  How many hours did you accumulate?

21       A.    I don't remember.

22       Q.    In what area?

23       A.    It was general at that point.  You know, the

24   first couple of years or so at school, you know, it's

25   taking basic English --

1    Q.    Liberal arts.

2    A.    -- math.

3    Q.    Okay.  Basically liberal arts, is that pretty

4    much it?

5    A.    When you're saying liberal arts, I mean it

6    was -- yeah, my basic English, math, a foreign

7    language, science.

8    Q.    Now what are the duties of your current job?

9    A.    Well, I have the responsibility for the

10   supervision and oversight and direction of my division.

11   It's actually less than 80 people on board right now,

12   and we're responsible for administering the human

13   resources program for ATF.

14   Q.    Now do any people report to you directly or

15   indirectly?

16   A.    Correct, yeah.

17   Q.    Okay.  So you have oversight over 80 people

18   in the Personnel Division?

19   A.    Correct.

20   Q.    And how many people are on your personal

21   staff?

22   A.    Personal staff?

23   Q.    Yes.  Do you have a --

24   A.    I have direct reports.  I don't know if when

25   you say personal staff what you qualify as a personal

```
 1   staff.
 2        Q.    Yeah.   Who reports to you -- does anyone
 3   report to you directly?
 4        A.    Today?
 5        Q.    Yes.
 6        A.    Yes.
 7        Q.    Okay.
 8        A.    I have three people who report directly to
 9   me.
10        Q.    And who are they?
11        A.    I have a Chief of the Human Resources Support
12   Staff.  Her name is Debbie Gunther.  And then I have
13   two Assistant Human Resources Officers.
14        Q.    What are their grades?
15        A.    They are also under the Pay Demonstration
16   Project, Band 4.
17        Q.    And they're 15s?
18        A.    Equivalent, correct.
19        Q.    Okay.  Now Ms. Gunther is a PB4, right?
20        A.    She is not, no.
21        Q.    Okay.  What is she?
22        A.    She is a GS-14.
23        Q.    GS-14?
24        A.    Correct.
25        Q.    Okay.  And the other two are GS-14s, as well?
```

```
 1        A.    No.   They're Pay Band 4 which is the
 2   equivalent of a 15.
 3        Q.    Okay.  All right.  Now do you all have
 4   anything such as a GM series in this agency?
 5        A.    No.   It's GS.
 6        Q.    It's all GS?
 7        A.    We have GS for General Schedule.  We have the
 8   Pay Demonstration Project which I'm under.  We have
 9   less than 300 employees covered under what we call the
10   Pay Demonstration Project.
11        Q.    And is that basically management?
12        A.    No.   Actually it's not.  It's more the
13   critical, scientific and technological series
14   employees, and the hard to fill positions are covered
15   by our Pay Demonstration Project.
16        Q.    Okay.  Now when did you assume your current
17   duties?
18        A.    I was hired by ATF.
19        Q.    When?
20        A.    May of '04.
21        Q.    Okay.
22        A.    And I've been doing the same duties since I
23   was hired in May of '04.
24        Q.    Okay.  And what generally are your duties in
25   your current position?
```

```
 1        A.    Well, like I said, my responsibility is to
 2   supervise and direct the work of the less than 80 folks
 3   who are currently on board in my staff and to provide,
 4   you know, human resources related direction and policy
 5   for the Bureau.
 6        Q.    Prior to assuming your current duties, did
 7   you have any involvement with preparations of budgets
 8   and matters related to the physical operation of the
 9   Agency?
10        A.    In my most immediate position I did not have
11   any budget responsibility.  I had had budget
12   responsibility in the past.
13        Q.    Okay.  When was that?
14        A.    As a Training Officer --
15        Q.    Where?
16        A.    -- back in 1988 for the Internal Revenue
17   Service.
18        Q.    And what did those duties consist of?
19        A.    I had a training budget that I was
20   responsible for administering and making sure that the
21   programs that we delivered for training met within the
22   budget that was allocated to deliver those --
23        Q.    So basically you were a Training Officer and
24   the budget was prepared for you by someone else, is
25   that correct?
```

```
 1        A.    I don't remember.

 2        Q.    Did you have any input in the budget?  I mean

 3   did you sit down and prepare a budget for your

 4   organization as Training Officer?

 5        A.    I don't remember.

 6        Q.    Now this work that you did in 1988, we're

 7   talking about at least about 18 years ago, is that fair

 8   to say?

 9        A.    That's about right.

10        Q.    So 18 years ago you worked as a Training

11   Officer and you had input in the budget back then, is

12   that your testimony?

13        A.    Yes.  When you say input -- well, let me ask

14   a question.  You said did I have input.  I don't

15   remember.  I remember having responsibility for a

16   budget.  I don't recall if I gave input to it or if it

17   was given to me and I just had to operate within it.  I

18   don't remember.

19        Q.    Okay.  So would it be fair to say that based

20   on your present recollection the only experience that

21   you had with the budget prior to assuming your current

22   duties was to serve as a Training Officer in IRS?

23        A.    No, I wouldn't say that.  Before that one of

24   the duties that I had even previous to that was to help

25   to monitor the expenditures of other budget related
```

1  items, overtime, comp time, travel expenditures and

2  awards money before that.

3      Q.    Now is that --

4      A.    I was in a support position, a Management

5  Analyst position at that point.

6      Q.    Okay.  Now wouldn't that fall under the

7  generic duties of any manager or anybody participating

8  in a program to oversee travel, awards and stuff like

9  that?

10     A.    It depends on how the agency has their budget

11 set up.

12     Q.    But you didn't have to prepare a budget in

13 that position, did you?  In other words, you didn't

14 have to sit down there and make any kind of budget

15 projections, punch the numbers, as they say, in that

16 position?  That wasn't your responsibility, was it?

17     A.    In the position of --

18     Q.    Training Officer or the one before that that

19 you said you were involved in.

20     A.    In the previous one as a Management --

21     Q.    Analyst.

22     A.    -- Assistant or Analyst, I really don't

23 remember what I --

24     Q.    What grade were you then?

25     A.    7, 9.

1      Q.    You were a GS-7?  Okay.  You don't know

2   whether you were a 7 or a 9?

3      A.    I don't remember.  I remember it was very,

4   very early on.  I had the responsibility for tracking

5   how much expenditures in each of those categories that

6   I described.

7      Q.    Okay.  Now did you receive any training for

8   whatever little budget that you did?

9      A.    No, I did not.

10      Q.    You did not?

11      A.    I did not.

12      Q.    Okay.  Have you had any training in the area

13   of budget -- preparation of budgets?

14      A.    No, not until about two months ago.  My

15   Deputy Assistant Director for management gave a budget

16   workshop or overview for the senior level managers and

17   other deputy assistant directors within the

18   organization, and I attended that two-day workshop --

19      Q.    Okay.  So --

20      A.    -- but prior to that I had no budget

21   training.

22      Q.    So apart from this two-day workshop which was

23   attended by how many people --

24      A.    Approximately 25.

25      Q.    Okay.  And did anybody examine your work or

1    grade your work while in the workshop to make sure that

2    you were performing at a particular level?

3         A.    During the workshop?

4         Q.    Yes.

5         A.    No.

6         Q.    Basically you attended an instructional

7    session where somebody told you things and you just

8    wrote things down and what have you, and they handed

9    out -- they had some handouts perhaps, right?

10        A.    That's correct.

11        Q.    And at the end of the session did you get a

12   certificate of any kind?

13        A.    I don't remember.

14        Q.    No certificates of completion?

15        A.    I don't remember.  I may have.  I don't

16   remember.

17        Q.    Okay.  If you had received a certificate of

18   completion, you would have remembered that, wouldn't

19   you?

20        A.    Not necessarily.  I mean if it was something

21   that I had to attain because I had to pass at a

22   particular grade or a particular level I might have

23   remembered it, but to document the fact that I was in

24   the class would not be something that I would

25   particularly remember.  I just remember attending the

```
 1   class.
 2        Q.   Okay.  Now let's come forward to the time
 3   that you joined your current organization and you
 4   assumed your current duties.  At the time you assumed
 5   your duties, did you -- who was on your personal staff
 6   at that time?
 7        A.   Okay.  Direct reports to me --
 8        Q.   Yes.
 9        A.   -- is what you mean by --
10        Q.   Yes.
11        A.   -- personal staff?
12        Q.   Yes.
13        A.   I had two Assistant Human Resources Officers
14   which are not the same two who are there now.
15        Q.   Okay.  Who were they?
16        A.   Vivian White (ph.) --
17        Q.   Okay.
18        A.   -- and Jeanarta Lee (ph.).
19        Q.   Okay.  And who else was there?
20        A.   Brigitte was on my -- was a direct report of
21   mine, and -- let me think.  That may be it and I'm
22   hesitating, because somehow I think I had one other
23   person reporting directly to me, but it's not coming
24   clear to me right now.
25        Q.   Now your office provided support -- provided
```

1  direction for the entire Personnel Division, is that

2  correct?  Would that be a fair statement?

3      A.    Yes, um-hum.

4      Q.    And the work that Brigitte did with regard to

5  the budget was done in connection with the whole

6  division, is that correct?

7      A.    That's correct.

8      Q.    Now how many people in your shop had -- that

9  reported directly to you had input with respect to the

10  budget?

11      A.    Had input with respect to the budget?

12      Q.    Or were involved with the preparation of the

13  budget, how many of those four people that you

14  mentioned?  You mentioned Ms. White.  You mentioned

15  another person.

16      A.    Jeanarta.

17      Q.    And Ms. Hawkins and --

18      A.    Brigitte.

19      Q.    -- you indicated that there might have been a

20  fourth person who you can't recall.

21      A.    I'm trying to remember how it was structured

22  then, but --

23      Q.    Well, which of those four people worked on

24  the budget or had direct input in the budget?

25      A.    Well, when I arrived in May of 2004, we were

1  well into the first -- we were well into the fiscal

2  year.  If I can do my math straight, it was definitely

3  the end of the second.  It might have even been the

4  third quarter.  Yeah, that was the third quarter.  That

5  budget would have already been prepared.  It would have

6  been prepared either by my predecessor or the previous

7  chief.  I will tell you that --

8       Q.   Now who was that?

9       A.   John Duclous.

10      Q.   Okay.

11      A.   And he vacated that position, I believe, in

12 January of '04 before I got there --

13      Q.   Okay.

14      A.   -- so the position was vacant until I filled

15 it in May.  So I don't know who developed and how that

16 '04 budget got developed, but I was there for the

17 beginning of fiscal year '05, and what I did was

18 basically the budget office immediately gave us a

19 budget initially that was a rollover, this is what you

20 spent the previous year, so this is what you're going

21 to start off with.  Tell me about any different program

22 changes you might have which would impact on the amount

23 of money that will get finalized for you.

24      Q.   Okay.  Now when you joined the staff, did you

25 speak to each person on your personal staff to

1    ascertain what they did and how they supported your

2    position?  Did you talk to each person?  In other

3    words, did you go to Ms. White and say well, what do

4    you do?  Did you go to Ms. Hawkins and say well, tell

5    me what you do?  Did you go to the third person?  I

6    forget his name.

7        A.    Vivian, Jeanarta and --

8        Q.    Okay.

9        A.    -- Brigitte for sure.

10       Q.    Yeah.  Did you go to each person and ask them

11   what they did?

12       A.    Yes.

13       Q.    Okay.  And what did they tell you?

14       A.    Brigitte told me that she worked on the

15   budget for me, and Vivian told me that she basically

16   was over the operation side of the house for the

17   staffing, and Jeanarta told me that she was over the

18   side of the house that monitored the Pay Demonstration

19   Project, as well as our employee benefits and employee

20   services.

21       Q.    Okay.  Now did Ms. White indicate that she

22   had anything to do with budget?

23       A.    Both Jeanarta and Vivian had indicated to me

24   prior to my arrival that they had to help to formulate

25   the budget and make some budget decisions, and that

1  they were hopeful that when I arrived as the permanent

2  chief that I would be happy with some of the decisions

3  that had to be made.

4      Q.   Okay.  Now did there come a time when --

5  well, when you spoke to Ms. Hawkins regarding her

6  duties, did she indicate to you her concerns about her

7  grade at that time?

8      A.   What I recall is that soon after I arrived

9  and I -- you know, a couple weeks, that Brigitte had

10  come to me and said that she was concerned about the

11  grade level of her position, so she did raise that

12  concern to me.

13      Q.   And this was shortly after your arrival?

14      A.   Yes.

15      Q.   Okay.  And what were your views then

16  regarding what she told you?

17      A.   That I was new to the position and trying to

18  figure out everything that everybody did and at what

19  level and how we all fit together to provide the right

20  support to ATF, that it was too premature for me to

21  make any decisions because I didn't have the

22  information that would be necessary to make any

23  decisions on that.

24      Q.   Okay.  Now did there ever come a time when

25  you undertook -- well, did there ever come a time when

1   the discussion turned to a desk audit for Ms. Hawkins?

2       A.   Yes.

3       Q.   And when did that occur?

4       A.   I don't remember the time frame.  I will tell

5   you it was months after I arrived that Brigitte came

6   and asked for a desk audit for her position.

7       Q.   Now did there ever come a time when you

8   discussed Ms. Hawkins' position with Ms. White?

9       A.   Yes.

10      Q.   Okay.  When did that occur?

11      A.   After the desk audit was requested.  Vivian

12  White had the responsibility on her staff for

13  classification of positions for the entire ATF, so it

14  seemed appropriate to me to go to her to talk to her

15  about the proper classification of a position within my

16  own division.

17      Q.   Did you ask Ms. White what her views were

18  regarding Ms. Hawkins' request for a promotion?

19      A.   No, not about her -- no.  I talked to her

20  about whether or not it made sense to do a desk audit

21  and whether or not it was appropriate.

22      Q.   Now did the conversation regarding the desk

23  audit also include whether or not it would be

24  appropriate to create a position and then have

25  Ms. Hawkins compete for it?

```
 1          A.    No, not that I remember.

 2          Q.    There was no discussion regarding that?

 3          A.    Not that I recall.

 4          Q.    Okay.  Now who raised the prospect of a desk

 5    audit?  Was that suggested by Ms. White or did

 6    Ms. Hawkins suggest it?  Who raised the idea of a desk

 7    audit?  Who was the first to do that?

 8          A.    Brigitte did.

 9          Q.    Okay.  And what was your response to that?

10          A.    I told her that I would consider it, that I

11    wanted to seek counsel from my Assistant HR Officer,

12    Vivian, who I did.

13          Q.    And what did Ms. White say?

14          A.    She said that, you know, being that, you

15    know, the request came in, that we could consider it,

16    but management does not have to accept the request, and

17    I said well, you know, I'm new.  I've now been here

18    still a few months.  I'm learning, you know, every day

19    what everybody does and how it relates, but that if it

20    seemed appropriate, given that the position description

21    that Brigitte was under was a -- I don't want to call

22    it a draft.  There was some language on the bottom of

23    her position description that talked about it being

24    projected duties and that after a year it should be

25    reviewed, and that was dated in 2001, that based on
```

1    those factors it seemed reasonable that we should do a

2    desk audit to be sure that it properly was classified

3    reflecting the duties expected of this job.

4         Q.    Now being in Personnel I guess you're aware

5    that even if the Agency had not agreed to perform a

6    desk audit, Ms. Hawkins had the option of going to OPM

7    and asking OPM to perform the desk audit, are you aware

8    of that?

9         A.    Absolutely, um-hum.  I know that.

10        Q.    So that your decision to do a desk audit was

11   not gratuitous?  I mean it wasn't a favor to her

12   necessarily.  She could have gotten one from OPM.  Do

13   you understand that?

14        A.    Well, she could request it from OPM.  OPM may

15   or may not grant that.  Based on whatever gets filed

16   with OPM they'll make a decision about whether any

17   further investigation would be necessary.

18        Q.    Now did you have any reason to doubt what

19   Ms. Hawkins was telling you regarding the scope of her

20   duties?

21        A.    I don't understand the question.

22        Q.    In other words, when she told -- when

23   Ms. Hawkins told you about the level of input that she

24   had in the budget, did you have any reason to doubt

25   her -- the voracity of anything that she was saying to

1   you regarding her input in the budget?

2           MR. HURST:  Mr. Wagner, just for

3   clarification, what time period are we talking about?

4           MR. WAGNER:  When Ms. Hawkins first raised

5   the issue with Ms. Filler.

6           BY MR. WAGNER:

7       Q.   So I guess this was a short time after you

8   came on board, is that correct?

9       A.   I don't recall a specific discussion about

10  whether or not she had input or not input into what

11  level of the budget, discussion at all.  What I

12  remember shortly after I got there and later was simply

13  I think I'm doing higher grade of duties.  I think I

14  need to be a grade 12 or 13.  I don't remember any

15  major discussion about my questioning whether she had

16  input or not and to what level she had to the budget.

17      Q.   Did you ask Ms. White what Ms. Hawkins'

18  duties were?  Did you discuss her duties with her?

19      A.   I did not ask Vivian what her duties were.

20      Q.   Now did you ever at any time look at Ms. --

21  examine Ms. Hawkins' past performance appraisals to

22  determine what level she was performing at in her job?

23      A.   Did I go back and review her past performance

24  appraisals?

25      Q.   Yes.

```
 1        A.    No, I did not.

 2        Q.    Okay.

 3              MR. WAGNER:   Could you mark this

 4   Complainant's Exhibit 1 for purposes of this

 5   deposition?  Right here.   It's already done for you.

 6                              (Whereupon, the document

 7                               referred to as

 8                               Complainant's Exhibit 1

 9                               was marked for

10                               identification.)

11              BY MR. WAGNER:

12        Q.    I show you what has been marked as

13   Complainant's Exhibit 1 for identification and ask you

14   do you recognize that or have you seen that?

15        A.    I do believe I have seen this.  It probably

16   would have been part of her performance or employee

17   personnel or performance file from her previous

18   supervisor, and at some point I would have gotten it.

19   I don't remember when.

20        Q.    All right.  Do you know whether or not you

21   saw this document at or about the time Ms. Hawkins

22   requested a desk audit?

23        A.    Oh, I don't recall the timing of it at all.

24        Q.    Now do you recognize the signatures of the

25   people on the face of this document, Exhibit 1, the
```

```
 1   first sheet?

 2        A.    I recognize two of them.

 3        Q.    Okay.  Who are they?

 4        A.    Well, the one on the left is Brigitte's.

 5        Q.    Okay.

 6        A.    That is her as the employee.  And for sure

 7   the second level.  That's Vivian White.  That was the

 8   other Assistant HR Officer that I spoke about.

 9        Q.    And --

10        A.    And the middle one, I'm not really sure.  I

11   could guess, but I don't think I would want to guess.

12        Q.    Okay.  Now so Vivian White that signed this

13   document as the second level supervisor was on your

14   staff at the time you reported, right?

15        A.    Correct.

16        Q.    And she was the person with whom you spoke

17   regarding the desk audit for Ms. Hawkins, is that

18   correct?

19        A.    Correct.

20        Q.    Now on the first page of this performance

21   appraisal -- by the way, what is the rating given the

22   employee on that performance appraisal?

23        A.    It indicated O.

24        Q.    And what does that mean?

25        A.    Outstanding.
```

1     Q.   Okay.  And is that the top level rating that

2  you can get?

3     A.   Yes, it is.

4     Q.   Okay.  Now --

5          MR. HURST:  Mr. Wagner, just for purposes of

6  following along, is the front of this marked page 71?

7          MR. WAGNER:  Yes, it is.  I'm sorry, yes.

8          MR. HURST:  Okay.  So it's 71 in the

9  complaint file?

10          MR. WAGNER:  Yes, page 71.

11          MR. HURST:  All right.

12          BY MR. WAGNER:

13     Q.   Okay.  Now on page 2 or actually page 72

14  could you read what Ms. Hawkins' actual performance was

15  for critical element number 1?  Can you read that into

16  the record?

17     A.   For critical element 1?

18     Q.   Yes.

19     A.   You just want me to read it aloud?

20     Q.   Yes.

21     A.   Technical competence:  During this appraisal

22  period, Brigitte has consistently demonstrated an

23  exceptional degree of technical knowledge.  She used an

24  enormous amount of initiative in establishing internal

25  controls for managing the division's budget.  In spite

1  of the uncertainty of the fiscal year budget and the

2  inability of the division to receive adequate funding,

3  Brigitte's management of the division's budget allowed

4  all programs and contracts to be paid.

5          At no time was she unable to provide accurate

6  information to division and/or directorate staff on the

7  status of any area of the budget.  Brigitte is

8  considered an expert in her area and is consistently

9  sought after for budgetary information.  She designed

10  and produced a variety of reports that allowed her to

11  provide instant, accurate information on a moment's

12  notice.  Because of these reporting mechanisms, she was

13  able to keep her supervisor informed of any potential

14  problems and provide sound, conclusive recommendations.

15      Q.    Okay.  Now you indicated a little earlier, a

16  few moments ago, that you at some point saw this

17  document, is that correct?

18      A.    At some point I believe I've seen it.

19      Q.    Now did you have any reason to question the

20  narrative in this document?

21      A.    I don't frankly remember looking much into it

22  and thinking anything about it other than it was part

23  of the file.

24      Q.    Now did you ever ask Ms. White for her

25  assessment of Ms. Hawkins' performance?

1     A.    No.

2     Q.    Okay.  Now Ms. White did sign this as her

3  second level supervisor, is that correct?

4     A.    Well, Ms. White was probably in an acting

5  capacity when she signed it.  As I think I mentioned to

6  you, somewhere around December or into January of '04,

7  John Duclous vacated the position and until the

8  position was filled permanently there was a series of

9  rotating acting assignments.  Vivian White was one,

10  Jeanarta Lee was another, the two Assistant HR

11  Officers.  So she signed it in an acting capacity as

12  the Acting Chief of --

13     Q.    So basically --

14     A.    -- Personnel at the time.

15     Q.    So basically she signed it as Acting Chief in

16  your job?

17     A.    Correct, before I got there.

18     Q.    Okay.

19     A.    That's correct, and no, I never went to

20  Vivian to ask her about Brigitte's performance.

21     Q.    Okay.  Now at the time Ms. Hawkins indicated

22  to you that she thought she was working at a -- that

23  she had been misclassified and that her job should be

24  classified at a higher level, did you take any steps at

25  that point to find out exactly what her job was or her

1    duties were or should have been?

2         MR. HURST:  Again, just for clarification

3    purposes, I want to ask what the time period was.

4         BY MR. WAGNER:

5    Q.    At or about the time that Ms. Hawkins asked

6    you for a promotion or a desk audit -- well,

7    promotion -- she came and asked you for a promotion, is

8    that correct?

9    A.    Yes, she did.

10   Q.    Okay.  And at that point in time, did you

11   take any steps to find out exactly what her duties were

12   or should have been for a GS-12?  Did you undertake an

13   investigation at the time?

14   A.    Upon the initial conversation, no.

15   Q.    Okay.

16   A.    I mean when she first came to ask me, I told

17   her I was new, I was trying to learn the job, the

18   organization, who does what, that I needed some time to

19   get in and settle in before I really looked into

20   anything more particular, but as time went on, of

21   course, my knowledge of what she did and what I

22   expected her to do increased.

23   Q.    Now did you ask Ms. White for her views as to

24   whether or not Ms. Hawkins should be promoted?

25   A.    No.

32

1    Q.    Okay.  Now at some point in time, you asked

2    for a desk audit, is that correct?

3    A.    At some point, I asked for the desk audit?

4    Q.    Well, how did the desk audit come about?

5    A.    Brigitte asked if there could be a desk

6    audit, and I said that I wanted to consider that and I

7    sought the counsel of my Assistant HR Officer, Vivian

8    White, who had responsibility for classification within

9    her area.

10    Q.    Okay.  And then what happened next?

11    A.    We agreed to have the desk audit.

12    Q.    Now when you say we agreed, are you saying

13    that you agreed with Ms. White, or who's we?  Who's we?

14    When you say we agreed, who's we?

15    A.    Vivian and I discussed it.  I don't remember

16    if Vivian said I think this is the right answer, you

17    know, this is the right way or -- ultimately it was my

18    decision.

19    Q.    Okay.  So --

20    A.    Now whether she recommended it or we just

21    chatted about it and I went forth and did it,

22    ultimately I made the decision and agreed yes, I would

23    allow a desk audit.

24    Q.    Okay.  Now what is a desk audit?

25    A.    A desk audit is when a classifier gathers

 1   information from various sources to come up with a

 2   accurate description of the job duties for the

 3   position.

 4        Q.   Now isn't that done in connection with the

 5   pay classification?

 6        A.   Well, the first thing you have to do is

 7   accurately document the duties of the position, and

 8   then the duties of the position are so described in

 9   what will become a position description, and then that

10   position description, the classifier will apply the OPM

11   classification standards to appropriately classify

12   position and grade.  And, of course, the grade then

13   ultimately determines the pay.

14        Q.   Okay.  Now the desk audit generally is done

15   to arrive at the grade, you said.  Fair statement?

16        A.   That would be an end result --

17        Q.   Yes.

18        A.   -- but the first step is to accurately

19   describe the duties required -- necessary for the

20   position.

21        Q.   Okay.

22        A.   That's the first step.

23        Q.   Well, the purpose that Ms. Hawkins sought a

24   desk audit was in connection with the grade, is that

25   correct?  She wanted a higher grade?

1      A.    That's correct.

2      Q.    Okay.  And ultimately you decided that the

3  way to go about this to determine what her grade was or

4  should be was the desk audit?  Ultimately that was your

5  decision?

6      A.    Ultimately that was my decision.

7      Q.    Okay.  Now at the time you ordered the desk

8  audit, did you intend to abide by the result?

9      A.    Sure, whatever the result was, yes.

10      Q.    And did you have any thoughts at that time as

11  to how the desk audit would turn out?

12      A.    No.

13      Q.    Okay.  And so when you ordered this desk

14  audit, you were prepared to -- if it came out at the

15  GS-12 level, you were prepared to promote her to a GS-

16  12, is that a fair statement?

17      A.    Well, management has two options at that

18  point.  Management can promote or announce the position

19  under merit promotion, and I hadn't gotten there yet

20  because I didn't know what the duties were.

21      Q.    So, in other words, at the time you ordered

22  this desk audit, you were aware that you had two

23  options?  Well, you had options, and one option was to

24  abide by the desk audit, and the second option was to

25  create the position and announce it and advertise it

1    and allow competition for it.  Those were your options?

2        A.    Actually, I think those are options limited,

3    because there is a third option.

4        Q.    Okay.

5        A.    The desk audit, frankly, at the end of it,

6    once you're done documenting what the proper duties

7    are, could actually result in a lower grade.

8        Q.    Yes.

9        A.    I mean that is an option.  So when you say

10   was I prepared to, I hadn't gotten being prepared to.

11   The first step that was important to me was to

12   accurately describe the duties required of the

13   position, and then we would go from there --

14       Q.    Yes.  Now --

15       A.    -- whatever that would be.

16       Q.    -- now having served in the Personnel

17   Division for some time over at IRS -- I think that's

18   where you said you were, in Personnel?

19       A.    Well, I was in Labor and Employee Relations

20   most recently.  It's been a while since I was in --

21       Q.    Almost invariably with desk audits the audits

22   result in downgrades or the grade remaining the same,

23   is that correct?

24       A.    I have no idea.

25       Q.    Have you ever ordered a desk audit before?

36

1          A.    I have never audited anyone, no.

2          Q.    No.   I said have you ever ordered a desk

3     audit before?

4          A.    No, I have not.

5          Q.    This was the first time you had ever ordered

6     a desk audit?

7          A.    That's exactly right.

8          Q.    So you were sort of in the dark as to how

9     this thing was supposed to turn out, is that your

10    testimony?

11         A.    I know in -- as I described to you earlier, I

12    know what the process is.   As a technician, as a

13    classifier, I have never done it, nor have I had

14    anybody in my career ask me for a desk audit other than

15    Brigitte.

16         Q.    Okay.   Now getting back to my earlier

17    question, were you prepared to abide by the result of

18    the desk audit when it was returned?   In other words,

19    were you prepared to live with the result of the desk

20    audit?

21         A.    Yes.   Otherwise, I wouldn't have agreed to do

22    it.

23         Q.    Okay.   Now did there come a time when the

24    desk audit was performed?

25         A.    Yes, the desk audit was performed.

1      Q.    And who performed this desk audit?

2      A.    Barbara Blackwood (ph.).

3      Q.    Now who is Barbara Blackwood?

4      A.    She is a contractor.  We have a couple of

5   folks who provide contract services for Human

6   Resources.

7      Q.    Okay.  And she works for a contractor?

8      A.    Yes.

9      Q.    Okay.  Now did you have any reason to doubt

10  her competence to perform this task?

11     A.    No.

12     Q.    Who is the contractor for ATF on this job,

13  this particular job?

14     A.    Well, I only have two, and I'm trying to

15  remember which one she works for.  It's either B&F

16  Technologies or MRF, and I don't remember which one.

17           THE REPORTER:  Is that BMF or B&F?

18           THE WITNESS:  B&F and MRF -- B&W.  I'm sorry,

19  B&W.  It's B and W.  B&W and MRF are the two

20  contractors.

21           BY MR. WAGNER:

22     Q.    Okay.  And are the people they hire generally

23  competent?

24     A.    I believe so.

25     Q.    Okay.  Did you have any reason to doubt

```
 1   Ms. Blackwood's competence to perform this desk audit?
 2        A.   I did not.
 3        Q.   Have you had any conversations with her, with
 4   Ms. Blackwood?
 5        A.   When?  At what point?
 6        Q.   Well, have you had any with her?
 7        A.   Yes, I've had conversations with her.
 8        Q.   Okay.  During any of these conversations have
 9   you had any reason to doubt her competence to perform
10   this?
11        A.   Yes, actually I did --
12        Q.   Okay.
13        A.   -- and that would be after the desk audit
14   began.  I asked her a couple of times over the course
15   of, I don't know, several weeks how it's going, is she
16   making progress.  She had indicated a couple of times
17   that she was still waiting on material from Brigitte
18   that she had asked for.  I said okay.  Eventually a
19   package appeared in my in box with a cover note from
20   her asking me to sign off on a proposed position
21   description, at which point I sought Barbara Blackwood
22   out and told her I was very surprised that she had
23   concluded this project without having come to talk to
24   me as the manager.
25        Q.   Now you indicated a few moments ago that you
```

1    saw her in the hallway several times and you asked her

2    how the desk audit was progressing, is that correct?

3        A.    That's correct.

4        Q.    Did you at any time during this process

5    indicate to her that you wanted to talk to her?

6        A.    No.  I didn't think I would have to.  That's

7    a normal part of performing a desk audit.

8        Q.    Well, you indicated a few moments ago that

9    you'd never asked for a desk audit before, so how do

10   you know what the process is?

11       A.    Because I have the responsibility of that

12   within my function.  There's a lot of things within my

13   function that I have a general knowledge of, but not

14   necessarily specific technical expertise, so I knew

15   what the time -- I knew what the general milestones

16   were to complete the project.

17       Q.    Well --

18       A.    I knew that discussing with the employee -- I

19   knew discussing with the manager, coming up with some

20   proposal would be -- and what the end result could be.

21   It could be an upgrade.  It could be a downgrade.  It

22   could be a change in -- so I understand all of that.

23       Q.    Now you indicated a few moments ago or

24   perhaps maybe half-an-hour ago that you had never

25   functioned at that level with regard to the budget.

1  You'd only worked in the budget area as a Training

2  Officer 18 years earlier, is that correct?

3      A.    I've never worked in budget specifically,

4  correct.

5      Q.    Okay.  And so what sort of input did you

6  think you would have at that stage in the audit

7  process?

8      A.    I don't understand the question.

9      Q.    In other words, what did you want to tell

10  Ms. Blackwood that would have aided her in this process

11  with regard to the desk audit?

12      A.    The duties that I expected out of the

13  position.

14      Q.    Now do you think that is a proper subject of

15  a desk audit, things that you expected of the job or

16  what the employee was performing or doing?

17      A.    It's absolutely my job as the manager to know

18  what duties I need performed to get the work done.

19  That is my job, yes.

20      Q.    Now a desk audit is based on what the

21  employee is doing, is that not correct?

22      A.    That's a component of it, yes.

23      Q.    Yeah.  Now whether or not you expect the

24  employee to do something in the future would have --

25  that is not the purpose of the desk audit, to take into

1    account future duties, is that not correct?

2         A.   The position description should describe

3    what's necessary to get the job done.

4         Q.   So is it your testimony that your perception

5    of a desk audit includes not only what the employee is

6    doing at that particular time, not only the duties that

7    the employee has performed in the past, but what you

8    expect that person to do in the future, is that your

9    testimony?

10        A.   I'm not really understanding what your

11   question is.

12        Q.   In other words, you know, is your perception

13   of a desk audit, the assessment of a grade, based on

14   not what the employee has performed in the past, not

15   what the employee is currently performing, but what you

16   expect the employee to do in the future?  Is that your

17   assessment of a desk audit?

18        A.   My assessment is that the desk audit needs to

19   reflect, as the question is, what the employee is

20   currently doing in order to get the job done, as well

21   as to talk to the manager about what the employee needs

22   to do to get the job done and what would be the full

23   scope of responsibility of that job today and tomorrow

24   and the next day.

25        Q.   Okay.  So, in other words, your assessment of

 1  the desk audit is perspective in nature, that is,

 2  what's happening now and what is to happen in the

 3  future?

 4         MR. HURST:  Mr. Wagner, I really would

 5  caution you against testifying for the witness.

 6         MR. WAGNER:  Well, I --

 7         MR. HURST:  I object to that question.

 8         MR. WAGNER:  Okay, fine.  Now your objection

 9  is noted.

10         BY MR. WAGNER:

11    Q.    Now please answer.  Now is that your

12  perception of the job, that is, not only what the

13  employee is doing now, but what the employee is

14  expected to do in the future, perspective, is that your

15  testimony, yes or no?

16    A.    Yes.

17    Q.    And so you were disappointed with

18  Ms. Blackwood because she did not come and ask you what

19  your perception of the job was with respect to future

20  duties, is that your testimony?

21    A.    I was disappointed that she didn't follow the

22  proper protocol for completing the desk audit --

23    Q.    Okay.  Now --

24    A.    -- which is to interview me as the manager

25  and to, number one, make sure that I understood what

1    the duties were that were necessary to get the job

2    done, as well as to ask me questions about what is it

3    that I expected or that I needed to get the work done.

4        Q.    Now this was, as you indicated earlier, your

5    first desk audit, is that not correct?

6        A.    That's correct.

7        Q.    Now with regard to desk audits, did you go to

8    the C.F.R. to see exactly what was required of a desk

9    audit?

10       A.    No, I did not.

11       Q.    Did you go to the OPM manuals to see exactly

12   what was required of a desk audit?

13       A.    No, I did not.

14       Q.    In other words, basically your perception of

15   what a desk audit was supposed to entail was your

16   "understanding" of desk audits, is that your testimony?

17       A.    That's correct.

18       Q.    And could you state for the record where you

19   got this understanding from?

20       A.    I have no idea where I got it from.  I've

21   been in the human resources area, as I told you, at

22   this point 24 years and, you know, how I got that

23   understanding and in what range or form or where I got

24   it, I can't tell you.  But I will tell you that after I

25   talked to Barbara and said I'm disappointed you didn't

1    come talk to me, she said well, you're right, I should

2    have, and I should have come to talk to you.  However,

3    you were new to the job.  And I said well, I was new to

4    the job, you know, when Brigitte first talked to me

5    about her position, and a couple months after that I

6    was still somewhat new, but this is several months into

7    it now.  I've been here for quite awhile.  I think it's

8    appropriate that you should have come to talk to me,

9    and her response was you're right, that is the normal

10   protocol.

11       Q.   Now did you consider appealing Ms. -- the

12   classifier's decision?  I mean is that some sort of

13   appellate process for overturning the classifier's

14   decision to set the grade at GS-12?

15       MR. HURST:  I'm going to object to the

16   question.  I don't think there's been any testimony

17   that the classifier made a decision.

18       BY MR. WAGNER:

19       Q.   Did the classifier tell you what grade she

20   came out with at this --

21       A.   The classifier made an initial proposal based

22   on documentation received only from Brigitte and not

23   from me.

24       Q.   Okay.  So the classifier came up with the GS-

25   12 grade based on the information that she had, is that

1    not correct?

2         A.    That is correct.

3         Q.    Okay.

4              MR. WAGNER:    Could you have this marked as

5    Complainant's Exhibit 2?

6                             (Whereupon, the document

7                             referred to as

8                             Complainant's Exhibit 2

9                             was marked for

10                            identification.)

11             BY MR. WAGNER:

12        Q.    I show you what has been marked as

13   Complainant's Exhibit 2 for the purposes -- for

14   examination.    Do you recognize that document?

15        A.    Yes, actually I do.

16        Q.    What do you recognize that document as?

17        A.    This is a closeout feedback that was given

18   from the Chief of the HR staff to Brigitte.

19        Q.    Okay.    And have you seen it before?

20        A.    I believe I saw it in draft, but I don't

21   recall when or under what circumstances exactly.

22        Q.    Now you said that you may have seen it in

23   draft, but who would have prepared the draft?

24        A.    The Chief of the Human Resources support

25   staff.

```
 1        Q.    And who's that?

 2        A.    Debbie Gunther.

 3        Q.    All right.  And she works for you?

 4        A.    Yes, she does.

 5        Q.    Okay.  Now would she have prepared this memo

 6   as a part of her duties?

 7        A.    Yes.  She was Brigitte's manager for some

 8   time.

 9        Q.    Okay.  Was she authorized to prepare this?

10        A.    Absolutely.

11        Q.    Okay.  And was this document prepared during

12   the course of her duties and in furtherance of those

13   duties?

14        A.    It was prepared as part of her duties to give

15   feedback to her employees.

16        Q.    And so it was in furtherance of her duties,

17   right?

18        A.    I don't think I understand what you mean by

19   in furtherance of her duties.

20        Q.    In other words, she was carrying out her

21   duties when she prepared this, right?

22        A.    Yes.

23        Q.    Okay.  And she showed this document to you in

24   draft form, is that correct?  Is that your testimony or

25   did you see the final document?
```

1    A.    I don't recall seeing the final, but I do

2  recall -- well, I don't -- I think I've seen it.  I

3  honestly, I honestly don't remember.  I don't remember

4  for sure.  Some of this looks familiar, but I don't

5  remember if I've seen it in a document or whether some

6  of it looks familiar because I've given Brigitte

7  feedback on some of these topics, so I don't remember.

8    Q.    But Ms. Gunther did prepare that, right?

9    A.    Well, I don't have an original signed here,

10  but I would assume since it says Debbie L. Gunther

11  original signed.  If Debbie signed it, then she

12  prepared it.

13    Q.    Okay.  Now after Ms. Blackwood did the audit,

14  she came to see you, is that not correct?  She came to

15  see you, right?

16    A.    I requested for her to come see me, because

17  she left a package on my desk when she completed a

18  portion of it, yes.

19    Q.    Now when did she leave this package on your

20  desk?

21    A.    I don't remember exactly.

22    Q.    Okay.  Now the desk audit was completed in

23  January of 2005, is that correct?

24    A.    I don't remember the exact time.  That sounds

25  reasonable.  I showed up in May of '04, so it seems

1   reasonable that it could have been done by January of

2   '05.  I don't remember.

3       Q.   Okay.  Now when was the first time you spoke

4   to Ms. Hawkins regarding the desk audit?  When did you

5   talk to her?  After you received the information from

6   Ms. Blackwood, when did you talk to Ms. Hawkins?

7       A.   Oh, after I received the -- I mean, like I

8   say, Brigitte worked on my staff.  I talked to her

9   every day.  And at some point, I remember even asking

10  her -- when I heard from Barbara that she was still

11  waiting for information from Brigitte, I remember

12  asking her when she thought she could get the

13  information for Barbara.  So when you ask me that

14  specifically, I need to understand more of what you're

15  talking about.

16      Q.   Okay.  So now if the audit was completed in

17  January --

18      A.   Okay.

19      Q.   Do you have any recollection as to how soon

20  after that you met with Ms. Hawkins regarding the desk

21  audit?

22      A.   I don't remember how soon afterwards I met

23  with Brigitte.  I recall meeting with Brigitte on

24  several occasions.

25      Q.   Okay.  Now would May the 27th, 2005, be --

1    does that jog your memory?

2        A.    No.  As a specific date for some specific

3    meeting or some specific discussion, no.

4        Q.    Okay.  Now at the time you met with

5    Ms. Hawkins, did you call the meeting or did

6    Ms. Hawkins request the meeting?

7        A.    I called the meeting.

8        Q.    Okay.  And what was the purpose of you

9    calling the meeting?

10        A.    I wanted to talk to her more about her duties

11    and her responsibilities.

12        Q.    Okay.  Now did you have any -- at that point

13    in time, did you have any questions regarding the grade

14    that was proposed by Ms. Blackwood?

15        A.    Oh, no.  Grade had nothing to do with it.

16        Q.    Okay.  Now what specifically concerned you at

17    the time you had this meeting with Ms. Hawkins?

18        A.    I wanted to ask some additional questions so

19    that I understood a little bit more in more detail

20    about what was required for her duties.

21        Q.    Okay.  So is it your testimony that you were

22    comfortable with the GS-12, but you were a little

23    concerned about the duties included in the classifier's

24    notes?

25        A.    I was paying no attention and no focus on the

1    grade level that was proposed.  I was more focused on

2    making sure that the position description accurately

3    reflected what was necessary to get the job done.

4        Q.    Okay.  Now at that point in time you started

5    making certain suggested changes to the position

6    description, is that correct?

7        A.    To the draft, that's correct, yes.

8            MR. WAGNER:  Could you mark this as

9    Complainant's Exhibit 3 for purposes of identification?

10                              (Whereupon, the document

11                              referred to as

12                              Complainant's Exhibit 3

13                              was marked for

14                              identification.)

15           BY MR. WAGNER:

16       Q.    I show you what has been marked as --

17           MR. HURST:  Sorry --

18           MR. WAGNER:  Oh, no problem.

19           BY MR. WAGNER:

20       Q.    I show you what has been marked as

21    Complainant's Exhibit 3 for identification and ask you,

22    do you recognize that document?

23           MR. HURST:  For the record, let me just state

24    that this appears to be page 93 from the investigative

25    file.

1          MR. WAGNER:  Okay.  Thank you.  I'll start

2    referring to that.

3          BY MR. WAGNER:

4      Q.   Do you recognize that document?

5          MR. HURST:  If you do.

6          THE WITNESS:  I really don't recall it

7    specifically, no.

8          BY MR. WAGNER:

9      Q.   Okay.  You don't recall whether Ms. Blackwood

10   sent you that document?

11     A.   I do not recall.

12     Q.   Okay.  Let me do this.

13         MR. WAGNER:  Could you mark this as

14   Complainant's Exhibit 4, and this one also, please.

15         THE REPORTER:  5?

16         MR. WAGNER:  5, and this one 6.

17                            (Whereupon, the documents

18                            referred to as

19                            Complainant's Exhibits 4,

20                            5 and 6 were marked for

21                            identification.)

22         BY MR. WAGNER:

23     Q.   I show you what has been marked as

24   Complainant's Exhibit 4, which starts at page 102,

25   Complainant's Exhibit 5, which starts at page 97 and

1    goes through to 101, and Complainant's Exhibit 6, which

2    starts at page 89 and goes through to 92.  Do you

3    recognize those documents?

4        A.   Okay.  Exhibit 4, yes, I recognize that.

5        Q.   Well, what's the page number?  I'm sorry.

6    What's the --

7        A.   102.

8        Q.   102, okay.

9        A.   103, 104 and 105.

10        MR. HURST:  And what is this?

11        THE WITNESS:  This appears to be some draft

12    that I made some changes to because those are -- that's

13    my handwriting.  That's my name at the top.

14        BY MR. WAGNER:

15        Q.   Okay.  And --

16        A.   I recall Exhibit 4.

17        Q.   Okay.  And what changes did you make on that

18    document?

19        MR. HURST:  I'm going to object to this

20    question.  The document speaks for itself, but you can

21    answer the question.

22        THE WITNESS:  It would appear that I made

23    some cross-outs, and it would also appear that I made

24    some changes on page 4 that are in my handwriting.

25    That looks like my handwriting.

1          BY MR. WAGNER:

2      Q.    Now what was your purpose in making those

3   changes?

4      A.    To accurately describe the duties that I

5   expected of the position.

6      Q.    Now basically, once again, we're talking

7   about your expectations in the job, is that correct?

8      A.    What was necessary to get the job done.

9      Q.    Okay.  Now in this document, you crossed out

10  projects, budget requirements and prepares

11  justification as needed.  You struck that out, is that

12  correct?

13     A.    That's correct.

14     Q.    Now you didn't see any need for Ms. Hawkins

15  to be involved in that?

16     A.    That's correct.

17     Q.    And why was that?

18     A.    Because the people who were project or

19  program owners of initiatives completed that

20  requirement.

21     Q.    You didn't anticipate that she would have any

22  involvement in any of that?

23     A.    I did not expect that Brigitte needed to

24  prepare the budget requirements and preparing

25  justifications.  The people who were the program owners

1    of different initiatives where there were costs

2    involved did that.

3        Q.    Now as head of the Personnel Division, you

4    had oversight over all of the various components of the

5    Personnel Division, right?

6        A.    That's correct.

7        Q.    And so your office would have some input in

8    the work produced by the component branches of the

9    Personnel Division, is that not correct?

10       A.    I don't understand your question.

11       Q.    In other words, you had your oversight over

12   the whole division, right?

13       A.    Yes.

14       Q.    And the branches would submit budget

15   proposals to you, is that not correct?

16       A.    That's correct.

17       Q.    And your responsibility as Director of the

18   Personnel Division was to reconcile all these budget

19   submissions and proposals, is that not correct?

20       A.    We were to put them together, and I was to

21   make decisions on where the money would be spent.

22       Q.    Now ultimately the decision was yours, but

23   with regard to putting this package together,

24   Ms. Hawkins would be involved in that process, is that

25   not correct?

```
 1        A.    Yes.

 2        Q.    And she would make her recommendations to you

 3   with regard to that, would she not?

 4        A.    No, she did not.

 5        Q.    You didn't expect her to make any kind of

 6   recommendations to you?

 7        A.    No, I did not.  I expected the people who

 8   were the program owners to pull those together.  I can

 9   give you a variety of examples.

10        Q.    So, in other words, basically what you

11   envisioned Ms. Hawkins' role was just data collection,

12   is that your testimony?

13        A.    That's correct.

14        Q.    And she was not supposed to provide anything

15   other than the data collection?

16        A.    That was what her role was.  That's what I

17   needed her to do.

18        Q.    Now -- can I have that back, please?  Thanks.

19   Now you also crossed out following approval, takes

20   necessary action to be reprogram funds and forward to

21   the Financial Management Division for processing.  You

22   didn't expect her to perform that task either, did you?

23        A.    Correct.

24        Q.    And we're talking about Exhibit 4.  You also

25   did not expect her to plan and conduct studies to
```

56

```
 1   evaluate and recommend ways to improve the
 2   effectiveness and efficiency of work operations,
 3   prepare reports of findings that include identification
 4   of problems and propose recommendations for problem
 5   resolution and/or improvements?  You didn't expect her
 6   to do that?
 7        A.   May I see what you just read, please?  That's
 8   correct.
 9        Q.   Okay.  I guess to speed this process along,
10   you just basically expected her to crunch the numbers
11   -- in other words, take the numbers from the various
12   divisions -- I mean the various branches, various
13   bureaus, whatever, under your control and just put the
14   data in the system and give it to you, is that your
15   assessment of her job?
16        A.   Yes.
17        Q.   Now is that what the budget people for the
18   other divisions -- was that what they were doing, as
19   well?
20        A.   In that capacity?  I don't really know what
21   everybody else was doing in the other divisions.
22        Q.   Did you make any effort to find out what the
23   Management Analysts on the staffs of the other Division
24   Directors, what they were doing?  Did you make any
25   efforts to find that out?
```

1    A.   Yes.

2    Q.   Okay.  And who did you talk to and what did

3 you do?

4    A.   I asked the other Division Chiefs how they

5 kept their budgets, and they talked about the fact that

6 it was a part of a duty that somebody else on their --

7 of one of the people on their staff, that they didn't

8 have a person whose sole responsibility it was to

9 crunch the numbers in that regard, that they did a

10 variety of other things at other levels to support

11 them --

12    Q.   Okay.

13    A.   -- which is different than the support that I

14 needed.

15    Q.   Now when you say that it was different from

16 the support that you needed, once again we're talking

17 about perspective?  This was basically how you viewed

18 the job in futuro, is that correct?

19    A.   No.  It's what I needed to get done that day

20 on a forward going basis.  It's twofold, what I needed

21 now, as well as what I expected I would need in the

22 future.

23    Q.   Now in the other divisions the persons

24 occupying the position that Ms. Hawkins held, they were

25 GS-13s, is that -- were you aware of that?

1    A.   Well, there was only some similarity, but

2  there were major differences in the position that

3  Brigitte held for me than those occupied in the other

4  divisions.  They were not these same positions, so

5  that's incorrect.

6    Q.   Okay.  Now are you saying that -- are you

7  disputing any claim that Ms. Hawkins made

8  recommendations?

9    A.   Am I disputing that she made any

10  recommendations?

11    Q.   That she --

12    A.   I don't recall her making any

13  recommendations, no.

14    Q.   And do you dispute that she forwarded -- that

15  she prepared justifications for -- with respect to

16  matters forwarded to the Budget Office to move the

17  funds?  Do you --

18    A.   She might have moved the justifications from

19  our division to the Budget Office, but they were

20  prepared by the other people within my division.  They

21  were not prepared by her.

22    Q.   She didn't prepare any justifications, is

23  that your testimony?

24    A.   That is my testimony.

25    Q.   Okay.  And she didn't prepare

1    recommendations, is that --

2         A.   I don't recall any recommendations, no.

3         Q.   Okay.  Now these -- in item 4, I think 5 and

4    6, there are a number of deletions or what have you, is

5    that correct?  You made a number of changes?

6         A.   On Exhibit 4, yes.

7         Q.   Exhibit 4.

8         A.   I have not looked at Exhibits 5 and 6.

9         Q.   Well, would you do so at this time?

10        A.   As far as Exhibit 5, I see that there is an

11   e-mail from Barbara Blackwood to myself saying attached

12   is a draft PD with the changes I requested, and then

13   pages 98, 99 and 100 and 101, which are still part of

14   Exhibit 5.  I don't ever recall seeing any one document

15   where I would have scratched out at the top Management

16   Analyst GS-12, so I can't own that.  I don't know that

17   I've ever seen that before.

18        Q.   Okay.  Who would have scratched out the

19   information at the top?

20        A.   I can't tell you.  I don't recall ever seeing

21   this.

22        Q.   And we're talking about page what?

23        A.   This is 98, 99, 100 and 101.

24        Q.   And you don't know who scratched out the

25   information at the top of page 98?

60

1       A.    I don't.  If I may have Exhibit 4 back?

2  Yeah.  I don't recall seeing this, because if I were to

3  make changes it doesn't even click with the changes

4  that I did acknowledge on page 102 and beyond, so I

5  have no knowledge of what this means.

6       Q.    Okay.  Now item number 6, Exhibit Number 6,

7  you made those changes, right?

8       A.    That's not my handwriting.  This is not my

9  handwriting, so I don't know whose changes these are.

10      Q.    In the margin it's written current PD, is

11 that -- the margin of item number 6?

12      A.    That's not my handwriting.

13      Q.    That's not your handwriting?

14      A.    No, it's not.

15      Q.    Do you know who wrote that?

16      A.    I do not.

17      Q.    Have you seen that document before?

18      A.    Not that I recall.

19      Q.    I invite your attention to the top of this

20 document.  Isn't that your -- aren't those your

21 initials at the top, DF?

22      A.    No, those are not my -- my initials are DF.

23 That's not my handwriting, nor did I initial that.

24 That's not how I write.

25      Q.    Now the items that you deleted from the

1  proposed PD, did you discuss those items with

2  Ms. Hawkins before you made those changes and those

3  deletions?

4      A.   I did not discuss those with her before I

5  made those deletions, no.

6      Q.   So you never asked Ms. Hawkins what is it

7  that you do that's reflected in here, because I want to

8  make this change or these changes?

9      A.   I did ask her what she did and I did talk to

10 her about what she did, and I told her why I wanted to

11 talk to her and we talked on several occasions.  I told

12 her very specifically it was for the purpose of

13 refining the position description, and I was very up

14 front with her.  And I told her that Barbara had talked

15 to her and had incorporated some things in her position

16 description that I'm now in receipt of, and I needed to

17 understand a little more.  So we talked on a couple of

18 occasions and I actually sat in Brigitte's office on

19 several occasions and asked her to show me things into

20 the system that -- you know, as far as generating

21 reports, et cetera.  I did not talk to her about it

22 before I went in there.  I talked to her about it while

23 I was in there.

24     Q.   And so after -- are you saying that after you

25 talked with Ms. Hawkins you made certain deletions on

```
 1   the proposed position description, is that your

 2   testimony?

 3        A.    My recollection is that I made some of those

 4   adjustments even before I spoke to Brigitte, but did

 5   not finalize anything or give them back to Barbara

 6   until after I had an opportunity on several occasions

 7   to talk to Brigitte.

 8        Q.    But your changes were made based on your

 9   perception of what you wanted the position to do in the

10   future, is that correct, perspective?

11        A.    No.    It was based on what I needed her to do

12   today, as well as tomorrow.

13        Q.    Okay.

14             THE REPORTER:   I'm going to switch tapes

15   while you're paused.

16             MR. WAGNER:  Okay.

17             (Off the record.)

18             (On the record at 2:45 p.m.)

19             THE REPORTER:   Okay.  Back on the record, and

20   the time is 2:45.

21             MR. WAGNER:  Okay.  Could you mark this as

22   Complainant's Exhibit 7, I think we're up to?

23             MR. HURST:  What page is that?

24                              (Whereupon, the document

25                               referred to as
```

```
 1                              Complainant's Exhibit 7

 2                              was marked for

 3                              identification.)

 4          BY MR. WAGNER:

 5          Q.   Now I'm showing you what has been marked as

 6   Complainant's Exhibit 7.   It covers pages 107 through

 7   112.  Do you recognize that document?

 8          A.   No, I do not.  Page 107 looks like the first

 9   page of something.  Then it looks like some copied

10   note.  Page 109 looks like the front page again of

11   something.  Without reading it word for word, I don't

12   know if 107 and 109 are the same, but without a cover

13   sheet or signature, I honestly don't know that I've

14   seen this in this form before.

15          Q.   Were you advised by Ms. Blackwood at any time

16   that the deletions that you made to Ms. -- to the

17   proposed PD of Ms. Hawkins would modify the position

18   and change it to a different classification?  Did she

19   tell you that?

20          A.   At the end of the process, she would have

21   given me a packet.

22          Q.   Yes.  And were you aware that at the end of

23   the process with all your deletions you had, in fact,

24   changed the classification of Ms. Hawkins from a 343 to

25   a 301?
```

```
 1        A.    I am aware that that was the end result of
 2   the desk audit, yes.
 3        Q.    So that basically what you -- as a result of
 4   your actions, Ms. Hawkins' classification changed and
 5   her promotion potential changed, are you aware of that?
 6        A.    Her promotion --
 7              MR. HURST:  I object to the question, but you
 8   can go ahead and answer it.
 9              THE WITNESS:  I'm sorry.  You want to object
10   first?
11              MR. HURST:  No, no, I have objected.  You can
12   answer.
13              THE WITNESS:  Okay.  Her promotion potential
14   did not change.
15              BY MR. WAGNER:
16        Q.    And how do you -- on what do you make that
17   assessment or base the --
18        A.    Because the position description that
19   Brigitte was on was a position description to the Grade
20   11 which was the full performance level of the
21   position, and this new position after the desk audit
22   was completed was also at the full performance level of
23   Grade 11, so there was no change in her promotion
24   potential whatsoever.  Yes, the occupational series did
25   change, but remember, like we spoke earlier, at the end
```

1    of a desk audit, you don't just have two options to

2    promote or not to promote or do it competitively.  You

3    could be downgraded.  You could change the occupation.

4    There could be the potential that you are occupying

5    your job that's upgraded and you'd have to compete for

6    it.  So any of those were possibilities.  You put

7    yourself at risk when you go through a desk audit.

8        Q.    Are you aware of any instance where the

9    manager after the desk audit has been completed has

10   gone through the classifier's proposed PD and made

11   deletions which adversely affected the incumbent in the

12   job?  Are you aware of any instance in which that

13   occurred?

14       A.    Ever in my career have I heard about it?

15       Q.    Are you aware of any instance in which that

16   has occurred?

17       A.    Yes.  I have heard that through desk

18   audits --

19       Q.    No, I'm talking about what you heard.

20       A.    Well, I don't understand then your question.

21       Q.    Are you aware of any instance in which anyone

22   has ever gone through and made deletions to -- from the

23   PD of a person who has been audited to the point where

24   that person has been downgraded after the audit has

25   occurred?

```
 1              MR. HURST:  I'm going to object to the

 2    question as argumentative, but go ahead and answer the

 3    question to the extent you can.

 4              THE WITNESS:  I guess I'm having difficulty

 5    in really understanding your question.  As we said, I

 6    personally have never conducted a desk audit --

 7              BY MR. WAGNER:

 8        Q.    Okay.

 9        A.    -- and so I can only speak to have I heard in

10    my 24 years of government service in the human

11    resources area that as a result of a desk audit

12    somebody has gotten or suggested downgrade?  Yes, I

13    have heard that that has happened.

14        Q.    Well, I'm not -- my question is not whether

15    or not anyone has even been downgraded --

16        A.    Okay.

17        Q.    -- as the result of a desk audit.  That

18    happens all the time.  The question is whether or not

19    you are aware of any instance in which the manager who

20    requested the desk audit, after the desk audit has been

21    completed, deleted duties from the PD that adversely

22    affected the incumbent in the job?

23              MR. HURST:  I'm going to object to the

24    question, because it assumes facts not in evidence, but

25    you can go ahead and answer the question to the extent
```

1    that you understand it.

2            THE WITNESS:  I honestly -- I apologize, but

3    I'm really not understanding your question.

4            BY MR. WAGNER:

5        Q.    Okay.  Now let me try and rephrase it.  Are

6    you aware of any instance in which a manager --

7        A.    A manager, any manager?

8        Q.    Yeah, has taken -- a position has been

9    classified at, just say, a higher grade at the end of a

10   desk audit and made deletions from that PD for that

11   higher grade to the point where it changed the

12   classification of the job and placed it in a different

13   series?  Are you aware of that?

14           MR. HURST:  I have the same objection, but

15   you can go ahead and answer it.

16           THE WITNESS:  I can't answer the question.

17           BY MR. WAGNER:

18       Q.    Okay.  When you were making these changes to

19   the proposed PD for Ms. Hawkins, the PD that the

20   classifier came up with at the end of the audit, did

21   anyone tell you that making the changes and deletions

22   would affect the PD?  Did anyone tell you that?

23       A.    Well, let me clarify something.  In my mind,

24   the desk audit was not completed until after I had an

25   opportunity to review the tasks that were described in

1   the document.  And so I didn't -- so when you say at

2   the end of it I made changes, it's not over until the

3   employee, as well as the manager, has had an

4   opportunity to talk to the classifier about what

5   Brigitte does, what she does on an ongoing basis, as

6   well as the manager about what I expect to be done

7   today and on an ongoing basis, so --

8       Q.   Now did anyone indicate to you that after

9   your input and your changes, your deletions, that her

10   promotion prospects would be affected?  Did anyone tell

11   you that?

12       A.   No, no.  Well, let me clarify that statement.

13   I knew going into the process that, based on the duties

14   that would get described in the position description,

15   there could be an effect, and what the effect was going

16   to be we wouldn't know until we got there, so I knew

17   making a change would have an effect.  Maybe it had no

18   effect.  It could have actually kept it the same.  But

19   the effect was to accurately describe the duties that

20   needed to be done.  That was the net effect.  That was

21   the goal in mind.

22       Q.   Okay.  Now after this audit, did you assign

23   Ms. Gunther any oversight over Ms. Hawkins as a result

24   of this audit?

25       A.   Let me think.  When did we do the

1    reorganization and when did this happen?  At some point

2    long after -- you talked about in May of -- I really

3    don't recall at what point we were finished with the

4    desk audit, but it sounds like it might have been mid

5    of '05.  In December of '05 when we effected the

6    reorganization of what used to be the Personnel but is

7    now the Human Resource Division, Brigitte was assigned

8    to be under Debbie Gunther, the Chief of the Human

9    Resources support staff.

10        Q.    Now Ms. Gunther was made a supervisory

11   manager -- well, she was made a manager as a result of

12   this organization, is that --

13        A.    That's correct.

14        Q.    Now was this a promotion for her?

15        A.    No.

16        Q.    She was in the same grade series?

17        A.    Yes.

18        Q.    But she had managerial responsibilities as a

19   result of this reorganization, is that correct?

20        A.    That is correct.

21        Q.    And how many people reported to her at that

22   point?

23        A.    Three.

24        Q.    Three.  And who were those three people?

25        A.    Brigitte Hawkins, Jacques Sheffield (ph.) and

1  Lorraine Cunningham (ph.).

2      Q.    Okay.  And what were their grades?  Apart

3  from Ms. Hawkins, what were the grades of the other two

4  employees?

5      A.    Jacques was Grade 7, I think, and Lorraine a

6  Grade 9.

7      Q.    Okay.  Now did Ms. Gunther have any budgetary

8  background before she was made Ms. Hawkins' supervisor?

9  Do you know whether she's had any budgetary background?

10     A.    I don't know specifically, no.

11     Q.    Did you discuss this with her before you made

12  her Ms. Hawkins' supervisor?

13     A.    Did I discuss --

14     Q.    Whether or not she had any budget background

15  before you made her a supervisor?

16     A.    No.

17     Q.    Now in the budgetary process, what is

18  Ms. Gunther's role with regard to the budget?

19     A.    Now, before?  What time period are you

20  talking about with the responsibility of --

21     Q.    Well, at the time Ms. Hawkins was on your

22  staff.

23     A.    Well, she was the manager of the staff, so

24  she would have had oversight to insure that what needed

25  to get done was happening.

```
 1        Q.   Okay.  So basically when you appoint
 2   Ms. Gunther Ms. Hawkins' supervisor, it was largely to
 3   insure that Ms. Hawkins did what she was supposed to
 4   do, is that pretty much correct?
 5        A.   I would not word it that way, no.  I would
 6   say that we were sweeping together support that was
 7   required for the division into one central area --
 8        Q.   Okay.
 9        A.   -- and so Brigitte was somebody that provided
10   support for the division, budget support, and so that's
11   why she was put into the Human Resources support
12   staff --
13        Q.   Okay.
14        A.   -- not to insure that what needed to get done
15   got some.
16        Q.   Okay.  Now the other two people who report to
17   Ms. Gunther, what were their roles in the budget?
18        A.   They had no role in the budget.
19        Q.   So the only person who had any role in the
20   budget who reported to Ms. Gunther was Ms. Hawkins, is
21   that correct?
22        A.   That's correct.
23        Q.   And Ms. Hawkins would then provide whatever
24   input to Ms. Gunther, and then Ms. Gunther would
25   transmit that information to you, is that correct?
```

1      A.    I'm sorry.  Can you repeat that?

2      Q.    In other words, Ms. Gunther would gather all

3  the information from Ms. Hawkins and she would pass the

4  information on to you, was that supposed to be how it

5  worked?

6      A.    I don't recall it working that way.  Frankly,

7  I still recall having discussions directly with

8  Brigitte, as well as Brigitte and her manager Debbie at

9  the same time.  I don't remember it being quite that

10 way.

11     Q.    So the -- well, let's go to the bottom line.

12 Basically, the budget work was done by Brigitte and/or

13 Ms. Gunther?  Is that basically what you're testifying

14 today?

15     A.    I believe the budget work was still primarily

16 performed by Brigitte, and --

17     Q.    What did Ms. Gunther add to it?

18     A.    Well, as the manager of the support staff, if

19 there was a due date, you know, she would be

20 responsible for making sure that it got done.

21     Q.    So, in other words, Ms. Gunther monitored

22 Brigitte's work to make sure that it was done in a

23 timely fashion and that basically the trains ran on

24 time, is that --

25     A.    Sure, yes.

```
 1        Q.   Okay.  Is that -- okay, I understand now.
 2   And prior to making Ms. Gunther Ms. Hawkins'
 3   supervisor, you took -- you didn't interview her to
 4   see, you know, what she had done in the past with
 5   regard to budget or anything like that, did you?
 6        A.   No, I did not.
 7        Q.   Okay.  And so you don't know whether she had
 8   any budget background at all, do you?
 9        A.   I don't recall, no.
10        Q.   Okay.
11             MR. ALLEN:  Can I just ask a couple
12   questions?
13             MR. WAGNER:  Yeah.  Do you mind?
14             MR. HURST:  Go ahead.
15             MR. WAGNER:  This is Mr. Allen.
16                          EXAMINATION
17             BY MR. ALLEN:
18        Q.   You talked about when this whole process
19   started with respect to the audit, and that your
20   objective was to write a PD that reflected the work
21   that was being done at present and what you expected to
22   do in the future.  And that was just -- the request for
23   the audit was made in order to determine what had been
24   done in the past.  Have you found out by this time what
25   the proper purpose of an audit is?  In other words,
```

1  does the purpose for such an order reflect what you

2  expect to do in the future and what's going on in the

3  present or is the proper determination of an audit to

4  find out what was done in the past?

5      A.   I've done no research on audits since this,

6  no.

7      Q.   So you don't have any idea whether your view

8  of an audit, that is, to determine what's been doing at

9  present and in the future, is correct or whether the

10  proper purpose of an audit is to determine what was

11  done in the past?

12      A.   Well --

13          MR. HURST:  It's a yes or no question.

14          MR. ALLEN:  Well, I mean, she's at liberty to

15  answer if she feels she needs to in order to explain

16  herself.

17          MR. HURST:  Go right ahead.

18          THE WITNESS:  It has to do with what she's

19  done and what she needs to do.

20          BY MR. ALLEN:

21      Q.   Based on your view?

22      A.   That's my view.

23          MS. HAWKINS:  Can I ask questions?

24          MR. HURST:  No, no, no.

25          MR. WAGNER:  Okay.  That's it for us.

```
 1            MR. HURST:  Give me just a few minutes.  We
 2    need just a few moments.
 3            MR. WAGNER:  Hum?
 4            MR. HURST:  If you'll just excuse me for the
 5    briefest of moments?
 6            MR. WAGNER:  Oh, yes, okay.
 7            THE REPORTER:  The time is 3:05.  I'm off the
 8    record.
 9            (Off the record at 3:05 p.m.)
10            (On the record at 3:12 p.m.)
11            THE REPORTER:  It is now about 3:12, and we
12    are back on the record.
13                         EXAMINATION
14            BY MR. WAGNER:
15        Q.   Just one question.  Ms. Filler --
16    Mrs. Filler, now that Brigitte is gone, who's doing her
17    job in your shop now?
18        A.   Debbie Gunther.
19        Q.   Debbie Gunther?
20        A.   The Chief and her staff.  We've not been
21    able -- we've not filled her job yet.
22        Q.   Now how long has Ms. Hawkins been gone?
23        A.   I don't remember.
24        Q.   Oh, okay.
25        A.   She's gone, but I --
```

1     Q.   But since she's been gone, and I guess

2  today's what, November the 27th -- so as of today, you

3  haven't filled that job?

4     A.   That's correct.

5     Q.   Do you have any prospects?

6     A.   Not at the moment.

7     Q.   So I guess into the uncertain future,

8  Ms. Gunther will be doing that work, is that correct?

9     A.   That's correct.

10     Q.   What grade is she?

11     A.   She's a 14.

12     Q.   14.  Thank you.

13          MR. WAGNER:  That's it.

14          MR. HURST:  I actually just have one

15  question.

16                         EXAMINATION

17          BY MR. HURST:

18     Q.   Have you made an effort to fill the job?

19     A.   Yes.

20     Q.   And what efforts have you made to fill the

21  job?

22     A.   Well, we announced it internally and didn't

23  get any qualified candidates, and we are under a hiring

24  freeze, hiring parameters, throughout ATF right now, so

25  I've not been given the authority for that position to

 1   continue to recruit for it, so I've had no alternative

 2   but to continue to operate any way that I can operate.

 3           MR. HURST:  I don't have any more questions.

 4           MR. WAGNER:  Just one based on what you said.

 5                        EXAMINATION

 6           BY MR. WAGNER:

 7   Q.   What grade are you advertising the job at?

 8   A.   A Grade 11, the same position description

 9   that Brigitte had been under.

10           MR. WAGNER:  That's it.

11           MR. HURST:  All right.  Thank you very much,

12   Ms. Filler.

13           THE REPORTER:  Do you wish to waive

14   signature?

15           THE WITNESS:  We'll read it.

16           (Reading and signature not waived.)

17           (Whereupon, at 3:15 p.m., the deposition was

18   concluded.)

19

20

21

22

23

24

25

```
 1                      CERTIFICATE
 2          I, Jack L. Becker, a Reporter and a Notary
 3   Public, do hereby certify that the foregoing witness,
 4   DIANE FILLER, was duly sworn on the date indicated, and
 5   that the foregoing is a true and accurate transcription
 6   of my notes and is a true record of the testimony given
 7   by the foregoing witness.
 8          I further certify that I am not employed by
 9   or related to any party to this action by blood or
10   marriage and that I am in no way interested in the
11   outcome of this matter.
12
13
14                      Jack J. Becker
15                      Jack L. Becker
16                      Notary Public in and for the
17                      District of Columbia
18
19
20
21   My commission expires:
22       02/08/11
23
24
25
```

EXHIBITS

EXHIBIT
*Complaints*

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>**COMPARISON (APPRAISAL) OF EMPLOYEE PERFORMANCE**<br>*(Against Identified Job Elements and Performance Standards)* | ORGANIZATIONAL ASSIGNMENT<br>Office of Management Personnel Division<br>POLICY, PLANNING & SPECIAL<br>PROJECTS | |
|---|---|---|
| | | PAGE 1 OF 3 |

| EMPLOYEE'S NAME *(Last, first, middle initial)*<br><br>HAWKINS, BRIGITTE. | SUPERVISOR'S NAME<br>YVETTE W. ROSS. | APPRAISAL PERIOD<br>FROM 4/03   TO 1/04 |
|---|---|---|
| POSITION *(Series/Grade, Title)*<br>Management Analyst  GS-343-11 | | EMPLOYEE'S SOCIAL SECURITY NUMBER<br>▆▆▆▆▆▆ |

| I.  JOB ELEMENTS  *(Duties, Responsibilities and/or Objectives)* AND<br>PERFORMANCE STANDARDS  *(Quantity, Quality, and Timeliness)* | II. ACTUAL PERFORMANCE | RATING (O, EFS,<br>FS, LTFS, or U) |
|---|---|---|
| SEE ATTACHEMENT FOR CRITICAL ELEMENTS:<br><br>1.  TECHNICAL COMPENTENCE<br><br>2.  CUSTOMER SERVICE<br><br>3.  COMMUNICATION (Written and Oral)<br><br>4.  PRODUCTIVITY | SEE ATTACHED | |

| EMPLOYEE CERTIFICATION OF RECEIPT AND UNDERSTANDING OF PERFORMANCE STANDARDS AND CRITICAL ELEMENTS | OVERALL<br>RATING |
|---|---|
| I have received these performance standards and critical elements consisting of __3__ pages this date.  My supervisor has communicated performance standards and critical elements to me and I fully understand my supervisor's expectations in order for me to meet acceptable levels of performance.<br><br>Employee's Signature and Date _____ | O |

**PROGRESS REVIEW**

Signatures and dates certify that the progress review has been conducted, and a copy of any documented comments have been provided to the employee.

| RATING OFFICIAL'S SIGNATURE AND DATE | EMPLOYEE'S SIGNATURE AND DATE |
|---|---|
| | |

**CERTIFICATION OF RECEIPT AND PERFORMANCE EVALUATION**

| EMPLOYEE'S SIGNATURE AND DATE<br>*Brigitte K Hawkins* | SUPERVISOR'S SIGNATURE AND DATE<br>*YW Ross 1/30/04* | SECOND LEVEL SUPERVISOR'S SIGNATURE AND DATE<br>*William P. White 1/30/04* |
|---|---|---|

ATF F 2430.31 (9-97) (Formerly ATF F 2430.3, which is obsolete)Click here to select copy (on page 1)

EXHIBIT D7

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>**COMPARISON (APPRAISAL) OF EMPLOYEE PERFORMANCE**<br>*(Against Identified Job Elements and Performance Standards) Continuation* | ORGANIZATIONAL ASSIGNMENT<br>Office of Management Personnel Division<br>POLICY, PLANNING & SPECIAL<br>PROJECTS | | PAGE 2 OF 3 |
|---|---|---|---|

| EMPLOYEE'S NAME *(Last, first, middle initial)*<br>HAWKINS, BRIGITTE. | SUPERVISOR'S NAME<br>YVETTE W. ROSS | APPRAISAL PERIOD<br>FROM 4/03    TO 1/04 | |
|---|---|---|---|

| POSITION *(Series/Grade, Title)*<br>Management Analyst  GS-343-11 | | EMPLOYEE'S SOCIAL SECURITY NUMBER |
|---|---|---|

| I.  JOB ELEMENTS *(Duties, Responsibilities and/or Objectives)* AND<br>PERFORMANCE STANDARDS *(Quantity, Quality, and Timeliness)* | II. ACTUAL PERFORMANCE | RATING *(O, EFS,<br>FS, LTFS, or U)* |
|---|---|---|
| 1. Technical Competence: Demonstrates technical job knowledge and skill, and sound and effective program/project management. Produces quality results on assigned program areas as desired by Management. Successfully accomplishes assigned work in an accurate and timely manner. Reviews, analyzes, and makes sound recommendations on assigned program areas. Establishes/maintains effective internal controls for assigned programs. Maintains work area and program documents in an organized and orderly manner. | Technical Compentence:During this appraisal period, Birigitte has consistently demonstrated an exceptional degree of technical knowledge. She used and enoromuous amount of initiative in establishing internal controls for managing the Division's budget. In Spite of the uncertainty of the fiscal year budget, and the inability of the Division to receive adequate funding, Brigitte's management of the Division's budget allowed all programs and contracts to be paid.<br><br>At no time was she unable to provide accurate information to Division and/or Directorate staff on the status of any area of the budget. Brigitte is considered an expert in her area and is consistently sort after for budgetary information. She designed and produced a variety of reports that allowed her to provide instant accurate information on a moments notice. Because of these reporting mechnisms, she was able to keep her supervisor informed of any potential problems and provide sound, conclusive recommendations. | O |
| 2. Customer Service:  Provides professional, effective, courteous and responsive service in a timely manner to all (including Branch and Division co-workers). Demonstrates commitment to customer satisfaction. Delivers quality products and services to internal and external clients. Treats others with respect. Works cooperatively with others. | Customer Service:  Bigitte is extermely cusomter service oriented. She continually goes above and beyond to ensure that information not only given accurately, but timely. Her advice is thorough and well researched. She has remained in the office on many occassions after her normal tour of duty to gather information needed to respond to a customer. Her responses to both internal and external customers has consistently received "thank you's" for quick answers and the comment that she "Knows her stuff".<br><br>Brigitte has fostered positive and professional relationships with other Directorates that affords her the opportunity to receive their services almost on demaned. She takes time to not only explain, but to train customers in areas unfamilar to them and provide them with visual aids. | O |

72

ATF F 2410.31A (9-97) (Formerly ATF F 2430.4, which is obsolete)                    Click here to sele        y (on page 1)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**COMPARISON (APPRAISAL) OF EMPLOYEE PERFORMANCE**
*(Against Identified Job Elements and Performance Standards) Continuation*

| ORGANIZATIONAL ASSIGNMENT |
| Office of Management Personnel Division |
| POLICY, PLANNING & SPECIAL PROJECTS | PAGE 3 OF 3 |

| EMPLOYEE'S NAME *(Last, first, middle initial)* | SUPERVISOR'S NAME | APPRAISAL PERIOD |
| HAWKINS, BRIGITTE. | YVETTE W. ROSS | FROM _____ TO _____ |

| POSITION *(Series/Grade, Title)* | EMPLOYEE'S SOCIAL SECURITY NUMBER |
| Management Analyst  GS-343-11 | |

| I. JOB ELEMENTS *(Duties, Responsibilities and/or Objectives)* AND PERFORMANCE STANDARDS *(Quantity, Quality, and Timeliness)* | II. ACTUAL PERFORMANCE | RATING *(O, EFS, FS, LTFS, or U)* |
|---|---|---|
| 3. Communication (written and oral): Demonstrates quality and effectiveness in both written and oral communication. Prepares quality written products that are clear, factual, accurate, well organized, and properly formatted. Communicates effectively and professionally with others. Conveys thoughts, conclusions, recommendations effectively. | Communication:  Brigitte's knowledge of Budget formulation and execution has allowed her to effectively convey this information to internal and external customers, Division executive staff and OM Directorate personnel. She is able to explain what to some would be extremely technical data in plain english.  All of her reports are accurate.  Because of her knowledge and ability to communicate this information, Brigitte attends meetings and makes presentations in lieu of her supervisor. | EFS |
| 4.  Productivity:  Uses time effeciently.  Manages workload and multiple priorities effectively. | Productivity:  Brigitte's management of the budget has been such that no projects were submitted late.  Fiscal year closeouts were completed accurately and on time.  She consistently looks for ways to improve and streamline her workload.  She has designed forms and systems that alleviate excess time in reconciling the Divison's credit card system.  Brigitte has managed to  maintain accurate records and produce correct documents for each of the 3 different Om Budget Analyst during this rating period.  She was able to prioritize the many daily demands from the OM Budget Analyst, the FMD staff and the Division Director and meet each deadline. s  She has managed her time effectively enough to allow her to take on additional major projects.  One such project this rating period of serving as the Division's Combined Federal Campaign Coordinator.  She did and outstanding job on this project. | O |

ATF F 2410.31A (9-97) (Formerly ATF F 2430.4, which is obsolete)          Click here to sele.   .ıpy (on page 1)

Office of Management

**Personnel Division – Policy, Planning and Special Projects Team**
**Critical Elements (Appraisal)**
**GS-11- Management Analyst**

1.  **Job Element and Performance Standard: Technical Competence.**

Outstanding:   Quality and quantity of work rarely leaves room for improvements.  Consistently demonstrates exceptional technical knowledge, skill, initiative, and leadership in completing or improving work projects, products, and/or processes and resolving problems.  Almost invariably reaches conclusions and makes recommendations that are sound, well thought out, and effective courses of action.  Consistently produces work products that are consistently of outstanding quality within or in advance of supervisor's established milestones.  Considered by supervisor, customers, and peers as an expert source of information and advice for assigned programs.  Consistently establishes/maintains effective internal controls for assigned programs.  Consistently ensures official files are maintained according to established guidelines.  Consistently demonstrates initiative and a commitment to self-development by improving knowledge, skills, and abilities related to his/her position.

Exceeds Fully Successful: Consistently produces work products within established milestones that are of very good quality and exceed expectations or requirements.  Demonstrates technical knowledge and skill that is clearly above average.  Often demonstrates initiative in improving work projects, products, and/or processes and resolving problems.  Demonstrates highly effective problem solving and meaningful support of organizational goals.  Establishes/maintains effective internal controls for assigned programs.  Ensures official files are maintained in accordance with established guidelines.  Conclusions and recommendations are usually sound, well thought out, and effective courses of action. Considered by supervisor, customers, and peers as a good source of information and advice for assigned programs.  Often demonstrates initiative and commitment to self-development by improving knowledge, skills, and abilities related to his/her position.

Fully Successful:  Consistently produces work projects, products, and/or processes within established milestones that are of an acceptable quality: clear, accurate, properly researched, and well-organized.  Establishes/maintains effective internal controls for assigned programs.  Ensures official files are maintained in accordance with established guidelines. Conclusions and recommendations are usually sound and effective, and adhere to established policies and procedures.  Considered by supervisor, customers, and peers as a good source of information for assigned programs.

Less than Fully Successful:  Requires specific repeated guidance from the supervisor to complete routine tasks.  Work is submitted within the supervisor's timeframe.  Work products are generally accurate, but sometimes are not clear or well-organized.  Does not consistently establish/maintain effective internal controls for assigned programs.  Official files are not consistently maintained in accordance with established guidelines.  Conclusions and recommendations are sometimes not sound or well considered.  Sometimes considered by supervisor, customers, and/or peers not to be a reliable or effective source of information or advice for assigned programs.

Unacceptable:  Fails to properly accomplish assigned program responsibilities within established milestones.  Considered by supervisor, customers and/or peers to be a consistently unreliable or ineffective source of information or advice.  Frequently does not establish/maintain effective internal controls for assigned programs.  Official files are frequently not maintained in accordance with established guidelines.

Office of Management
Personnel Division – Policy, Planning and Special Projects Team
Critical Elements (Appraisal)
GS-11- Management Analyst

## 2. Job Element and Performance Standards: Customer Service.

<u>Outstanding</u>:  Consistently provides professional, effective, courteous and responsive service in a timely manner to all (including Team and Division co-workers).  Feedback received from customers, as conveyed to the supervisor and/or higher level managers, is consistently positive and enthusiastic. Consistently demonstrates commitment to customer satisfaction. Consistently delivers quality products and services to internal and external clients and takes extra efforts to ensure that internal and external customers are pleased with services provided.  Seeks and acts on feedback from customers, supervisor, and peers to improve customer service.  Develops and implements innovative approaches to customer requirements and recommendations. Consistently completes assignments in advance of established deadlines. Takes personal responsibility for resolving customer requests or needs. Keeps customers informed of work progress and expected outcomes. Consistently demonstrates a high level of professionalism in interactions with others.  Consistently treats others with respect, works cooperatively with, and is responsive to others.

<u>Exceeds Fully Successful</u>:  Consistently provides professional, effective, courteous and responsive service in a timely manner to all (including Team and Division co-workers).  Feedback received from customers, as conveyed to the supervisor and/or higher level managers, is consistently positive. Consistently delivers quality products and services to internal and external clients.  Often completes assignments in advance of established deadlines. Keeps customers informed of work progress and expected outcomes.  Consistently demonstrates professionalism in interactions with others. Consistently treats others with respect, works cooperatively with, and is responsive to others.

<u>Fully Successful</u>:  Generally provides professional, effective, courteous and responsive service in a timely manner to all (including Team and Division co-workers).  Feedback received from customers, as conveyed to the supervisor and/or higher level managers, is usually positive, and no more than one legitimate complaint is received during the appraisal period.  Generally completes assignments by established deadlines, keeps customers informed of work progress and expected outcomes, and takes personal responsibility for resolving customer requests or needs.  Generally delivers quality products and services to all.  Generally demonstrates competence in starting, carrying out, and completing tasks in a timely manner.  Consistently treats others with respect, works cooperatively with and is responsive to others.

<u>Less than Fully Successful</u>:  Assignments are sometimes not completed within established deadlines in situations that were within the control of the employee.  Customers (including Team and Division co-workers) are sometimes not kept properly informed of work progress and expected outcomes. Employee sometimes does not take responsibility for resolving customer requests.  Products and services are sometimes not at acceptable levels.

<u>Unacceptable</u>:  Numerous complaints are received from customers or co-workers regarding lack of responsiveness, delays, and/or discourteous or disrespectful behavior.  Assignments are often not completed within established deadlines in situations that were within the control of the employee. Customers (including Team and Division co-workers) are often not kept properly informed of work progress and expected outcomes. Employee often does not take responsibility for resolving customer requests.  Products and services are often not at acceptable levels.  Employee often exhibits behavior that is unprofessional, disrespectful, uncooperative, or unresponsive.

**Office of Management**
**Personnel Division – Policy, Planning and Special Projects Team**
**Critical Elements (Appraisal)**
**GS-11- Management Analyst**

3.      **Job Element and Performance Standards: Communication (written and oral).**

Outstanding:  Oral and written presentations are exceptionally clear, factual, accurate, well organized, properly formatted, and effective regardless of complexity of the subject.  Communications are invariably conducted in a professional, positive, well-considered, and respectful manner.  Employee demonstrates skill and effectiveness in both sending and receiving communications and feedback. Complicated or controversial subjects, appropriate to the position, are persuasively presented so that desired outcomes are achieved. Written work products are virtually error free even in situations involving high pressure or abnormal circumstances.

Exceeds Fully Successful:  Oral and written presentations are clear, factual, accurate, well organized, properly formatted, and effective regardless of complexity of the subject.  Communications are conducted in a professional, positive, well-considered, and respectful manner.  Employee is very effective in sending and receiving communications and feedback.  Written work products are usually free of errors even in situations involving high pressure or abnormal circumstances.

Fully Successful:  Generally communicates thoughts, conclusions, and recommendations effectively, and keeps supervisor and others informed about progress or problems in completing assignments. Oral and written presentations are generally clear, factual, accurate, well organized, properly formatted, and effective.  Communications are generally conducted in a professional, positive, well-considered, and respectful manner.  Employee is generally effective in sending and receiving communications and feedback.  Written work products are usually free of errors.

Less than Fully Successful:  Employee is sometimes not effective in communicating thoughts, conclusions, and recommendations.  Sometimes fails to keep supervisor and others informed about progress or problems in completing assignments.  Oral and written presentations are sometimes not clear and effective. Employee is sometimes not effective in sending and receiving communications and feedback.  Written work products sometimes have factual, technical or grammatical errors. Communications are sometimes not conducted in a professional, positive, well-considered, and respectful manner.

Unacceptable:  Often fails to effectively communicate thoughts, conclusions, and recommendations. Often fails to keep supervisor and others informed about progress or problems in completing assignments.  Communications are often not conducted in a professional or respectful manner. Employee often fails to accept constructive feedback.  Written work products often have factual, technical, or grammatical errors.

June 12, 2006

MEMORANDUM TO: Brigitte R. Hawkins
Management Support Specialist

FROM: Chief, Human Resources Support Staff

SUBJECT: Closeout Performance Feedback

This memorandum constitutes my assessment of your performance since December 11, 2005, until May 13, 2006.  In arriving at my assessment of your performance as outlined in this memorandum, I have based my determination on my experience with and my observations of your performance during this portion of your rating period as well as feedback received from other OM divisions you serviced.

_Internal Control Assessment Review_

Your leadership and motivation in conducting the Internal Control Assessment Review is to be commended.  Your attention to detail and thoroughness in assessing the items identified on the Internal Control Certification Tool resulted in a reliable product.

_100% Property Inventory_

You were asked to provide me with an updated property inventory report on three different occasions following a closeout report by the Chief, Human Resources Division. In her report, she requested an updated property inventory report to her no later than January 16, 2006.  After discussing this issue with you and talking to the folks in Property, I learned that you did not have complete access to the property listings in Sunflower for the branches within the Division.  You never mentioned this to Diane Filler or me when the inventory report was being requested.  It was not until a 100% property inventory was required by us to the Assistant Director for Management that this information was discovered.

The 100% Property Inventory was provided to the AD (Management) on time due your participation on the inventory.



## Budget Support

In having a very limited knowledge of the budget process and the FReD system, I depended on you expertise in providing the Chief, Human Resources Division an accurate account of the HR budget. You were asked to provide us with 2005 and 2006 (to date) budget data in order to accurately assess our funds for the remainder of FY2006. You provided us a spreadsheet that supposedly contained all contracts received and/or anticipated for the rest of the fiscal year. Based on your budget analysis, we turned back $300,000 to OM to address the salary shortfall. On May 16, 2006, I received a Reimbursable Agreement for administrative fees associated with the Flexible Spending Account Program for $73,000 from the Department of Justice. This agreement was not listed on your spreadsheet and exceeded the amount of funds available in our BOC account. We had to request monies back from budget in order to satisfy the agreement. I also received a telephone call from Valerie Green on May 25th inquiring about the FSA agreement. She told me that sent you the notification of the agreement back in March with no response from you.

I have received notices from budget in regard to you not entering receivers into the financial system in a timely manner. I did speak to you about this and your response was that it was the result of the contractors not doing their part in providing the invoices to you in a timely manner. You were cited with this issue during your tenure under Diane at which time she asked you to set up a meeting with all responsible parties. In her closeout report to you, she again asked that you set up this meeting by January 16, 2006. I sent you a reminder e-mail on January 12, 2006. To date, this meeting was never scheduled.

## Administrative Documents

You were asked to provide administrative processing procedures for the division to Diane by January 31, 2006. I reminded you of this on numerous occasions and twice on your last day; however, I never received these documents.

## Summary

You excel in your duties when working as a team member. You are eager to share your ideas and knowledge with me as well as the other employees on our staff. You also performed your daily customer service responsibilities in a professional and courteous manner. The only challenge that I see is your resistance to ask for assistance when needed. The above comments are not to discourage you but to encourage you to seek assistance and not try to take on more than you can handle.


Debbie L. Gunther

### CLASSIFICATION EVALUATION STATEMENT

**Incumbent:**          Brigitte Hawkins

**Current Classification:**   Management Analyst, GS-343-11

**Classification Determination:**   **Management Analyst, GS-343-12**



**Location:**      Department of Justice
            Bureau of Alcohol Tobacco Firearms and Explosives
            Office of Management
            Personnel Division
            Office of the Chief

**Standards Referenced:**
Position Classification Standard for Management and Program Analysis Series, GS-343, dated August, 1990; Job Family Position Classification Standard for Professional and Administrative Work in the Accounting and Budget Group, GS-500, dtd 12/00; and the Administrative Analysis Grade Evaluation Guide, dtd. 8/90.

**Background:**
The incumbent works in the Personnel Division in the Office of the Director. This position was reviewed as a result of a request for desk audit.

**Series and Title Determination:**
The incumbent is responsible for performing a wide-range of administrative, and budgetary duties that impact the efficient and effective operation of the Personnel Division. The incumbent performs analytical and evaluative duties connected with budget formulation, execution, and reconciliation. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies. This position requires knowledge of the mission,, programs, policies, procedures and objectives of the Division. Skill in the use of qualitative and quantitative analytical and evaluative methods and techniques and administrative practices in order to measure, analyze and evaluate the effectiveness of work operations from a fiscal standpoint. Knowledge of budgetary and financial management principles and techniques as they relate to long range planning of programs and objectives.

The work assignments and knowledge requirements as described above are most representative of those described in the Management and Program Analysis Series, GS-343. The standard does not provide grade level criteria, therefore, the Administrative Analysis Grade-Evaluation Guide which has grade level criteria for administrative, analytical, planning and evaluative work will be used. The Guide is intended primarily for use in evaluating two-grade interval positions in the General Administrative Clerical,

and Office Series Group, GS-300. The Budget Analysis standard is referenced, however, because the Management and Program Analysis Series allows for budgetary and financial responsibilities, only the Administrative Analysis Grade Evaluation Guide will be used to evaluate the position. The standard being used to evaluate this position is written in Factor Evaluation System (FES) format, with nine factors applied.

**Factor 1. Knowledge Required by the Position**          1-7 1250 pts

**Subject position requires extensive knowledge of FRED financial management system; knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, property and travel regulations; knowledge of OMB laws, Federal Appropriations Act, GAO Accounting Principles and Standards and Bureau directives pertaining to financial matters; and knowledge of budgetary and financial management principles and techniques.**

Subject position meets level 1-7 which requires knowledge and skill in applying analytical and evaluative methods and techniques to issues concerning the efficiency and effectiveness of program operations carried out by administrative or professional personnel, or substantive administrative support functions i.e. internal activities of functions such as supply, budget, procurement, or personnel which serve to facilitate line or program operations). This level includes knowledge of pertinent laws, regulations, policies and precedents which affect the use of program and related support resources (people, money, or equipment) in the area studied.

**The incumbent's position exceeds level 1-6 because that level does not address knowledge of the pertinent laws and regulations with respect to support resources and budget.**

**Factor 2. Supervisory Controls**          2-4 450 pts

**Subject position works under general supervision; accomplishes assignments independently and refers only problems of unusual difficulty to supervisor for discussion or advice.**

Subject position meets level 2-4 which states that the employee and supervisor develop a mutually acceptable project plan which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion. Employee is responsible for planning and organizing work, estimating costs, coordinating with staff and line management personnel, and conducting all phases of the project. Employee informs the supervisor of potentially controversial finds, issues, or problems with widespread impact. Completed work is reviewed for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives.

Subject position exceeds level 2-3 because the incumbent accomplishes assignments independently and does not receive assistance on controversial issues but keeps supervisor informed of controversial findings or problems which are discussed.

Factor 3.  Guidelines                                    3-4 450 pts.

Guidelines used in subject position are typically directives and administrative policies. These guides apply directly to some aspects of the work but there may be some issues for which there is no clear-cut precedent requiring the use of judgment in interpretation or the development of more specific guidelines for use within the Personnel Division.  Example: Developed SOP for the use of travel vouchers for local travel.

Subject position meets level 3-4 which states guidelines consist of general administrative policies and management and organizational theories which require considerable adaptation and/or interpretation for application to issues and problems studied. At this level, administrative policies and precedent studies provide a basic outline of the results desired, but do not go into detail as to the methods used to accomplish the project. Within the context of broad regulatory guidelines the employee may refine or develop more specific guidelines such as implementing regulations or methods for the measurement and improvement of effectiveness and productivity in the administration of operating programs.

Subject position exceeds level 3-3 because guidelines at this level consist of standard reference material, texts or manuals that cover analytical methods and techniques and instructions and manuals covering the subjects involved.

Factor 4. Complexity                                    4-5 325 pts.

The majority of work performed by the subject position involves administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a fiscal resource planning standpoint.  The incumbent interprets complex budget regulations, considers budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships.

Subject position meets level 4-5 which states assignments require analysis of interrelated issues of effectiveness, efficiency, and productivity affecting major administrative programs of an agency.  Studies are often complicated by the need to consider and evaluate the impact of changes in legislative and regulatory requirements; long-range program goals and objectives; political, economic, and social consequences of changes in the type or amount of services provided.

Subject position exceeds level 4-4 because the work at this level involves gathering information, identifying and analyzing issues, and developing recommendations to resolve substantive problems of effectiveness and efficiency of work.

Factor 5. Scope and Effect                                 5-4 225 pts.

**The purpose of the work of subject position is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resources planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.**

Subject position meets level 5-4 which states the purpose of the work is to assess the productivity, effectiveness, and efficiency of program operations or to analyze and resolve problems in the staffing, effectiveness and efficiency of administrative support and staff activities. Work at this level may also include developing related administrative regulations, such as those governing the allocation and distribution of personnel, supplies, equipment, and other resources, or promulgating program guidance for application across organizational lines or in varied geographic locations. Work contributes to the improvement of productivity, effectiveness, and efficiency in program operations and/or administrative support activities at different echelons and/or geographical locations within the organization.

**Subject position exceeds level 5-3 because that level deals with identifying, analyzing, and making recommendations to resolve conventional problems and situations in work-flow, work distribution, staffing, performance appraisal, organizational structure, and /or administration.**

Factor 6, Personal Contacts and Factor 7, Purpose of Contacts    6-3 & 7c    180 pts.

Persons contacted #3 states contacts include persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting. This level may also include contacts with the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

Purpose of contacts are to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness.

Factor 8, Physical Demands                                 8-1        5pts.

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

Factor 9, Work Environment                                 9-1        5pts.

The work is performed primarily in an office setting.

96



Office of Management
Personnel Division

## INTRODUCTION

The incumbent serves as a Management Analyst in the Personnel Division responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions.  The Personnel Division consists of approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division.  Continually compares obligations to allocations while taking into consideration the impact of the Personnel Division's limitations.

Accesses FRED financial System in order to generate and prepare reports and monitor all financial actions.  Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary.  Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data.  ~~Projects budget requirements and prepares justifications as needed.~~  Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches. ~~Following approval, takes necessary action to reprogram funds and forward to the Financial Management Division for processing.~~

Analyzes and evaluates the Division's administrative procedures and controls. ~~Plans and conducts studies to evaluate and recommend ways to improve the effectiveness and efficiency of work operations. Prepares reports of findings that include identification of problems and proposed recommendations for problem resolution and/or improvements.~~  Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports.  Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.



EXHIBIT
4   11/27/06
Complainants

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

Serves as the Contracting Officer Representative (COTR) for the Division; maintains contractors files.

Represents the Personnel Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

~~Skill in the use of administrative practices and/or guidelines in order to measure, analyze and evaluate the effectiveness of current operations from a fiscal standpoint, identify and plan fiscal needs and make recommendations concerning program operations from a budgetary stand~~point.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources.

Knowledge of Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Director, Personnel Division and the Assistant Personnel Officers, who make assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and/or advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures, and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to ~~some~~ aspects of problems encountered, but ~~many~~ issues involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. ~~Incumbent interprets such policies and may develop applicable guidelines for utilization within the~~ Personnel Division.

*incumbent would be legd to seek interpretation guidance fm]*

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

## VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

## IX. Work Environment

The work is performed primarily in an office setting.

Loraine—
Can you make
me copy &
give original
to Barbara B.
Thx Diane

**EXHIBIT D8e**

## Blackwood, Barbara A.

| | |
|---|---|
| **From:** | Blackwood, Barbara A. |
| **Sent:** | Thursday, June 23, 2005 4:10 PM |
| **To:** | Filler, Diane E. |
| **Subject:** | Draft pd for Bridgett |
| **Attachments:** | Draft pd.doc |

EXHIBIT
5  11/27/06
Complainants

Diane,

Attached is the draft pd for Bridgett with the changes you requested.  Please review to see if it has been modified to your satisfaction.  Subsequent to your approval, I will evaluate it upon my return from vacation.                Thank you

**97**

~~Management Analyst,   GS-343-12~~
Office of Management
Personnel Division

## INTRODUCTION

The incumbent serves as a Management Analyst in the Personnel Division responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions.  The Personnel Division consists of approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division.  Continually compares obligations to allocations while taking into consideration the impact of the Personnel Division's limitations.

Accesses FRED financial System in order to generate and prepare reports and monitor all financial actions.  Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary.  Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data.  Projects budget requirements and prepares justifications as needed.  Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches. Following approval, takes necessary action to reprogram funds and forward to the Financial Management Division for processing.

Analyzes and evaluates the Division's administrative procedures and controls. Plans and conducts studies to evaluate and recommend ways to improve the effectiveness and efficiency of work operations. Prepares reports of findings that include identification of problems and proposed recommendations for problem resolution and/or improvements.  Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports.  Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.

98

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

Serves as the Contracting Officer Representative (COTR) for the Division; maintains contractors files.

Represents the Personnel Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and objectives of the Division.  Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

Skill in the use of administrative practices and/or guidelines in order to measure, analyze and evaluate the effectiveness of current operations from a fiscal standpoint, identify and plan fiscal needs and make recommendations concerning program operations from a budgetary standpoint.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources.

Knowledge of Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Director, Personnel Division and the Assistant Personnel Officers, who make assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and/or advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures, and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to some aspects of problems encountered, but many issues involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. Incumbent interprets such policies and may develop applicable guidelines for utilization within the Personnel Division.

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

## VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

## IX. Work Environment

The work is performed primarily in an office setting.

EXHIBIT
6  11/27/06
Complainants

Management Analyst,   GS-343-12
Office of Management
Personnel Division

EXHIBIT D8d

## INTRODUCTION

The incumbent serves as a Management Analyst in the Personnel Division responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions.  The Personnel Division consists of approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division.  Continually compares obligations to allocations and considers the impact of ~~Bureau limitations, as well as ceilings established by legislative or administrative policy.~~

Accesses FRED financial System in order to generate and prepare reports and monitor all financial actions.  Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary.  Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates and ~~analyzes operations and long-range plans, researches~~, compiles and summarizes fiscal resource data.  Projects budget requirements and prepares justifications as needed.  Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches.  Makes recommendations for appropriate action and once recommendations are approved, takes necessary action to reprogram funds and forward to the Financial Management Division for processing.

Analyzes and evaluates the Division's administrative procedures and controls. ~~Plans and conducts studies to evaluate and recommend ways to improve the effectiveness and efficiency of work operations.  Prepares reports of findings that include identification of problems and proposed recommendations for problem resolution and/or improvements.  Summarizes statistical information and~~ develops visuals such as ~~graphs, charts, tables, etc. to illustrate program operations and accomplishments.~~ ~~Participates in the~~ development of policy directives and operating procedures for the Division.

89

*rev* Prepares ~~budget execution reports and~~ staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

*rev* Reconciles statements for credit cards and travel vouchers.

*current* Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies.

*rev* Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

*rev* Serves as the Contracting Officer Representative (COTR) for the Division. ~~Issues background security packages~~, maintains contractors files, and m~~onitors financial management controls. Develops the contract specifications~~ or work stat~~ement to promote competitive procurement~~ actions.

*rev* Represents the Personnel Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

*Knowledges added*

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

~~Skill in the use of~~ qualitative and quantitative ~~analytical and evaluative methods and techniques and~~ *and/or guidelines* administrative practices ~~in order to measure~~, analyze and evaluate the effectiveness of current operations from a fiscal standpoint, identify and plan fiscal needs and make recommendations concerning program operations from a budgetary standpoint.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources.

*(Circulars)* Know~~ledge of OMB~~ laws, ~~Federal Appropriations Act, GAO Accounting Principles and Standards and~~ Bureau directives pertaining to financial matters.

90

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

*the Asst. Pers. officer*

Works under the general supervision of the Director, Personnel Division, who makes assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures and requirements; ~~OMB~~ policies and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to some aspects of problems encountered, but many issues involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. Incumbent interprets such policies and may develop applicable guidelines for utilization within the Personnel Division.

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to interpret ~~complex budget regulations~~, consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations. ~~Other duties typically require detailed planning and coordination and analysis of both qualitative and quantitative data gathered from a variety of sources.~~

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of

91

various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

No change

## VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

No change

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

No change

## IX. Work Environment

The work is performed primarily in an office setting.

Management Support Specialist, GS-301-11
Office of Management
Personnel Division



## INTRODUCTION

The incumbent serves as a Management Support Specialist in the Personnel Division responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions. The Personnel Division consists of approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division. Continually compares obligations to allocations while taking into consideration the impact of the Personnel Division's limitations.

Accesses FRED financial System in order to generate and prepare reports and monitor all financial actions. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data. Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches.

Analyzes and evaluates the Division's administrative procedures and controls. Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

8/2    (3)

E-mailed newest (final) version to D. Filler. Latest changes impact T, S, guidelines and complexity.

Management Support Specialist, GS-301-11
Office of Management
Personnel Division

## INTRODUCTION

The incumbent serves as a Management Support Specialist in the Personnel Division responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions. The Personnel Division consists of approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division. Continually compares obligations to allocations while taking into consideration the impact of the Personnel Division's limitations.

Accesses FRED financial System in order to generate and prepare reports and monitor all financial actions. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data. Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches.

Analyzes and evaluates the Division's administrative procedures and controls. Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

Serves as the Contracting Officer Representative (COTR) for the Division; maintains contractors files.

Represents the Personnel Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources.

Knowledge of Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Director, Personnel Division and the Assistant Personnel Officers, who make assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and/or advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

### III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures, and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to **most** aspects of problems encountered, but **some** issues may involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. **Incumbent is required to seek interpretation and guidance from FMD on budgetary issues.**

### IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

### V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

### VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

### VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

### VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

**IX. Work Environment**

The work is performed primarily in an office setting.

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

þíííííííííííííííííííííí»
                                     º
IN THE MATTER OF:                    º
                                     º
BRIGITTE HAWKINS,                    º
                                     º
        Plaintiff,                   º
                                     º
                                     º    07CA0010(CKK)
v.                                   º
                                     º
MICHAEL MUKASEY,                     º
                                     º
DEPARTMENT OF JUSTICE,               º
                                     º
                                     º
        Defendant.                   º
                                     º
þíííííííííííííííííííííí¼

                        Tuesday,
                        December 18, 2007


DEPOSITION OF:
                    DIANE FILLER
called for examination by counsel for the
Plaintiff, pursuant to notice, in the offices
of OSI, at 1629 K Street, Suite 300, N.W.,

Washington, DC, when were present on behalf of


the respective parties:

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

APPEARANCES:


On Behalf of the Plaintiff:


    CHARLES WAGNER, ESQ.
    EDWARD ALLEN, ESQ.
    7801 16th Street, N.W.
    Washington, D.C.  20012
    (202) 210-7801


On Behalf of the Department of Justice:

    HEATHER GRAHAM-OLIVER, ESQ.
    Assistant United States Attorney
    555 Forth Street, N.W.
    Washington, D.C. 20530
    (202) 305-1334



    LESLIE RANDOLPH, ESQ.

    Department of Justice

    Bureau of Alcohol, Tobacco,

    Firearms & Explosives

    99 New York Avenue, NE

    Room 4E347

    Washington, DC 20226


    (202) 648-7033

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

TABLE OF CONTENTS

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Diane Filler | 4 | 40 | | |

E X H I B I T S

| Plaintiff's | MARKED | RECEIVED |
|---|---|---|
| 2 PD with handwritten notes | 22 | |
| 3 PD | 23 | |

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

```
 1                      P-R-O-C-E-E-D-I-N-G-S

 2                                           1:18 p.m.

 3       Whereupon,

 4                      DIANE FILLER

 5       a witness, was called by Counsel for the

 6       Plaintiff and having been first duly sworn,

 7       was examined and testified as follows:

 8                      DIRECT EXAMINATION

 9                  BY MR. WAGNER:

10            Q     Now, Ms. Filler, you've been

11       deposed before.  So, you know, I have just a

12       few questions that I want to ask as a follow-

13       up to your -- occurred in your deposition.

14            A     Okay.

15            Q     Yes, you remember that.  Right?

16            A     I do recall it.

17            Q     Yes.  Okay.

18            A     Um-hum.

19            Q     Now, Ms. Gunther has testified

20       that she was hired by your office in May of

21       2005.  Did you advertise the position to be

22       filled or was it on the books when you
```

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1       arrived?  Did you advertise the position to be

2       filled?

3               A       It was advertised to be filled

4       while I was the Chief of Human Resources.

5       Yes.

6               Q       Did you authorize it to be filled?

7       Were you the official who authorized --

8               A       The posting of the vacancy?

9               Q       -- the posting of the vacancy and

10      authorized that to be filled?

11              A       Yes, I did.

12              Q       Okay.

13              A       Yes.

14              Q       Now, did you spell out what duties

15      would be in this position or the duties that

16      this person would perform when you announced

17      the vacancy?

18              A       That's standard practice.

19              Q       Okay.  Now, what duties did you

20      indicate this person would perform at the time

21      you announced the job?

22              A       I don't recall specifically.

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 6

1          Q     Okay.

2          A     She's -- right now, she's in a

3     slightly different position than what she was

4     originally hired to do.

5          Q     Okay.  Now, did you -- were you

6     aware that you were going to have a

7     reorganization when you came on board?  When

8     you were hired in your current position?

9          A     No, I had no idea.

10          Q     Okay.  Who decided that there was

11     going to be a reorganization?

12          A     I did.

13          Q     Okay.  So, after you came on

14     board, you decided yourself to have a

15     reorganization.  Is that correct?

16          A     That's correct.

17          Q     And did you have to clear this

18     with anyone?

19          A     Yes, I did.

20          Q     And who did you clear it with?

21          A     My supervisor as well as the

22     senior leadership and the deputy director and

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 7

1          the director of ATF.

2                  Q     Okay.  Who are those people?

3                  A     Who are they?

4                  Q     Yes.

5                  A     The Director at the time was Carl

6          Truscott.  The Deputy Director at the time was

7          Edgar Domenech.  The Assistant Director at the

8          time was Marguerite Moccia.  The Deputy

9          Assistant Director was Candace Moberly, but I

10         made a presentation and received approval from

11         every assistant director in --

12                 Q     Everybody all the way up to the

13         top?

14                 A     Yes, sir, I did.

15                 Q     Okay.  And at the time you made

16         this proposal, was Ms. Gunther on board at the

17         time?

18                 A     I -- I don't remember.

19                 Q     Do you know when you made that

20         proposal?

21                 A     It most have been in early '05.

22                 Q     Okay.

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 8

1          A      Because the reorganization was

2     effective December 13th of '05 if memory

3     serves me correct.

4          Q      Okay.  Now, if Ms. Gunther was

5     hired in May '05, did you submit your proposal

6     for reorganization before she was hired or

7     after she was hired?

8          A      I honestly don't remember.  I

9     don't know.

10         Q      Okay.  Now, how long did it take

11    to get approval for this reorganization?  You

12    said that you made a presentation and it was

13    approved.

14         A      I did.

15         Q      Okay.  When did you make the

16    presentation?

17         A      I don't remember.  I really didn't

18    think about necessarily the -- to look back

19    into any of my notes about the exact timing of

20    my presentations or decisions on the

21    reorganization as it relates to this

22    discussion.

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          Q      Okay.  Now, five --

2          A      Sorry I can't answer your

3     question.

4          Q      Of the five people that you refer

5     to, did you make the presentation to all five

6     at the same time or did you go to one room,

7     make a presentation, go to the next room and

8     make another presentation?  Did you do it in

9     a serial fashion or did you do it all at once?

10         A      It would have been sequential.  I

11    would have first made a proposal to my

12    assistant director and deputy assistant

13    director, Marguerite and Candace.

14         Q      At the same time?

15         A      I would have made it to them.

16         Q      At the same time?

17         A      Correct.

18         Q      Okay.

19         A      I would have then made a

20    presentation -- a preliminary presentation to

21    the director and to the deputy.  Who once they

22    approved it, I then had to make a presentation

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          to the whole executive staff.

2                Q     Okay.  So, the second group, you

3          made a presentation to both of them at the

4          same time.

5                A     Correct.

6                Q     Okay.  Then there was a third

7          round where you made the presentation to the

8          director.

9                A     No, I made one presentation to my

10         assistant director and deputy assistant

11         director.

12               Q     Okay.

13               A     That would have been done

14         together.

15               Q     Okay.

16               A     I made another presentation to the

17         Director of ATF and the Deputy Director of ATF

18         and another presentation and I'm sure my

19         assistant director came with me and then I

20         later did it to the full executive staff.  So,

21         it would have been a series of three.

22               Q     Okay.

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

```
 1          A      Is my recollection.

 2          Q      Okay.  And how close together were

 3     these presentations made?

 4          A      I don't remember.

 5          Q      And you don't know what time

 6      frame?

 7          A      I don't.

 8          Q      Okay.  Now, you indicated that Ms.

 9     Gunther's duties at the time she was hired

10     evolved into something different after the

11     reorganization.  Is that correct?

12          A      That's correct.

13          Q      Okay.  Now, could you tell us how

14     they -- these duties evolved?

15          A      She was hired as I think a

16     management and program analyst or a management

17     analyst and then we basically added

18     supervisory duties to her position

19     description.

20          Q      Okay.  Now, when did you make the

21     decision to add supervisory duties to --

22          A      It was in conjunction with the
```

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1       reorganization.  Making a decision to

2       centralize all of these support activities for

3       the division into one location and so, there

4       were several things that were support

5       activities that got consolidated and pulled

6       together, centralized, that Debbie then had

7       responsibility for.  So, she did what she was

8       hired to do as well as supervise the staff of

9       folks providing support activity.

10              Q       Okay.  And you don't recall when

11      you made the decision to have her supervise

12      people.  Is that correct?

13              A       I don't remember the exact timing.

14      I remember making the decision.  I don't --

15      can't tell you when that happened.

16              Q       Okay.  Now, who oversaw the

17      budget, preparation of the budget between the

18      time that you came on board and Ms. Gunther

19      was selected to perform this task?  Who

20      oversaw?

21              A       I did.

22              Q       Okay.  So, basically, Brigitte

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          reported directly to you during this period?

2              A     Until Debbie, yes, became her

3      supervisor, Brigitte was direct report to me.

4              Q     Okay.  Now, what qualifications

5      did you identify in Ms. Gunther's background

6      that assured you that she could perform the

7      task of overseeing the budget?

8              A     I didn't look for those specific

9      duties for that.

10             Q     But, you assigned them to her.

11     Did you not?

12             A     I did.

13             Q     Okay.  Well, what made you think

14     that she was eminently qualified to oversee

15     those duties?

16             A     Because I believe I could give her

17     the right coaching to be able to do that

18     because Debbie reported to me.

19             Q     So, would it be fair to say that

20     at the time you designated Ms. Gunther to

21     oversee these duties you anticipated coaching

22     Ms. Gunther in her budget duties?

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          A      I think you're putting words in my

2     mouth.  I don't know that that's what I said.

3          Q      Okay.  Well, how would you

4     describe it?  What did you anticipate -- what

5     guidance did you anticipate giving Ms. Gunther

6     when she assumed responsibility for the

7     budget?

8          A      I don't believe I made any

9     assumptions that I would have to do anything

10    specific with Debbie.  I have been giving

11    Debbie a multiple amount of different tasks

12    and projects and I didn't have to coach Debbie

13    on anything.  She was able to do whatever it

14    is that I assigned her to do and was a quick

15    study to do whatever it is that I had to

16    assign her to do and would go seek out help

17    if needed.  But, she has not been that type of

18    employee.  She's been able to just do whatever

19    was assigned to her.

20         Q      So, if I could use the phrase fire

21    and forget, you just said I'll assign this to

22    her and she will find a way of getting the job

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 15

1          done.  Is that basically your --

2               A    No, I didn't just say oh, she'll

3          figure it out.  She has been able to figure it

4          out.

5               Q    I understand that, but before she

6          figured it out, you had to conclude that she

7          could figure it out.  Is that correct?  In

8          other words, when you gave her the task of

9          overseeing the budget at some point in time,

10         you had to make the determination that she

11         could do this job.  Right?

12              A    Can you restate the question

13         please?

14              Q    Okay.  There was a time when you

15         oversaw the budget yourself.  Right?

16              A    That's correct.

17              Q    Okay.  Between the time that you

18         oversaw the budget and the time you gave that

19         assignment to Ms. Gunther, you made a

20         determination that Ms. Gunther could perform

21         those duties.  Right?

22              A    Yes.

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          Q       Okay.   Now, at what point in time

2     did you make that determination?   While you

3     were doing the reorganization or after you did

4     the reorganization?

5          A       That she could --

6          Q       That she could oversee the budget.

7          A       Those were part of the activities

8     that would occur in her staff.

9          Q       Okay.   Now, at the time you did

10    this reorganization, I gather that you revised

11    the PDs of a lot of employees.   Is that

12    correct?

13         A       There were a couple of new

14    position descriptions.   There were some people

15    who got moved.   There were some new positions.

16    Um-hum.

17         Q       And with regard to Ms. Gunther,

18    you added supervisory responsibilities to her

19    PD.   Is that correct?

20         A       That's correct.

21         Q       And how did you revise her PD in

22    connection with this reorganization?   What

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1    duties did you add to her PD?

2        A    Supervisory responsibility over

3    her support staff.

4        Q    And what specific duties did you

5    add besides general supervisory

6    responsibilities?

7        A    I don't recall.

8        Q    Yes.

9        A    I don't recall if I added anything

10   else.  I don't remember.

11       Q    Okay.  Now, after Ms. Gunther

12   assumed responsibility for the budget, did you

13   relinquish all your budget duties or did you

14   still oversee the budget in any respect?

15       A    Oh, absolutely.  I am responsible

16   for the division's budget.  That is my role

17   and responsibility to formulate the budget and

18   to get assistance from my staff in order to be

19   able to do that.  So, that's my responsibility

20   still.

21       Q    Now, during this period before

22   Brigitte left, did you deal directly with

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 18

1      Brigitte or did you deal with Ms. Gunther with

2      regard to the budget?

3           A     I dealt with Brigitte as well as

4      Debbie.  Both at the same time.

5           Q     In other words, you would call a

6      meeting in your office and you would have both

7      of them there and discuss the budget with

8      both?

9           A     Yes.

10          Q     Okay.  And did there ever come a

11     time when you had budget meetings with Ms.

12     Gunther alone?

13          A     I don't have that recollection.

14          Q     So, at all meetings, Ms. Hawkins

15     was present when you discussed the budget.  Is

16     that correct?

17          A     To my recollection, I included

18     Brigitte.

19          Q     And you do not recall when you

20     decided that the responsibility for budget

21     oversight and supervision would be turned over

22     to Ms. Gunther?  You don't recall that.  Is

03b30cc6-69f6-49a0-99e7-7a9f3e18215

1        that your testimony?

2              A     My testimony is that the -- adding

3        the supervisory responsibilities to Debbie's

4        position description in conjunction with the

5        reorganization, those duties as well as other

6        oversight support duties became Debbie's

7        responsibility.  I don't remember the month

8        and day that that occurred.

9              Q     Now, there was a time in which you

10       removed duties from the PD that Ms. Hawkins

11       had.  Right?

12             A     That's correct.  During the desk

13       audit process.

14             Q     Okay.  And did you assign these

15       duties to anyone?

16             A     No, those duties were never being

17       -- being performed by Brigitte,

18             Q     I said but did you assign them to

19       anyone?  Those duties that you --

20                   MS. GRAHAM-OLIVER:  Objection.

21                   MR. WAGNER:  Okay.

22                   BY MR. WAGNER:

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 20

1          Q      Did you --

2                 MS. GRAHAM-OLIVER:    I object to

3      the question.

4                 MR. WAGNER:    Okay.

5                 BY MR. WAGNER:

6          Q      Did you assign the duties that you

7      removed from Ms. Hawkins' PD to anyone?

8                 MS. GRAHAM-OLIVER:    Objection.    At

9      what point in time?

10                BY MR. WAGNER:

11         Q      Well, you indicated that you

12     removed duties from Ms. Hawkins' PD.    Is that

13     correct?

14         A      That's correct.

15         Q      Okay.    Now, when you removed those

16     duties from Ms. Hawkins' PD, did you assign

17     those duties to anyone?

18         A      I would have to go back and look

19     at the PD description that Brigitte had been

20     under initially when she, Brigitte, asked for

21     the desk audit.

22                There were duties described in

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 21

1       that position description that had never been

2       nor did I ever expect to or anticipate

3       Brigitte performing.  So, I don't think that

4       it's a fair question to say did I take them

5       and reassign them.  Because there were things

6       that were described in there she never did.

7              Q     Okay.  Well, now, her position

8       description was modified.  Is that not

9       correct?

10             A     During the desk audit process.

11             Q     Yes.

12             A     Yes.

13             Q     And in that desk audit process,

14      you removed certain duties that you didn't

15      expect her or want her to perform.  Is that

16      correct?

17             A     It is accurate that I re-described

18      her position description to more accurately

19      reflect what I needed her to do.

20             Q     Okay.  Now, both the duties that

21      you did not expect her to perform or need her

22      to do, did you give those duties to anyone?

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 22

```
 1            A       I think those duties -- I -- I

 2    have to go back and look at what those duties

 3    were.  I remember taking things out that she

 4    didn't do, but I don't remember specifically

 5    to tell you if they were already being

 6    performed or didn't even need to be performed

 7    in my division.  I don't remember which ones

 8    they were specifically.

 9                 So, I don't really want to answer

10    your question in the hypothetical.  I'd have

11    to look at it and refresh my memory.

12            Q       Okay.  Now -- okay.

13                 MR. WAGNER:  Could you mark this

14    as Plaintiff's Exhibit Number 2?

15                            (Whereupon, the document was

16                            marked as Plaintiff's

17                            Exhibit 2 for

18                            identification.)

19                 MR. WAGNER:  Let the record

20    reflect that I'm showing Exhibit Number 2 to

21    counsel.

22                 BY MR. WAGNER:
```

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 23

1          Q      I show you what has been marked as

2     Plaintiff's Exhibit 2.  Do you recognize that?

3          A      I recognize some of it.   There's

4     some writing on here that is not my

5     handwriting.  So, I don't know whose that is.

6          Q      Okay.  The writing in the margin

7     to the right, is that your --

8          A      No, it is not.

9          Q      Okay.  Do you know whose

10    handwriting that is?

11         A      I have no idea.

12              MR. WAGNER:  Could you mark this

13    as Plaintiff's Exhibit 3?

14                         (Whereupon, the document was

15                         marked as Plaintiff's

16                         Exhibit 3 for

17                         identification.)

18              MR. WAGNER:  I show you what has

19    been marked as -- I'm showing it to counsel.

20              BY MR. WAGNER:

21         Q      I show you what has been marked as

22    Plaintiff's Exhibit 3.  Do you recognize that?

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          A    I do.  This up here on the upper-
2     right-hand corner is my handwriting.

3          Q    Okay.  And what does that say?

4          A    This is not.

5          Q    Okay.  What did you say on the
6     upper-right-hand corner?

7          A    It says "Barbara Blackwood made
8     some changes, Diane."

9          Q    Okay.  Now, could you identify in
10    that document the changes that she made?
11    Comparing it to Plaintiff's Exhibit 1.  Ah, 2
12    rather.

13         A    I'm sorry.

14         Q    Could you identify what changes
15    were made --

16         A    In here?

17         Q    -- in Plaintiff's -- yes.

18         A    As it relates to this document?

19         Q    Yes.

20         A    Well, since I don't really know
21    about this document, I don't know if I have --

22         Q    Well, let me ask you this.  Were

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 25

1          the changes in Plaintiff's Exhibit 3 made per

2          your instructions?

3                  A      It would appear so.  Yes.

4                  Q      Okay.

5                  A      That these changes here are my

6          reaction to some of the things that are on

7          here.

8                  Q      So, if we were to compare

9          Plaintiff's Exhibit 2 to Plaintiff's Exhibit

10         3 and note changes, those changes were made

11         with your approval.  Is that -- would that be

12         fair to say?

13                 A      No, because I don't know when this

14         was developed versus this and then what the

15         next round of changes were.

16                 Q      Is it your testimony that

17         Plaintiff's Exhibit 3 is not the final version

18         that was turned back to Barbara Blackwood?

19                 A      The final version would have a

20         cover sheet, would not have markings and would

21         be signed by the -- the contract -- well, she

22         is a contractor.  By the classifier as well as

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 26

1       myself.  I would need to see what the final

2       version is.

3                Q       Okay.

4                A       This appears to be some notes that

5       I made.  I would say that that would be true.

6       I can't tell you if this is the final or not

7       and I really don't know how this relates to

8       this exactly.

9                Q       Now, did you at anytime speak to

10      any of Brigitte's former supervisors regarding

11      her duties?

12               A       No.

13               Q       Okay.  Do you know the grades of

14      your predecessors?  Your predecessor in your

15      job.

16               A       My predecessor was a grade 15.

17               Q       Okay.  Do you know whether or not

18      she supervised Brigitte in the preparation of

19      the budget?

20               A       I have no idea.

21               Q       Okay.  Do you know who your

22      predecessor was?

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          A     My predecessor was John Duclous.

2          Q     Okay.  And do you know who took

3     his place after he left?

4          A     I took his place.  There was --

5          Q     Okay.  So --

6          A     -- a lapse in time.  So, there

7     were people who were acting for a four or

8     five-month period of time.

9          Q     Who was acting?

10         A     Jeanarta Lee and Vivian White for

11    about a four-month period of time or five

12    months approximately.

13         Q     Now, Brigitte Hawkins' position

14    was created in 2001.  Is that correct?

15         A     I'd have to look at the date on

16    the position description.

17         Q     Now, at the time the job was

18    created, Brigitte did not fill that job.  Is

19    that correct?

20         A     I have no idea.  I wasn't in ATF

21    at the time.

22         Q     Okay.  Now, at the time you

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 28

1    assigned Ms. Gunther to perform the budget

2    duties, were you aware of her background and

3    training to competence to perform these

4    duties?  I mean did you pull out her 171 --

5         A    No.

6         Q    -- to look at her 171 to see

7    exactly what her qualifications and training

8    was to perform those duties?

9         A    No.

10        Q    And is there any other budget

11   personnel -- well, let me -- are there any

12   other budget personnel people or what have you

13   who report to you in connection with your

14   responsibilities as director?  Are there any

15   other people?

16        A    I don't understand your question.

17        Q    In other words, how many budget

18   people do you have on your staff and in the

19   organization?  Two questions.

20        A    Today, I have Debbie who oversees

21   the budget as well as other activities and I

22   have a lady by the name of Lisa Wood who has

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 29

1          filled in behind Brigitte's -- the vacancy

2          Brigitte created when Brigitte left.

3                 Q     Okay.  Now, who's these --

4                 A          Performing the same duties that

5          Brigitte performed.

6                 Q     Okay.  Now, Lisa Wood is the name

7          of the person who's now doing Brigitte's

8          duties -- old duties?

9                 A     Yes.  Yes.

10                Q     Okay.  Now, where did she come

11         from?

12                A     She actually came from within the

13         Human Resources Division.

14                Q     What grade was she before she was

15         appointed to Brigitte's position?

16                A     I -- I don't know for sure.  She

17         was either a seven or an eight.

18                Q     Okay.  In what office?

19                A     Payroll Processing.  She was a

20         processor in our Payroll Processing Operations

21         Branch.

22                Q     And did you advertize the position

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 30

1        as a budget position or --

2            A      A management support specialist I

3        think was what the title -- the occupational

4        title.

5            Q      Okay.  And what qualifications did

6        this lady have to perform those duties to your

7        recollection?

8            A      I don't have a specific

9        recollection.

10           Q      What criteria did you use to

11       select her?

12           A      I don't recall the criteria.

13           Q      Did she have any budget background

14       when you hired her?

15           A      I don't remember.

16           Q      Did you take into account any of

17       her -- well, did you take into account any

18       training that she may have had in making the

19       selection?

20           A      I don't have a recollection on

21       that.

22           Q      Do you know why you selected her?

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 31

```
 1          A      She was the best qualified person

 2      for the job, but I can't tell you --

 3          Q      Based on what?

 4          A      I don't remember.

 5          Q      Yes.  Now, what job did you say

 6      that she performed in the Payroll Office?

 7          A      She was a human resources

 8      assistant.  She was a processor.

 9          Q      And what did she do in that

10      capacity?  Do you know?

11          A      Processed personnel actions.

12          Q      Okay.  And to the best of your

13      knowledge, that didn't involve the budget.  Is

14      that --

15          A      Oh, it had nothing to do with the

16      budget.

17          Q      Okay.  But, that was the function

18      that she was going to perform in your office

19      though.  Is that correct?

20          A      The role she performs is the same

21      role I had expected Brigitte to perform and

22      that was to go into the FRED system and to put
```

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          in receivers to begin to deduct amounts from

2          my budget as expenditures were made.

3                Q     Okay.  And so, is it your

4          testimony that this woman does not perform any

5          budget functions then other than FRED?

6                A     What's a budget function?

7                Q     Oh, well, you know, analysis of

8          the needs or the requirements of the

9          organization.  I mean you tell me, you know.

10               A     She does not perform any analysis

11         of the needs of the organization.  That's

12         correct.

13               Q     Okay.  And is it your testimony

14         that all she does is work on the FRED system?

15               A     She may have other duties, but as

16         it relates to working in the financial system,

17         that's what she does.  She inputs information

18         into the financial system to deduct

19         expenditures as they're made.

20               Q     Okay.  What other duties does she

21         have?

22               A     I don't know offhand.  She doesn't

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1      report directly to me.

2              Q       Did you hire her?

3              A       Debbie hired her.

4              Q       Okay.  So, is it your testimony

5      that you was not involved in the hiring

6      process at all with regard to this employee?

7              A       No, that's not my testimony.  I

8      participated on the interview, but Debbie

9      ultimately made the selection.

10             Q       Okay.  Now, what did you do in the

11     interview process?  What questions did you ask

12     her?

13             A       I don't remember.

14             Q       Okay.  What were you looking in

15     filling this vacancy that you determined that

16     she was the best qualified?

17                     MS. GRAHAM-OLIVER:  Objection to

18     this line of questioning on relevancy grounds.

19     You may answer the question if you recall.

20                     THE WITNESS:  I don't remember.

21                     BY MR. WAGNER:

22             Q       Okay.  By the way, when -- sorry

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 34

```
1      about that.  Okay.  How many offices are under

2      you?  You know, I mean you have your personal

3      staff.  Are there any other offices that

4      report to your office?  Divisions or office,

5      branches, whatever?

6           A      I have approximately 100 positions

7      who are scheduled to report to me.  Not all of

8      them are filled at the moment.

9           Q      But --

10          A      I have a large division.

11          Q      Okay.  Now, how many branches are

12     in your division?  Units?

13          A      I have one, two, three, six

14     branches.  Well, the way I'm structured, there

15     are six branches that report to one assistant

16     or deputy human resources officer.  I think

17     have two separate offices and a program office

18     and a support staff that reports directly to

19     me.

20          Q      Now, do any of these branches,

21     offices or units have a budget person?

22          A      No.
```

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

```
 1          Q      Okay.  So, the only budget person

 2     is the employee on your staff.  Is that

 3     correct?

 4          A      It's on Debbie's staff.

 5          Q      On Debbie's staff.

 6          A      Debbie reports to me.

 7          Q      Okay.  And then that -- Debbie

 8     then provides you with the budget data that

 9     you present to your supervisor.  Is that

10     correct?

11          A      I'm not sure I know what you mean

12     by I have the information and provide it to my

13     boss.

14          Q      Well, you provide budget data to

15     somebody.  Right?

16          A      I don't provide budget data to

17     anyone.  If I need additional money, I have to

18     prepare justifications or Debbie prepares

19     justifications or the program manager prepares

20     a justification for the kind of expenditures

21     we want to make, but I don't provide any kind

22     of regular budget data.
```

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 36

1         Q      Well, there is some --

2         A      That information's in the system

3    and that's -- they can pull what expenditures

4    we've made routinely.

5         Q      Okay.  So, is Debbie Gunther the

6    only management analyst on your staff?

7         A      She's a supervisor.  She's a

8    supervisory management analyst.

9         Q      Is she the only supervisory

10   management analyst on your staff?

11        A      I believe so.

12        Q      Okay.

13        A      I'm thinking of the other

14   occupational titles of the people who report

15   to me, but I believe that's accurate.

16        Q      Okay.

17              MR. WAGNER:  I have no further

18   questions.

19              MS. GRAHAM-OLIVER:  I have a few.

20              MR. WAGNER:  Just one.

21              MS. GRAHAM-OLIVER:  Okay.

22              BY MR. WAGNER:

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1      Q      Ms. Filler, you testified before

2   on November the 27th, 2006 is that correct?

3      A      Is that the date?

4      Q      Yes.  Yes.

5      A      Yes.

6      Q      At a deposition.  And did you give

7   true and correct testimony at that deposition?

8      A      Oh, absolutely.

9      Q      Is there anything about that that

10  you want to change?  Anything that you recall

11  that you testified falsely about at that

12  deposition that you want to change?

13           MS. GRAHAM-OLIVER:  Objection.

14  Objection.  Testified falsely.  Sounds like

15  perjury to me.

16           MR. WAGNER:  Yes.

17           BY MR. WAGNER:

18      Q      You didn't want to change anything

19  from that deposition.  Is that correct?

20      A      No.

21      Q      Okay.  And you gave an affidavit

22  to the investigator.  Is that correct?

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 38

1        A       I -- I --

2        Q       Yes.

3        A       Refresh my memory.

4        Q       Yes.  At some time, the

5    investigator interviewed you.  Is that

6    correct?

7        A       I don't remember if it was an

8    interview or whether they gave me questions

9    and I responded.

10       Q       Okay.

11       A       I don't remember.  But, obviously,

12    these are my initials.  So.

13       Q       Okay.  The document that I handed

14    you is a document that you've seen in the

15    past.  Right?

16       A       It's been a long time.  I

17    initialed it.  So, I must have seen it.

18       Q       Okay.  And --

19       A       Is it dated?

20       Q       At the time you gave those answers

21    to that investigator or that person what have

22    you --

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1          A        '05.

2          Q        -- were those answers true and

3    correct answers?  Did you answer truthfully

4    and correctly?

5          A        Absolutely.

6          Q        Okay.  And do you adopt this as

7    your sworn testimony here in this deposition?

8          A        I don't.

9          Q        Oh, you don't.

10         A        I -- I thought you said do I -- do

11   I doubt it is.

12         Q        No.

13         A        I don't doubt it.

14         Q        Do you adopt?

15         A        Oh.  Please restate the question

16   for me.

17         Q        Okay.  Would you -- do you adopt

18   this affidavit as your sworn testimony at this

19   deposition?

20         A        Yes.

21         Q        Okay.

22                  MR. WAGNER:  No further questions.

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

Page 40

CROSS EXAMINATION

BY MS. GRAHAM-OLIVER:

1

2

3      Q      Okay.  When you came on board to

4      your new position, you had a chance to observe

5      what Ms. Hawkins was doing.  Didn't you?

6      A      Yes.

7      Q      Okay.  And was Ms. Hawkins doing

8      any budget forecasting or was she doing mostly

9      data entry-type things?

10     A      Data entry.  She would not do any

11     forecasting.  No, she was not doing any

12     forecasting.  In fact, if I needed to be able

13     to begin to formulate what my budget would be

14     and that would be my responsibility, as much

15     as she would have done would be to send out an

16     e-mail on my behalf to the branch chiefs

17     and/or the program manager saying do you think

18     you need money this year, but the -- but the

19     decisions, direction, forecasting, formulating

20     did not come from Brigitte.  It would come

21     from the program manager's within my division.

22     Ultimately for me to make the decision on what

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1    kind of budget to formulate and forecast.

2        Q    Does the FRED system demand an

3    analytical experience or skill?

4        A    Not to my knowledge.  It is more

5    of a data entry system where you put in either

6    receivers of expenditures or place holder of

7    an expenditure.  I can give you an example of

8    that.

9            If a person is going to travel and

10   that is a future travel date, you can go in

11   and say I need to put a place holder for a

12   thousand dollars for anticipated travel.  So,

13   this way, that money is kind of on hold until

14   it's actually expended, i.e., the person

15   actually travels and comes back and fills out

16   a travel voucher for a more specific amount.

17           There are canned reports in there

18   like what they call a spending line report

19   that will actually under each of the object

20   codes -- travel, for example, say so and so

21   traveled.  This is how much it is.  So and so

22   traveled.  This is how much it is.  So,

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

1    there's canned reports that come out of that

2    system.

3         Q    Okay.  Now, there's been a

4    testimony about Ms. Hawkins generating reports

5    from the FRED system.  Did she write those

6    reports or how do you generate a report from

7    the FRED system?

8         A    Generating a report from the FRED

9    system means going in and hitting a report

10   that says I need a spending line report from

11   a particular category.  She does not create

12   parameters or write reports to generate

13   information.

14        Q    Do you know whether or -- strike

15   that.

16             MS. GRAHAM-OLIVER:  No further

17   questions.  No further questions.

18             MR. WAGNER:  I guess that's all.

19             (Whereupon, the taking of the

20   testimony in the above-entitled case was

21   concluded at 1:54 p.m., signature having not

22   been waived.)

03b30cc6-69f6-49a0-99e7-7a9ff3e18215

## A

**able** 13:17 14:13,18
  15:3 17:19 40:12
**above-entitled**
  42:20
**absolutely** 17:15
  37:8 39:5
**account** 30:16,17
**accurate** 21:17
  36:15
**accurately** 21:18
**acting** 27:7,9
**actions** 31:11
**activities** 12:2,5
  16:7 28:21
**activity** 12:9
**add** 11:21 17:1,5
**added** 11:17 16:18
  17:9
**adding** 19:2
**additional** 35:17
**adopt** 39:6,14,17
**advertise** 4:21 5:1
**advertised** 5:3
**advertize** 29:22
**affidavit** 37:21
  39:18
**Ah** 24:11
**Alcohol** 2:16
**ALLEN** 2:4
**amount** 14:11 41:16
**amounts** 32:1
**analysis** 32:7,10
**analyst** 11:16,17
  36:6,8,10
**analytical** 41:3
**and/or** 40:17
**announced** 5:16,21
**answer** 9:2 22:9
  33:19 39:3
**answers** 38:20 39:2
  39:3
**anticipate** 14:4,5
  21:2
**anticipated** 13:21
  41:12
**anytime** 26:9

**appear** 25:3
**APPEARANCES**
  2:1
**appears** 26:4
**appointed** 29:15
**approval** 7:10 8:11
  25:11
**approved** 8:13 9:22
**approximately**
  27:12 34:6
**arrived** 5:1
**asked** 20:20
**assign** 14:16,21
  19:14,18 20:6,16
**assigned** 13:10
  14:14,19 28:1
**assignment** 15:19
**assistance** 17:18
**assisted** 13:6
**assistant** 2:9 7:7,9
  7:11 9:12,12 10:10
  10:10,19 31:8
  34:15
**assumed** 14:6 17:12
**assumptions** 14:9
**assured** 13:6
**ATF** 7:1 10:17,17
  27:20
**Attorney** 2:9
**audit** 19:13 20:21
  21:10,13
**authorize** 5:6
**authorized** 5:7,10
**Avenue** 2:18
**aware** 6:6 28:2

## B

**B** 3:14
**back** 8:18 20:18
  22:2 25:18 41:15
**background** 13:5
  28:2 30:13
**Barbara** 24:7 25:18
**Based** 31:3
**basically** 11:17
  12:22 15:1
**behalf** 1:20 2:2,8
  40:16
**believe** 13:16 14:8

  36:11,15
**best** 31:1,12 33:16
**Blackwood** 24:7
  25:18
**board** 6:7,14 7:16
  12:18 40:3
**books** 4:22
**boss** 35:13
**branch** 29:21 40:16
**branches** 34:5,11
  34:14,15,20
**Brigitte** 1:6 12:22
  13:3 17:22 18:1,3
  18:18 19:17 20:19
  20:20 21:3 26:18
  27:13,18 29:2,2,5
  31:21 40:20
**Brigitte's** 26:10
  29:1,7,15
**budget** 12:17,17
  13:7,22 14:7 15:9
  15:15,18 16:6
  17:12,13,14,16,17
  18:2,7,11,15,20
  26:19 28:1,10,12
  28:17,21 30:1,13
  31:13,16 32:2,5,6
  34:21 35:1,8,14,16
  35:22 40:8,13 41:1
**Bureau** 2:16

## C

**call** 18:5 41:18
**called** 1:18 4:5
**Candace** 7:9 9:13
**canned** 41:17 42:1
**capacity** 31:10
**Carl** 7:5
**case** 42:20
**category** 42:11
**centralize** 12:2
**centralized** 12:6
**certain** 21:14
**chance** 40:4
**change** 37:10,12,18
**changes** 24:8,10,14
  25:1,5,10,10,15
**CHARLES** 2:4

**Chief** 5:4
**chiefs** 40:16
**classifier** 25:22
**clear** 6:17,20
**close** 11:2
**coach** 14:12
**coaching** 13:17,21
**codes** 41:20
**COLUMBIA** 1:2
**come** 18:10 29:10
  40:20,20 42:1
**comes** 41:15
**compare** 25:8
**Comparing** 24:11
**competence** 28:3
**conclude** 15:6
**concluded** 42:21
**conjunction** 11:22
  19:4
**connection** 16:22
  28:13
**consolidated** 12:5
**CONTENTS** 3:7
**contract** 25:21
**contractor** 25:22
**corner** 24:2,6
**correct** 6:15,16 8:3
  9:17 10:5 11:11,12
  12:12 15:7,16
  16:12,19,20 18:16
  19:12 20:13,14
  21:9,16 27:14,19
  31:19 32:12 35:3
  35:10 37:2,7,19,22
  38:6 39:3
**correctly** 39:4
**counsel** 1:18 4:5
  22:21 23:19
**couple** 16:13
**COURT** 1:1
**cover** 25:20
**create** 42:11
**created** 27:14,18
  29:2
**criteria** 30:10,12
**CROSS** 3:9 40:1
**current** 6:8

## D

**data** 35:8,14,16,22
  40:9,10 41:5
**date** 27:15 37:3
  41:10
**dated** 38:19
**day** 19:8
**DC** 1:20 2:20
**deal** 17:22 18:1
**dealt** 18:3
**Debbie** 12:6 13:2,18
  14:10,11,12 18:4
  28:20 33:3,8 35:6
  35:7,18 36:5
**Debbie's** 19:3,6
  35:4,5
**December** 1:15 8:2
**decided** 6:10,14
  18:20
**decision** 11:21 12:1
  12:11,14 40:22
**decisions** 8:20 40:19
**deduct** 32:1,18
**Defendant** 1:12
**demand** 41:2
**Department** 1:10
  2:8,15
**deposed** 4:11
**deposition** 1:17
  4:13 37:6,7,12,19
  39:7,19
**deputy** 6:22 7:6,8
  9:12,21 10:10,17
  34:16
**describe** 14:4
**described** 20:22
  21:6
**description** 11:19
  19:4 20:19 21:1,8
  21:18 27:16
**descriptions** 16:14
**designated** 13:20
**desk** 19:12 20:21
  21:10,13
**determination**
  15:10,20 16:2
**determined** 33:15

**developed** 25:14
**Diane** 1:17 3:11 4:4
    24:8
**different** 6:3 11:10
    14:11
**direct** 3:9 4:8 13:3
**direction** 40:19
**directly** 13:1 17:22
    33:1 34:18
**director** 6:22 7:1,5
    7:6,7,9,11 9:12,13
    9:21 10:8,10,11,17
    10:17,19 28:14
**discuss** 18:7
**discussed** 18:15
**discussion** 8:22
**DISTRICT** 1:1,2
**division** 12:3 22:7
    29:13 34:10,12
    40:21
**Divisions** 34:4
**division's** 17:16
**document** 22:15
    23:14 24:10,18,21
    38:13,14
**doing** 16:3 29:7
    40:5,7,8,11
**dollars** 41:12
**Domenech** 7:7
**doubt** 39:11,13
**Duclous** 27:1
**duly** 4:6
**duties** 5:14,15,19
    11:9,14,18,21 13:9
    13:15,21,22 15:21
    17:1,4,13 19:5,6
    19:10,15,16,19
    20:6,12,16,17,22
    21:14,20,22 22:1,2
    26:11 28:2,4,8
    29:4,8,8 30:6
    32:15,20
**D.C** 2:5,10

---
**E**
---
**E** 3:14
**early** 7:21
**Edgar** 7:7

**EDWARD** 2:4
**effective** 8:2
**eight** 29:17
**either** 29:17 41:5
**eminently** 13:14
**employee** 14:18
    33:6 35:2
**employees** 16:11
**entry** 40:10 41:5
**entry-type** 40:9
**ESQ** 2:4,4,9,14
**Everybody** 7:12
**evolved** 11:10,14
**exact** 8:19 12:13
**exactly** 26:8 28:7
**examination** 1:18
    4:8 40:1
**examined** 4:7
**example** 41:7,20
**executive** 10:1,20
**Exhibit** 22:14,17,20
    23:2,13,16,22
    24:11 25:1,9,9,17
**expect** 21:2,15,21
**expected** 31:21
**expended** 41:14
**expenditure** 41:7
**expenditures** 32:2
    32:19 35:20 36:3
    41:6
**experience** 41:3
**Explosives** 2:17
**e-mail** 40:16

---
**F**
---
**fact** 40:12
**fair** 13:19 21:4
    25:12
**falsely** 37:11,14
**fashion** 9:9
**figure** 15:3,3,7
**figured** 15:6
**fill** 27:18
**filled** 4:22 5:2,3,6
    5:10 29:1 34:8
**Filler** 1:17 3:11 4:4
    4:10 37:1
**filling** 33:15

**fills** 41:15
**final** 25:17,19 26:1
    26:6
**financial** 32:16,18
**find** 14:22
**fire** 14:20
**Firearms** 2:17
**first** 4:6 9:11
**five** 9:1,4,5 27:11
**five-month** 27:8
**folks** 12:9
**follow** 4:12
**follows** 4:7
**forecast** 41:1
**forecasting** 40:8,11
    40:12,19
**forget** 14:21
**former** 26:10
**formulate** 17:17
    40:13 41:1
**formulating** 40:19
**Forth** 2:10
**four** 27:7
**four-month** 27:11
**frame** 11:6
**FRED** 31:22 32:5
    32:14 41:2 42:5,7
    42:8
**full** 10:20
**function** 31:17 32:6
**functions** 32:5
**further** 36:17 39:22
    42:16,17
**future** 41:10

---
**G**
---
**gather** 16:10
**general** 17:5
**generate** 42:6,12
**generating** 42:4,8
**getting** 14:22
**give** 13:16 21:22
    37:6 41:7
**giving** 14:5,10
**go** 9:6,7 14:16 20:18
    22:2 31:22 41:10
**going** 6:6,11 31:18
    41:9 42:9

**grade** 26:16 29:14
**grades** 26:13
**GRAHAM-OLIV...**
    2:9 19:20 20:2,8
    33:17 36:19,21
    37:13 40:2 42:16
**grounds** 33:18
**group** 10:2
**guess** 42:18
**guidance** 14:5
**Gunther** 4:19 7:16
    8:4 12:18 13:20,22
    14:5 15:19,20
    16:17 17:11 18:1
    18:12,22 28:1 36:5
**Gunther's** 11:9 13:5

---
**H**
---
**H** 3:14
**handed** 38:13
**handwriting** 23:5
    23:10 24:2
**handwritten** 3:18
**happened** 12:15
**Hawkins** 1:6 18:14
    19:10 20:7,12,16
    27:13 40:5,7 42:4
**HEATHER** 2:9
**help** 14:16
**hire** 33:2
**hired** 4:20 6:4,8 8:5
    8:6,7 11:9,15 12:8
    30:14 33:3
**hiring** 33:5
**hitting** 42:9
**hold** 41:13
**holder** 41:6,11
**honestly** 8:8
**human** 5:4 29:13
    31:7 34:16
**hypothetical** 22:10

---
**I**
---
**idea** 6:9 23:11 26:20
    27:20
**identification** 22:18
    23:17
**identify** 13:5 24:9

**grade** 24:14
**included** 18:17
**indicate** 5:20
**indicated** 11:8
    20:11
**information** 32:17
    35:12 42:13
**information's** 36:2
**initialed** 38:17
**initially** 20:20
**initials** 38:12
**inputs** 32:17
**instructions** 25:2
**interview** 33:8,11
    38:8
**interviewed** 38:5
**investigator** 37:22
    38:5,21
**involve** 31:13
**involved** 33:5
**i.e** 41:14

---
**J**
---
**Jeanarta** 27:10
**job** 5:21 14:22
    15:11 26:15 27:17
    27:18 31:2,5
**John** 27:1
**Justice** 1:10 2:8,15
**justification** 35:20
**justifications** 35:18
    35:19

---
**K**
---
**K** 1:19
**kind** 35:20,21 41:1
    41:13
**know** 4:11 7:19 8:9
    11:5 14:2 23:5,9
    24:20,21 25:13
    26:7,13,17,21 27:2
    29:16 30:22 31:10
    32:7,9,22 34:2
    35:11 42:14
**knowledge** 31:13
    41:4

---
**L**
---

**lady** 28:22 30:6
**lapse** 27:6
**large** 34:10
**leadership** 6:22
**Lee** 27:10
**left** 17:22 27:3 29:2
**LESLIE** 2:14
**line** 33:18 41:18
    42:10
**Lisa** 28:22 29:6
**location** 12:3
**long** 8:10 38:16
**look** 8:18 13:8
    20:18 22:2,11
    27:15 28:6
**looking** 33:14
**lot** 16:11

**M**

**making** 12:1,14
    30:18
**management** 11:16
    11:16 30:2 36:6,8
    36:10
**manager** 35:19
    40:17
**manager's** 40:21
**margin** 23:6
**Marguerite** 7:8
    9:13
**mark** 22:13 23:12
**marked** 3:16 22:16
    23:1,15,19,21
**markings** 25:20
**MATTER** 1:5
**mean** 28:4 32:9
    34:2 35:11
**means** 42:9
**meeting** 18:6
**meetings** 18:11,14
**memory** 8:2 22:11
    38:3
**MICHAEL** 1:9
**Moberly** 7:9
**Moccia** 7:8
**modified** 21:8
**moment** 34:8
**money** 35:17 40:18

41:13
**month** 19:7
**months** 27:12
**mouth** 14:2
**moved** 16:15
**MUKASEY** 1:9
**multiple** 14:11

**N**

**name** 28:22 29:6
**NE** 2:18
**necessarily** 8:18
**need** 21:21 22:6
    26:1 35:17 40:18
    41:11 42:10
**needed** 14:17 21:19
    40:12
**needs** 32:8,11
**never** 19:16 21:1,6
**new** 2:18 16:13,15
    40:4
**note** 25:10
**notes** 3:19 8:19 26:4
**notice** 1:18
**November** 37:2
**Number** 22:14,20
**N.W** 1:19 2:5,10

**O**

**object** 20:2 41:19
**Objection** 19:20
    20:8 33:17 37:13
    37:14
**observe** 40:4
**obviously** 38:11
**occupational** 30:3
    36:14
**occur** 16:8
**occurred** 4:13 19:8
**offhand** 32:22
**office** 4:20 18:6
    29:18 31:6,18 34:4
    34:4,17
**officer** 34:16
**offices** 1:18 34:1,3
    34:17,21
**official** 5:7
**oh** 15:2 17:15 31:15

32:7 37:8 39:9,15
**okay** 4:14,17 5:12
    5:19 6:1,5,10,13
    7:2,15,22 8:4,10
    8:15 9:1,18 10:2,6
    10:12,15,22 11:2,8
    11:13,20 12:10,16
    12:22 13:4,13 14:3
    15:14,17 16:1,9
    17:11 18:10 19:14
    19:21 20:4,15 21:7
    21:20 22:12,12
    23:6,9 24:3,5,9
    25:4 26:3,13,17,21
    27:2,5,22 29:3,6
    29:10,18 30:5
    31:12,17 32:3,13
    32:20 33:4,10,14
    33:22 34:1,11 35:1
    35:7 36:5,12,16,21
    37:21 38:10,13,18
    39:6,17,21 40:3,7
    42:3
**old** 29:8
**once** 9:9,21
**ones** 22:7
**Operations** 29:20
**order** 17:18
**organization** 28:19
    32:9,11
**originally** 6:4
**OSI** 1:19
**oversaw** 12:16,20
    15:15,18
**oversee** 13:14,21
    16:6 17:14
**overseeing** 13:7
    15:9
**oversees** 28:20
**oversight** 18:21
    19:6

**P**

**parameters** 42:12
**part** 16:7
**participated** 33:8
**particular** 42:11
**parties** 1:22

**Payroll** 29:19,20
    31:6
**PD** 3:18,22 16:19,21
    17:1 19:10 20:7,12
    20:16,19
**PDs** 16:11
**people** 7:2 9:4 12:12
    16:14 27:7 28:12
    28:15,18 36:14
**perform** 5:16,20
    12:19 13:6 15:20
    21:15,21 28:1,3,8
    30:6 31:18,21 32:4
    32:10
**performed** 19:17
    22:6,6 29:5 31:6
**performing** 21:3
    29:4
**performs** 31:20
**period** 13:1 17:21
    27:8,11
**perjury** 37:15
**person** 5:16,20 29:7
    31:1 34:21 35:1
    38:21 41:9,14
**personal** 34:2
**personnel** 28:11,12
    31:11
**phrase** 14:20
**place** 27:3,4 41:6,11
**Plaintiff** 1:7,18 2:2
    4:6
**Plaintiff's** 3:16
    22:14,16 23:2,13
    23:15,22 24:11,17
    25:1,9,9,17
**please** 15:13 39:15
**point** 15:9 16:1 20:9
**position** 4:21 5:1,15
    6:3,8 11:18 16:14
    19:4 21:1,7,18
    27:13,16 29:15,22
    30:1 40:4
**positions** 16:15 34:6
**posting** 5:8,9
**practice** 5:18
**predecessor** 26:14
    26:16,22 27:1

**predecessors** 26:14
**preliminary** 9:20
**preparation** 12:17
    26:18
**prepare** 35:18
**prepares** 35:18,19
**present** 1:20 18:15
    35:9
**presentation** 7:10
    8:12,16 9:5,7,8,20
    9:20,22 10:3,7,9
    10:16,18
**presentations** 8:20
    11:3
**process** 19:13 21:10
    21:13 33:6,11
**Processed** 31:11
**Processing** 29:19,20
**processor** 29:20
    31:8
**program** 11:16
    34:17 35:19 40:17
    40:21
**projects** 14:12
**proposal** 7:16,20
    8:5 9:11
**provide** 35:12,14,16
    35:21
**provides** 35:8
**providing** 12:9
**pull** 28:4 36:3
**pulled** 12:5
**pursuant** 1:18
**put** 31:22 41:5,11
**putting** 14:1
**P-R-O-C-E-E-D-...**
    4:1
**p.m** 4:2 42:21

**Q**

**qualifications** 13:4
    28:7 30:5
**qualified** 13:14 31:1
    33:16
**question** 9:3 15:12
    20:3 21:4 22:10
    28:16 33:19 39:15
**questioning** 33:18

questions 4:12
  28:19 33:11 36:18
  38:8 39:22 42:17
  42:17
quick 14:14

_____ R _____
RANDOLPH 2:14
reaction 25:6
really 8:17 22:9
  24:20 26:7
reassign 21:5
recall 4:16 5:22
  12:10 17:7,9 18:19
  18:22 30:12 33:19
  37:10
received 3:16 7:10
receivers 32:1 41:6
recognize 23:2,3,22
recollection 11:1
  18:13,17 30:7,9,20
record 22:19
RECROSS 3:9
REDIRECT 3:9
refer 9:4
reflect 21:19 22:20
refresh 22:11 38:3
regard 16:17 18:2
  33:6
regarding 26:10
regular 35:22
relates 8:21 24:18
  26:7 32:16
relevancy 33:18
relinquish 17:13
remember 4:15
  7:18 8:8,17 11:4
  12:13,14 17:10
  19:7 22:3,4,7
  30:15 31:4 33:13
  33:20 38:7,11
removed 19:10 20:7
  20:12,15 21:14
reorganization 6:7
  6:11,15 8:1,6,11
  8:21 11:11 12:1
  16:3,4,10,22 19:5
report 13:3 28:13

33:1 34:4,7,15
  36:14 41:18 42:6,8
  42:9,10
reported 13:1,18
reports 34:18 35:6
  41:17 42:1,4,6,12
requirements 32:8
resources 5:4 29:13
  31:7 34:16
respect 17:14
respective 1:22
responded 38:9
responsibilities
  16:18 17:6 19:3
  28:14
responsibility 12:7
  14:6 17:2,12,17,19
  18:20 19:7 40:14
responsible 17:15
restate 15:12 39:15
revise 16:21
revised 16:10
re-described 21:17
right 4:15 6:2 13:17
  15:11,15,21 19:11
  23:7 35:15 38:15
right-hand 24:2
role 17:16 31:20,21
room 2:19 9:6,7
round 10:7 25:15
routinely 36:4

_____ S _____
S 3:14
saying 40:17
says 24:7 42:10
scheduled 34:7
second 10:2
see 26:1 28:6
seek 14:16
seen 38:14,17
select 30:11
selected 12:19 30:22
selection 30:19 33:9
send 40:15
senior 6:22
separate 34:17
sequential 9:10

serial 9:9
series 10:21
serves 8:3
seven 29:17
sheet 25:20
she'll 15:2
show 23:1,18,21
showing 22:20
  23:19
signature 42:21
signed 25:21
sir 7:14
six 34:13,15
skill 41:3
slightly 6:3
somebody 35:15
sorry 9:2 24:13
  33:22
Sounds 37:14
speak 26:9
specialist 30:2
specific 13:8 14:10
  17:4 30:8 41:16
specifically 5:22
  22:4,8
spell 5:14
spending 41:18
  42:10
staff 10:1,20 12:8
  16:8 17:3,18 28:18
  34:3,18 35:2,4,5
  36:6,10
standard 5:18
States 1:1 2:9
Street 1:19 2:5,10
strike 42:14
structured 34:14
study 14:15
submit 8:5
Suite 1:19
supervise 12:8,11
supervised 26:18
supervision 18:21
supervisor 6:21
  13:3 35:9 36:7
supervisors 26:10
supervisory 11:18
  11:21 16:18 17:2,5

19:3 36:8,9
support 12:2,4,9
  17:3 19:6 30:2
  34:18
sure 10:18 29:16
  35:11
sworn 4:6 39:7,18
system 31:22 32:14
  32:16,18 36:2 41:2
  41:5 42:2,5,7,9

_____ T _____
T 3:14
TABLE 3:7
take 8:10 21:4
  30:16,17
task 12:19 13:7 15:8
tasks 14:11
tell 11:13 12:15
  22:5 26:6 31:2
  32:9
testified 4:7,19 37:1
  37:11,14
testimony 19:1,2
  25:16 32:4,13 33:4
  33:7 37:7 39:7,18
  42:4,20
things 12:4 21:5
  22:3 25:6 40:9
think 8:18 11:15
  13:13 14:1 21:3
  22:1 30:3 34:16
  40:17
thinking 36:13
third 10:6
thought 39:10
thousand 41:12
three 10:21 34:13
time 5:20 7:5,6,8,15
  7:17 9:6,14,16
  10:4 11:5,9 12:18
  13:20 15:9,14,17
  15:18 16:1,9 18:4
  18:11 19:9 20:9
  27:6,8,11,17,21,22
  38:4,16,20
timing 8:19 12:13
title 30:3,4

titles 36:14
Tobacco 2:16
Today 28:20
top 7:13
training 28:3,7
  30:18
travel 41:9,10,12,16
  41:20
traveled 41:21,22
travels 41:15
true 26:5 37:7 39:2
Truscott 7:6
truthfully 39:3
Tuesday 1:14
turned 18:21 25:18
two 28:19 34:13,17
type 14:17

_____ U _____
ultimately 33:9
  40:22
Um-hum 4:18 16:16
understand 15:5
  28:16
United 1:1 2:9
units 34:12,21
upper 24:1
upper-right-hand
  24:6
use 14:20 30:10

_____ V _____
v 1:8
vacancy 5:8,9,17
  29:1 33:15
version 25:17,19
  26:2
versus 25:14
Vivian 27:10
voucher 41:16

_____ W _____
WAGNER 2:4 4:9
  19:21,22 20:4,5,10
  22:13,19,22 23:12
  23:18,20 33:21
  36:17,20,22 37:16
  37:17 39:22 42:18

**waived** 42:22
**want** 4:12 21:15
  22:9 35:21 37:10
  37:12,18
**Washington** 1:20
  2:5,10,20
**wasn't** 27:20
**way** 7:12 14:22
  33:22 34:14 41:13
**we've** 36:4
**White** 27:10
**witness** 3:9 4:5
  33:20
**woman** 32:4
**Wood** 28:22 29:6
**words** 14:1 15:8
  18:5 28:17
**work** 32:14
**working** 32:16
**write** 42:5,12
**writing** 23:4,6

**X**
**X** 3:14

**Y**
**year** 40:18
**York** 2:18

**þ**
**pffffffffffffffffff...**
  1:4,13

**°**
**°** 1:4,5,5,6,6,7,8,8,9
  1:9,10,10,11,12,12

**0**
**05** 7:21 8:2,5 39:1
**07CA0010(CKK)**
  1:8

**1**
**1** 24:11
**1:18** 4:2
**1:54** 42:21
**100** 34:6
**13th** 8:2

**15** 26:16
**16th** 2:5
**1629** 1:19
**171** 28:4,6
**18** 1:15

**2**
**2** 3:18 22:14,17,20
  23:2 24:11 25:9
**2001** 27:14
**20012** 2:5
**2005** 4:21
**2006** 37:2
**2007** 1:15
**202** 2:6,11,22
**20226** 2:20
**20530** 2:10
**210-7801** 2:6
**22** 3:18
**23** 3:22
**27th** 37:2

**3**
**3** 3:22 23:13,16,22
  25:1,10,17
**300** 1:19
**305-1334** 2:11

**4**
**4** 3:11
**4E347** 2:19
**40** 3:11

**5**
**555** 2:10

**6**
**648-7033** 2:22

**7**
**7801** 2:5

**9**
**99** 2:18

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

COPY

- - - - - - - - - - - - - - x

                  :

BRIGITTE HAWKINS,        :

                  :

       Plaintiff,    :

                  :

    v.             :  Civil Action

                  :  No. 07CA0010

MICHAEL MUKASEY,       :

U.S. DEPARTMENT OF JUSTICE,  :

                  :

       Defendant.    :

                  :

- - - - - - - - - - - - - - x

Washington, D.C.

Thursday, January 17, 2008

Deposition of

DIANE E. FILLER

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before KENYAN

HOPCHAS, Notary Public in and for the District of

Columbia, at 1629 K Street, N.W., Suite 300,

Washington, D.C., commencing at 11:20 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

APPEARANCES:


On behalf of the Plaintiff:
    CHARLES E. WAGNER, ESQ.
    EDWARD L. ALLEN, ESQ.
    1400 Locust Street, N.W.
    Washington, D.C.  20012
    (202) 210-7801


On behalf of the Defendant:
    HEATHER GRAHAM-OLIVER, ESQ.
    Assistant U.S. Attorney
    U.S. Department of Justice
    U.S. Attorney's Office for the
    District of Columbia
    555 4th Street, N.W., 10th floor
    Washington, D.C.  20530
    (202) 305-1334


    LESLIE RANDOLPH, ESQ., Attorney Advisor
    U.S. Department of Justice
    Bureau of Alcohol, Tobacco, Firearms
    & Explosives
    99 New York Avenue, N.E., Room 4E347
    Washington, D.C.  20226
    (202) 648-7033

Page 3

C O N T E N T S

EXAMINATION BY:                                          PAGE

Counsel for the Plaintiff                          4

PLAINTIFF'S DEPOSITION EXHIBITS:

1      Defendant's Supplemental Answers
       to Plaintiff's First Set of
       Interrogatories                             5

2      Defendant's Supplemental Answers
       to Plaintiff's Second Set of
       Interrogatories                             5

3      Previous organizational charts             9

4      Initial position description with
       handwritten notes                          36

5      12/13/05 e-mail, B. Hawkins to
       D. Filler                                   55

6      Classification evaluation statement        65

Page 4

1                    P R O C E E D I N G S

2    Whereupon,

3                         DIANE E. FILLER

4    was called as a witness and, having been first duly

5    sworn, was examined and testified as follows:

6               EXAMINATION BY COUNSEL FOR THE PLAINTIFF

7               BY MR. WAGNER:

8        Q    **Could you state your name and spell your name**

9    **for the benefit of the Court Reporter, please?**

10       A    Diane Filler.  D-i-a-n-e F-i-l-l-e-r.

11       Q    **Where do you work?**

12       A    With ATF.

13       Q    **Any special division?**

14       A    I'm the chief human resources officer or

15   chief, Human Resources Division.

16       Q    **How long have you been chief of the Human**

17   **Resources Division?**

18       A    Since May of 2004.

19       Q    **Did there come a time when -- let me give you**

20   **this.**

21               MR. WAGNER:  Could you mark this as

22   Plaintiff's Exhibits 1 and 2?

Page 5

1                          (Plaintiff's Exhibit Nos. 1

2                          and 2 were marked for

3                          identification.)

4          BY MR. WAGNER:

5      Q    **Do you recognize those exhibits?**

6      A    Let me just look through each of these, if I

7  may.

8      Q    **Yes.**

9          **(Witness reviewing documents.)**

10         THE WITNESS:  I recognize these.  Yes, I do.

11         BY MR. WAGNER:

12     Q    **Directing your attention to Exhibit 1, which**

13 **is labeled "Defendant's Supplemental Answers to**

14 **Plaintiff's First Set of Interrogatories," did you**

15 **answer any questions on any pages in Exhibit 1?**

16     A    I did.  I answered question number one.  I

17 answered question number two.  Hold on.

18     Q    **What about question number three?**

19     A    Question number three, I'm re-reading it.

20         (Witness reviewing document.)

21         THE WITNESS:  Question number four.  Question

22 five.  Question six.  Question seven.

1          MR. WAGNER:  For the record, the witness is

2   reading the document, Exhibit No. 1.

3          THE WITNESS:  Question eight.  Nine.  Question

4   ten.  I did not respond to question 11.

5          BY MR. WAGNER:

6     **Q    Can you swear that the answers that you gave**

7   **to those questions are true and correct to the best of**

8   **your knowledge and belief?**

9     A    Yes.

10    **Q    Directing your attention to Exhibit No. 2, may**

11  **I ask you to look at those questions there and tell me**

12  **which ones you answered?**

13          **(Witness reviewing document.)**

14          THE WITNESS:  I, of course, partially answered

15  question one, because it asks for several people, so I

16  answered on behalf of myself.

17    **Q    Could you tell us what part of number one you**

18  **answered for yourself?**

19    A    The full name and address of people answering,

20  so I answered "Diane Filler, Chief, Human Resources

21  Division, Office of Management, Bureau of Alcohol,

22  Tobacco, Firearms and Explosives."

Page 7

1      Q      Didn't you indicate that somebody else

2  provided partial answers?

3      A      Well, Kathryn Greene, Classification,

4  Performance Management Branch, is also listed there.

5      Q      Did Debbie Gunther provide any of the answers

6  to any of the questions?

7      A      I'd have to read through each one of these to

8  see if there was any element of that before I would

9  respond to that.

10      Q      Could you do that, please?

11      A      Sure, I can.

12             (Witness reviewing document.)

13             MS. GRAHAM-OLIVER:  For the record, Debbie

14  Gunther did answer some of the question in

15  Interrogatory number two, although it's not stated in

16  the answer to number one, if you look at the

17  verification sheet.

18             THE WITNESS:  There you go.  I can tell you

19  which ones I --

20             BY MR. WAGNER:

21      Q      Yes, please.  That's what I'm looking for.

22      A      Question two.  Let me read this.

Page 8

1              (Witness reviewing document.)

2              THE WITNESS:  I did not respond to question

3    number two.  Actually, there's one element of question

4    number two, and it's the last sentence, "During my time

5    that I've been the chief, the Plaintiff is the only

6    employee who had requested a desk audit."  That would

7    be accurate on my behalf.

8              Number three appears to be Kathryn's response.

9    Number four appears to be Debbie's response.

10             BY MR. WAGNER:

11        Q    **When you say "Kathryn," you're talking about**

12   **Kathryn Greene?**

13        A    Kathryn Greene; yes, sir.

14        Q    **And "Debbie," you're talking about Debbie**

15   **Gunther; right?**

16        A    That's true.  Thank you.

17             I responded to question number five.  I

18   responded to question six.  Debbie Gunther and I both

19   could have responded to question number seven, which is

20   asking who has been filled in behind Brigitte Hawkins.

21   She and I could have both provided that same answer.

22        Q    **Do you swear that the answers that you gave to**

1   number two were true and correct to the best of your

2   knowledge and belief?

3       A   Yes.

4       Q   I show you what is being marked as Plaintiff's

5   Exhibit 3.

6                           (Plaintiff's Exhibit No. 3 was

7                           marked for identification.)

8               BY MR. WAGNER:

9       Q   I show you what has been marked as Plaintiff's

10  Exhibit No. 3.  Do you recognize Plaintiff's Exhibit

11  No. 3?

12              May I ask counsel whether she has seen all

13  these exhibits that were provided in response to

14  discovery?

15              MS. GRAHAM-OLIVER:  It's best to ask her.

16              MR. WAGNER:  Normally, I hand counsel the

17  exhibit.

18              THE WITNESS:  I have seen these before; yes.

19              BY MR. WAGNER:

20      Q   Exhibit No. 3 was provided in response to a

21  discovery request, to your knowledge?

22      A   I believe I had understood that someone had

1    asked for copies of the org charts.  I, personally,

2    didn't provide them, but those look like that would be

3    in response to that; yes.

4         Q    **The second part of number three, is that the**

5    **current set up for your organization?**

6         A    We reorganized again this past year.  This is

7    the interim -- I'll call it the interim organization.

8         Q    **Do either of those two pages reflect the**

9    **current organization?**

10        A    No.

11        Q    **How does the current organization differ from**

12   **any one of those two pages?  Let me ask you this**

13   **question.  Which of the two pages I've handed you**

14   **closely reflect the current organization?**

15        A    Page number two more closely looks like what

16   the organization looks like today.  In May of this

17   year, I added three additional functions into the

18   organization.  There are three more direct reports.

19             In addition, there were two deputies or

20   assistant H.R. officers who reported into me, and these

21   functions, on this chart here, they reported here, I

22   eliminated one of the assistant H.R. officers, so I

1    only have one added and three more.

2        Q    **The three components that are missing from the**

3    **chart, could you identify those three components?**

4        A    The Assessment Center.  I have a program that

5    is called the Assessment Center.

6        Q    **How many people are in that organization?**

7        A    One, and there is contract support,

8    intermediate contract support, so there's one person.

9            I have the Merit Promotion Board, and there is

10    what we call the chair of the Merit Promotion Board,

11    and there are three employees who report into the chair

12    of the Merit Promotion Board.

13        Q    **Is this a standing board, a permanent board?**

14    **Or is this an ad hoc board?**

15        A    The board, we call it the "board," actually

16    conducts board activities.  The chair of the board and

17    the people who report to the chair of the board are

18    support staff that help to coordinate all board

19    activities, and specifically their function is to

20    select supervisory positions within the organization

21    for the 1811, 1801s, and supervisory pay band, I think

22    three and four, within the organization.  The

Page 12

1    supervisory positions are conducted under those

2    activities.

3        Q    And the third component?

4        A    Is the Recruitment and Hiring Center.  The

5    Recruitment and Hiring Center is responsible for the

6    recruitment and hiring of our 1811s and our 1801s,

7    which all are special agents and investigators.

8            In fact, there was a branch here called the

9    Agent and Investigator Staffing Branch, that when the

10   Recruitment and Hiring Center came in, we collapsed

11   this branch into that organization.

12           Today's organization has six branches that

13   report into one assistant human resources officer.

14           When Recruitment and Hiring Center came in,

15   that did all of the recruitment.  The Agent and

16   Investigator  Staffing Branch was responsible for doing

17   the maintenance on them once they entered into the

18   organization.  Those two pieces came together.

19           The Merit Protection Board and Assessment

20   Center report into me, as well as still does the H.R.

21   support staff report into me.

22       Q    Did you have a reorganization in the first

1    **part of 2006?**

2        A    I believe the effective date for the first

3    reorganization going from this chart, which was

4    generally what the organization --

5        Q    **You are referring to page what?**

6        A    Very good.  Page one looks like the chart that

7    would have been in place upon my arrival into ATF in

8    May of 2004.  I believe it was in December of 2005 that

9    we underwent a reorganization, and this looks like the

10   organization chart that would have been in effect

11   December of 2005.  You said early 2006.  I believe the

12   effective date was December of 2005.

13            Again, in May of 2007, we reorganized again to

14   include those other components I just described to you.

15       Q    **What was the purpose of the second**

16   **reorganization?**

17       A    It was to complete the recommendations that

18   came out of the first study that was performed on the

19   division by LMI.

20            They came in and had done some preliminary

21   recommendations for improving the efficiency of my

22   operations by way of program and process changes, as

Page 14

1    well as organizationally, to best need the needs of the

2    Bureau.

3              In doing that, we underwent the first

4    reorganization.  There were some other pieces of that

5    that still needed to be accomplished, and because this

6    seemed to be a monumental task to be accomplished

7    first, we did the first reorganization and then brought

8    in the rest of those offices, once we had the

9    organization more stable.

10        **Q      The name of this outside organization you said**

11   **was LMI?**

12        A     Yes.

13        **Q      Initials "L-M-I?"**

14        A     Correct.

15        **Q      Do those initials stand for something?  Is**

16   **that some sort of shorthand?**

17        A     I believe so, but I don't recall what they

18   stand for.

19        **Q      Thank you.  When you reported in May of 2004,**

20   **who was on your personal staff?  Who reported directly**

21   **to you on your personal staff?**

22        A     Vivian White.  She was an assistant human

Page 15

1    resources officer.  Jeanarta Lee was also an assistant

2    human resources officer.  Brigitte Hawkins, I believe,

3    was a direct report of mine. That's all that comes to

4    mind right now.

5         Q    Do you know how Jeanarta Lee's first name is

6    spelled?

7         A    J-e-a-n-a-r-t-a.  Last name Lee.

8         Q    Those are the only three people who reported

9    to you directly when you came on board; is that

10   correct?

11        A    That's my recollection.

12        Q    Do you know who reported to your predecessor?

13   First of all, who was your predecessor?

14        A    John Duclos.

15        Q    Can you spell the last name?  D-u-c-l-o-e-s?

16        A    D-u-c-l-o-s.

17        Q    Do you know who reported to him just before

18   you arrived?  Did you make any inquiries?

19        A    Jeanarta and Vivian did.  I would assume

20   Brigitte did as well.  I don't know anyone else.

21        Q    Basically, you came in and took over and

22   inherited what used to be his staff; is that correct?

Page 16

1        A    Sure.

2        Q    **Did you have any vacancies in your**

3    **organization in terms of persons who reported directly**

4    **to you when you showed up?  Are you aware of any**

5    **vacancies?**

6        A    As far as direct reports into me?

7        Q    **Yes.**

8        A    I really don't -- I don't recall because I

9    really don't know what the organizational structure was

10   specifically before I got there.

11       Q    **When you arrived, did they provide you with an**

12   **organizational chart or did they give you a listing of**

13   **all the vacancies that you had within your**

14   **organization?**

15       A    I don't remember seeing an org chart such as

16   the one that I just provided you.  I believe I got a

17   copy of like a staffing report.  I really don't at this

18   point remember what that looked like and what positions

19   were filled versus which ones were vacant at this

20   moment.

21       Q    **How many FTEs did you have when you showed up**

22   **in the Personnel Division?**

Page 17

1      A    Again, you're asking me a question that I

2  don't remember with any specificity.  It was

3  approximately 90 or so folks.

4      **Q    Did you have any vacancies?**

5      A    I don't remember.  I'm thinking I did, but I

6  don't know.

7      **Q    If you had vacancies on your personal staff,**

8  **people who reported directly to you, you would remember**

9  **them, wouldn't you?  Vacancies that were filled?**

10     A    Right.  I would remember that.  I know that as

11 far as my staff assistant which I hired at some point,

12 I don't know that there was ever a position -- I think

13 that is something I created.  I don't know that was a

14 vacancy when I appeared on the job or not.

15     **Q    You said you created a staff assistant**

16 **position?**

17     A    Yes.

18     **Q    What is that like, a secretary or**

19 **administrative assistant?**

20     A    Yes, my administrative assistant.  Manages my

21 calendar and the walk-in's, the mail, et cetera.

22     **Q    Did you have a secretary?**

Page 18

1    A    No.

2    Q    This special assistant that you hired -- I

3    forget how you characterized it.

4    A    Staff assistant.

5    Q    She was a kind of combination of

6    secretary/personal assistant/administrative assistant,

7    sort of jack of all trades; is that correct?

8    A    Yes.

9    Q    She was not on board when I got there.

10   Occasionally, some of the assistants throughout the

11   Division would rotate in to kind of help answer the

12   phones, but I don't recall whether or not there was

13   already a position established for that or not, but

14   folks would come through and sit at the desk that was

15   outside to help.

16   Q    Maybe you have answered this question.  Did

17   you say what position Jeanarta Lee occupied?

18   A    I did.  She was an assistant human resources

19   officer.

20   Q    The position of Vivian White?

21   A    She was also an assistant human resources

22   officer.  On Exhibit 3, page one, under the initial

Page 19

1    organization when I came in, as you see, I had two

2    assistant H.R. officers that reported to me.

3         Q    Helen Oates?

4         A    Yes.  The position of Vivian White was more

5    closely aligned with Helen Oates over operations, all

6    the staffing happened here.  Jeanarta Lee was over work

7    life and had these operations reporting into her.

8         Q    William Ellison preceded Jeanarta Lee?

9         A    Jeanarta was there first and then Bill, and

10   Bill is no longer on our rolls.

11        Q    Helen Oates was there and then it was Vivian

12   White?

13        A    Vivian White was there first. Vivian left.

14   Helen came in and Helen is still there.

15        Q    What was Jeanarta Lee's and Vivian White's

16   classification, job classification, in terms of grade?

17        A    They were GS-201-15s.  If memory serves me

18   correct, a pay period before Vivian White left the

19   organization, she had just been converted to what we

20   call our pay demonstration or pay band four, which is

21   an equivalent to a 15, just before she left, but 201.

22        Q    What was she before she was converted?

Page 20

1      A    A 201, grade 15.  It was a conversion into pay

2    demo.

3      Q    **Which meant more money?**

4      A    It can be more money, depending on how you

5    band the job and how well she does, et cetera.

6      Q    **Did Debbie Gunther's position exist when you**

7    **came on board?**

8      A    As we know it today, no, it did not.

9      Q    **It didn't exist at all?  Was there a vacant**

10   **slot that she stepped into and filled?**

11          **MS. GRAHAM-OLIVER:  Just to clarify, are you**

12   **referring to the time that Ms. Filler came on board or**

13   **later?**

14          MR. WAGNER:  No, when she came on board.  Let

15   me clarify this.

16          BY MR. WAGNER:

17     Q    **We are talking about the time when you**

18   **arrived, that time period.  When you arrived, did**

19   **Debbie Gunther's position exist?**

20     A    I don't recall whether or not I had a vacant

21   analyst position or not.  I don't remember.

22     Q    **When Ms. Gunther was hired, was she**

1    **hired -- in what capacity was she hired?**

2        A    She was hired as a management analyst, grade

3    14.  I'm sorry.  It might have been like a management

4    and program analyst.  I don't remember the exact title.

5    Management and program or program management analyst.

6    I'd have to double check.  I believe we have it

7    somewhere and we have probably given you a copy of the

8    PD.  I don't remember the exact title.

9        **Q    When you applied for this position as head of**

10   **the Personnel Division, you submitted a qualification**

11   **statement; is that correct?**

12       A    Can you clarify for me what you mean by that?

13       **Q    A resume, what used to be a 171.  Did you**

14   **submit one of those?**

15       A    I would have submitted an application for the

16   position; yes.

17       **Q    That would have set forth your qualifications;**

18   **is that basically correct?**

19       A    I would have responded to the questions asked

20   in the vacancy announcement, which to my recollection

21   were a series of knowledge, skills and abilities

22   statements.

1    Q    Did you provide that information?

2    A    Yes.

3    Q    When Ms. Gunther applied, she also provided

4    your organization with qualification statements which

5    spelled out her qualifications for the job; is that

6    correct?

7            MS. GRAHAM-OLIVER:  Objection to the term

8    "qualification statement."  There is no such document.

9    I think I've asked you to clarify what you mean by

10    "qualification statement."

11            I haven't been in my office this morning.  If

12    you sent me an e-mail last night, I did not get it.

13            We still are not clear as far as what a

14    "qualification statement" is.

15            MR. WAGNER:  In my e-mail to you, I said it's

16    like a 171 or whatever it is, a resume, which they use.

17    I know with respect to Ms. Blackwood, her resume was

18    submitted in response to the same term "qualification

19    statement."

20            Apparently, somebody understood.

21            MS. GRAHAM-OLIVER:  Actually, I interpreted

22    that to mean resume, and in my e-mail, I said do you

Page 23

1    mean resume, and I hadn't gotten a response before this

2    morning.  Now, we understand what it is.

3              MR. WAGNER:  Before yesterday, in response to

4    the discovery requests, Barbara Blackwood's resume was

5    provided.  Moving on.

6              BY MR. WAGNER:

7         Q    In answer to question number four of

8    Plaintiff's Exhibit 2, you indicate that Ms. Gunther is

9    responsible for determining the budget funding for the

10   Bureau; is that correct?

11        A    I'm sorry.  Can you redirect me, which

12   question?

13        Q    Number four.

14        A    I didn't develop the answer to question number

15   four.

16        Q    Who developed the answer to number four?

17        A    I believe Debbie Gunther responded to question

18   number four.

19        Q    Is that a correct statement that she made, to

20   the best of your knowledge and --

21             MS. GRAHAM-OLIVER:  Objection.

22             BY MR. WAGNER:

Page 24

1      Q      You are head of Human Resources; right?

2      A      Yes, I am.

3      Q      Is that a truthful statement?  An accurate

4   statement?

5             MS. GRAHAM-OLIVER:  Is that your understanding

6   of what Ms. Gunther does?

7             THE WITNESS:  Let me read it.

8             (Witness reviewing document.)

9             THE WITNESS:  There's one phrase in here that

10  I would want to clarify, and that would be when she

11  says "determining budget funding for the Division."  I

12  determine the budget funding for the Division.  She

13  assists me in that regard by reaching out to the branch

14  chiefs, as I have described on one of your exhibits, in

15  the organization that helped to say these are the kind

16  of programs we would like to try to initiate this year,

17  this is how much the funding is going to be.

18             But in many cases, I need to tell the branch

19  chiefs what they need to do and tell them then to

20  develop a budget or a funding amount that would be

21  necessary to carry that out.

22             I don't know that I would say she

Page 25

1    determined -- I would disagree that she determines the

2    budget funding.  She certainly assists me in helping

3    pull that together, but ultimately, it's really my

4    responsibility to figure out what I need to do my job

5    and to keep on track with what the organization needs

6    and make modifications as necessary.

7          BY MR. WAGNER:

8          **Q     To the extent that answer is accurate, did she**

9    **have those duties when she first reported/joined the**

10   **organization?**

11         A     All of them?  Part of them?  I'm not sure I

12   know what your question is.

13         **Q     No.  To the extent that answer number four is**

14   **accurate based on your role as chief of the Human**

15   **Resources Division or Personnel Division at one time,**

16   **did she have those functions when she first joined your**

17   **organization?**

18         A     When Debbie first joined my organization, she

19   had nothing to do with anything financial, number one.

20         We were not doing customer service surveys at

21   that time, when she first came in.  She very much

22   helped pull together PowerPoint presentations.  She was

Page 26

1    responding to audit requests.

2              There are pieces in here that she did when she

3    first came on.  As an analyst, she did a lot of

4    reporting for me, presentations.  We had just undergone

5    an audit, so she was doing some analysis on our

6    internal audit of our operations, so she was pulling

7    together information in that regard, but she didn't do

8    anything about property.

9              She was not responsible for anything

10   financial.  That didn't occur until after she took

11   responsibility for the human resources' support staff

12   during the reorganization.

13       **Q    Was that the first reorganization in December**

14   **of 2005?**

15       A    That's correct.

16       **Q    Would it be fair to say in December of 2005,**

17   **this new duty was added to her PD, position**

18   **description?**

19            **MS. GRAHAM-OLIVER:  I'm sorry.  Did you say**

20   **September?**

21            MR. WAGNER:  I thought I said December.  Did I

22   say December?

Page 27

1          THE REPORTER:  Yes.

2          THE WITNESS:  In December, are you saying this

3     new duty, these new duties?

4          BY MR. WAGNER:

5     Q    Yes, the financial duties.  The financial

6     duties were added in 2005.

7     A    That's correct.  For her oversight, for

8     example, when we talk about her "Overseeing the

9     financial documents, invoices, IPAKs, are initiated and

10    paid timely," it actually says she oversees that.  She

11    still oversees that.

12          Brigitte, as part of her staff, she oversaw

13    Brigitte performing the function of initiating and

14    paying in a timely fashion our invoices as it related

15    to our budget.

16          Lesa Wood now performs that.

17          Debbie has responsibility for the oversight of

18    that as the manager of that function.

19    Q    Who had these oversight responsibilities

20    before Ms. Gunther assumed them?

21    A    I did.

22    Q    You oversaw the budget development and

1    basically the duties that Ms. Gunther now performs, you

2    performed before they were delegated to her; is that

3    correct?

4         A    That would be correct.

5         Q    Who performed the duties under your oversight

6    prior to Gunther assuming that role?

7         A    I'm sorry.  Repeat that.

8         Q    Who performed the duties that Ms. Gunther

9    oversees now prior to her assuming -- who performed the

10   duties that Ms. Gunther oversees prior to Ms. Hawkins

11   leaving?

12        MS. GRAHAM-OLIVER:  Objection.  I thought you

13   asked that question previously.

14        BY MR. WAGNER:

15        Q    You said that Ms. Gunther oversaw certain

16   financial duties after the reorganization?

17        A    That's correct.

18        Q    Who performed those duties that she oversaw?

19        A    Who performed the duties?

20        Q    The duties that she oversaw.

21        A    Prior to the reorganization, it was Brigitte.

22   After the reorganization, it was Brigitte. Brigitte

Page 29

1    left and we replaced Brigitte with Lesa, so Debbie

2    still oversees those functions.

3        Q    Prior to her assuming that, you oversaw

4    Brigitte's work?

5        A    That's correct.

6        Q    You have stated on a number of occasions that

7    there were no duties changed in Brigitte's PD as a

8    result of the desk audit; is that correct?

9            MS. GRAHAM-OLIVER:  Objection.  Did you

10   understand the question?

11           THE WITNESS:  Please repeat it.

12           BY MR. WAGNER:

13       Q    In the documents -- the Interrogatories that

14   you answered, you indicated that no duties were removed

15   from Ms. Hawkins' PD as a result of the desk audit; is

16   that correct?

17           MS. GRAHAM-OLIVER:  Can you give us a copy of

18   what you are referring to, please?

19           BY MR. WAGNER:

20       Q    In response to question number five, it is

21   indicated that -- you answered number five; right?

22       A    I did.

Page 30

1    Q    You indicate "No duties were removed from Ms.

2   Hawkins' PD as a result of the desk audit," is that

3   correct?

4    A    I would like to be clear about that.  My

5   answer is correct.  There were no duties that were

6   taken from her.  There were description of duties in

7   her earlier PD, position description, that Brigitte did

8   not perform, nor did I expect her or anticipate for her

9   to perform.

10        Those duties as described in the earlier

11   position description when revised were removed, which

12   is a different statement than I took duties away from

13   her, because that would imply she was performing those

14   duties, which she was not.

15    Q    Prior to your arrival, do you know whether or

16   not Ms. Hawkins performed those duties based on your

17   conversations with other persons?

18    A    I have no idea.

19    Q    Did you ask anyone in the organization after

20   you joined what duties Brigitte performed?

21    A    No.  I asked Brigitte what she was doing when

22   I arrived.  I did not go to anybody else to say what

Page 31

1    did she used to do.

2        Q    Did you know what Brigitte did when you

3    arrived, what her duties consisted of?

4        A    When I arrived, as in when I arrived in May of

5    2004, did I immediately know everything she did?

6        Q    Yes.

7        A    No, I did not.

8        Q    Did you inquire from anyone what she did?

9        A    I asked Brigitte what she did.

10       Q    Did you ask anyone else what Brigitte did?

11       A    I believe in a conversation I may have had

12   with my two assistant H.R. officers, they probably made

13   a description of it in some context, but not

14   necessarily with any specificity.

15       Q    Did they give you a general view of what was

16   Brigitte was doing?

17       A    Not to my recollection.

18       Q    Do you recall anything that they said about

19   Brigitte's duties?

20       A    No, I don't remember any conversations

21   specifically about her duties with either of them.

22       Q    With respect to the duties that you removed,

Page 32

1    did you ask them whether or not Brigitte was performing

2    those duties?

3        A    No.  In fact, Jeanarta Lee left employment

4    with ATF in July or August before the desk audit was

5    even launched, so there was no conversation in that

6    regard.  I know Vivian White left as well, and I don't

7    know that she was around at the final conclusion when

8    we were refining the duties either.

9            To my recollection, I would have had no

10   conversation in that regard.

11       Q    Prior to your arrival, Vivian White was the

12   acting chief; is that correct?

13       A    Vivian White and Jeanarta Lee both -- is my

14   understanding -- you are asking me questions about what

15   happened before I got there.

16           My understanding is that Vivian and Jeanarta

17   both rotated acting assignments prior to my arrival.

18       Q    Would they have known what Brigitte was doing

19   based on their interim chief role?  Do you know?

20       A    I don't believe I'd want to answer a question

21   about what they knew.

22       Q    They were in the position to know because they

1    were chief; is that correct?

2              MS. GRAHAM-OLIVER:  Is that a statement?

3              MR. WAGNER:  I added "is that correct."

4              BY MR. WAGNER:

5        Q    Would they have been in a position to

6    know -- they would have been in a position to know if

7    they had been interim chief; is that correct?

8              MS. GRAHAM-OLIVER:  Objection.

9              THE WITNESS:  In an acting assignment, they

10   would have been responsible for the operations of the

11   division.

12             BY MR. WAGNER:

13       Q    Brigitte would have reported directly to them;

14   is that correct?

15       A    That would be correct.

16       Q    What duties were removed from the PD that

17   Brigitte had in place -- let me back up.

18             Focusing on the PD that was assigned to

19   Brigitte's position when you arrived, what duties did

20   you determine she was not performing that you felt

21   needed to be removed from her PD?

22       A    I would like to review a copy of that PD, and

Page 34

1    I can answer that more specifically.

2        Q    At some point, you determined that she was not

3    performing certain duties; is that correct?  In that

4    PD.

5        A    Yes.

6        Q    When did you make that determination?

7        A    At some point after the desk audit started and

8    before the newly reclassified position description was

9    finished.

10       Q    When was the desk audit?  Do you recall?

11       A    I don't recall with any exact date.  I have a

12   vague recollection of it being somewhere towards the

13   end of 2004 into the beginning of 2005.

14       Q    The desk audit was completed in February?

15       A    I believe so.

16       Q    You made no determination regarding the duties

17   that Brigitte was performing from May, when you came on

18   board, of 2005, to February 2006?  Is that your

19   testimony?

20       A    Actually, could you repeat the question?

21       Q    You said that you made a determination as to

22   what duties Brigitte was performing after the desk

1    **audit; is that correct?**

2        A    I'm not sure I really know how to answer your

3    question.

4        **Q    My initial question was when did you make the**

5    **determination that Brigitte was not performing certain**

6    **duties.  Your answer was after the desk audit.**

7        A    As I became more familiar with what Brigitte

8    was doing and what I needed her to do and what I

9    observed by way of things that she was performing, you

10   know, with every day, I became more familiar.

11           In May of 2004 when I arrived, I really didn't

12   know what exactly she was doing.  By the time the desk

13   audit was launched, I was becoming more intimately

14   familiar with that.

15           In addition to that, as Barbara prepared what

16   I considered to be the first initial draft of a

17   position description which was some time, I gather, in

18   February, I knew right away when I saw the duties that

19   were described on that paper that those were not

20   accurate for what she was doing or what I needed her to

21   do and the kinds of assignments I would direct for her

22   to do.

Page 36

1      Q      I show you what has been marked as Plaintiff's

2   Exhibit 4 and invite your attention to Tab C of that

3   document.

4                                  (Plaintiff's Exhibit No. 4 was

5                                  marked for identification.)

6           BY MR. WAGNER:

7      Q      Do you recognize that document?

8      A      I recognize the cover sheet.  I think there

9   are some handwritten notes in the margins that are not

10  mine, but I recognize what appears to be a copy of

11  Brigitte's initial position description that she would

12  have been assigned to when I first entered on board.

13     Q      Do you know whose writing is in the margins?

14     A      I really don't.

15     Q      Looking at that document, can you determine

16  what duties you identified that needed to be removed

17  from that PD that Brigitte was not performing based on

18  your determination at the end of the desk audit?

19     A      There is some verbiage in here that talks

20  about her needing to consider the impact of Bureau

21  limitations.  Her responsibility was for my Division,

22  not for the Bureau.

Page 37

1          It talks about her understanding ceilings

2      established by legislative or administrative policy.

3      She would not have been required to understand any

4      legislative policies or ceilings that had been

5      established, really only to operate within the

6      Division's budget.

7          There is some language in here about

8      coordinating and analyzing operations and long range

9      plans, researching and summarizing fiscal data.  She

10     did not do any long range planning for me.

11         Planning and conducting studies to evaluate

12     and recommend ways to improve effectiveness and

13     efficiency of work operations and preparing reports of

14     findings of such.  She did not do that either.

15     Q    Those duties that you have identified, is it

16     your testimony that Brigitte never did those items or

17     is it your testimony that you did not want her to have

18     those duties for you?

19     A    It would be my testimony that it's not work

20     that I needed to direct for her to do to complete for

21     my operations.

22     Q    In other words, your determination relative to

1    those duties set forth in that PD, your determination

2    was prospective in nature, what you wanted her to do

3    for you; is that correct?

4         A    It is my right and responsibility to direct

5    work.  I needed to determine what I needed her to do to

6    perform the operations to fulfill my mission.

7         Q    My question then is your assessment was

8    prospective in nature, what you needed her to do then

9    and in the future?  Is that your testimony?

10        A    That's correct, as well as what I observed her

11   currently doing.  I can't tell you whether or not she

12   ever did it ever, but under my watch and under my

13   observation, those were not things that she had

14   performed and even with that, since it's my

15   responsibility to direct her work and to assign her

16   work, that's what I was doing.

17        Q    Your testimony then is you don't know if she

18   had ever done that before then?

19             MS. GRAHAM-OLIVER:  Objection, as far as what

20   her testimony is.  I think she testified to what her

21   testimony is.

22             BY MR. WAGNER:

Page 39

1    Q    Please answer the question.  Your assessment

2    was based on her current situation and her future

3    situation, and you have no knowledge about what she had

4    done in the past; is that correct?

5         MS. GRAHAM-OLIVER:  Objection; asked and

6    answered.

7         BY MR. WAGNER:

8    Q    Please answer.

9    A    My testimony is that I needed to direct and

10   provide her work assignments, and that's what I was

11   doing.  I was describing the work I needed for her to

12   do.

13   Q    Your testimony is not -- you're not saying she

14   never did this work before; is that correct?

15   A    The items that I described are things that I

16   had not observed her doing or completing, in addition

17   to me needing to direct her to work those assignments.

18   Q    My question is you had no knowledge as to

19   whether or not she has ever done those duties before?

20   A    Before I got there?  I have no knowledge of

21   what she did.

22   Q    Have you ever received any training as a

Page 40

1    classifier?

2         MS. GRAHAM-OLIVER:  Objection; asked and

3    answered.  You may respond again.

4         THE WITNESS:  No.

5         BY MR. WAGNER:

6    Q    You have never received any training as a

7    classifier.  Do you know what a "classifier" is?

8    A    Yes, I know what a "classifier" is.

9    Q    What is a "classifier?"

10   A    Their responsibility is to gather information

11   to describe duties in a position description and apply

12   them against the qualifications standard to classify

13   and properly classify duties that an employee needs to

14   do in order to complete their tasks and assign a grade

15   and series and occupational title to that document.

16   Q    In your service in the personnel area, you

17   have never functioned as a classifier; is that correct?

18   A    That is correct.

19   Q    Have you ever conducted a desk audit?

20   A    No, I have not.

21   Q    Have you ever asked for a desk audit?

22   A    I have not asked for a desk audit; no.

Page 41

1    Q    Have you asked for a desk audit of any other

2    employee?

3    A    No.

4         MS. GRAHAM-OLIVER:  Other than Ms. Hawkins?

5         BY MR. WAGNER:

6    Q    Yes, other than Ms. Hawkins.

7    A    Correct; no.  Other than Ms. Hawkins, and

8    she -- I want to be clear about that, too.  She's the

9    one that requested it.  Based on her request, and I

10   believe as I had stated earlier, in consultation with

11   Vivian White at the time, we conducted the desk audit.

12   Q    Have you ever consulted or looked at or read

13   OPM's regulations regarding classification,

14   classifications of positions?

15        MS. GRAHAM-OLIVER:  Objection.

16        THE WITNESS:  I'm not sure I understand what

17   you mean.

18        BY MR. WAGNER:

19   Q    When Ms. Blackwood provided you with the desk

20   audit, there were a number of issues relative to the

21   reclassification of Ms. Hawkins' position; is that not

22   correct?

Page 42

1          MS. GRAHAM-OLIVER:  Objection with respect to

2    the term "a number of issues."

3          BY MR. WAGNER:

4     Q    You had decided that Ms. Hawkins had not

5    performed certain duties; right?

6     A    That's correct.  There were duties described

7    in the new position description that I did not need for

8    her to perform.

9     Q    You made a determination that her grade should

10   not be a 12 but rather an 11; is that correct?

11    A    That is not correct.

12    Q    What determination did you make?

13    A    The determination I made was to decide what I

14   needed to assign to Brigitte.  I did not make any

15   direction as far as what the grade level should be,

16   what the organizational title should be, or what the

17   occupational description or series should be.

18          I only directed and documented in the position

19   description what duties I needed for her to perform.

20          The classifier's responsibility then is to

21   take the words on the paper or in the position

22   description and apply them against the standard.

Page 43

1    That's what I relied on Barbara to do.

2        Q    **You had no reason to look at the OPM**

3    **guidelines for classifications; is that correct?**

4        A    That's true.

5        Q    **Ms. Hawkins submitted to the classifier a list**

6    **of additional duties that she was performing.  Are you**

7    **aware of that?**

8        A    I am aware of it.  I don't believe I know at

9    what time I became aware of it.  It may not have been

10   until after the fact.

11       Q    **Did the classifier provide you with this list**

12   **or a submission from Brigitte relative to the duties**

13   **she was performing?**

14       A    I don't recall.  It's possible, but I don't

15   recall that she did give it to me specifically.

16       Q    **Did you ask the classifier to explain how she**

17   **arrived at the results she arrived at, the conclusions**

18   **she arrived at?  Did you ask her?**

19       A    I believe I did.

20       Q    **Did she explain that to you?**

21       A    I believe she explained it to me, but it was

22   not within sufficient detail because the conclusion

Page 44

1    that Barbara and I reached in one of our conversations

2    was that in fact Barbara would speak with me more

3    specifically about what Brigitte needed to do, and then

4    I was in fact going to follow back up with Brigitte on

5    a number of occasions to understand with a little more

6    specificity about what she was doing and what it took

7    to get her job done.

8        Q    **The classifier submitted her papers to you in**

9    **February of 2006; is that correct?**

10       A    2005, it seems to me.  I don't recall it being

11   2006.

12       Q    **Okay, 2005.  You arrived in May 2004?**

13       A    Correct.

14       Q    **It was the following February, I think, that**

15   **she submitted --**

16       A    I believe so.

17       Q    **You did not get back to the classifier until**

18   **June of 2005.  Could you tell us what the reason for**

19   **the delay was?**

20       A    Well, first of all, I have no clear

21   recollection of when I specifically talked with

22   Barbara.  I'm trying to remember in the time line of

1    events, but certainly undergoing the study within the

2    organization and realizing there could be a

3    reorganization on the horizon, that not jumping into

4    one person's position description but yet looking more

5    globally certainly would have played a big part in

6    making any decisions about re-describing any duties

7    before more definition around the reorganization was

8    complete.

9        Q    The PD that Ms. Hawkins was working under at

10    the time, you felt at the conclusion of the desk audit

11    that modifications had to be made to that PD; is that

12    correct?

13            MS. GRAHAM-OLIVER:  Objection.  Do you

14    understand his question?

15            THE WITNESS:  I don't.

16            BY MR. WAGNER:

17        Q    At the end of the desk audit, when you finally

18    met with Ms. Blackwood and you made changes to the PD,

19    at some point in time, you felt that modifications had

20    to be made to that PD; is that --

21        A    To her revised copy?

22        Q    Yes.

1    A    Yes.  It did not accurately describe what I

2    needed Brigitte to do.

3    **Q    Did she advise you at that time that some of**

4    **those modifications would result in a change in the**

5    **classification for Ms. Hawkins?**

6    A    I have no recollection of her telling me any

7    such nature of that with respect to if you make this

8    change, it means a change in series.  If you make this

9    change, it is a change in grade.

10    We had no such conversations.

11    **Q    She never advised you at all that there would**

12    **be some impact on Ms. Hawkins relative to a**

13    **classification issue if your changes were made**

14    **permanent?  You never told you that?**

15    **MS. GRAHAM-OLIVER:  Objection as to time.**

16    MR. WAGNER:  She said she never told her.

17    THE WITNESS:  Well, what I would say is that

18    when you change a position description, as we were

19    doing during the desk audit process that Brigitte had

20    asked for, that at some point, when you are done and

21    the dust settles and you have a description of duties,

22    grade can change, occupation can change, but it was not

Page 47

1    in a dialogue that Barbara and I had where she said

2    well, if you make this change in this or take this out,

3    it means this.

4         That was not the conversation we had.

5         BY MR. WAGNER:

6         Q    Have you ever heard the term "constructive

7    demotion?"

8         A    No.

9         Q    I gather then that you do not know what a

10   "destructive demotion" is?

11        A    No.  What do you mean by that?

12        Q    It means a modification of an employee's

13   position to the extent that they are in effect demoted

14   and have a change in grade.

15        You have never heard anyone say that?

16        A    No.

17        Q    You have never heard anyone discuss that?

18        A    No.

19        Q    Did you ever discuss with Ms. Hawkins the fact

20   that her duties would change and her classification

21   would change as a result of the desk audit?

22        A    What I recall is at the conclusion of

Page 48

1    Barbara's project, which was meeting with Brigitte,

2    meeting with myself, making whatever changes, when that

3    was final, that I discussed it with Brigitte.

4        Q    Did you look at Brigitte's performance

5    appraisals before you arrived to determine what she had

6    done in the area of performance before you came on

7    board?  Did you look at her performance appraisals at

8    all?

9        A    I did not look at her performance appraisals

10   before I came on board.

11       Q    No.  When you came on board, did you look at

12   the performance appraisals she had received before you

13   arrived?

14       A    At some point, I would have seen her

15   performance appraisal from a previous year.

16       Q    Did you read the narratives set forth in the

17   performance appraisals?

18       A    I don't recall whether I read them at that

19   time.

20       Q    What was your purpose in looking at her prior

21   performance appraisals?

22       A    I don't believe that I went looking for them.

1    I believe that I would have become aware of them being

2    in a drop file that would have been left by the

3    previous supervisor.

4         I don't remember looking for them or

5    necessarily reading through them to any extent.

6    **Q    When you were making a determination as to**

7    **what skills Ms. Hawkins had, and whether or not those**

8    **skills could help you, did you look at her prior**

9    **performance appraisals to make any determination along**

10   **those lines?**

11   A    No.   I only was basing what skills she could

12   provide based on my personal observations of her

13   performance.

14   **Q    When you looked at the PD and you made a**

15   **determination that the PD listed duties that you had**

16   **not seen her perform and duties that you did not want**

17   **her to perform for you, did you ask Brigitte at any**

18   **time whether or not she had ever performed those**

19   **duties?**

20   A    I don't have a recollection of asking her

21   about that, but I'm the manager and I need to direct

22   the work I need her to perform.   It's my right, my

Page 50

1    responsibility.

2         Q    Is the Financial Management Division a part of

3    your organization?

4         A    No, it is a separate division.

5         Q    Sort of like on a peer level with yours?

6         A    Yes.

7         Q    Is there any reason why Brigitte would be

8    directed to go to the Financial Management Division to

9    seek answers to budget questions?

10        A    In fact, many times I would ask Brigitte what

11   was left in my account, and she told me she had to go

12   over to Finance and have somebody help her get that

13   answer, so yes.

14             I didn't direct her to go there.  I thought

15   that was information she could pull from our financial

16   system because she was in essence monitoring and

17   tracking our financial transactions, and yet on many

18   occasions, she would go to Finance to get that

19   information.

20        Q    Did they routinely provide information to your

21   organization?

22        A    At that time, no.  At some point, they started

Page 51

1   to generate regular reports that would say this is

2   basically what is left in your budget.  I don't know

3   whether Brigitte was there at that time or not.

4        **Q    One of her responsibilities would be to liaise**

5   **with the Financial Management Division; is that your**

6   **testimony?**

7            **In other words, as a part of her duties, she**

8   **would have to contact the Financial Management Division**

9   **from time to time; is that correct?**

10       A    Yes, to reconcile any discrepancies or get

11  information; yes.

12       **Q    That is not something that you would do as**

13  **head of the office?**

14       A    I do it frequently as it relates to my

15  responsibility; yes.

16           The chief of Finance or the Financial

17  Management Division is a peer of mine, as another

18  division chief within the organization, and we

19  collaborate frequently.

20           I will have many discussions with the chief of

21  Finance about things I want to do, and then come back

22  and relay those to the staff.

1    Q    After the desk audit, you started thinking

2    of -- I guess in June 2005 -- you started thinking

3    along the lines of a reorganization; is that correct?

4            MS. GRAHAM-OLIVER:  Objection to the time

5    period.  You said after the desk audit?

6            MR. WAGNER:  Yes, in June 2005.

7            THE WITNESS:  I don't remember the sequence of

8    that.

9            BY MR. WAGNER:

10    Q    Did you have a conversation with Brigitte in

11    which she raised the issue of whether or not she would

12    be placed under someone's supervision?

13    A    At some point, I did have that conversation

14    with her, yes, as well as at the time I think I

15    mentioned that I eventually hired a staff assistant,

16    who was Lorraine Cunningham, as you described my

17    secretary/assistant, person who helps me manage the

18    calendar.

19            At that point, I then hired Lorraine.

20    Lorraine was also working for me, and both Lorraine and

21    Brigitte were being placed under the new Human

22    Resources support staff.

Page 53

1          I had similar conversations with the both of

2     them about their realigning under a different manager.

3          Q     At the time you had this discussion with

4     Brigitte, you had not made up your mind as to whether

5     or not this reorganization was going to be a reality;

6     is that correct?

7          A     Well, there's, I believe, two questions in

8     your question.  Question number one is did we know we

9     were going to reorganize.  We had decided we were

10    reorganizing.

11          Question number two, I think, was whether or

12    not she was going to be placed under a different

13    manager.  I believe I had a conversation with the both

14    of them about the possibility of creating the support

15    staff, and I needed to get the final approval on that.

16          I don't remember the timing of all of that.

17          Q     Who are you referring to when you say "the

18    both of them?"

19          A     Both Lorraine and Debbie (sic).

20          Q     Lorraine was --

21          MS. GRAHAM-OLIVER:  You said "Debbie."

22          THE WITNESS:  I'm sorry.  Thank you.  No.

Page 54

1    Lorraine and Brigitte.

2            BY MR. WAGNER:

3       Q    **Lorraine was in what position?**

4       A    She was my staff assistant.

5       Q    **That was a staff assistant you had when you**

6    **came on board?**

7       A    At some point after I came on board; yes.

8       Q    **And then you were going to -- you were**

9    **thinking about placing her under Debbie?**

10      A    Lorraine, yes, as well as Brigitte.

11      Q    **When you constituted this staff under Debbie,**

12   **who reported to Debbie as a result of that arrangement?**

13      A    When we created the support staff, it would

14   have been Lorraine.  It would have been Brigitte, who

15   initially were direct reports of mine.

16           We also placed, if I remember correctly, a

17   gentleman by the name of Jacque Sheffield.  Jacque was

18   in a different part of the organization and was looking

19   for a change, so we had him occupy one of the slots

20   when we created the staff for him to take on new

21   duties.  Jacque became part of that staff.

22           Three people were assigned to Debbie is the

Page 55

1    best I can remember from two years ago.

2         Q    I show you what has been marked as Plaintiff's

3    Exhibit No. 5.

4                              (Plaintiff's Exhibit No. 5 was

5                              marked for identification.)

6              BY MR. WAGNER:

7         Q    Do you recognize that?  What is it, first of

8    all?

9         A    This is an e-mail from Brigitte Hawkins to

10   myself on December 13, 2005.

11        Q    Do you recall receiving that e-mail?

12        A    Yes, vaguely.  I have to refresh my memory

13   about it, but I do recall it.

14        Q    Do you recall whether or not Brigitte asked in

15   that e-mail about your statement that you were still

16   making up your mind about this support staff and that

17   she challenged that; is that correct?

18        A    I'm sorry.  I don't understand what your

19   question is.

20        Q    In that e-mail, she refers to your statement

21   that you had not made up your mind regarding the

22   support staff; is that correct?

Page 56

1      A    That's true.  Up here, she does indicate that.

2  She says "You indicated the possibility of Debbie

3  Gunther becoming the chief of H.R. was not 100

4  percent."

5      Q    Was that a correct statement?

6      A    I don't remember exactly the conversation I

7  had with her or when I had the conversation with her,

8  but --

9      Q    Do you dispute that allegation that she made

10  there?

11      A    I remember like one of my conversations with

12  Brigitte, and I can't remember if it was in December or

13  November or when.

14           I remember at some point I had a conversation

15  with Brigitte about the creation of the staff, but how

16  that staff was going to be filled and who was going to

17  take what positions was not all 100 percent yet.

18      Q    Would that conversation have occurred on or

19  about the date of that e-mail?

20      A    That, I have no idea.

21      Q    When did you make up your mind regarding the

22  creation of the support staff?

Page 57

1       A       The creation of the support staff was part of

2       the reorganization proposal that I had to seek approval

3       from, which I got.

4               One of the things I needed to iron

5       out -- actually, there were several things that needed

6       to be worked out in the reorganization, but with

7       specifics to the chief of the staff, I recall needing

8       to talk to my boss at that point about doing the

9       reassignment of a non-supervisor into the supervisory

10      position, and getting that approval and okay before I

11      made that decision.

12      **Q       When a non-supervisor is transferred into a**

13      **supervisory position, does that position have to be**

14      **advertised?**

15      A       As long as it's not at a different grade

16      level, no.  There's no Federal requirement when there

17      is no increased promotion potential.

18      **Q       Is Ms. Gunther in a GM position or is it GS?**

19      A       It's GS.

20      **Q       She was placed in the management series?**

21      A       It was still GS.

22      **Q       On a number of occasions, you have stated that**

Page 58

1    Brigitte requested the desk audit; is that correct?

2        A    That's correct.

3        Q    Did Brigitte request a change in her duties?

4        A    No, not to my recollection.

5        Q    That was a determination that you made after

6    the desk audit; is that correct?

7        A    No, that would not be correct.  I did not

8    change her duties.  I had her duties more accurately

9    described in the position description.

10        Q    Would it be fair to say that she did not ask

11    for a modification of her PD and a change in

12    classification series?

13        A    Brigitte asked for a desk audit, is what she

14    asked for.

15        Q    The result of that desk audit was a change in

16    the classification series; is that correct?

17        A    That is correct.  That is what the result was.

18        Q    She asked for a promotion as a result of the

19    desk audit?

20        A    She asked for a promotion and she asked for a

21    desk audit.

22        Q    To achieve that promotion?

Page 59

1      A     I don't know what she believed.  She asked for

2   a promotion and she asked for a desk audit.

3      **Q     Before she asked for the desk audit, she**

4   **indicated to you at some time that she believed that**

5   **she was entitled to a higher grade; is that correct?**

6      A     She said she believed she should get a

7   promotion.

8      **Q     Did she indicate to you the reasons why she**

9   **thought she should get a promotion?**

10     A     She thought that there were duties she was

11  doing that were higher graded.

12     **Q     At that point, you spoke to Vivian White**

13  **regarding how to handle this request; is that correct?**

14     A     That's my recollection.

15     **Q     Vivian White, as I recall, suggested the desk**

16  **audit as a route?**

17     A     I don't recall her suggesting her as a route.

18  I think that she was conferring with me about

19  Brigitte's request for the desk audit.

20     **Q     Which occurred first, Brigitte's request for a**

21  **desk audit or your conversation with Vivian White?**

22     A     It would be Brigitte's desk audit request.

Page 60

1    Q    Let me see if I understand.  Brigitte came to

2    you and asked for a desk audit without asking you for a

3    promotion?

4         MS. GRAHAM-OLIVER:  Objection.

5         THE WITNESS:  No.  Brigitte asked for a

6    promotion.  At some point, she also -- I mean Brigitte

7    started to ask me about her duties in May of 2004 when

8    I arrived, and I told her that I had a whole new

9    organization, a whole new division, a brand new ATF to

10   learn.  I was not ready to immediately look into what

11   her job was specifically, but that in time, I would

12   have an opportunity to review that.

13        At some point in the future, she asked me

14   again for a promotion.  I said Brigitte, I'm still

15   trying to learn the job, learn what you do and how it

16   relates and what kind of work I'm going to be

17   continuing to direct you to perform for me.

18        At some point, Brigitte asked again and then

19   the desk audit. That's my recollection.

20        BY MR. WAGNER:

21   Q    Asked again for the desk audit or asked again

22   for the promotion?

Page 61

1       A      Promotion and then at some point she asked for

2    the desk audit.   That's my recollection.

3       **Q      Did she ask for the desk audit after you had**

4    **informed her that you were still looking at what she**

5    **was doing or did she ask for the desk audit after you**

6    **spoke to Ms. White about the issue?**

7       A      I don't remember the exact sequence.

8       **Q      Who raised the issue of the desk audit first?**

9       A      Brigitte.

10      **Q      That was in response to what, do you recall?**

11      A      Of her wanting a desk audit.

12      **Q      Did at any point you say, no, Brigitte, I'm**

13   **not going to promote you, and then she asked for a desk**

14   **audit?**

15      A      I don't recall that; no.

16      **Q      If she testified or said you denied her**

17   **promotion and then that's when she asked for a desk**

18   **audit, would that be a fair statement, would that be**

19   **accurate to the best of your knowledge and belief?**

20      A      I think you're asking me to speculate.   I

21   don't understand the question.

22      **Q      Was Brigitte performing any of the duties that**

Page 62

1    she felt justified a higher grade?

2        A    I don't know what duties she felt justified

3    the higher grade.

4        Q    I believe you indicated that Ms. Blackwood

5    said that Brigitte gave her a list of duties that she

6    was performing; is that correct?

7        A    At some point, I became aware of that.    I

8    don't remember when I became aware of the fact that

9    Brigitte gave her a list of duties that she was

10   performing.

11       Q    Did you ask Ms. Blackwood what she based her

12   assessment on when she arrived at the GS-12 grade?    Did

13   you ask her for the basis of her reclassification?

14       A    I may have, but I don't remember.

15       Q    Which occurred first -- in your conversation

16   with Ms. White, Vivian White, did she at any point

17   indicate to you that the best way to find out what

18   Brigitte is doing is to do a desk audit?

19       A    I don't remember that being part of my

20   conversation with Vivian.

21       Q    Did you ask Vivian White what Brigitte was

22   doing and whether or not Brigitte deserved a promotion?

Page 63

1      A     I don't recall having that conversation with

2   Vivian; no.

3      Q     **How long was your conversation with Vivian**

4   **White on this issue?**

5      A     I don't remember it specifically.  I only

6   recall in very general terms having a conversation with

7   her about a member of the staff asking for a desk audit

8   and what was her advice on that topic.  That's about

9   the extent I remember the conversation.

10     Q     **Vivian White was over the classifier's; is**

11  **that correct?**

12     A     Yes.

13     Q     **That would have been the person you would want**

14  **to get a desk audit done; is that correct?**

15           **MS. GRAHAM-OLIVER:  Objection.  Didn't you**

16  **just say -- in terms of the sequencing here, I thought**

17  **I heard that the Plaintiff asked for a desk audit and**

18  **then --**

19           MR. WAGNER:  That's when Ms. Filler said she

20  asked --

21           MS. GRAHAM-OLIVER:  Went to Vivian White.

22           MR. WAGNER:  That's what Ms. Filler said, that

Page 64

1    the Plaintiff asked for a desk audit.

2            MR. WAGNER:  My question from another angle

3    was whether or not Ms. White raised the question or

4    gave the suggestion that the best way to find out what

5    Vivian (sic) was doing was to have the desk audit.

6            MS. GRAHAM-OLIVER:  What Brigitte was doing.

7            MR. WAGNER:  Yes.

8            BY MR. WAGNER:

9        **Q    Did Ms. White say that because you don't know**

10    **what Brigitte is doing, the best way to find out is to**

11    **do a desk audit?  Did she make that suggestion to you?**

12        A    I don't recall that part of my conversation

13    with her.

14        **Q    You don't recall that is the reason why the**

15    **desk audit surfaced, because Ms. White suggested that**

16    **as a way of finding out what Brigitte was doing?**

17        A    What I recall about the way the desk audit

18    surfaced was because Brigitte asked for it.  That's why

19    the whole concept of a desk audit was even

20    contemplated, because of Brigitte's request.

21        **Q    It wasn't because Ms. White suggested that as**

22    **a way to find out what Brigitte was doing?**

Page 65

1         A     That's not my recollection.

2         Q     Did Ms. White at any point say that no one

3    knew what Brigitte was doing, therefore, a desk audit

4    was necessary?

5         A     I don't recall that.

6               MR. WAGNER:  Let me have this marked as

7    Exhibit 6.

8                              (Plaintiff's Exhibit No. 6 was

9                              marked for identification.)

10              BY MR. WAGNER:

11        Q     I show you what has been marked as Plaintiff's

12   Exhibit 6 for identification, and invite your attention

13   to the last -- first of all, do you recognize

14   Plaintiff's Exhibit 6?  What is it?

15        A     It's called a "Classification Evaluation

16   Statement."

17        Q     Have you ever seen it before?

18        A     I believe I have seen this.  I believe I have.

19        Q     I invite your attention to the last page of

20   that document.  What do you see on the last page of

21   that document?

22        A     There's a handwritten note at the top that

Page 66

1    says "Additional duties submitted by Brigitte,

2    12/29/04."  There's some typing with an introduction

3    and duties.

4        Q    I invite your attention to the duties and I'll

5    ask you to read those duties that Brigitte submitted to

6    support her desk audit.

7            Could you read those, please?

8        A    "Reviews current year --

9        Q    You can read them to yourself.

10       A    Oh, okay.  Sorry.  I thought you wanted me to

11   read them in the record.

12       Q    Yes, go ahead.

13       A    "Reviews current year and prior year

14   obligations, documents in order to make available

15   unbigoted balances for alternate spending options and

16   to allow financial documents to represent more

17   accurately the actual status of funds and to avail the

18   Division's status of funds."

19       Q    Did she do those duties?

20       A    I'm not really sure I even understand what

21   that sentence means, to be honest with you.

22       Q    Okay.  Go on to the next one.

1      A      "Prepares reports, including budget execution

2    reports and staffing reports.  Monitors travel, credit

3    card purchases, overtime, comp time, spot awards,

4    budget reprogramming, year end reports, supplies and

5    prior year history reports."

6      **Q      Did she do that duty?**

7      A      She did monitor my staffing reports.  She did

8    monitor travel because that's part of what you have to

9    put into the FRED financial system.

10           She would have monitored credit card

11    purchases, again, because those are expenditures that

12    she would track in the financial system.  Same thing

13    with overtime and comp time.

14           Spot awards, when awards would hit our budget,

15    she would be able to know that award money was being

16    taken out of the budget, but she didn't initiate the

17    spot awards or track them or approve them.

18           Budget reprogramming, when we needed to move

19    money from one pot to another, she would have to go

20    Finance and tell me that she would need to get that

21    accomplished at Finance.  That wasn't something she

22    could do.

1          I'm not sure I know what the year end reports

2     are.

3          Supplies.  She was responsible for compiling

4     and ordering supplies.  I don't know what prior year

5     history reports are.

6     **Q     Go on to the next one, please.**

7     A     "Attends briefings and meetings with budget

8     officials in the Bureau representing the Personnel

9     Division.               Makes decisions and provides

10    expert recommendations in his or her area of

11    responsibility.  Provides advice to the division chiefs

12    of changes in budget policies and their implications."

13         She would attend when they were having like

14    funds' discussions, about the new FRED financial

15    system, she would attend those meetings.

16         She would attend with me when we were

17    having -- like when the division chiefs would meet with

18    my assistant director, she would attend with me to help

19    me and advise me on where we had money and where we

20    were depleting on money.

21         "Making decisions and provide expert

22    recommendations in his or her area of responsibility,"

Page 69

1    I don't know what that means.  I don't know what that

2    is, so I don't know.

3              "Provides advice to the division chiefs of

4    changes in budget policies and their implications."  I

5    don't know what the changes in budget policies are and

6    what implications.  I'm not sure I understand what that

7    is supposed to describe either, frankly.

8              "Serves as training officer" -- this is

9    another duty.  "Serves as training officer for the

10   Division.  Also, the Division liaison with the training

11   and professional development on all training.

12   Coordinates training for all personnel training by

13   branch."

14             It's a little bit difficult to decipher, but

15   when we talk about her being the training officer, if

16   people within the Division wanted to attend training,

17   they would go to Brigitte and she would be able to

18   coordinate the funds to make them available for

19   training for people.

20             So, she did do that.

21             Last duty on this page talks about "Serving as

22   the contracting officer/representative for the

1    Division.  Issues background security packages,

2    maintains contractor files.  Monitors financial

3    management controls.  Develops the contract

4    specifications or work statements in such a manner as

5    to promote competitive procurement actions."

6         There are some pieces in here that Brigitte

7    did perform.

8       Q    Such as?

9       A    Well, "issues background security packages."

10   When we wanted to bring a contractor on board, she

11   would go to the Office of Professional Review and

12   Responsibility and get a background package from them,

13   and she would give it to the prospective contractor for

14   them to fill out.

15        She doesn't really issue them.  She

16   coordinates and facilitates getting the background

17   packages.

18        She did maintain contractor files.  When we

19   hired a new contractor, she would keep a copy of that

20   contract on her file.

21        "Monitoring financial management controls."

22   I'm not sure I know what is meant by that exactly.

Page 71

1          She did not develop contract specifications or

2     work statements in such a manner to promote competitive

3     procurement actions.

4          The program manager responsible within the

5     Division who needed a specific contract would actually

6     be responsible for developing the contract

7     specifications or the work statement.  She would just

8     facilitate getting that from that program manager and

9     putting that as part of the file before we would try to

10    obtain a contract.

11    **Q    Do you know whether she would assist the**

12    **program manager in preparing the spec?**

13    A    Did she assist them with writing it up?  Not

14    to my knowledge.  She would have told them that one was

15    necessary, and she would have had the program manager

16    prepare the work statement.

17    **Q.   Okay.  Could you go to the sentence that**

18    **starts with "The incumbent is required to seek**

19    **budgetary -- excuse me.**

20    **Does that sentence say that they are merely to**

21    **keep you informed or does that sentence say they are**

22    **supposed to go to FMD for guidance?**

Page 72

1                MS. GRAHAM-OLIVER:   What does the sentence

2     say?

3                THE WITNESS:   Again, the sentence says "The

4     incumbent is required to seek interpretation and

5     guidance from FMD on budgetary issues." That's what the

6     sentence says.

7                I would tell the incumbent of that position

8     that they are to come to his or her supervisor to tell

9     them of any issues that they have, budgetary or

10    otherwise.

11               BY MR. WAGNER:

12        Q    They are not to come to you or their

13    supervisor for interpretation or guidance, are they?

14               MS. GRAHAM-OLIVER:   What does it say?

15               THE WITNESS:   It says "The incumbent is

16    required to seek interpretation and guidance from FMD

17    on budgetary issues."

18               BY MR. WAGNER:

19        Q    With the assistance of your counsel, your

20    position is that statement should be read literally; is

21    that correct?

22               MS. GRAHAM-OLIVER:   Objection.  You asked her

Page 73

1    what it stated.  It states that "The incumbent is

2    required to seek interpretation and guidance from

3    FMD --

4              MR. WAGNER:  I would suggest that you read

5    Judge Katanna's Order.

6              MS. GRAHAM-OLIVER:  You also asked her how she

7    interpreted it, and she stated a number of times how

8    she interpreted it.

9              MR. WAGNER:  I would suggest that you read

10   Judge Katanna's --

11             MS. GRAHAM-OLIVER:  I'm going to object to

12   this questioning as asked and answered on a number of

13   times.

14             MR. WAGNER:  Fine.

15             BY MR. WAGNER:

16       Q     Please answer the question.

17             MS. GRAHAM-OLIVER:  Time to move on.

18             BY MR. WAGNER:

19       Q     Please answer the question.  Are you saying

20   that testimony -- that sentence is to be read

21   literally?

22             MS. GRAHAM-OLIVER:  Objection to the relevancy

Page 74

1    of that question.

2           BY MR. WAGNER:

3      Q    Please answer the question.

4           MS. GRAHAM-OLIVER:  Do you understand it?

5           THE WITNESS:  At this point, I don't even

6    understand your question; no.

7           BY MR. WAGNER:

8      Q    The question is is that sentence to be read

9    literally?

10          MS. GRAHAM-OLIVER:  Who is to read the

11   sentence literally?

12          BY MR. WAGNER:

13     Q    Is it your testimony that the incumbent is to

14   go to FMD for any interpretation or guidance on budget

15   issues?

16     A    Again, the statement as written, "The

17   incumbent is required to seek interpretation and

18   guidance from FMD on budgetary issues."

19     Q    And that is the requirement for the incumbent;

20   is that correct?

21     A    That is what it says; yes.

22     Q    In your role as chief of the Human Resources

Page 75

1    Division, that is the position you take, that they are

2    to go to FMD for interpretation and guidance on

3    budgetary issues?

4        A    Yes.

5        Q    In question number nine of the

6    Interrogatories, you were asked to describe the

7    budgetary -- let's go off the record for a second.

8            (A brief recess was taken.)

9            MR. WAGNER:  Back on the record.

10           BY MR. WAGNER:

11       Q    You were asked to describe budgetary

12   responsibilities; is that correct?

13       A    Financial responsibilities; yes.

14       Q    Do you equate financial with budgetary

15   responsibilities?

16       A    It depends on how either of those are defined.

17       Q    How do you define "budget responsibilities?"

18       A    Well, there's budgeting, which might be

19   monitoring and tracking of a dollar figure that you're

20   given.  Financial responsibilities may potentially go

21   beyond that.

22       Q    Such as travel vouchers?

Page 76

1      A    Yes, fiscally responsible.

2      Q    Would it be fair to say that when you speak in

3  terms of "financial responsibilities," you are talking

4  about maintaining travel vouchers, supplies, payments

5  for supplies, et cetera?

6      A    Uh-huh.

7      Q    And when you are talking about "budgetary

8  responsibilities," we are referring to funding for

9  FTEs, et cetera?

10     A    Yes.

11     Q    What is an "FTE?"

12     A    An "FTE?"

13     Q    Yes.

14     A    It's a full time equivalent, meaning what it

15  costs to support an occupant of a position.

16     Q    When we speak of budgets, we are talking about

17  the FTEs and I guess the overall picture of the total

18  funding for travel, the total funding for supplies, et

19  cetera?

20     A    Correct.

21     Q    When you are talking about financial

22  responsibilities, you are talking about the monitoring

Page 77

1    of expenditures with regard to travel and supplies?

2        A    Yes.  I mean, all of that can certainly be

3    interrelated, but if we want to make those

4    differentiations.

5        Q    IRS, what responsibilities did you have,

6    budget or financial responsibilities?

7        A    As the training officer, I had -- I had a

8    budget to deliver training programs that I had to

9    monitor and track.  Of course, with that would have

10   been financial responsibilities tied in with that as

11   well.

12           Earlier on --

13       Q    Excuse me.  Having a budget is not the same

14   thing as budgetary responsibilities, is it?

15       A    I don't know what you mean by that.

16       Q    You indicated a few moments ago that financial

17   responsibilities involve monitoring travel and payment

18   for supplies, et cetera, but you do that out of a

19   budget, don't you?

20       A    It's being fiscally responsible, I guess, is

21   how -- maybe we are getting too far into details and

22   trying to define each of those separately.

Page 78

1            I just meant being fiscally responsible,

2      whether it is just approving a travel voucher, being

3      financially or fiscally responsible.

4            As a manager, you're always being fiscally or

5      financially responsible, if an employee were to travel

6      or to approve their overtime or comp time, but as it

7      relates to having a specific budget that I had to

8      monitor, as the training officer, I did have a budget

9      for delivering training classes early in my career that

10     I had to monitor.

11           As a manager, you always have to be

12     financially -- even if you don't have a budget.

13     **Q    Which part of your career as to IRS did you**

14     **have that responsibility?**

15     A    Have what responsibility?

16     **Q    Over this budget for providing training, et**

17     **cetera.**

18     A    As a training officer, earlier in my career,

19     in the 1980s.

20     **Q    When you say "1980s," what job were you in at**

21     **that time?**

22     A    I was the training officer for Internal

Page 79

1    Revenue Service in Richmond District.

2        Q    **What grade were you?**

3        A    I was a grade 13.

4        Q    **Did you have a staff?**

5        A    I did.

6        Q    **How many people were on your staff?**

7        A    I don't remember how many people now.

8        Q    **At what time in your career did you hold the**

9    **job as training officer?**

10        A    In the 1980s.  I'm trying to recall what year

11    in the 1980s.

12        Q    **Late 1980s?  Early 1980s?**

13        A    Late 1980s, I believe.

14        Q    **How long did you hold that position?**

15        A    Late 1988, I believe, is when I got that

16    position.

17        Q    **How long did you hold it?**

18        A    Approximately two years is my recollection.

19        Q    **Is that the extent of your budgetary**

20    **responsibilities for IRS?**

21        A    No.  I was responsible earlier in my career as

22    a management assistant on a staff to maintain the

Page 80

1    budget for travel vouchers and overtime/comp time and

2    an awards budget.

3         Q    **What grade were you at that time?**

4         A    I believe I was a seven or eight, perhaps.

5         Q    **When you say "maintain the budget," are we**

6    **talking about fiscal responsibilities, monitoring**

7    **monies going out, being spent for travel, et cetera, or**

8    **are we talking about providing justifications for the**

9    **budget?**

10        A    At that grade level, I don't believe I would

11   have provided any justifications.  My recollection at

12   that grade level was to track how much money we had

13   left in the account, in those accounts that I

14   described, and whether or not there was sufficient

15   money to carry us through the year.

16        Q    **Tell me about the training that you had to**

17   **perform budget duties in your current position.**

18        A    I have not had any -- when you say "to perform

19   the budget duties," to maintain the budget?

20        Q    **Yes.  Have you received any budget training?**

21        A    Since I came on board with ATF, they had a two

22   or a two or three day workshop that people who were

1    similarly situated, such as myself, as division chiefs,

2    who were given and are responsible for the formulation

3    and execution of our division budget, they had a

4    workshop.  I attended that.

5         I don't remember any other formal training.  I

6    took math classes growing up.  I took some accounting

7    classes, college level accounting classes.

8         That's my recollection to the extent of any

9    budget training.

10   **Q    Can you tell us what you know about Ms.**

11   **Hawkins' budgetary background, her training,**

12   **experience, et cetera?**

13   A    What I know about her background frankly would

14   be limited in that regard.  I believe while she was an

15   employee under me that there were some different

16   workshops that were conducted for people such as

17   herself who were similarly situated for how to go into

18   the financial system and input on a regular basis the

19   receivers and placeholders, et cetera.

20   **Q    You are referring to training that she**

21   **received while you were chief; is that correct?**

22   A    That's correct.

Page 82

1       Q    Do you know of her background -- at any time

2    did you inquire what her education was, what her

3    training was with regard to budget and financial

4    issues?

5       A    No.  She was already employed when I got the

6    job, so I didn't look into her background.

7       Q    In making a determination, your determination

8    as to what duties she would perform on your behalf, did

9    you pull her file to see exactly what skills she had or

10   what her experiences had been in order to determine how

11   best to use her?

12      A    You've already asked me that question, and no,

13   I didn't look into her background to assign her any

14   duties.  I assigned her the duties that I needed for

15   her to perform to get the job done.

16      Q    Did you make any determination from looking at

17   her file -- you never looked at the file; right?

18      A    I really didn't look in her file; no.

19      Q    At one point you indicated that the

20   analyses -- that you didn't expect Brigitte to do any

21   analyses.

22                MS. GRAHAM-OLIVER:  Objection.

Page 83

1            THE WITNESS:  I don't understand the context

2    of that.

3            BY MR. WAGNER:

4        Q    You changed Brigitte's classification from

5    management support --

6            MS. GRAHAM-OLIVER:  Objection.

7            BY MR. WAGNER:

8        Q    Specialist; right?

9        A    I did not change that in that manner; no.  I

10    re-described her duties and made sure that the duties

11    that were described in the new position description

12    more accurately reflected what I needed for her to do.

13            It was the classifier's responsibility to then

14    apply those duties to the classification standard.

15        Q    That's how we arrived at the management

16    support specialist; is that your testimony?

17        A    That's how that occurred; yes.

18        Q    The second page of the duties, focusing on the

19    duties and responsibilities of the management support

20    specialist, the duties list a number of areas in which

21    the incumbent is supposed to provide analysis; is that

22    correct?

Page 84

1    A    In the context of the whole duty, again,

2    analysis depending on how you define it.  In the

3    context of this specific duty, she needs to go into the

4    financial system and generate and prepare reports and

5    monitor my financial actions, and she needs to

6    continually review those obligations to make

7    recommendations for reprogramming of funds.

8         What that means is if I'm short in one

9    category and high in another category, that "her

10   analysis" might be you're short here and you're high

11   here, you might want to consider moving some of this

12   money.

13   Q    Do you expect a person in that position to

14   make that kind of recommendation?

15   A    I would expect for them to tell me what's high

16   and what's low and what options I have; yes.

17   Q    And draw the conclusion that money has to be

18   shifted; is that correct?

19   Q    I would expect that person to be able to tell

20   me that; yes.

21   Q    The same would hold true for evaluating the

22   Division's administrative procedures and controls?

Page 85

1    A    I'm sorry.  Where are you?

2         Analyses, yes, and I can give you a specific

3    on that as well.  There were procedures for how

4    managers, if they wanted to travel, what the procedure

5    would be for them to get authorization for travel.

6         I would want her to be able to articulate to

7    any manager or the incumbent of this to say this is how

8    you would go about traveling and how you would seek

9    that authorization, and she should be able to

10   continually review or analyze those procedures and then

11   say whether or not a change needs to be made.

12        Travel should come to you first or after the

13   fact, and if it's not working one way, perhaps it needs

14   to work a different way.

15        I would expect that at that grade level this

16   person should be able to evaluate or analyze those

17   administrative procedures and make a recommendation to

18   change what comes first or second; yes.

19        That's different than other kinds of analyses.

20   **Q    What other kind of analyses are you referring**

21   **to that this is different from?**

22        A    Taking a look at some major financial reports

Page 86

1   or other kinds of reports and make analyses based on

2   those.

3           I'm having her analyze very specific areas.

4   Budget expenditures or analyze administrative

5   procedures and whether or not they are effective or

6   not.

7       Q    **If she sees a financial report -- you said**

8   **what you don't expect her to do is to perform analysis**

9   **of financial statements; is that your testimony?**

10      A    That was a bad example; no.

11      Q    **Please give us a good one.**

12      A    I would not expect her to be able to make an

13  analysis of the efficiency of the Division's operations

14  and to make recommendations for how to do that better.

15  That would be a better example.

16      Q    **Division operations.  That's pretty much how**

17  **the Division conducts its business?**

18      A    Correct.

19      Q    **If she sees something wrong in the Division**

20  **and common sense or whatever says there is a better way**

21  **of doing it, a better procedure for getting the work**

22  **done, you would not expect her to be able to come**

1     forward and tell you that the way we are now recording

2     FTEs, you know, on the books, is improper or wrong, or

3     maybe some changes should be made?

4           You wouldn't expect her to do that?

5     A     I would expect any employee in the Division if

6     they have suggestions for improvement could tell me

7     that, but it would not be a requirement of their job to

8     do an analysis of the efficiency of the operations and

9     to give me any formal recommendations in that regard.

10    Q     There's a provision in her PD that says

11    "Analyzes and evaluates the Division's administrative

12    procedures and controls."

13          That phrase is not limited to a specific area

14    of the operations of the Division, is it?

15    A     Well, I can tell you what is meant by that.

16    What was meant by that would be administrative

17    procedures such as requesting travel advances or travel

18    funding or requesting supply money.  Those

19    administrative type procedures.  That's what is meant

20    by that.

21    Q     That provision doesn't say that, does it?

22          MS. GRAHAM-OLIVER:  Objection.  The document

Page 88

1    **speaks for itself.**

2          THE WITNESS:  If you give it back to me, I can

3    re-read it to tell you what it says.

4          MS. GRAHAM-OLIVER:  It's her interpretation of

5    the provision.

6          THE WITNESS:  "Analyzes and evaluates the

7    Division's administrative procedures and controls."

8    That is what that says.

9          BY MR. WAGNER:

10      **Q    That covers a lot of things, doesn't it?**

11          **MS. GRAHAM-OLIVER:  Objection.**

12          THE WITNESS:  I told you what my

13    interpretation was of that.  My interpretation of that

14    is that is the administrative procedures such as

15    getting travel reimbursement or ordering supplies.

16          BY MR. WAGNER:

17      **Q    The person who drafted that didn't say they**

18    **analyze the travel vouchers, et cetera, this phrase**

19    **that you used, they didn't limit that term "analyzes"**

20    **to that particular task; did they?**

21      A    When you say when they "drafted," what's on

22    here is an accurate statement, and my interpretation of

Page 89

1    that would be the expectation to analyze and evaluate

2    my administrative procedures and controls.

3        Q    In the "Knowledge" section, it states that

4    "The incumbent has skills in oral communications in

5    order to present findings and recommendations,

6    represent the divisions in meetings, and write clear

7    and concise reports, briefing papers and other

8    documents," is that correct?

9        A    It is what that says.

10       Q    Do any of these documents, reports, briefing

11   papers contain any analysis?

12       A    I don't recall any -- the only reports have

13   only been budget numbers, if you want to consider that

14   a report.

15           I don't recall any briefing papers or any

16   other kind of documents other than a first draft and

17   attempt at preparing administrative procedures that had

18   been compiled.

19       Q    If the incumbent is skilled in written and

20   oral communications, in order to present findings and

21   recommendations, "findings and recommendations" would

22   involve analysis, wouldn't it?

1      A    Again --

2           MS. GRAHAM-OLIVER:  Did you hear his question?

3           THE WITNESS:  Maybe not.

4           MS. GRAHAM-OLIVER:  What was your question?

5           THE WITNESS:  Re-ask me the question.

6           BY MR. WAGNER:

7      **Q    The statement says that the incumbent must be**

8  **skilled in oral and written communications in order to**

9  **present findings and recommendations.**

10          **Wouldn't "findings and recommendations"**

11 **involve analysis?**

12     A    Well, it goes back to the very thing we were

13 talking about several times earlier, about "analyzes

14 and evaluates administrative procedures and controls."

15 Yes, I would want that person to come to me with the

16 skill of orally saying I think we need to change the

17 administrative procedure.

18          To the extent that the skill in oral and

19 written communications to present their findings and

20 recommendations relates back to the very specific

21 analysis and evaluation of my administrative procedures

22 and controls, I would then want them to be able to have

Page 91

1    the skill in writing about what those new procedures

2    would be.

3        Q    Under "Duties and Responsibilities," it says

4    that -- this provision here says "Represents the Human

5    Resources Division at briefings and meetings with

6    budget officials in the Bureau," is that correct?

7        A    What it says is "Represents the Human

8    Resources Division at briefings and meetings with

9    budget officials in the Bureau."

10        Q    At another point in that same PD it says that

11    she's required to seek interpretations from the FMD.

12    You remember that provision; right?  We had some

13    discussion about it.

14        A    Yes.

15        Q    These budget meetings with Agency officials,

16    is she supposed to consult with FMD about any

17    interpretation or opinion she gives regarding a budget

18    issue there?

19        A    I don't understand what you're speculating

20    about.  What this means is that she could go to

21    meetings with me, in our representation of the

22    Division, if they are going to provide information or

1    update us on the financial system --

2        Q    Does going to meetings with you and represents

3    the Bureau or represents the Division -- in conjunction

4    with the chief of the Division?

5        A    What it says is "Represents the Human

6    Resources Division at briefings and meetings with

7    budget officials in the Bureau."

8        Q    Does that mean alone or in conjunction with

9    you as chief?

10       A    It could be either.  In my interpretation, it

11   would be either.

12       Q    At those meetings with the budget officials of

13   the Agency, is she authorized to give an opinion

14   regarding a budgetary issue or would she go to FMD for

15   clearance in accordance with the other part?

16       A    I don't understand what kind of budgetary

17   issue or recommendation.

18       Q    Let's go back to seeking guidance and

19   interpretation from FMD on budgetary issues.  Does

20   "budget issues" as set forth there refer to unique

21   budget issues or all budget issues?

22           MS. GRAHAM-OLIVER:  If you can tell.

Page 93

1              THE WITNESS:  I can read what it says.

2              MS. GRAHAM-OLIVER:  Do you have an

3    understanding?

4              THE WITNESS:  My understanding is that could

5    be anything.  It could be unique or it could be

6    something we don't understand.  It doesn't have to be

7    something special.        BY MR. WAGNER:

8        Q    **It covers all budgetary issues?**

9        A    Yes.

10        Q    **In your position as chief of the Human**

11    **Resources Division, you are required to prepare the**

12    **Division's budget, the budget justification and discuss**

13    **the budget with other office heads in the Bureau, and**

14    **defend your budget; is that correct?**

15        A    That is correct.

16        Q    **Before the reorganization in which you**

17    **assigned some of those tasks to Ms. Gunther, who**

18    **assisted you in doing that?**

19        A    Preparing budget justifications and defending

20    my budget?

21        Q    **Yes.**

22        A    Brigitte would have been able to provide me

Page 94

1    information as far as what was in the budget, et

2    cetera, as well as Lesa Wood who currently reports to

3    Debbie now. Ultimately, it was my role and

4    responsibility to do that.

5            Frankly, all of my branch chiefs would be

6    asked for input about what they thought they needed to

7    roll up into the Division budget.

8            MR. ALLEN:  Do you mind if I just ask --

9            MS. GRAHAM-OLIVER:  I do.  I think there

10   should be one person.

11           (Counsel conferring.)

12           BY MR. WAGNER:

13   Q    At any time before the reorganization in which

14   Ms. Gunther was placed in charge of the support unit,

15   did anyone else in the Human Resources Division assist

16   you in connection with putting together the budget and

17   the budget justification?

18   A    Can you repeat the question?

19   Q    You stated a few moments ago that Ms. Gunther

20   assisted you -- now assists you with preparing the

21   budget justification for your budget submissions in

22   defense of the budget, with respect to, I guess, your

Page 95

1    office's interaction with other budget officials; is

2    that pretty much correct?

3         A     I still don't understand what you're asking

4    me.

5         Q     When you prepare your budget, when you justify

6    your budget, when you defend your budget, you indicated

7    that Ms. Gunther now helps you perform that task;

8    right?

9         A     She assists me in collecting the information,

10   but most of the justifications and the support for what

11   we do still come from the respective branch chief or

12   the program manager responsible for that.

13        Debbie helps me to collect it, but she does

14   not -- I'm not sure I know what you're asking me other

15   than that.

16        Q     When it comes to putting together the defense

17   package for your budget, the justification for your

18   budget, Gunther helps you with that?

19        A     If I need a specific justification, it comes

20   from the branch chief or the program manager

21   responsible for that program.

22        Q     And then they pass it up to Brigitte -- not

1    **Brigitte -- Ms. Gunther?**

2        A    That would be true.  Or Lesa.  Sometimes Lesa

3    asks for it, Lesa Wood.  That's staff.

4            MR. WAGNER:  I have no further questions.

5            THE REPORTER:  You have no questions?

6            MS. GRAHAM-OLIVER:  I have no questions.

7            THE REPORTER:  Read and sign.

8            MS. GRAHAM-OLIVER:  We want to read it.

9            (Whereupon, at 1:55 p.m., the deposition of

10   DIANE E. FILLER was concluded.)

11                        *  *  *  *  *

12

13           I have read the foregoing pages, which are a

14   correct transcript of the answers given by me to the

15   questions therein recorded.

16

17           Deponent_____

18           Date  _____

19

20

21

22

CERTIFICATE OF NOTARY PUBLIC

I, KENYAN C. HOPCHAS, a certified verbatim court reporter and a notary public in and for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me by Stenomask and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness to the best of my knowledge and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto; nor financially or otherwise interested in the outcome of the action.

KENYAN C. HOPCHAS, CVR, CLVS
Notary Public in and for the
District of Columbia

My commission expires:  December 31, 2010

EXHIBIT
__1__
1-17-08

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIGITTE HAWKINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Act. No. 07-0010 (CKK) |
| | ) |
| ALBERTO GONZALEZ, | ) |
| ATTORNEY GENERAL | ) |
| DEPT. OF JUSTICE, | ) |
| | ) |
| Defendant | ) |

## DEFENDANT'S SUPPLEMENTAL ANSWERS TO THE
## PLAINTIFF'S FIRST SET OF INTERROGATORIES

1. State the full name and address of the person answering and signing the interrogatories and, if different, state the full name, address, employer, title and position of the individual providing the answers and the person signing the answers.

ANSWER: Diane Filler, Chief, Human Resources Division, Office of Management, Bureau of Alcohol, Tobacco, Firearms and Explosives.

2. With reference to each person who had any input in any decision made by Diane Filler before or after the desk audit of complainant's position, please state their name, sex, age, race, job title, employment history, date of any input, advice, recommendation, comment, or analysis offered regarding the desk audit of Plaintiff's position, as well as the nature and content of that input, advice, recommendation, comment or analysis.

ANSWER: Ms. Filler discussed the desk audit with the following ATF employees. 1) Vivian White, Assistant Human Resources Officer. Date: approximately August/September 2004. Topic: Plaintiff's request for desk audit. Vivian White was consulted and further agreed to assign the duty of completing the desk audit as requested by Plaintiff; 2) Barbara Blackwood, Contractor assigned Classification duties. Date: approximately early 2005. Topic: results of preliminary finding with respect to re-description of Plaintiff's duties; 3) Candace Moberly, Deputy Assistant Director (Office of Management) and Marguerite Moccia, Assistant Director (Office of Management). Date: exact date unknown but during regularly scheduled OM staff meeting. Topic: During routine/normal course of business updating the chain of command on topics occurring in the Human Resources Division, Defendant mentioned the desk audit being performed. Marguerite Moccia, AD (OM) responded that she would like to know about all desk audits being performed within the Office of Management and required all Division Chiefs to keep her abreast of such matters; and, 4) Bill Ellison, Assistant Human Resources Officer. Date:

1

unknown. Topic: Ms. Filler believes that at some point, she inquired as to the proper procedure for conducting Desk Audits. Additionally, the function of Classification and desk audits fell within Mr. Ellison's area of responsibility. So, while Ms. Filler has no clear recollection on the exact nature or topic of discussion, it is plausible that a discussion took place. None of the individuals listed above directed, recommended or advised Ms. Filler to take any action what-so-ever with respect to the revised position description. Identification and description of the Plaintiff's duties were the sole responsibility of Ms. Filler, the first line supervisor.

3. Please identify any document consulted or used by Diane Filler, with respect to the desk audit of Plaintiff's position, and state in detail the analysis and evaluation made by her using such documents in any decision she made with respect to the audit of Plaintiff's position.

ANSWER: The Defendant has no such documents other than the original Position Description, the proposed Position Description, intermediate drafts with strike outs/handwritten comments and the evaluation statement prepared by Barbara Blackwood. All of these documents are in the administrative file or have otherwise been provided in discovery.

4. Please identify any document consulted or used by any person advising Diane Filler, with respect to the desk audit of Plaintiff's position, and state in detail any analysis and evaluation made by that person using such documents in any advice, comment, analysis or evaluation that person made with respect to the audit of Plaintiff's position.

ANSWER: Other than Barbara Blackwood's documents which have all been provided, there are no other persons or documents.

5. If Diane Filler used any form of objective evaluation to determine what duties she thought should be removed from Plaintiff's position description, state in detail and with specificity relative to each duty removed, the objective factors relied upon for the removal of each duty, and the relevance of each factor to the removed duty.

ANSWER: The position descriptions in question speak for themselves, insofar as they identify the changes in duties; the Defendant refers Plaintiff to same as they appear in the Report of Investigation and as they have been made available to Plaintiff otherwise. Diane Filler's recollections are that the changes made best described the actual duties of the position such that the newer position description more accurately portrayed these duties rather than the prior position description. Ms. Filler focused on the duties necessary for the existing job.

6. If Diane Filler used any form of subjective evaluation to determine what duties she thought should be removed from Plaintiff's position description, state in detail and with specificity relative to each duty removed the subjective factors relied upon for the removal of each duty, and the relevance of each factor to the removed duty.

2

ANSWER: See the Response to Interrogatory 5. Ms. Filler was sufficiently familiar with the duties associated with the Plaintiff's job to determine the extent of those duties.

7. Please describe in as much detail as possible the qualifications of the employee Diane Filler selected to perform each duty removed from Plaintiff's position description to support her final position description as a GS-0343-11. For that employee, the description of the qualifications sought and the qualifications as they existed on the date the duties were removed from Plaintiff's position description.

ANSWER: The Defendant objects to this interrogatory insofar as it proceeds from a faulty factual premise. There was no employee "selected" to perform a set of duties that were "removed" from Plaintiff's purview as a result of Ms. Filler's effort to describe Plaintiff's duties in a more accurate way. Plaintiff's job description should not have incorporated certain duties that she said she was doing.

8. Please indicate in as much detail as possible the reasons Debbie Gunther was selected to perform the removed tasks previously assigned to the Plaintiff.

ANSWER: .Objection to the form of the question as it assumes an incorrect premise. See response to interrogatory 7. Debbie Gunther was not selected to perform the removed tasks previously assigned to the Plaintiff.

9. Please indicate in as much detail as possible the impact the addition of the additional duties had on the position of the employee to whom they were assigned in terms of position description, organization responsibility and management duties.

ANSWER: See response to interrogatory 7.

10. Please describe in as much detail as possible the budget related education and experience of Diane Filler at the time she assumed the duties of personnel director of ATF.

ANSWER: Although this was not her only or primary responsibility for the job, Diane Filler had, *inter alia*, worked in a position with budget responsibilities while employed at the IRS in the late 1980's. She has attended informal training in budget since her employment began at ATF and has college level accounting classes.

11. Please describe in as much detail as possible the budget related education and experience of Debbie Gunther at the time she assumed the duties removed from Plaintiff's position description.

ANSWER: See the response to interrogatory 7. Notwithstanding these objections, and not wishing to waive same, Ms. Gunther took courses in Accounting in college. Please refer to

3

Ms. Gunter's deposition on this point.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

4

## CERTIFICATE OF SERVICE

I certify that the foregoing Answers to Plaintiff's First Set of Interrogatories was served

upon Plaintiff by electronic mail at wagnelliot@aol.com on January 8, 2008, and by depositing a

copy of it in the U.S. Mail, first class postage prepaid, addressed to:


Mr. Charles E. Wagner, Esq.
Silver Spring Centre
P.O. Box 14723
Silver Spring, Maryland 20911


on this 8th day of January, 2008.

/s/

HEATHER GRAHAM-OLIVER
Assistant United States Attorney

5

EXHIBIT

4

1-17-08

PENGAD 800-631-6989

# THIRD SET OF REQ. FOR PRODUCTION OF DOCUMENTS
## NO. 1, 2, 3

**Subject position exceeds level 2-3 because the incumbent accomplishes assignments independently and does not receive assistance on controversial issues but keeps supervisor informed of controversial findings or problems which are discussed.**

Factor 3.  Guidelines                                                     3-4 450 pts.

**Guidelines used in subject position are typically directives and administrative policies. These guides apply directly to some aspects of the work but there may be some issues for which there is no clear-cut precedent requiring the use of judgment in interpretation or the development of more specific guidelines for use within the Personnel Division.  Example: Developed SOP for the use of travel vouchers for local travel.**

Subject position meets level 3-4 which states guidelines consist of general administrative policies and management and organizational theories which require considerable adaptation and/or interpretation for application to issues and problems studied. At this level, administrative policies and precedent studies provide a basic outline of the results desired, but do not go into detail as to the methods used to accomplish the project. Within the context of broad regulatory guidelines the employee may refine or develop more specific guidelines such as implementing regulations or methods for the measurement and improvement of effectiveness and productivity in the administration of operating programs.

**Subject position exceeds level 3-3 because guidelines at this level consist of standard reference material, texts or manuals that cover analytical methods and techniques and instructions and manuals covering the subjects involved.**

Factor 4. Complexity                                                     4-5 325 pts.

**The majority of work performed by the subject position involves administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a fiscal resource planning standpoint.  The incumbent interprets complex budget regulations, considers budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships.**

Subject position meets level 4-5 which states assignments require analysis of interrelated issues of effectiveness, efficiency, and productivity affecting major administrative programs of an agency.  Studies are often complicated by the need to consider and evaluate the impact of changes in legislative and regulatory requirements; long-range program goals and objectives; political, economic, and social consequences of changes in the type or amount of services provided.

**Subject position exceeds level 4-4 because the work at this level involves gathering information, identifying and analyzing issues, and developing recommendations to resolve substantive problems of effectiveness and efficiency of work.**

Factor 5. Scope and Effect                          5-4 225 pts.

**The purpose of the work of subject position is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resources planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.**

Subject position meets level 5-4 which states the purpose of the work is to assess the productivity, effectiveness, and efficiency of program operations or to analyze and resolve problems in the staffing, effectiveness and efficiency of administrative support and staff activities. Work at this level may also include developing related administrative regulations, such as those governing the allocation and distribution of personnel, supplies, equipment, and other resources, or promulgating program guidance for application across organizational lines or in varied geographic locations. Work contributes to the improvement of productivity, effectiveness, and efficiency in program operations and/or administrative support activities at different echelons and/or geographical locations within the organization.

**Subject position exceeds level 5-3 because that level deals with identifying, analyzing, and making recommendations to resolve conventional problems and situations in work-flow, work distribution, staffing, performance appraisal, organizational structure, and /or administration.**

Factor 6, Personal Contacts and Factor 7, Purpose of Contacts      6-3 & 7c   180 pts.

Persons contacted #3 states contacts include persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting. This level may also include contacts with the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

Purpose of contacts are to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness.

Factor 8, Physical Demands                          8-1       5pts.

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

Factor 9, Work Environment                          9-1       5pts.

The work is performed primarily in an office setting.

### Introduction:

This position is located in the Office of Management, Personnel Division. The position reports to the Chief, Personnel Division, serves as the budget control analyst. The incumbent is held accountable for all budget support functions for the Division, including financial, budgetary, personnel, and management. The duties of this position include responsibility for the overall budget formulation, presentation and execution functions, the preparation and analysis of budget related materials, and financial management.

### Duties:

Reviews current-year and prior year obligations documents in order to make available unbigoted balances for alternate spending options and to allow financial documents to represent more accurately the actual status of funds and to avail the Division's status of funds.

Prepares reports, including budget execution reports and staffing reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, budget reprogramming, year-end reports, supplies, and prior year history reports

Attends briefings and meetings with budget officials in the Bureau representing the Personnel Division. Makes decisions and provides expert recommendations in his/her area of responsibility. Provides advice to the Division Chief of changes in budget policy and their implications.

Serves as the training officer for the Division, also the Division liaison with the Training and Professional Development on all training. Coordinates training for all Personnel training by branch.

Serves as the Contracting Officer Representative (COTR) for the Division. Issues background security packages, maintains contractors files, monitors financial managements controls. Develops the contract specifications or work statement in such a manner as to promote competitive procurement actions.

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 1. Agency Position No. |
|---|---|---|---|---|
| ☐ Redescription ☐ Reestablishment ☒ New ☐ Other | ☒ Hdqrs. ☐ Field | Washington, DC | Washington, DC | 01-047 |

| | | 6. OPM Certification No. |
|---|---|---|

Organization (Show any positions reduced)

| 7. Fair Labor Standards Act | 8. Financial Statements Required | | 9. Subject to IA Action |
|---|---|---|---|
| ☒ Exempt ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests | | ☐ Yes ☒ No |

| 10. Position Status | 11. Position is | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☒ Competitive ☐ Excepted (Specify in Remarks) ☐ SES (Gen.) ☐ SES (CR) | ☐ Supervisory ☐ Managerial ☒ Neither | ☐ 1-Non-sensitive ☒ 2-Noncritical Sensitive ☐ 3-Critical Sensitive ☐ 4-Special Sensitive | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date | 14. Agency Use |
|---|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | | 8868 |
| b. Department, Agency or Establishment | | | | | | | |
| c. Second Level Review | Management Analyst | GS | 343 | 11 | [initials] | 4/18/01 | |
| d. First Level Review | | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | | |

16. Organizational Title of Position (If different from official title)

17. Name of Employee (If vacant, specify)

| 18. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| Department of the Treasury | Personnel Division |
| a. First Subdivision | d. Fourth Subdivision |
| Bureau of Alcohol, Tobacco and Firearms | |
| b. Second Subdivision | e. Fifth Subdivision |
| Office of Management | |

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

**20. Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor

John G. Duclos
Chief, Personnel Division

Signature [signature]    Date 4/3/01

b. Typed Name and Title of Higher Level Supervisor or Manager (optional)

Signature    Date

**21. Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action

Meg Kocher
Position Classification Specialist

Signature [signature]    Date 4/18/01

22. Position Classification Standards Used in Classifying/Grading Position

Management & Program Analysis Series, GS-343 TS-98, 8/90; Administrative Analysis Grade Evaluation Guide, TS-98, 8/90

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals and complaints on exemption from FLSA is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

Remarks

FULL PERFORMANCE LEVEL
Related Positions: #01-046
Note: PD is based on projected duties & therefore subject to review one year after

Management Analyst, GS-343-11
Office of Management                                          01-047

Introduction

This position is located in the Personnel Division, Office of
Management. The incumbent is responsible for coordinating and
monitoring the fiscal resources for the Division. The Division
provides pay administration and classification, recruitment and
placement, employee and labor relations, and benefits services to
over 4,000 Bureau employees nationwide, with a few employees
located outside of the United States.

Major Duties

Performs analyses of the financial status of the various programs
managed by the Division. Continually compares obligations to
allocations and considers the impact of Bureau limitations, as
well as ceilings established by legislative or administrative
policy. Maintains familiarity with operating and financial
programs to make early recommendations on necessary reprogramming
actions and the impact of financial operations.

Identifies areas of potential concern relative to fiscal
resources, analyzes and evaluates such areas and provides
solutions or alternatives to resolve conflicts or discrepancies.

Analyzes requests for reallocation of funds, taking into
consideration the needs and program requirements/changes of the
various Branches. Makes recommendations for appropriate action
and, once recommendations are approved, completes required
aspects necessary for reprogramming of funds, to be forwarded to
the Financial Management Division for processing.

Analyzes and evaluates the Division=s procedures and controls.
Plans and conducts studies to evaluate and recommend ways to
improve the effectiveness and efficiency of work operations.
Prepares reports of findings that include identification of
problems and proposed recommendations for problem resolution
and/or improvements.

Coordinates and analyzes operations and long range plans;
researches, compiles and summarizes fiscal resource data;
projects budget requirements. Prepares justifications as needed.
Monitors and tracks expenditures throughout execution phases and
assures that expenditures are within programmed limits. Maintains
monthly summary of the financial status of the Division.

Responsible for the management, coordination and control of space
management projects, property inventory for office furniture and
equipment, ADP equipment and communications equipment such as
cellular telephones and pagers, and office supplies

-2-

Writes policy directives and operating procedures for the Division. Prepares reports, position papers and other documents as necessary on a periodic or as-needed basis. Summarizes statistical information and develops visuals such as graphs, charts, tables, etc. to illustrate program operations and accomplishments. Participates in the development of Division and Directorate reports.

Processes and maintains issuance of Government Visa credit cards for the Division.

Performs other duties as assigned.

<u>Factor 1, Knowledge Required by the Position</u>

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and Directorate in order to coordinate projects and studies within the Division and Directorate.

Skill in the use of qualitative and quantitative analytical and evaluative methods and techniques and administrative practices in order to measure, analyze and evaluate the effectiveness of current operations from a fiscal standpoint, identify and plan fiscal needs and make recommendations concerning program operations from a budgetary standpoint.

Knowledge of accepted principles and practices of management and budget processes. Skill in analyzing program-budgetary relationships in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data and draw conclusions. Ability to analyze the results of studies and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

<u>Factor 2, Supervisory Controls</u>

The incumbent works under the general supervision of the Director, Personnel Division, but may receive assignments from senior specialists on the staff. The incumbent independently plans the work, develops analytical methods and approaches and coordinates with management. The supervisor is informed of potentially controversial budgetary implications. The supervisor

-3-

or senior specialist(s), provides guidance on especially difficult or unprecedented situations. Completed work is reviewed for adherence to Bureau and Division policies and effectiveness in meeting established objectives.

## Factor 3, Guidelines

Guidelines include Federal, Department of *Justice* and ATF regulations, policies, procedures and requirements; OMB policies and directives regarding budget processes and methods; and generally accepted theories, principles and practices of management. The incumbent uses judgment in selecting, interpreting and adapting available guidelines to specific issues.

## Factor 4, Complexity

The majority of the work involves coordinating and conducting studies, analyses and evaluations of the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to interpret complex budget regulations, consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations. Other duties typically require detailed planning and coordination and analysis of both qualitative and quantitative data gathered from a variety of sources.

## Factor 5, Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work affects financial operations throughout the Division.

## Factor 6, Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

-4-

### Factor 7, Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

### Factor 8, Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are need to perform the work.

### Factor 9, Work Environment

The work is performed primarily in an office setting.

*Incorporated from D. J.*
*changes*  ①

*Discussed*
*on*
*6/21/05*

Management Analyst,  GS-343-12
Office of Management
Personnel Division

## INTRODUCTION

The incumbent serves as a Management Analyst in the Personnel Division responsible
for providing management assistance and expertise in a wide range of administrative,
personnel and budgetary support functions.  The Personnel Division consists of
approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

*open obligation reports or spending line reports*

Analyzes financial and budget control documents in order to keep track of the spending
in various programs managed by the Division.  Continually compares obligations to
allocations and considers the impact of ~~Bureau limitations, as well as ceilings~~
~~established by legislative or administrative policy.~~  *DIVISIONS*  *current pd.*

*new*  Accesses FRED financial System in order to generate and prepare reports and monitor
all financial actions.  Continually reviews obligations and expenditures in order to make
recommendations for reprogramming funds as necessary.  Identifies areas of potential  *current*
concern relative to fiscal resources; analyzes and evaluates such areas and provides  *pd.*
solutions or alternatives to resolve conflicts or discrepancies.

*+ Compiles + maintain entries*

Coordinates and ~~analyzes operations and long range plans, researches~~, compiles and
summarizes fiscal resource data.  Projects budget requirements and prepares  *current*
justifications as needed.  Monitors and tracks expenditures and assures that  *pd.*
expenditures are within programmed limits throughout execution phases. Maintains
monthly summary of the financial status of the Division.  *(Planning projected budgets)*

*Rework*

Analyzes requests for reallocation of funds, taking into consideration the needs and
program requirements/changes of the various Branches. Makes recommendations for  *current*
appropriate action and once recommendations are approved, takes necessary action to  *pd.*
reprogram funds and forward to the Financial Management Division for processing.

Analyzes and evaluates the Division's administrative procedures and controls. ~~Plans~~
~~and conducts studies to evaluate and recommend ways to improve the effectiveness~~  *4D*
~~and efficiency of work operations.~~ Prepares ~~reports of findings that include identification~~
~~of problems and proposed recommendations for problem resolution and/or~~  *current*
~~improvements.~~  ~~Summarizes statistical information and~~ develops visuals such as  *pd.*
~~graphs, charts, tables, etc. to illustrate program operations and accomplishments.~~
~~Participates in the development of policy directives and operating procedures for the~~
Division.

*SOPs*

*Travel card*

*new* Prepares ~~budget execution reports and~~ staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

*new* Reconciles statements for credit cards and travel vouchers.

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies. *current*

*new* Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

*new* Serves as the Contracting Officer Representative (COTR) for the Division. ~~Issues background security packages,~~ maintains contractors files, and ~~monitors financial management controls. Develops the contract specifications or work statement to promote competitive procurement actions.~~

*new* Represents the Personnel Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

*Knowledges added*

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

~~Skill in the use of~~ qualitative and quantitative analytical *and/or Guidelines* ~~and evaluative methods and techniques and~~ administrative practices ~~in order to measure,~~ analyze and evaluate the effectiveness of current operations from a fiscal standpoint, identify and plan fiscal needs and make recommendations concerning program operations from a budgetary standpoint.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources.

*(Circulars)*
Knowledge of ~~OMB laws, Federal Appropriations Act, GAO Accounting Principles and Standards and~~ Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Director, Personnel Division, who makes assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures and requirements; OMB policies and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to some aspects of problems encountered, but many issues involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. Incumbent interprets such policies and may develop applicable guidelines for utilization within the Personnel Division.

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to interpret complex budget regulations, consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations. Other duties typically require detailed planning and coordination and analysis of both qualitative and quantitative data gathered from a variety of sources.

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of

various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

*No change*

## VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

*No change*

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

*No change*

## IX. Work Environment

The work is performed primarily in an office setting.

Management Support Specialist, GS-301
Office of Management
Personnel Division

## INTRODUCTION

The incumbent serves as a Management Support Specialist in the Personnel Division responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions. The Personnel Division consists of approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division. Continually compares obligations to allocations while taking into consideration the impact of the Personnel Division's limitations.

Accesses FRED financial System in order to generate and prepare reports and monitor all financial actions. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data. Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches.

Analyzes and evaluates the Division's administrative procedures and controls. Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

Serves as the Contracting Officer Representative (COTR) for the Division; maintains contractors files.

Represents the Personnel Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources.

Knowledge of Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Director, Personnel Division and the Assistant Personnel Officers, who make assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and/or advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures, and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to **most** aspects of problems encountered, but **some** issues may involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. **Incumbent is required to seek interpretation and guidance from FMD on budgetary issues.**

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

## VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

## IX. Work Environment

The work is performed primarily in an office setting.



§2 O. nuclear review to S. Filler latest changes ... Title, issues, guidelines and complexity.

③

E

*GS-301-11*
*w/ Evaluation*
*Statement*

Management Support Specialist, GS-301-11
Office of Management
Personnel Division

## INTRODUCTION

The incumbent serves as a Management Support Specialist in the Personnel Division responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions. The Personnel Division consists of approximately ten branches with ninety employees.

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division. Continually compares obligations to allocations while taking into consideration the impact of the Personnel Division's limitations.

Accesses FRED financial System in order to generate and prepare reports and monitor all financial actions. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data. Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches.

Analyzes and evaluates the Division's administrative procedures and controls. Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

Serves as the Contracting Officer Representative (COTR) for the Division; maintains contractors files.

Represents the Personnel Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources.

Knowledge of Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Director, Personnel Division and the Assistant Personnel Officers, who make assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and/or advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures, and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to **most** aspects of problems encountered, but **some** issues may involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. **Incumbent is required to seek interpretation and guidance from FMD on budgetary issues.**

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

## VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

## IX. Work Environment

The work is performed primarily in an office setting.

# CLASSIFICATION EVALUATION STATEMENT

**Incumbent:**          Brigitte Hawkins

**Current Classification:**     Management Analyst, GS-343-11

**Classification Determination:**    Management Support Specialist, GS-301-11

**Location:**          Department of Justice
Bureau of Alcohol Tobacco Firearms and Explosives
Office of Management
Personnel Division
Office of the Chief

## Standards Referenced:

Position Classification Standard for Miscellaneous Administration and Program Series, GS-301, dated Jan, 1979; Job Family Position Classification Standard for Professional and Administrative Work in the Accounting and Budget Group, GS-500, dtd 12/00; and the Administrative Analysis Grade Evaluation Guide, dtd. 8/90.

## Background:

The incumbent works in the Personnel Division in the Office of the Director. This position was reviewed as a result of a request for desk audit.

## Series and Title Determination:

The incumbent is responsible for providing management assistance and expertise in a wide-range of administrative, personnel and budgetary support functions that impact the efficient and effective operation of the Personnel Division. The incumbent performs analytical and evaluative duties related to budget formulation, execution, and reconciliation. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies. This position requires knowledge of the mission, programs, policies, procedures and objectives of the Division as well as knowledge of administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to accomplish various administrative tasks and obligate budget resources.

The work assignments and knowledge requirements as described above are most representative of those described in the Miscellaneous Administration and Program Series, GS-301. The standard does not provide grade level criteria, therefore, the Administrative Analysis Grade-Evaluation Guide which has grade level criteria for administrative, analytical, planning and evaluative work will be used. The Guide is intended primarily for use in evaluating two-grade interval positions in the General Administrative Clerical, and Office Series Group, GS-300. The guide being used to

F

evaluate this position is written in Factor Evaluation System (FES) format, with nine factors applied.

## Factor 1. Knowledge Required by the Position

1-7 1250 pts

Subject position requires extensive knowledge of FRED financial management system; knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, property and travel regulations; knowledge of Bureau directives pertaining to financial matters; and knowledge of budgetary and financial management principles and techniques.

Subject position meets level 1-7 which requires knowledge and skill in applying analytical and evaluative methods and techniques to issues concerning the efficiency and effectiveness of program operations carried out by administrative or professional personnel, or substantive administrative support functions i.e. internal activities of functions such as supply, budget, procurement, or personnel which serve to facilitate line or program operations). This level includes knowledge of pertinent laws, regulations, policies and precedents which affect the use of program and related support resources (people, money, or equipment) in the area studied.

The incumbent's position exceeds level 1-6 because that level does not address knowledge of the pertinent regulations, policies and precedents with respect to support resources and budget.

## Factor 2. Supervisory Controls

2-4 450 pts

Subject position works under general supervision; accomplishes assignments independently and refers only problems of unusual difficulty to supervisor for discussion or advice.

Subject position meets level 2-4 which states that the employee and supervisor develop a mutually acceptable project plan which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion. Employee is responsible for planning and organizing work, estimating costs, coordinating with staff and line management personnel, and conducting all phases of the project. Employee informs the supervisor of potentially controversial finds, issues, or problems with widespread impact. Completed work is reviewed for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives.

Subject position exceeds level 2-3 because the incumbent accomplishes assignments independently and does not receive assistance on controversial issues but keeps supervisor informed of controversial findings or problems which are discussed.

## Factor 3. Guidelines

3-3 275 pts.

Guidelines used in subject position are typically regulations, administrative policies, and directives. These guides apply directly to most aspects of problems encountered, but some issues may involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. For budgetary matters, incumbent is required to seek interpretation and/or guidance from Financial Mgmt Division.

Subject position meets level 3-3 which states guidelines consist of standard reference material, texts, and manuals covering the application of analytical methods and techniques and instructions and manuals covering the subjects involved (e.g. organizations, equipment, procedures, policies, and regulations). Guidelines are not always applicable to specific work assignments. However, employee uses judgment in choosing, interpreting, or adapting available guidelines to specific issues or situations. Included at this level are work assignments covered by a wide variety of administrative regulations and procedural guidelines.

Subject position does not meet level 3-4 because guidelines at this level consist of general administrative policies and management and organizational theories which require considerable adaptation and/or interpretation for application to issues and problems encountered. Within the context of broad regulatory guidelines the employee may refine or develop more specific guidelines such as implementing regulations or methods for the measurement and improvement of effectiveness and productivity in the administration of operating programs.

## Factor 4. Complexity

4-4 225 pts.

The majority of work performed by the subject position involves administrative and budgetary support duties that impact the effectiveness and efficiency of programs from a fiscal resource planning standpoint. Resolves administrative problems and considers budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. Incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

Subject position meets level 4-4 because the work at this level involves gathering information, identifying and analyzing issues, and developing recommendations to resolve substantive problems of effectiveness and efficiency of work.

Subject position exceeds level 4-3 which requires dealing with problems and relationships of a procedural nature rather than the substance of work operations and issues.

**Factor 5. Scope and Effect**                                    5-4  225 pts.

The purpose of the work of subject position is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts.  Recommendations form the basis for management decisions regarding the fiscal resources planning and policy for the Division.  The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.

Subject position meets level 5-4  which states the purpose of the work is to assess the productivity, effectiveness, and efficiency of program operations or to analyze and resolve problems in the staffing, effectiveness and efficiency of administrative support and staff activities.  Work at this level may also include developing related administrative regulations, such as those governing the allocation and distribution of personnel, supplies, equipment, and other resources, or promulgating program guidance for application across organizational lines or in varied geographic locations.  Work contributes to the improvement of productivity, effectiveness, and efficiency in program operations and/or administrative support activities at different echelons and/or geographical locations within the organization.

Subject position exceeds level 5-3 because that level deals with identifying, analyzing, and making recommendations to resolve conventional problems and situations in work-flow, work distribution, staffing, performance appraisal, organizational structure, and /or administration.

**Factor 6, Personal Contacts and Factor 7, Purpose of Contacts**   6-3  & 7c  180 pts.

Persons contacted #3 states contacts include persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting.  This level may also include contacts with the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

Purpose of contacts are to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness.

**Factor 8, Physical Demands**                              8-1      5pts.

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials.  No special physical abilities are needed to perform the work.

**Factor 9,  Work Environment**                            9-1      5pts.

The work is performed primarily in an office setting.

                                        **Total points  2615**

Graham-Oliver, Heather (USADC)

| | |
|---|---|
| **From:** | Hawkins, Brigitte R. [Brigitte.Hawkins@atf.gov] |
| **Sent:** | Tuesday, December 13, 2005 4:39 PM |
| **To:** | Filler, Diane E. |
| **Subject:** | FW: Reorganization |



EXHIBIT
5
1-17-08

After talking with you in regards to the reorganization, which I appreciate you speaking with me about, I have carefully reviewed this situation. And feel that the Funds Control Analyst should continue to report to the Division Chief, as they do in all the others Divisions within the Bureau.

You indicated that the possibility of Debbie Gunther becoming the Chief, of Human Support was not 100%; however, I'm not convinced that it's not already final. Indications I've received in both my conversations with several members of this division, outside customers and certainly a review of our "restructure chart" on the web seem to indicate otherwise.

Further, you have also, indicated how you were going to add additional duties to Debbie's position description such as supervisory responsibilities even though she was selected as a non-supervisory Management Analyst. In addition, I didn't know that a person could be reassigned from a non-supervisory position to a supervisory position non-competitively and without their being a vacancy announcement announcing the availability of the position.

Was this decision made even before the transition took place or at or around the time of the all hands meetings. I am aware that management has discretion to make whatever changes or decision deemed necessary that will promote our effectiveness and efficiency, but it also looks like something that was done without taking into consideration the impact on program operations and what if any impact this would have on the affected employee(s).

I do not agree with your decision, and it looks like the changes are being made as we speak. I don't have a problem with change especially as I said before when they promote the effectiveness and efficiency of HR operations and program administration, but if the change isn't for all of our good, then we become the ones left out. Right now, I'm feeling left out, because when you evaluate my role and the services I perform on behalf of this Division, non of the changes will benefit me professionally, nor personally. In fact, I'm beginning to feel left out because a lot of the duties in my PD are now going to a GS-14. for her new PD. I don't understand how the work I do as an 11 can be routed to a GS-14 and still be considered equivalent duties for that grade, but insufficient for me to be promoted to the next higher grade which is the same as the other Funds Control Analysts in the agency. If it's not too much trouble, would you explain this to me?

As you are aware, I took on several additional duties, when Ms. Ross retired, because I had the experience and knowledge. I believe and certainly feel that my verbal input, contributions and decisions within this Division are overlooked, unappreciated, and in this case, underrated etc. Therefore, I am requesting an immediate reassignment out of the Personnel Division for professional reasons. This is not a request for **a detail** to another Division within the Bureau, but under the circumstances, I cannot continue to work under these conditions.

1

*Brigitte Hawkins*
*Management Analyst*
*OM/Personnel Division*
*Tele.# (202) 927-7997*
*Fax # (202) 927-8647*

2

## CLASSIFICATION EVALUATION STATEMENT

EXHIBIT
6
/-/7 - 08

**Incumbent:**          Brigitte Hawkins

**Current Classification:**   Management Analyst, GS-343-11

**Classification Determination:**   **Management Analyst, GS-343-12**

**Location:**          Department of Justice
                Bureau of Alcohol Tobacco Firearms and Explosives
                Office of Management
                Personnel Division
                Office of the Chief

### Standards Referenced:

Position Classification Standard for Management and Program Analysis Series, GS-343, dated August, 1990; Job Family Position Classification Standard for Professional and Administrative Work in the Accounting and Budget Group, GS-500, dtd 12/00; and the Administrative Analysis Grade Evaluation Guide, dtd. 8/90.

### Background:

The incumbent works in the Personnel Division in the Office of the Director. This position was reviewed as a result of a request for desk audit.

### Series and Title Determination:

The incumbent is responsible for performing a wide-range of administrative, and budgetary duties that impact the efficient and effective operation of the Personnel Division. The incumbent performs analytical and evaluative duties connected with budget formulation, execution, and reconciliation. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies. This position requires knowledge of the mission,, programs, policies, procedures and objectives of the Division. Skill in the use of qualitative and quantitative analytical and evaluative methods and techniques and administrative practices in order to measure, analyze and evaluate the effectiveness of work operations from a fiscal standpoint. Knowledge of budgetary and financial management principles and techniques as they relate to long range planning of programs and objectives.

The work assignments and knowledge requirements as described above are most representative of those described in the Management and Program Analysis Series, GS-343. The standard does not provide grade level criteria, therefore, the Administrative Analysis Grade-Evaluation Guide which has grade level criteria for administrative, analytical, planning and evaluative work will be used. The Guide is intended primarily for use in evaluating two-grade interval positions in the General Administrative Clerical,

and Office Series Group, GS-300. The Budget Analysis standard is referenced, however, because the Management and Program Analysis Series allows for budgetary and financial responsibilities, only the Administrative Analysis Grade Evaluation Guide will be used to evaluate the position. The standard being used to evaluate this position is written in Factor Evaluation System (FES) format, with nine factors applied.

### Factor 1. Knowledge Required by the Position          1-7 1250 pts

**Subject position requires extensive knowledge of FRED financial management system; knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, property and travel regulations; knowledge of OMB laws, Federal Appropriations Act, GAO Accounting Principles and Standards and Bureau directives pertaining to financial matters; and knowledge of budgetary and financial management principles and techniques.**

Subject position meets level 1-7 which requires knowledge and skill in applying analytical and evaluative methods and techniques to issues concerning the efficiency and effectiveness of program operations carried out by administrative or professional personnel, or substantive administrative support functions i.e. internal activities of functions such as supply, budget, procurement, or personnel which serve to facilitate line or program operations). This level includes knowledge of pertinent laws, regulations, policies and precedents which affect the use of program and related support resources (people, money, or equipment) in the area studied.

**The incumbent's position exceeds level 1-6 because that level does not address knowledge of the pertinent laws and regulations with respect to support resources and budget.**

### Factor 2. Supervisory Controls          2-4 450 pts

**Subject position works under general supervision; accomplishes assignments independently and refers only problems of unusual difficulty to supervisor for discussion or advice.**

Subject position meets level 2-4 which states that the employee and supervisor develop a mutually acceptable project plan which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion. Employee is responsible for planning and organizing work, estimating costs, coordinating with staff and line management personnel, and conducting all phases of the project. Employee informs the supervisor of potentially controversial finds, issues, or problems with widespread impact. Completed work is reviewed for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives.

**Subject position exceeds level 2-3 because the incumbent accomplishes assignments independently and does not receive assistance on controversial issues but keeps supervisor informed of controversial findings or problems which are discussed.**

Factor 3.  Guidelines                                    3-4 450 pts.

**Guidelines used in subject position are typically directives and administrative policies. These guides apply directly to some aspects of the work but there may be some issues for which there is no clear-cut precedent requiring the use of judgment in interpretation or the development of more specific guidelines for use within the Personnel Division.  Example: Developed SOP for the use of travel vouchers for local travel.**

Subject position meets level 3-4 which states guidelines consist of general administrative policies and management and organizational theories which require considerable adaptation and/or interpretation for application to issues and problems studied. At this level, administrative policies and precedent studies provide a basic outline of the results desired, but do not go into detail as to the methods used to accomplish the project. Within the context of broad regulatory guidelines the employee may refine or develop more specific guidelines such as implementing regulations or methods for the measurement and improvement of effectiveness and productivity in the administration of operating programs.

**Subject position exceeds level 3-3 because guidelines at this level consist of standard reference material, texts or manuals that cover analytical methods and techniques and instructions and manuals covering the subjects involved.**

Factor 4. Complexity                                    4-5 325 pts.

**The majority of work performed by the subject position involves administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a fiscal resource planning standpoint.  The incumbent interprets complex budget regulations, considers budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships.**

Subject position meets level 4-5 which states assignments require analysis of interrelated issues of effectiveness, efficiency, and productivity affecting major administrative programs of an agency.  Studies are often complicated by the need to consider and evaluate the impact of changes in legislative and regulatory requirements; long-range program goals and objectives; political, economic, and social consequences of changes in the type or amount of services provided.

**Subject position exceeds level 4-4 because the work at this level involves gathering information, identifying and analyzing issues, and developing recommendations to resolve substantive problems of effectiveness and efficiency of work.**

Factor 5. Scope and Effect                           5-4 225 pts.

**The purpose of the work of subject position is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resources planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.**

Subject position meets level 5-4 which states the purpose of the work is to assess the productivity, effectiveness, and efficiency of program operations or to analyze and resolve problems in the staffing, effectiveness and efficiency of administrative support and staff activities. Work at this level may also include developing related administrative regulations, such as those governing the allocation and distribution of personnel, supplies, equipment, and other resources, or promulgating program guidance for application across organizational lines or in varied geographic locations. Work contributes to the improvement of productivity, effectiveness, and efficiency in program operations and/or administrative support activities at different echelons and/or geographical locations within the organization.

**Subject position exceeds level 5-3 because that level deals with identifying, analyzing, and making recommendations to resolve conventional problems and situations in work-flow, work distribution, staffing, performance appraisal, organizational structure, and /or administration.**

Factor 6, Personal Contacts and Factor 7, Purpose of Contacts     6-3 & 7c   180 pts.

Persons contacted #3 states contacts include persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting. This level may also include contacts with the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

Purpose of contacts are to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness.

Factor 8, Physical Demands                           8-1       5pts.

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

Factor 9, Work Environment                           9-1       5pts.

The work is performed primarily in an office setting.

*Additional duties Submitted by Bridgett 12/29/04*

### Introduction:

This position is located in the Office of Management, Personnel Division. The position reports to the Chief, Personnel Division, serves as the budget control analyst. The incumbent is held accountable for all budget support functions for the Division, including financial, budgetary, personnel, and management. The duties of this position include responsibility for the overall budget formulation, presentation and execution functions, the preparation and analysis of budget related materials, and financial management.

### Duties:

Reviews current-year and prior year obligations documents in order to make available unbigoted balances for alternate spending options and to allow financial documents to represent more accurately the actual status of funds and to avail the Division's status of funds.

Prepares reports, including budget execution reports and staffing reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, budget reprogramming, year-end reports, supplies, and prior year history reports

Attends briefings and meetings with budget officials in the Bureau representing the Personnel Division. Makes decisions and provides expert recommendations in his/her area of responsibility. Provides advice to the Division Chief of changes in budget policy and their implications. ) ?

Serves as the training officer for the Division, also the Division liaison with the Training and Professional Development on all training. Coordinates training for all Personnel training by branch.

Serves as the Contracting Officer Representative (COTR) for the Division. Issues background security packages, maintains contractors files, monitors financial managements controls. Develops the contract specifications or work statement in such a manner as to promote competitive procurement actions.

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - - x
                              :
BRIGITTE HAWKINS,             :
                              :
            Plaintiff,        :
                              :
    v.                        :  Civil Action
                              :  No. 07CA0010
MICHAEL MUKASEY,              :
U.S. DEPARTMENT OF JUSTICE,   :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x


                        Washington, D.C.

                        Thursday, January 17, 2008


Deposition of

                    KATHRYN GREENE

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before KENYAN

HOPCHAS, Notary Public in and for the District of

Columbia, at 1629 K Street, N.W., Suite 300,

Washington, D.C., commencing at 3:00 p.m.


                Diversified Reporting Services, Inc.
                        (202) 467-9200

2

APPEARANCES:


        On behalf of the Plaintiff:

                CHARLES E. WAGNER, ESQ.
                EDWARD L. ALLEN, ESQ.
                1400 Locust Street, N.W.
                Washington, D.C.  20012
                (202) 210-7801


        On behalf of the Defendant:

                HEATHER GRAHAM-OLIVER, ESQ.
                Assistant U.S. Attorney
                U.S. Department of Justice
                U.S. Attorney's Office for the
                District of Columbia
                555 4th Street, N.W., 10th floor
                Washington, D.C.  20530
                (202) 305-1334

                LESLIE RANDOLPH, ESQ., Attorney Advisor
                U.S. Department of Justice
                Bureau of Alcohol, Tobacco, Firearms
                & Explosives
                99 New York Avenue, N.E., Room 4E347
                Washington, D.C.  20226
                (202) 648-7033

3

# C O N T E N T S

EXAMINATION BY:                                    PAGE

    Counsel for the Plaintiff                      4

    Counsel for the Defendant                     24


FURTHER EXAMINATION BY:

    Counsel for the Plaintiff               26, 28, 33
                                            38, 46

    Counsel for the Defendant               26, 31, 35
                                            44

4

```
 1                        P R O C E E D I N G S
 2      Whereupon,
 3                             KATHRYN GREENE
 4      was called as a witness and, having been first duly
 5      sworn, was examined and testified as follows:
 6                     EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 7                     BY MR. WAGNER:
 8           Q      Could you state your name and spell your last
 9      name?  Is it with an "e" or without?
10           A      Kathryn Greene, and it's Greene, G-r-e-e-n-e.
11           Q      Where do you work?
12           A      Bureau of Alcohol, Tobacco and Firearms.
13           Q      What are your duties there?
14           A      I'm a human resources manager.
15           Q      What's your position?
16           A      Chief of the Classification and Performance
17      Management Branch.
18           Q      Grade?
19           A      14.
20           Q      How long have you been in that capacity?
21           A      In this capacity, nine months.
22           Q      Nine months?
```

| | | |
|---|---|---|
| 1 | A | Yeah, in this particular branch; yes. |
| 2 | Q | How long have you been a 14? |
| 3 | A | About a year and a half. |
| 4 | Q | Where were you when you became the 14? |
| 5 | A | I was at ATF. |
| 6 | Q | In the Personnel Division? |
| 7 | A | Yes. |
| 8 | Q | What job were you in? |
| 9 | A | I became a 14 by becoming the chief of the |
| 10 | | Agent and Investigative Staffing Branch. |
| 11 | Q | What did that -- |
| 12 | A | That was the Recruitment Branch. |
| 13 | Q | You were asked to answer some Interrogatories; |
| 14 | | is that correct? |
| 15 | A | Yes. |
| 16 | Q | Or provide answers.  I show you what has been |
| 17 | | marked as Plaintiff's Exhibit No. 2.  Do you recognize |
| 18 | | that? |
| 19 | A | I'm sorry.  Say that again. |
| 20 | Q | For the record, what is Plaintiff's Exhibit 2? |
| 21 | A | What is it? |
| 22 | Q | Yes.  What is the title? |

1   A  "Brigitte Hawkins, Plaintiff vs." -- up here?

2   Q  Down.

3   A  "Defendant's Supplemental Answers and

4 Objections to Plaintiff's Second Set of

5 Interrogatories."

6   Q  Did you provide answers for that?

7   A  This, I never saw.  I was just given I think

8 it was two questions.

9   Q  Do you know the questions?

10   A  The one question was the number of desk audits

11 conducted within the Bureau like within the last five

12 years.

13   Q  Could you take a look at question number two

14 and read the answer to yourself?

15   A  Read my answer?

16   Q  Is that your answer there?

17   A  Part of it; yes.

18   Q  Your part.  Read your part.

19   A  "ATF does not have a system in place that

20 tracks the number of desk audits requested and/or

21 conducted.  However, since Ms. Greene's employment with

22 ATF in July 2005, she knows of four desk audits

7

```
 1        conducted, none of which resulted in promotions.
 2                Three of the four positions were advertised
 3        and one resulted in no action."
 4                That's my answer.
 5        Q       Inviting your attention to number three, do
 6        you see any of your answers there?  Question number
 7        three.
 8        A       Yes.
 9        Q       Which answer did you provide to question
10        number three?
11        A       "None of the four that Ms. Greene is aware of.
12        Otherwise, not able to determine."  That means I'm not
13        aware of any.  That was my answer.
14        Q       Were the answers provided by you true and
15        correct --
16        A       Yes.
17        Q       To these questions?
18        A       Yes.
19        Q       Have you ever done a desk audit before?
20        A       Yes.
21        Q       How many times?
22        A       Oh, I have no idea.  I've been doing
```

8

1      classifications for many, many years.

2      Q    How many years have you been associated with

3  the Federal Government?

4      A    I've been in the Federal Government 20 years.

5      Q    Did you do classifications before you joined

6  the Federal Government?

7      A    No.

8      Q    What agencies have you been with?

9      A    Department of Army, Department of Navy, Patent

10  and Trademark Office, the Comptroller of the Currency,

11  and ATF.

12      Q    Focusing specifically on desk audits, how many

13  have you done?

14      A    I don't know.  I can't tell you that.

15      Q    Why not?

16      A    Because I don't track those.  I never have.

17  You're talking in ATF or my career?

18      Q    In your career.

19      A    I have no way to tell you.

20      Q    Have you done them before?

21      A    Yes, I've done audits before.

22      Q    If we were to ask you to guess how many?

9

| | | |
|---|---|---|
| 1 | A | I wouldn't feel comfortable guessing. |
| 2 | Q | More than ten? |
| 3 | A | I would probably say so. |
| 4 | Q | More than 20? |
| 5 | A | Maybe. |
| 6 | Q | More than 30? |
| 7 | A | I couldn't tell you.  I can't give you an |

8    answer on that.

9    Q    I understand.  With respect to the desk audits

10    that you have done, how many have resulted in

11    demotions?

12    A    None in demotions.

13    Q    What about promotions?

14    A    I couldn't give you a number.

15    Q    I gather that you couldn't give me a number if

16    I asked you how many remained the same?

17    A    I couldn't give you a number.  It's part of

18    the normal day to day process.  That's something that's

19    not tracked.

20    Q    Are you referring to normal classification

21    duties?

22    A    It's part of the classification process.

10

1       Q    A desk audit, would it be fair to say that a

2  desk audit is a special form of classification work?

3       A    It's a different aspect of your normal

4  re-descriptions or establishing a position, but it's

5  still part of -- I consider it part of the normal

6  classification process.  It depends on the request of a

7  manager.

8       Q    When management has a vacancy, they would call

9  in a classifier to take a look at the position; is

10  that --

11       A    Not necessarily.

12       Q    If the position is already established, they

13  wouldn't call in a classifier, would they?

14       A    Maybe, it depends on the circumstances.

15       Q    Under what circumstances would they call in a

16  classifier?

17       A    The position may have changed.  The position

18  may have been vacant for a while and they may want us

19  to take a look to see if it is still accurate.

20            They may decide with the vacancy they want to

21  change the position from one occupational series to

22  another or they may want to change the grade level,

1     make it a career ladder or developmental position.

2             There are various circumstances.

3        Q    Would this re-evaluation be done while the

4     position is occupied or while the position is vacant?

5        A    Either/or.  It depends.  I can't give you a

6     straight answer because it depends on the

7     circumstances.  It depends on my conversation with a

8     manager and what their intent is.

9             If it's an incumbent position, it may be a

10    desk audit.  It may just be updating a PD.

11       Q    You have indicated that four desk audits were

12    conducted since you joined the --

13       A    That I'm aware of; yes.

14       Q    Who directed you to perform these desk audits?

15       A    At the managers' requests.

16       Q    Do you know the names of the managers?

17       A    One was Mike Clay.  I can't remember the name

18    of the other.

19       Q    Was he in the Personnel Division?

20       A    No.

21       Q    Where was he located?

22       A    He's with the Office of Management, Material

12

1    Management Branch, I think it's called.

2        Q    What were the others?

3        A    The other supervisor was a supervisor at the

4    ATF Academy.

5        Q    You indicated that three of the four audits

6    were advertised -- positions that were advertised; is

7    that correct?

8        A    Correct.  That's what we recommended.

9        Q    When you say you "recommended," why did you

10   recommend that they be advertised?

11       A    Because based on the duties that we evaluated,

12   that was provided to us, it resulted in a two grade

13   interval series at a higher grade.  To be fair to the

14   other employees that could be adversely impacted, we

15   recommended that they advertise it, and the employees

16   that were in the position were at an one grade interval

17   clerical support position, and there were other

18   employees who could have claimed that they didn't have

19   an opportunity for the higher level duties.

20       Q    At the time you conducted these desk audits,

21   the positions were occupied?

22       A    Yes.

13

1      Q     At the conclusion of the desk audit, you

2      recommended that the positions be advertised because

3      after the desk audit, you concluded that there was

4      going to be a two grade promotion for these people?

5      A     Correct.

6      Q     As a result of this two grade promotion, it

7      was your position that other persons might be able to

8      qualify for these same positions?

9      A     Correct.

10     Q     And that the positions should be advertised so

11     that these other persons could compete for them?

12     A     Correct.

13     Q     I got the impression that these were lower

14     graded like clerical positions?

15     A     They were seven's.

16     Q     The incumbent would be permitted on a career

17     ladder to go up to a nine?

18     A     Correct.

19     Q     Were they advertised?

20     A     I don't know.  Once we made our

21     recommendation, my branch was out of it, and then it

22     went to Staffing, and the manager then had to decide

14

 1     whether he agreed or disagreed, and if he did, to

 2     contact the staffing specialist.

 3          Q     What is a "desk audit?"

 4          A     I don't understand the question.

 5          Q     What are you looking for when you go in to do

 6     a desk audit?

 7          A     We review -- we interview the employees.  They

 8     tell us what duties they perform on a regular and

 9     recurring basis.  They are permitted to provide

10     samples.  Based on their assumption that they are

11     working at a higher level, we will conduct that

12     interview to verify if that's true and evaluate it.

13     Conduct an analysis and evaluate the information they

14     have provided.

15          Q     What about duties that they are going to

16     perform in the future?  Do you take into account duties

17     that they are going to be performing in the future in

18     your desk audit?

19          A     No.  It's duties they are currently

20     performing.

21          Q     What about duties they performed in the past?

22          A     I don't understand the question.

1          Q      In other words, if just say last month, I did

2     X, but this month, I'm not doing X.

3          A      Then that's not regular and recurring.

4          Q      I haven't done an example of X, but just say

5     during the course of my duties, every three months, I

6     might do a particular duty.  Would that be a recurring

7     duty?

8          A      It could be.

9          Q      If you are expected to do it in the future,

10    would that be a recurring duty?

11         A      I don't understand the question.  If you are

12    assigned the duties, then yes, you are expected to do

13    it, and we take that into consideration.  If you're

14    projected and say well, maybe next month I'll have you

15    do this, that's not counted.

16         Q      Future duties or future conduct or future

17    actions are not taken into account in a desk audit?

18         A      No.

19         Q      You referred to a fourth position being

20    audited.  What was that position?

21         A      I think it was a management analyst.

22         Q      Where was that management analyst position

16

```
 1    located?

 2         A    You mean what division?

 3         Q    Yes.

 4         A    It was part of Office of Management.  It was

 5    in the Materials Management Branch.

 6         Q    You indicated that nothing happened with

 7    regard to that position.

 8         A    Correct.

 9         Q    What do you mean by that?

10         A    Based on the audit, the position was properly

11    classified at the current grade, so there was no action

12    to take.

13         Q    Was the position occupied?

14         A    Yes.

15         Q    Basically, the incumbent remained at the same

16    grade?

17         A    Correct.

18         Q    In your answer, you indicated no one other

19    than Ms. Hawkins had requested a desk audit during Ms.

20    Filler's tenure.

21         A    I didn't answer that.  No one asked me that

22    question.
```

17

1        Q    By the way, did I ask you whether or not you

2   swore to those answers?

3        A    Yeah, you asked me.

4             MS. GRAHAM-OLIVER:   I think Ms. Filler said

5   she answered that.   I think you had asked her that in

6   deposition.

7             MR. WAGNER:   Okay.   Ms. Filler answered that

8   part.

9             BY MR. WAGNER:

10       Q    Are you familiar with the term "constructive

11  demotion?"

12       A    No.

13       Q    You said you have been in the classification

14  area for about 20 years?

15       A    No, I've been in the Government for 20 years.

16       Q    How long have you been in the classification

17  area?

18       A    Let me think back for a minute.   I would say

19  an easy 15.

20       Q    Fifteen years?

21       A    Uh-huh.

22       Q    Are there any regulations pertaining to the

1     removal or stripping of duties from a position

2     description during the course of a desk audit?

3          A    I don't understand the question.

4          Q    Let's say you're doing a desk audit.  Are

5     there any regulations limiting or permitting the

6     ability of management to strip duties from a position

7     description while the audit is occurring?

8          A    No.  I'm not sure I follow your question.

9          Q    Can you strip duties from a PD while a desk

10    audit is being conducted?

11         A    Management can make assignments as they see

12    fit.

13         Q    Can a PD be modified during a desk audit?

14         A    I don't -- I guess you're throwing me when you

15    say "during a desk audit."  Once you conduct a desk

16    audit, the management will submit a proposed position

17    description.  We conduct the interview.  We made a

18    recommendation.

19         Management has the right when they look at

20    that final product to say okay, these are not duties

21    that were assigned to this position or vice versa.

22    Management has the right to make those assignments.

1          I don't know that I would use the word

2     "strip."

3          Q    You stated that management will give your

4     division or your section, what have you, a PD, to

5     conduct a desk audit.

6          A    A proposed PD.

7          Q    What if there is a PD already in place and the

8     employee asks for a desk audit?

9          A    I'm not following you.   A PD?

10         Q    A PD that is already encumbered.   There is not

11     a proposed PD.

12         A    Okay.

13         Q    If management asks that PD be audited, a desk

14     audit be conducted of that PD, are there any

15     regulations limiting management from stripping duties

16     from that PD after the desk audit has been conducted?

17         A    Management wouldn't ask for a desk audit with

18     a PD.   Management would ask a desk audit to be

19     conducted of the employee performing those duties, and

20     from that, a final PD will be developed.

21         Q    If during the course of a desk audit, the

22     employee produces work, evidence of work, that is being

1    performed by that employee, should the desk audit

2    reflect that work being performed by that employee?

3        A    The information provided can go into the PD,

4    but then management has the discretion or the right to

5    say these are the duties they are performing or not.

6            An employee can say okay, I've done this.

7    Management can say well, this is not an assignment I

8    gave this person, or this is not what they have been

9    assigned to do.

10        Q    If an employee has been performing the duties

11    before a supervisor shows up, say you have a newly

12    appointed supervisor, and a desk audit is ordered

13    because the new supervisor doesn't know what the

14    employee is doing, if the employee shows evidence of

15    what he or she has been doing, does that control the

16    desk audit?

17        A    I'm still not following that question.

18        Q    If on day one a desk audit is ordered, and the

19    employee -- the supervisor is unaware of what the

20    employee is doing as of day one, and the employee

21    produces evidence that prior to day one, they were

22    doing X, Y and Z, which factors come into control of

21

1    the results of the desk audit, what management wants

2    them to do post day one or what the employee has been

3    doing up to day one?

4         A    The desk audit is basically a data gathering

5    event.  Management still -- based on that information

6    gathered from that desk audit, management still has the

7    right to say these are the duties that I'm assigning.

8    They can either verify yes, this is exactly what I have

9    assigned this employee, or no, this is not what I've

10   assigned the employee.

11            The desk audit doesn't preempt management's

12   right, if I understand that's your question.

13        Q    What regulations or guidelines do you base

14   your answers on or are they based on any regulations or

15   guidelines?

16        A    That I base this particular answer on?

17        Q    Yes.

18        A    Management's rights.  That's inherent of being

19   a manager.  You can assign duties as you see fit.

20        Q    Just about every PD has "other duties as

21   assigned" included in it; is that correct?

22        A    Yes.

22

1          Q      As a part of the "other duties as assigned,"

2    management can assign duties that may not be in the PD?

3          A      Management cannot assign any duties -- if it's

4    regular and recurring, if it constitutes 25 percent of

5    the time, it has to be in the PD.

6                 "Other duties as assigned" means you may have

7    to produce a report on an as needed basis or you may

8    have to produce this document on an as needed basis,

9    but if it's 25 percent of the time, that's considered a

10   major duty, that's in your PD.

11         Q      Every duty that is listed in your PD is a

12   major duty?

13         A      That management has assigned.

14         Q      This 25 percent figure that you referred to,

15   where is that figure found?

16         A      It's not really found anywhere.  That's

17   just -- actually, it's in the guidebook.  It should be

18   in the handbook.  It's either the handbook for

19   classifiers.  I can't remember the exact title.  It's

20   an OPM regulation.  It's more of a guide.  I think it's

21   a handbook for position classification.  Don't quote me

22   on the title, but it's something like that.

23

1                    (Counsel conferring.)

2                    BY MR. WAGNER:

3          Q    If an employee is hired as a management

4    analyst, 343, and at the time they are hired, they are

5    placed in a PD that -- let me back up.

6                    Before a position is filled, a classifier

7    comes in and takes a look at the duties that are being

8    assigned to that PD; is that correct?

9          A    Not necessarily.  Before a person is hired, we

10    have to make sure that there's a PD established.

11          Q    There comes a time when someone must take a

12    look at that PD to determine whether or not the grade

13    of that position is properly classified; is that

14    correct?

15          A    There comes a time based on management's

16    request that we are asked to come in and take a look at

17    the PD, to see if it is still current.

18          Q    If a person is hired in connection with that

19    PD and is assigned to that PD, if that person asks for

20    a desk audit, can management come in and change the

21    classification of that position, management analyst, to

22    another classification?

24

| 1 | A     If the duties supports it. |
|---|---|
| 2 | (Counsel conferring.) |

1     A     If the duties supports it.

2          (Counsel conferring.)

3          MR. WAGNER:  I have no further questions.

4          MS. RANDOLPH:  We may.  Let me just double

5     check.

6                    EXAMINATION BY COUNSEL FOR DEFENDANT

7          BY MS. GRAHAM-OLIVER:

8     Q     In the desk audit process, is there generally

9     input from managers?

10     A     Yes.  Generally, we will have an interview

11     with the managers before the desk audit, just to kind

12     of get some background information.

13          We will then after the audit what I call

14     outreach with the managers just to verify this is what

15     the employees tells us they do, and they have to verify

16     yes, this is what I've assigned the employees.

17     Q     If the manager disagrees with duties that are

18     in the PD after the interview with the employee and

19     says no, I don't want the employee to do this, and no,

20     I don't want this position to function in this way, is

21     that improper in any way?

22     A     That still falls under the management has a

25

1    right to assign the duties as they see fit.  It's still

2    part of their discretion.

3        Q    A manager can do that?

4        A    A manager can assign the duties as they see

5    fit.

6        Q    In a desk audit, there is no guarantee then?

7        A    There's no guarantee.  This is something that

8    we explain to the employees.  We explain to the

9    manager.  We explain to the employees that it can go

10   up, down, or stay the same and that there's no

11   guarantees.

12       Q    Isn't there a fourth option, and that is

13   competitive --

14       A    Management can always establish a PD and open

15   it up for competition.

16       Q    Those employees that are encumbering that

17   position would have to then interview?

18       A    And anyone who feels they are qualified for

19   that position can apply; uh-huh.

20           MS. GRAHAM-OLIVER:  I don't have any further

21   questions.

22   //

26

1          FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

2              BY MR. WAGNER:

3      Q    Have you ever seen a scenario -- you indicated

4   in response to counsel's questions that management can

5   change or modify duties in a PD because that is

6   management's prerogative after a desk audit; is that

7   correct?

8      A    Management can assign the duties as they see

9   fit any time.

10     Q    Have you ever been in a situation where

11  management, after a desk audit, takes duties away from

12  a position so that it changes the classification of the

13  position altogether?

14     A    I've never experienced that.

15          MR. WAGNER:  No further questions.

16          FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

17              BY MS. GRAHAM-OLIVER:

18     Q    Have you ever experienced a situation where

19  you have been in a desk audit and the manager has taken

20  away duties such that the series changed in the job?

21     A    Management -- I've been in situations, and I

22  don't know if this is really answering your question,

27

1   I've seen situations after the desk audit that the

2   series has changed, just based on the duties -- the

3   description of the duties that were provided.

4        Q     Have you seen situations where the grade has

5   changed?

6        A     Yes.

7        Q     And that could go either up or down?

8        A     It could go up and down.

9        Q     You said you have not been involved in a

10  situation where the grade went down?

11       A     I have never recommended a demotion, but it

12  can  happen.

13       Q     Were you ever involved in a situation where

14  the grade would have gone down but you didn't recommend

15  demotion, you recommended something else?

16       A     I've been in the situation where I've seen it

17  could go down.  It was weak, but I made recommendations

18  to strengthen -- add duties, to strengthen the current

19  classification, to maintain the current rating.

20       Q     Was that in consultation with management?

21       A     Yes; absolutely.  We can't do anything without

22  consulting with management and management's approval.

.

28

1     Q     When we say "after a desk audit," is that

2     after your initial recommendation as opposed to after

3     the manager has looked at it, reviewed it, and signed

4     off?

5          What do you mean by "after a desk audit?"

6     A     Once we conduct the interview with the

7     employee, we make a recommendation.  We do an analysis

8     and make a recommendation.  That is after.  Once we

9     make a recommendation, then management has to make a

10    decision either to agree with our recommendation or

11    disagree and then tell us why they disagree, and then

12    we take the appropriate action if there is anything --

13    Q     Left for you to do?

14    A     Yes.

15         FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

16         BY MR. WAGNER:

17    Q     You just said you asked management whether or

18    not they agreed or disagreed.  They ask you your

19    reasons for your classification; right?

20    A     Our recommendation is all part of that

21    analysis that we provide to the manager.

22    Q     You go through each duty and you assign a

29

```
 1    point score to each duty, a factor level; is that

 2    correct?

 3         A    No.   We go through the factor levels and based

 4    on the duties provided, we determine which factor level

 5    to assign.

 6         Q    You assign that factor level based on the

 7    information that is provided to you by the supervisor

 8    and the employee; is that --

 9         A    It's a combination.

10         Q    If the supervisor has little or no knowledge

11    of what the employee was doing at the time the desk

12    audit is ordered, do you rely primarily on what the

13    employee indicates that he or she is doing?

14         A    I wouldn't know if the manager has little to

15    no knowledge, but we will make a recommendation to the

16    manager and the manager has to decide if they accept or

17    reject our recommendation.

18         Q    Have you ever been in the situation where an

19    employee requests that his or her position be audited

20    and you conduct the audit, and after you have conducted

21    the audit, you make a recommendation to management with

22    regard to the position that you just audited, the PD
```

30

1     you just audited -- have you ever had to your knowledge

2     any occasion when management at that point after the

3     audit has been completed and the recommendation has

4     been made, that management then takes a pen and starts

5     stripping duties from the PD as proposed?

6          A     I've never experienced that.

7          Q     In that same scenario where you have

8     recommended that a certain PD be put in place with a

9     certain grade, have you ever had an occasion when

10    management took duties from the PD that changed the

11    classification altogether, so that it was now in a new

12    classification, for example, from a 343 to a 301?

13         A     I've never experienced that, as you described

14    that; no.

15         Q     How many desk audits did you say you've

16    conducted?

17         A     You know I couldn't answer that question.  The

18    answer's not going to change.

19         Q     If that scenario had occurred, would you have

20    considered that unusual?

21         A     Possibly.

22              MR. WAGNER:  No further questions.

31

```
 1              MS. GRAHAM-OLIVER:  I have a couple of

 2      questions.

 3              FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

 4              BY MS. GRAHAM-OLIVER:

 5          Q    When a classifier goes in, a request has been

 6      made to do a desk audit, the classifier goes in, and as

 7      you say, there is an initial discussion with the

 8      supervisor.  There is an initial discussion with the

 9      employee; correct?

10          A    Uh-huh.

11          Q    The classifier then sets about to do the duty

12      and make some sort of a recommendation; is that

13      correct?

14          A    Uh-huh.

15          Q    At that point, there hasn't been a final

16      position description?

17          A    Correct.

18          Q    When you were responding to Mr. Wagner's last

19      question, did you understand that to mean that after a

20      final position description had been determined, then

21      the supervisor would go in and take out duties?

22          A    Yes.
```

32

1          Q     Before a final position description has been

2     determined, the manager has the discretion to take out

3     duties or to decide what duties a particular position

4     should have?

5          A     Management, which is why I emphasized

6     "proposed," management has the right to assign the

7     duties as they see fit. Once they make a determination

8     to assign these duties and it is here are the duties

9     that I'm assigning this position, and they draft that

10    PD, once it is signed, that's when it becomes a final

11    document.

12         Q     PD?

13         A     Yes.

14         Q     The final PD.  Once it's signed by the

15    manager, it becomes a final document; is that correct?

16         A     Yes.

17         Q     Everybody then is on board in terms of what

18    this particular position -- the duties of this

19    particular position; is that correct?

20         A     Everyone has the same understanding of what

21    duties are assigned to this position.

22         Q     There may be times when the employee may not

33

```
 1      agree?

 2          A    Yes.

 3          Q    But ultimately, the manager decides what

 4      duties they want to assign to a particular position?

 5          A    Correct.

 6          Q    Is that correct?

 7          A    That's correct.

 8               (Counsel conferring.)

 9          FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

10          BY MR. WAGNER:

11          Q    If an employee is performing in a 343

12      scenario, and this employee has over him or her a

13      343 -- let's say this employee is a 343-13 -- 11.

14      GS-11.  This employee has in her chain of command a 343

15      management analyst who is a 13.

16          A    Okay.

17          Q    This employee also has in the chain of command

18      a management analyst 343-14.

19          A    Okay.

20          Q    Management has signed off on all three PDs.

21      The 343-13 leaves, and the GS-11 assumes her duties.

22      The GS-14, 343, management analyst leaves, and the
```

34

1    GS-11 assumes her duties.

2            Would you say that is an accretion of duties?

3        A    It could possibly be.

4        Q    If the GS-11 is left to perform the duties

5    that she had before and the 343 duties of the 13 and

6    343 duties of the 14, a desk audit would be necessary

7    to determine the exact nature of that employee's

8    performance; is that correct?

9        A    The duties as assigned; yes.   We would

10    determine the duties being performed.

11        Q    That would be considered an accretion of

12    duties, would that not?

13        A    Not necessarily.

14        Q    If the duties of the 14, the GS-14 and the

15    GS-13, if those duties were never a part of the GS-11's

16    responsibility and the GS-11 is now doing those duties,

17    that would be an accretion of duties, would it not?

18        A    Not necessarily, because you still have to

19    verify that management has assigned that employee those

20    duties.

21        Q    If management has assigned those duties to the

22    employee to perform or management expects the employee

35

1    to perform those duties, would that be an accretion --

2    A    It could; yes.

3    Q    Have you ever been in a situation where an

4    employee has performed duties, you have conducted an

5    audit, the employee has shown what he or she has been

6    doing, and at the end of the audit, you recommend that

7    a promotion be put in place as to that position, have

8    you ever had an occasion where management comes in and

9    starts stripping duties from the PD?

10   A    I have not.

11   Q    Have you ever heard of it being done?

12   A    I can't recall.

13        MR. WAGNER:   No further questions.

14        FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

15        BY MS. GRAHAM-OLIVER:

16   Q    Again, the question that was asked was is

17   stripping duties from the PD, the PD is done after

18   management concurs in the duties to be assigned?

19   A    I'm not sure I follow your question.

20   Q    I'm not sure I understand stripping duties

21   from the PD business.  I think what you stated is that

22   after the audit, then management can decide that they

36

1    don't want the particular position to do particular

2    duties.

3              That is not unusual, is it?

4         A    No.  That's part of management's assigning

5    duties.  Management can decide.  They can look at a

6    whole group of duties.  Management can say these are

7    the duties that I'm assigning to this position.

8    Management has the right to do that.

9         Q    Once management has taken away duties, as a

10   part of their management right, and a PD is developed,

11   after that final PD is developed and it's determined,

12   and the manager signs off, then is there a scenario

13   that you can think of where the manager would take away

14   duties from a position description that they have

15   concurred in?

16             Have you ever seen that situation?

17        A    Say that again.  Maybe I'm not understanding

18   the question.

19        Q    The question about stripping duties from PDs.

20   I guess that's the confusion here.  Do you understand?

21   Is there any point in time where duties are "stripped"

22   from PDs?

37

1    A    I guess I'm not understanding use of the word

2    "stripped."  Management -- it may sound

3    redundant -- management can assign the duties as they

4    see fit.

5        If management looks at this document and says

6    okay, this position has changed or these are not the

7    duties that I have assigned this position, management

8    can assign the duties as they see fit.  They can modify

9    that PD, what we call a re-description, as they deem

10   necessary.

11   Q    Simply because someone takes over certain

12   duties of a person who has left, does that necessarily

13   mean that there is an accretion of duty?

14   A    No.

15   Q    Why not?

16   A    Because again it goes back to if they assume

17   the duties and management says yes, I am now assigning

18   you these duties, that could potentially be your

19   accretion of duties' situation.

20       If you assume these duties and management has

21   not said I am assigning you these duties, that doesn't

22   necessarily mean it's an accretion of duties.  It all

1    goes back to management assigning the duties.

2            MS. GRAHAM-OLIVER:  I have no further

3    questions.

4            FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

5            BY MR. WAGNER:

6        Q    If you have an employee who is performing a

7    number of duties with management's concurrence, and

8    there are no officials between that employee and the

9    top manager, and management changes and a new manager

10   comes in, and at that point in time the new manager

11   comes in and the employee asks for a promotion based on

12   the duties that are being performed, is it customary to

13   go to the new manager, the new supervisor, and ask the

14   supervisor for an assessment of what the employee is

15   doing or what duties they are performing at that time

16   if the supervisor is new?

17       A    Is that the supervisor of record?

18       Q    Yes.

19       A    Then yes, it would go to that supervisor.

20       Q    Yes.  If this new supervisor does not know,

21   has no idea because they just arrived and was just

22   appointed as a supervisor, is that supervisor in any

39

1      position to have input into the desk audit?

2          A    Yes, that's the supervisor of record.    That's

3      the supervisor who makes the decision about the

4      assignments.

5          Q    When the desk audit is performed, it's based

6      on the duties that the employee has been called upon to

7      perform as of the date of the desk audit; is that

8      correct?

9          A    Yes.

10         Q    The desk audit is not for the purpose of

11     identifying -- the desk audit is supposed to identify

12     what the employee is doing and what duties the employee

13     is employing; right?

14         A    Correct.

15         Q    The purpose of a desk audit is to provide a

16     fair compensation for the employee?

17         A    No.    The purpose of the desk audit is to

18     gather data.

19         Q    If the employee is performing at a certain

20     level, the purpose of the desk audit is to make sure

21     that he's being paid at that level?

22         A    No.    The purpose of the desk audit is to

40

1    gather data about the duties that are being performed.

2        Q    To assign the right grade; right?

3        A    To assign the appropriate grade.

4        Q    The reason for assigning the appropriate grade

5    is tied into the pay compensation?

6        A    It does affect it.  It could affect it.

7        Q    The question becomes whether that employee

8    should be paid at the current rate that he's being paid

9    or whether he should be paid less or whether he should

10   be paid more?

11       A    The purpose of the desk audit is to verify the

12   duties and assign a proper grade level of the position.

13       Q    That's right.  The grade level determines

14   compensation for the employee.

15       A    Yes.

16       Q    The only reason for doing a desk audit is to

17   determine the pay level, either more money, less money,

18   or the same money?

19       A    Okay.  That's good.

20       Q    If a desk audit is ordered to determine what

21   compensation the employee should be receiving, it would

22   be counterproductive to have the desk audit for duties

41

1    that the supervisor will assign or not assign for the

2    employee in the future, wouldn't it?

3        A    No.  The purpose of the desk audit is to

4    verify the duties of the position.

5        Q    At that time?

6        A    At that time; yes.  Management has again the

7    right to assign those duties and verify those duties.

8        Q    You have answered this question, have you ever

9    had an occasion when somebody has stripped duties from

10   a PD after you have -- let me back up.

11       Let me go to a question that counsel asked.

12   She indicated that after everything has been done, the

13   audit, et cetera, and everybody agrees on a PD,

14   management and the classifier have agreed that this PD

15   represents what the employee is doing; right?

16       A    I'm following you; yes.

17       Q    She asked you whether or not you have known

18   duties to be stripped from that PD after management has

19   signed off on it.

20       A    No, I think that was your question.

21       Q    Let me go back.  As a classifier, you look at

22   the evidence the employee produces.  You talk to the

42

1    supervisor, what have you.  You come up with a PD that

2    you recommend based on the information and evidence

3    that you have gathered; right?

4        A    Correct.

5        Q    You are in effect an investigator?  Would that

6    be a fair statement?

7        A    Data collecting.

8        Q    Based on your investigation of a position, you

9    come up with a recommendation; is that correct?

10       A    Correct.

11       Q    The recommendation sets out the grade that you

12   would assign to that position; is that fair?

13       A    No.  What I recommend is based on the

14   information provided, this is the grade I equate to

15   this position.

16       Q    You look at the factor levels?

17       A    Yes.

18       Q    You assign the points?

19       A    Yes.

20       Q    You add up the points?

21       A    Yes.

22       Q    Based on your math with regard to the points,

43

1    you assign a grade?

2        A    Correct.  I'd make a recommendation for a

3    grade.

4        Q    This is the recommendation to the manager,

5    that you say this position should be a 343-12 or

6    whatever; right?

7        A    We recommend; yes.

8        Q    After you have made a recommendation in the

9    past to a manager, have you ever known the manager to

10   go in there and strip duties from a position?

11       A    I'm not aware of that happening.  I've never

12   experienced that happening.

13       Q    Have you ever known a manager to so modify the

14   PD that you have proposed to management that it changes

15   the classification of that PD?

16       A    It could happen.

17       Q    Has it happened to you?

18       A    No.  I don't recall where management has gone

19   in and said strip.  You keep coming back to "strip."

20       Q    Remove or modify duties from a position after

21   you  have --

22       A    Once it's been finalized?

44

1          Q    No.  After you have presented -- after you

2    have done your investigative work and you presented the

3    PD and your recommendation to management, have you ever

4    known an instance where management has modified the PD

5    that you have presented along with your recommendation?

6               Have you ever known that to happen?

7          A    I can't recall any time.  I can't recall any

8    that I've worked on where that's happened.

9               MR. WAGNER:  I have no further questions.

10              FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

11              BY MS. GRAHAM-OLIVER:

12         Q    Have you ever had a situation where you didn't

13   talk to the manager?

14         A    Not me personally.

15         Q    Have you ever had a situation where you were

16   told not to talk to the manager?

17         A    Not me personally.

18         Q    If the manager hasn't been consulted initially

19   or talked to initially, may that affect what happens at

20   the other end of the project?

21              For example, if you have not talked to the

22   manager initially, you just talked to the employee, and

45

1    then you present a recommendation to the manager and

2    the manager looks at your recommendation and then

3    decides that in looking at the recommendation that the

4    duties that are in the recommendation should not be

5    assigned, could that happen if you don't talk to the

6    manager at the beginning of the project?

7         A    That could happen.

8         Q    But it has never happened to you?

9         A    It has never happened to me.

10        Q    You have always talked to the manager?

11        A    I've always talked to the manager.

12        Q    Up front?

13        A    Up front.

14        Q    Would there come a time that you would not

15   talk to the manager?

16        A    I don't know.  I can't think of anything right

17   now.  I don't know.  I don't know why that would

18   happen.  I guess it could.

19        Q    If you were told you don't need to talk to the

20   manager, what would you do?

21        A    I would probably ask why.

22        Q    Why is that?  If you were told you don't need

46

```
 1    to talk with the manager because the manager is new,

 2    they just arrived?

 3        A    In my practice, I would still want to talk to

 4    the manager, one, to get some background information,

 5    and that's how I practice.  Being told not to talk to

 6    the manager, I would have to ask why.

 7        Q    Is being new a reason for you not to talk to

 8    the manager, if the manager just arrived?  Don't talk

 9    to the manager because the manager doesn't know what

10    this person is doing?

11        A ·  I don't know how to answer that.  I don't

12    know.  I don't know what to tell you.

13                FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

14                BY MR. WAGNER:

15        Q    In follow up to counsel's questions, and

16    hopefully we will end this soon, but if a new manager

17    has come on board, just newly arrived, and the employee

18    says look here, I'm doing X duties, and your immediate

19    supervisor comes to you and says this person, you don't

20    need to talk to the manager because she doesn't know

21    what the employee is doing, so conduct your

22    investigation and come up with a recommendation, would
```

.

47

```
1    that seem odd?

2         A    To me, it would.

3         Q    Why?

4         A    Because I would still want to talk to the

5    manager.

6         Q    What would you obtain from the manager if she

7    just walked in the door and she doesn't know what the

8    employee is doing?

9         A    That's one of the reasons why we conduct a

10   desk audit, but I would still like to talk to the

11   manager, just to find out from your perspective, how do

12   you envision this position.

13        Q    How does a 301 compare to a 343 in terms of

14   status, prestige, pay, what have you?  Is a 343 higher

15   than a 301?

16        A    Yeah.  343 is an occupational series.

17        Q    What is 301?

18        A    301 is an occupational series also, but it's

19   like a --

20        Q    Catch all?

21        A    That's one way of looking at it.  It's a

22   position where the duties cross and cress-cross into
```

48

1    several occupational series.  It is not

2    predominately -- the duties performed are not

3    predominately in one occupation series.

4        Q    It is sort of like a little generalist, handy

5    man type thing?

6        A    I wouldn't call it a handy man type thing.  I

7    would refer to it as a generalist, depending on the

8    work.

9        Q    It could be anything; right?

10       A    I'm a 201.  I'm a generalist.

11       Q    You're a 301?

12       A    201.  It's a generalist.  It's a generalist

13    type occupational series.

14       Q    You are in that now?

15       A    Now, I'm a 201.  Any 01 is considered a

16    generalist series.

17       Q    Because you are a supervisor?

18       A    No.  It's because of the work I perform.

19       Q    What work is that?

20       A    Human resources.

21       Q    Everyone in human resources is a 201?

22       A    Is in the 200 series.  It depends on the

49

1    duties.

2        Q    301 is like a management series; right?

3        A    It's an administrative or management

4    occupational series; yes.

5        Q    It's a generalist.  A 343 is more specific;

6    right?

7        A    Somewhat; yes.

8        Q    It carries with it, I guess, more of a

9    status/prestige or whatever?

10       A    I can't answer that.  It's all in the

11   individual's perspective.

12       Q    In other words, some people might consider a

13   removal from a 343 to a 301 as a demotion?

14       A    I can't answer that.

15       Q    A 343 is a management analyst; right?

16       A    Correct.

17       Q    That position envisions the performance of

18   certain duties; right?

19       A    Correct.

20       Q    That position also involves some analytical

21   tasks; is that correct?

22       A    Correct.

50

1          Q     Whereas the 301 doesn't entail analysis

2     necessarily; right?

3          A     If it's in the 301, it still has some

4     analytical function.

5          Q     But not much?

6          A     Not necessarily.  It depends on the duties

7     assigned.

8          Q     Does a 301 lead to a promotion -- let me put

9     it this way.  Can a GS-11/301 move into a 343 series

10    without competition?

11         A     Potentially, depending on the duties.

12         Q     Does it augment to the 343?

13         A     I'm not understanding the question.

14         Q     If an employee is a 301 GS level, can that

15    employee be laterally assigned into a 343?

16         A     Possible.

17         Q     Can a GS-11/301 be promoted to a 343 GS level

18    in competition with just say a GS-9/343?

19         A     I'm not understanding the question.  Can you

20    repeat that?

21               (Counsel conferring.)

22               BY MR. WAGNER:

51

1       Q    Assume for a moment that you have a GS-13/343.

2    Can a GS-11/301 be promoted to a GS-13/343 in

3    competition with a GS-11/343?

4       A    It depends on their experience and their

5    resume and their background and what they qualify for.

6    I suppose it's possible but I'm not going to say that's

7    automatic.  It depends on the vacancy.  It depends on

8    their experience.

9       Q    Just taking the series alone, you don't

10    automatically move from 301 to a 343?

11       A    It depends on your experience.  I don't

12    understand the term "automatic."

13            MR. WAGNER:  No further questions.

14            MS. GRAHAM-OLIVER:  No further questions.  We

15    will read.

16            (Whereupon, at 4:05 p.m., the deposition of

17    KATHRYN GREENE was concluded.)

18            I have read the foregoing pages, which are a

19    correct transcript of the answers given by me to the

20    questions therein recorded.

21            Deponent_____

22            Date _____

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

þíííííííííííííííííííííííí»

IN THE MATTER OF:

BRIGITTE HAWKINS,

    Plaintiff,

                        07CA0010(CKK)

v.

MICHAEL MUKASEY,

DEPARTMENT OF JUSTICE,

    Defendant.

þíííííííííííííííííííííííí¼

                Tuesday,
                December 18, 2007

DEPOSITION OF:

        DEBRA LYNN GUNTHER

called for examination by counsel for the
Plaintiff, pursuant to notice, in the offices

of OSI, at 1629 K Street, Suite 300, N.W.,
Washington, DC, when were present on behalf of

the respective parties:

5adbf073-cf72-428a-8cea-9deef4a05088

APPEARANCES:

On Behalf of the Plaintiff:

CHARLES WAGNER, ESQ.
EDWARD ALLEN, ESQ.
7801 16th Street, N.W.
Washington, D.C. 20012
(202) 210-7801

On Behalf of the Department of Justice:
HEATHER GRAHAM-OLIVER, ESQ.
Assistant United States Attorney
555 Forth Street, N.W.
Washington, D.C. 20530
(202) 305-1334

LESLIE RANDOLPH, ESQ.
Department of Justice
Bureau of Alcohol, Tobacco,
Firearms & Explosives
99 New York Avenue, NE
Room 4E347
Washington, DC 20226

(202) 648-7033

Page 2

---

1        P-R-O-C-E-E-D-I-N-G-S
2                    12:36 p.m.
3    Whereupon,
4            DEBRA LYNN GUNTHER
5    a witness, was called by Counsel for the
6    Plaintiff and having been first duly sworn,
7    was examined and testified as follows:
8            DIRECT EXAMINATION
9        BY MR. WAGNER:
10       Q    Good morning, Ms. Gunther. My
11   name is Charles Wagner. This is Mr. Edward
12   Allen. We represent Brigitte Hawkins.
13       A    Okay.
14       Q    Now, could you give us your name
15   and spell your name for the court reporter?
16   The last name especially.
17       A    Sure. Debbie D-E-B-B-I-E Lynn L-
18   Y-N-N Gunther G-U-N-T-H-E-R.
19       Q    Now is Debbie short for Debra or
20   is that your name Debbie?
21       A    It is Debra --
22       Q    Oh. Okay.

Page 4

---

TABLE OF CONTENTS

WITNESS        DIRECT CROSS REDIRECT RECROSS

Debra Gunther     4    48

Page 3

---

1        A    -- on my birth certificate.
2    That's about the only place you'll see Debra.
3    Everything else is in Debbie.
4        Q    Oh. Okay. D-E-B --
5        A    R-A.
6        Q    -- O-R-H? Okay. And you prefer
7    to be called Debbie. Right?
8        A    Debbie. Yes.
9        Q    Okay. Now, Ms. Gunther, could you
10   tell us a little bit about your background?
11   You know, your education and your job history.
12   Let's start with your education.
13       A    Okay. I graduated high school.
14       Q    Okay.
15       A    I went to two different community
16   colleges. Had about -- I don't know exactly.
17   It's something like 27 credit hours total.
18       Q    Okay.
19       A    Twelve of those are in accounting.
20       Q    Okay.
21       A    I took a lot of like on-the-job
22   training. You know, I went to like management

Page 5

---

2  (Pages 2 to 5)

5adbf073-cf72-428a-8cea-9deef4a05088

1  concepts training and stuff like that for like
2  internal controls.
3      Q    Now, okay, go ahead. I'm sorry.
4      A    That's --
5      Q    Now, how long have you worked for
6  the Government?
7      A    I started in the Government
8  December of 1990.
9      Q    Okay. And was any of this
10 education during this -- after you came to
11 work for the Government or before?
12     A    Yes, the college was when I was in
13 the Government. Yes.
14     Q    Okay. Now, you said that you
15 graduated from high school. How long ago was
16 that? What year?
17     A    Nineteen seventy-nine.
18     Q    Oh. Okay. I wouldn't have
19 thought you would have during the '70s.
20     A    A long time ago.
21     Q    I would have thought that was
22 probably ten years ago.

Page 6

1  training course.
2      A    Oh, my.
3      Q    Sponsored by the Government.
4      A    Okay. It's -- it's a lot. Okay.
5  Like I said, I got into the Office of
6  Management Control. That's where I started
7  taking my accounting classes because we needed
8  that.
9          But, I took internal controls,
10 management control concepts. I also took
11 competitive sourcing courses, how to write
12 SOWs.
13     Q    What's an SOW?
14     A    Statement of work.
15     Q    Okay.
16     A    SOW.
17     Q    Yes.
18     A    A lot. I -- I can't even from the
19 top of my -- elements of -- I think it was
20 called elements of management controls. It
21 was a lot of management control stuff that I
22 was taking.

Page 8

1      A    Um-hum.
2      Q    Now, since you joined the
3  Government, what courses have you taken? The
4  community college, yes?
5      A    Yes, I took -- well, I started out
6  going for my business administration degree.
7      Q    Okay.
8      A    Then I got into --
9      Q    Where did you go -- where did you
10 take those courses?
11     A    Chesapeake College over on the
12 Eastern Shore --
13     Q    Okay.
14     A    -- for some of it and then I moved
15 to Virginia and then I finished the difference
16 at NOVA.
17     Q    Okay. Now, what courses have you
18 had from the Government? What training
19 courses or have you had any?
20     A    You mean regular training not
21 college courses?
22     Q    Yes. No. Just a Government

Page 7

1      Q    Now, when you started working for
2  the Government, in what capacity were you
3  employed with the Government?
4      A    When I first started?
5      Q    Yes.
6      A    I started as a temporary clerk
7  typist, GS-4.
8      Q    Okay. And when was that?
9      A    December 1990.
10     Q    Okay. And if you don't mind me
11 asking, how old were you then?
12     A    I want to say I was -- I was 29.
13     Q    Twenty-nine?
14     A    Yes.
15     Q    Okay.
16     A    I think so.
17     Q    All right. Thirty?
18     A    Yes.
19     Q    You don't look that old, you know.
20     A    I have two grandkids.
21     Q    Oh, my goodness. Okay.
22     A    Yes.

Page 9

3  (Pages 6 to 9)

5adbf073-cf72-428a-8cea-9deef4a05088

Page 10

```
1      Q   Well --
2      A   But, thank you.
3      Q   Now, could you tell us what places
4  you worked at and in what capacity, you know,
5  since you've started here?
6      A   In the Government or in --
7      Q   Yes.
8      A   Okay.  Government, I started as a
9  part-time -- not a part-time, a temporary
10 clerk typist in the Carpenter Shop.  From then
11 in September, I went to the Office of
12 Management Control as the lead secretary
13 there.
14     Q   Okay.
15     A   It was in a 5/6/7 range.
16     Q   Okay.  What agency was that?
17     A   That was the Bureau of Engraving
18 and Printing.
19     Q   Okay.  All right.
20     A   I stayed with them.  I got into --
21 I took a downgrade to a GS-6 so I could get
22 into the -- a management assistant.
```

Page 11

```
1      Q   Okay.
2      A   From then I worked up I guess --
3      Q   What year was that?
4      A   Oh, my gosh.  Okay.  This is a
5  guess.  I would say somewhere -- I guess I --
6  I -- when I started as a secretary, I was a
7  5/6/7.  I went to a seven.  So, that was three
8  years.  Then I took a downgrade.  So, that's
9  -- are you keeping track of the years?
10     Q   Yes.  That's --
11     A   I took a downgrade after I got a
12 seven into a six.  Then I had to work the six.
13 Then I went to a seven in the management
14 assistant field.  Then I took -- and then I
15 got into the management analyst field as a
16 seven.
17     Q   Um-hum.
18     A   So, I spent a lot of time as a
19 seven.
20     Q   I see.
21     A   And -- and that was a 7/9/11/12,
22     Q   Okay.
```

Page 12

```
1      A   So, that's -- yes, so.
2      Q   Okay.
3      A   I don't --
4      Q   The time that you were a 12, where
5  did you go?
6      A   I -- I went to the Office of the
7  Administrative Programs.
8      Q   At what agency?
9      A   The same one.  It was just a
10 different office.
11     Q   Oh.  Oh.  Okay.  And after that,
12 where did you got?
13     A   After that?
14     Q   Yes.
15     A   Oh, I stayed there.  I spent a
16 year as a 12 in that office and then they
17 promoted me to a 13 in that office.
18     Q   Okay.
19     A   I left BEP in 2005.
20     Q   Okay.
21     A   As a promotion to come to ATF as a
22 14.
```

Page 13

```
1      Q   Okay.  Now, before coming to ATFE,
2  you know --
3      A   Um-hum.
4      Q   -- what jobs have you held in the
5  -- did you hold in the personnel office -- in
6  the personnel field?
7      A   When I was hired there, I was
8  hired as a management program analyst, GS-14.
9      Q   Okay.  Now, prior to that, had you
10 ever worked in a personnel office before?
11     A   No.  No.
12     Q   Okay.  And so, what -- did they
13 explain to you what your duties would be in
14 the personnel area?
15     A   Yes, because I was -- I was very
16 surprised that they had called me.
17     Q   Why was that?
18     A   Why was that?
19     Q   Yes.
20     A   Because I was just -- you know,
21 the way that the -- the -- how you apply for
22 jobs, it's very easy once you have your r,sum,
```

4  (Pages 10 to 13)

5adbf073-cf72-428a-8cea-9deef4a05088

1  up.
2      Q    Yes.
3      A    So, I have it set where it's
4  automatic and it goes. You know, all I have
5  to do is click.
6      Q    Yes. Okay.
7      A    So, anything that looks like a
8  management analyst, I would just, you know,
9  click.
10     Q    Just hit the button in your
11  computer and send it out. Okay.
12     A    So, anyway -- so, when the ATF
13  called and said that, you know, are you still
14  interested in the job at ATF, I really wasn't
15  sure which one it was. So, I said well, what
16  office is this and they said personnel and I
17  thought oh, my God, I don't -- I don't know
18  much about personnel.
19         But, when I went on the interview
20  with Helen Oates, I told her. I says, you
21  know, I says I don't -- I don't know anything
22  about human resources. She says we're not
                                    Page 14

1      Q    Yes.
2      A    It was May of 2005 is when I was
3  hired to do this.
4      Q    May 2005. Okay. And did you talk
5  with Ms. Filler in connection with your being
6  hired?
7      A    At -- at -- later. Ms. Filler was
8  on vacation or away on business. I can't
9  remember exactly what. I think she arrived
10  after about a week after I had already started
11  and Helen actually is the one that hired me
12  for her.
13     Q    Okay. All right. So, you had no
14  prior connection with ATF prior to this time?
15     A    No.
16     Q    Yes.
17     A    Uh-huh.
18     Q    Okay. Now, when you were hired,
19  had you ever worked on the budget before?
20     A    Worked on a budget?
21     Q    Yes.
22     A    The only -- only kind of budget
                                    Page 16

1  hiring for human resources position.
2      Q    Okay.
3      A    This is to do the office --
4  everything but HR issues.
5      Q    Okay.
6      A    I deal with the audits. I deal
7  with -- they wanted me to start a customer
8  service survey. They wanted me to do some
9  organizational structure changes within that
10  office. They wanted me to oversee the budget.
11  They wanted me to handle some contracts. They
12  wanted, you know, do different like
13  presentations when the boss has to go in front
14  of the execs because they didn't -- you know,
15  the HR specialists didn't know how to do like
16  PowerPoints or Excel spreadsheets and that
17  type of thing. So, I was comfortable with
18  that.
19     Q    Okay. Now, what time frame are we
20  talking about? When did this occur? Could
21  you give us like a day, month, year?
22     A    Sure.
                                    Page 15

1  that I used to work on is that at BEP, we did
2  a lot of competitive sourcing.
3      Q    Yes.
4      A    So, and when doing that, you have
5  to report to the Department of Treasury and
6  OMB how much it's costing you to do these
7  studies.
8      Q    Yes.
9      A    So, I kept track for the entire
10  agency, but besides that, no.
11     Q    So, in other words, would it be
12  fair to say that you would contact the offices
13  within the Bureau of Engraving. Is that it?
14     A    Um-hum.
15     Q    Yes.
16     A    Bureau of Engraving.
17     Q    And you would ask them please tell
18  me how much money --
19     A    How much -- yes, exactly right.
20     Q    Yes.
21     A    You're -- how -- you've had a
22  meeting on -- with your group, you know,
                                    Page 17

                5 (Pages 14 to 17)

1 explaining the -- the process. How long were
2 you in there? What were the grades of these
3 employees? Because I would have to calculate
4 how much time was spent in order to give a
5 cost to OMB. Yes.
6    Q    Okay. And then you would just
7 transmit that OMB?
8    A    I would put into a spreadsheet and
9 send it to OMB. Not to OMB. It got filtered
10 to Department of Treasury and then they would
11 do that.
12    Q    Okay. And now, prior to coming to
13 ATF, did you take any budget courses? Any
14 courses that would enable you to better focus
15 on budget issues?
16    A    No. No, I did not.
17    Q    And so, this spreadsheet that you
18 would compile and sent to OMB was the only
19 budget stuff that you would do?
20    A    Well, we did cost analysis on
21 other things throughout my time at BEP, but
22 basically, that was it. That was the biggest

Page 18

1    Q    Okay.
2    A    I would do all the -- the grunt
3 work if you will.
4    Q    Okay. And during this period, you
5 were what grade? Started --
6    A    I was a -- I was a 13.
7    Q    Okay. Now, did you do any of this
8 work while you were a 12?
9    A    No.
10    Q    Okay. Now, at the time you
11 started working at ATF, what were your duties
12 at that time?
13    A    What at ATF?
14    Q    Yes.
15    A    Basically, that. I was -- I was
16 like an assistant to Diane. She would have to
17 respond to the audit for instance. We -- as
18 soon as I walked in, within a week, I had to
19 review an audit that had took -- an internal
20 audit that had taken place a few months prior
21 before I came on. I to go through their work
22 papers and then write up a -- you know,

Page 20

1 one. Sure.
2    Q    Okay. Now, when you say the
3 biggest one, how much time would you say you
4 devoted to this issue?
5    A    For that?
6    Q    Yes.
7    A    Oh, well, that was time consuming.
8 I -- I would say -- let's see. We did -- we
9 did probably about four different studies a
10 year. So, I would say a total three months.
11    Q    Okay. And that's when the various
12 offices would send you --
13    A    Various office.
14    Q    -- would send the --
15    A    And we had to submit one for each
16 -- each study.
17    Q    Okay. Now, were you the only
18 person working on this or were there other
19 people working on it as well?
20    A    The budget part of it my boss
21 assisted in that as well, but that was
22 basically it.

Page 19

1 identified what they found, how we're going to
2 -- identify how we're going to put
3 corrective actions in place and send a
4 response to the -- for the director's
5 signature.
6    Q    Okay. Now, were you given any
7 supervisory duties when you first arrived?
8    A    No.
9    Q    Okay. Did there come a time when
10 you received supervisory responsibilities?
11    A    Yes.
12    Q    And when was that?
13    A    I'm thinking that was about
14 December of 2005 or January 2006. Somewhere
15 in that --
16    Q    So, for approximately six months,
17 you were just an assistant to Diane Filler?
18    A    Basically, yes.
19    Q    And were your duties structured so
20 that you were responsible for a specific area
21 or did you do duties as assigned?
22    A    It was pretty much duties as

Page 21

6 (Pages 18 to 21)

5adbf073-cf72-428a-8cea-9deef4a05088

1 assigned. I was still feeling my way around
2 there. Like I said, it was -- it was a whole
3 lot of things going on at the time when I got
4 there. We had to respond to this internal
5 audit. We also had --
6    Q    What was the audit about?
7    A    Every three or four years, they do
8 an internal audit to make sure that you're
9 following procedures, that your, you know,
10 your inventory is correct, you know, credit
11 statements are being, you know, reconciled.
12 It's a -- it's a lot of things.
13    Q    Yes.
14    A    But, they do that three or four
15 times a -- every three or four years I think.
16    Q    Now, did you do this all by
17 yourself or did you have assistants?
18    A    No, I did not. I did this by
19 myself.
20    Q    Okay. And you would report to
21 Diane your findings. Is that basically it or
22 did you prepare --

Page 22

1    A    Well, the response. The response
2 I did by myself.
3    Q    Okay.
4    A    Okay. They -- they had already
5 done the audit.
6    Q    Okay.
7    A    They had already left and then
8 they presented their report and then we had a
9 certain amount of time to respond to that
10 report and -- and -- and whatever the -- the
11 -- the findings were, we had to come up with
12 some corrective actions.
13        So, that's when -- when I -- like
14 I said, I was there a week and I went around
15 and talked to the managers after I reviewed
16 this report. Talked to the managers that, you
17 know, some of these findings, you know,
18 affected. Ask them, you know, this was found.
19 What can -- you know, what is your idea of
20 correcting this. That type of thing.
21        But, what else was going on was
22 personnel was going -- had hired an outside

Page 23

1 consultant to review their -- their office or
2 their division to -- to make it more
3 efficient. Should I stop? Okay. To make it
4 more efficient.
5        She put me in charge of that.
6 Taking these people around when they asked for
7 like SOPs. I had to find those. You know,
8 basically, like a COTR-type function with
9 them. You know, they -- they work constantly
10 asking for different documents. They wrote us
11 up what we call desk guides, up-to-date desk
12 guides. So, we -- I was providing
13 documentation to them as well.
14        During this time also, we went and
15 reorganized. I was in charge of putting that
16 together and putting that in place.
17        I also started -- she wanted a --
18 a customer service survey started out of the
19 office which I had to go back and research to
20 get my baseline other surveys that had been
21 done. So, I found -- and the OPRSO audit that
22 was done, they did a survey. so, I used that

Page 24

1 as my baseline and created a customer service
2 survey that we currently use now as well.
3        So, all of this happened within
4 like the six/seven months.
5    Q    Okay.
6    A    It was -- it was very, very busy.
7    Q    Okay. Now, so this audit was
8 performed by an outside entity that came in,
9 did the -- did a review of what was going on
10 in the Personnel Division and made some
11 recommendations and you talked to the people
12 within the Personnel Division to get their
13 responses to the audit. Is that correct?
14    A    Well, it's correct. You're kind
15 of combining them. There was an internal
16 audit where I had to respond and -- and
17 identify corrective actions for the findings
18 that they had. That's separate.
19        During this time also, we hired a
20 firm called LMI Consulting and they came in --
21 okay. They came in and they were reviewing
22 all of my processes trying to make us more

Page 25

7 (Pages 22 to 25)

5adbf073-cf72-428a-8caa-9deef4a05088

1 efficient and came up with some
2 recommendations that I was in charge of, you
3 know, trying to get implemented as well.
4 Plus, act as a COTR if you will
5 getting all the documents that they were
6 asking for and coordinating all of this with
7 the managers.
8 So, I was like the -- the point of
9 contract for that consulting firm or whatever.
10 Q Okay. Now, you -- did there come
11 a time when you assumed responsibility for the
12 division's budget?
13 A Yes.
14 Q Okay. When did that occur?
15 A That happened after the
16 reorganization.
17 Q Okay. When did the reorganization
18 occur?
19 A I think it had effective date of
20 December -- December 10th, 2005.
21 Q Okay. Roughly about seven months
22 after you came on board?

Page 26

1 A Yes.
2 Q Okay. Now, prior to your assuming
3 these responsibilities, did you receive any
4 training in the budget area?
5 A No.
6 Q Okay. Now, prior to coming to the
7 agency, did you have any training in the
8 budget area?
9 A No.
10 Q And could you tell me how it came
11 to be that you assumed these responsibilities?
12 You talked to somebody. Right? Yes. Yes.
13 In other words, you just didn't walk in and
14 say I'm taking over the budget today. I mean
15 who did you talk to in connection with this?
16 For example, Diane Filler.
17 A I'm -- I'm --
18 Q Okay. Did you -- did Diane Filler
19 speak to you about assuming the responsibility
20 for the budget?
21 A Yes.
22 Q Okay.

Page 27

1 A It would -- it was a whole lot of
2 things not just budget. All the functions.
3 She wanted to -- to put all these functions
4 that basically was under her under me.
5 Q Okay. So, prior to your assuming
6 responsibility for the budget --
7 A Um-hum.
8 Q -- she had responsibility for the
9 budget?
10 A That's right.
11 Q Okay. And whoever did the budget
12 reported to her. Right?
13 A That's correct.
14 Q And now, did there come a point in
15 time when she said to you or did Helen Oates
16 come to and say, you know, you're not going to
17 be doing the budget? Did someone other than
18 Diane Filler come to you and talk to you about
19 the budget?
20 A No.
21 Q Okay. So, Diane Filler came and
22 talked to you?

Page 28

1 A That's correct.
2 Q Okay. And what did she say when
3 she or did she say anything when she came to
4 talk to you about the budget, assuming these
5 responsibilities?
6 A Well, she talked to me before.
7 First of all, she says, you know, from the LMI
8 survey or study, I'd like to implement this
9 type of an organization. This type of an
10 organization that LMI had presented to Diane
11 had a staff, if you will, underneath Diane.
12 Okay.
13 Q Okay.
14 A And Helen was like here. Okay.
15 Q Okay.
16 A She says -- I'm sorry.
17 MS. GRAHAM-OLIVER: She doesn't
18 know what like here.
19 THE WITNESS: Oh, I'm sorry.
20 MR. WAGNER: Oh. Yes.
21 THE WITNESS: Okay. It would be
22 like, in an org chart, Diane would be the

Page 29

8 (Pages 26 to 29)

5adbf073-cf72-428a-8cea-9deef4a05088

1    first box. Then in the little side box, it
2    would be mine and then Helen would be below
3    and in that --
4        BY MR. WAGNER:
5        Q    Helen was below you?
6        A    Organizationally yes. I do not
7    report to Helen.
8        Q    Okay. But, now, Helen hired you
9    though. Right?
10       A    Helen hired me in Diane's
11   capacity. She was acting chief.
12       Q    Okay. What grade is Helen?
13       A    She's a 15.
14       Q    She's a 15. But, now you're a 14.
15   Is that correct?
16       A    That's correct.
17       Q    And Helen is below you?
18       A    Organizationally she is below me.
19   I -- I do not report to Helen. Okay. I -- I
20   report directly to Diane.
21       Q    But, in these boxes, you know, you
22   have a line coming from Diane to you. Right?

Page 30

1        Q    Okay. Now, when Diane came to you
2    about this reorganization, she was discussing
3    the reorganization. Is that correct?
4        A    Yes, she asked me how I would feel
5    about taking on a supervisory position because
6    I was already a 14. I didn't really have to
7    take on that responsibility.
8        Q    Okay. So, for the first -- so,
9    several months after you arrived, Ms. Filler
10   approached you about being a supervisor. Is
11   that correct?
12       A    That's correct.
13       Q    Okay. And this was not a position
14   you applied to?
15       A    No.
16       Q    Okay.
17       A    No, I did not apply to that.
18       Q    And so, she indicated to you that
19   one of your areas of responsibility would be
20   the budget. Is that correct?
21       A    One of them. Yes.
22       Q    Yes. And what were the other

Page 32

1        A    No.
2        Q    In a box, you're in a box. Right?
3        A    I have a box to the side of Diane.
4        Q    Okay. All right.
5        A    Okay.
6        Q    But, then below your box, a line
7    under your --
8        A    Diane's line goes straight to
9    Helen.
10       Q    Oh. Okay. I see. All right.
11       A    Do you follow that?
12       Q    In other words -- yes, I
13   understand. Helen's box is below Diane's and
14   there's a straight line to her box.
15       A    Bingo.
16       Q    Okay. And there are no boxes
17   below yours. Is there?
18       A    No. No, Helen's would be below me
19   and then the branches would be below her.
20       Q    Okay. All right. But, not in the
21   same line?
22       A    No.

Page 31

1    areas?
2        A    Basically, just the same things
3    that I -- it was handling the inventory. It's
4    -- it's -- it's a bunch. She threw it all in
5    together. Budget, inventory, presentations,
6    customer service survey. What else? Just
7    basically anything that comes up that needs to
8    be written, you know.
9        Q    In other words, you were a jack of
10   all trades.
11       A    You might say that.
12       Q    Yes. Now, with respect to the
13   budget, when she asked you to take on this
14   responsibility, did you share with her your
15   concerns about the budget that, you know, you
16   had no background in the budget? Did you
17   share that with here?
18       A    Well, I didn't. No, because
19   Brigitte was doing that. All I would be doing
20   was overseeing that.
21       Q    Okay. So, would it be fair to say
22   that aspect of the job was already being taken

Page 33

9 (Pages 30 to 33)

5adbf073-cf72-428a-8cea-9deef4a05088

1    care of by Brigitte?
2        A    As far as I knew.  Because I
3    didn't really know what Brigitte was doing.
4        Q    Okay.
5        A    So, I didn't know the -- the
6    detail at that point.
7        Q    Okay.  And so, did Ms. Filler
8    offer to give you some training in the budget
9    as a prelude to taking on these
10   responsibilities?
11       A    No, actually, I told Diane that I
12   was going to learn how to do it because, you
13   know, even though I was put in while Brigitte
14   was doing it, I was put in as the approver of
15   -- because anytime you -- you ask for, you
16   know, put a contract together say and it has
17   to go to a higher-graded person for approval,
18   well, I felt uncomfortable about doing any
19   approving until I knew what I was approving.
20       Q    Yes.
21       A    So, I told her.  I says I don't
22   want to take on that until I get some kind of
                                        Page 34

1    training.  So, I did.  I took -- I took -- I
2    took a training in -- funds analyst training
3    to see what it was all about and how it goes.
4        Q    Okay.  Now, when did you take this
5    training?
6        A    Actually, I don't think I got it
7    -- they -- they don't have that that often.
8    I think I got into it somewhere around
9    February or March.
10       Q    Of what?
11       A    Of 2006.
12       Q    February -- okay.  So, you took
13   this course about three months after you came
14   on board?
15       A    Um-hum.  I left Diane as the
16   approver --
17       Q    Okay.
18       A    -- until I could get that
19   training.
20       Q    Okay.  And what did this training
21   consist of?
22       A    It just went over -- it was very
                                        Page 35

1    detailed.  It's actually a funds analyst
2    training.  I wanted something, you know, more
3    -- a little bit higher than that, but they
4    didn't have it at the time and I was willing
5    to take whatever I could get --
6        Q    Okay.
7        A    -- to learn this.  So --
8        Q    All right.  So, what -- what did
9    this training consist of for examiners?  Could
10   you --
11       A    It -- it shows you how to enter,
12   you know, like invoices into our -- our
13   financial system.  It tells you what to look
14   out for, how to code things and a -- how to
15   printout certain reports if you want to learn,
16   you know, see some -- some kind of data.
17       Q    Okay.
18       A    It'll tell you all of that.
19       Q    So, basically, the training that
20   you obtained was sort of like a little hands
21   on PowerPoint-type stuff?
22       A    It was except they didn't have --
                                        Page 36

1    it wasn't hands on though.  It was on a
2    screen.  I wish they would have had, you know,
3    us to be able to do it while they're doing it,
4    but, you know, it was a screen and they -- and
5    they had speakers that showed you, you know,
6    this is, you know, what you do and you just
7    took notes.
8        Q    Oh.  Okay.  So, they --
9        A    And they did have a book.  They
10   gave us a binder.
11       Q    Okay.  So, basically, this course
12   didn't show you any kind of analytical work.
13   It was more like a how to.
14       A    It's -- oh, no, it was --
15   definitely, no, we're not talking analytical
16   work here.
17       Q    Okay.
18       A    We're talking more of a data entry
19   type work.
20       Q    Okay.  So, they showed you how to
21   enter the data into the system?
22       A    Exactly.
                                        Page 37

                              10 (Pages 34 to 37)

5adbf073-cf72-428a-8cea-9deef4a05088

| | |
|---|---|
| 1    Q    Okay. | 1    A    I mean that's all I have.  Yes. |
| 2    A    And I -- and I, you know, could | 2    Q    Okay.  Yes. |
| 3  tell, you know, how to look and see what's -- | 3    A    Yes. |
| 4  what's what and so forth.  So, because I just | 4    Q    And where did you take these |
| 5  didn't know system and so forth. | 5  accounting classes? |
| 6    Q    Now, what kind of system are we | 6    A    I took some of them at Chesapeake |
| 7  talking about?  What -- | 7  Community College on the Eastern Shore. |
| 8    A    It's a financial system. | 8    Q    Yes.  Eastern Shore.  Okay. |
| 9    Q    Oh, is there a name for it? | 9    A    At Wye Mills to be exact and I |
| 10    A    Yes. | 10  also took NOVA over at Manassas. |
| 11    Q    What is it called? | 11    Q    Okay.  How many hours are we |
| 12    A    Well, I only know the | 12  talking about in terms of accounting, you |
| 13  abbreviations for it. | 13  know? |
| 14    Q    Okay.  What is that? | 14    A    Twelve. |
| 15    A    It's called FRED. | 15    Q    Twelve hours.  Okay. |
| 16    Q    Okay.  So, all right.  So -- | 16    A    Twelve. |
| 17    A    Don't ask me what it stands.  I | 17    Q    Do you recall the names of any of |
| 18  know it's financial records.  I don't know. | 18  these courses by the way? |
| 19    Q    Okay.  So, basically, you learned | 19    A    Sure.  My accounting courses? |
| 20  the FRED system? | 20    Q    Yes. |
| 21    A    Yes. | 21    A    Of course, I do. |
| 22    Q    Three months after you came on | 22    Q    Oh.  Okay.  Can you tell us? |
| Page 38 | Page 40 |

| | |
|---|---|
| 1  board? | 1    A    Sure. |
| 2    A    That's correct. | 2    Q    Yes. |
| 3    Q    Okay.  Now, did you take any other | 3    A    Principles I and II, Accounting I |
| 4  courses or have you taken any other courses? | 4  and Cost Accounting I. |
| 5    A    For FRED? | 5    Q    Um-hum.  Okay.  Now, did -- when |
| 6    Q    No.  No.  For budget purposes. | 6  Ms. Filler asked you to assume these |
| 7  You know, knowing how -- learning how to do | 7  responsibilities and you shared with her some |
| 8  the budget whatever. | 8  of your concerns, did she tell you how she |
| 9    A    I -- I haven't been able to take | 9  planned to help you overcome any difficulties |
| 10  any training.  We've been too busy. | 10  that you might have assuming these duties? |
| 11    Q    Okay. | 11    A    No, I didn't -- I didn't word it |
| 12    A    I have not had any training since | 12  that way that I had difficulties.  I just |
| 13  I've been here. | 13  said, you know, I'm going to learn this |
| 14    Q    So, your only -- would it be fair | 14  system.  I'm going to call whoever I need to |
| 15  to say that your only budget-related, if we | 15  call to find out.  Someone's going to come |
| 16  can call it that, training since you've come | 16  down here and train me. |
| 17  on board is FRED? | 17    Q    Okay. |
| 18    A    Since I've came on board. | 18    A    And then that's when they said |
| 19    Q    Yes. | 19  that we're going to have -- that we're going |
| 20    A    I mean you're not counting my | 20  to have some training in February or March and |
| 21  accounting classes or anything.  So. | 21  I says I'm in there, you know. |
| 22    Q    Well -- | 22    Q    Okay.  Yes. |
| Page 39 | Page 41 |

11 (Pages 38 to 41)

5adbf073-cf72-428a-8cea-9deef4a05088

1    A    They didn't really want me to
2  because I was -- because, you know, Brigitte
3  is our funds analyst and they said they were
4  -- the space was limited and so forth. So.
5  But, I ended up going anyway.
6    Q    Oh. Okay. Now, how many days --
7  how many hours did this course last? The FRED
8  course.
9    A    Wow. I'm -- I'm thinking -- you
10  know, this is guessing. I think it was a
11  week.
12    Q    Oh. Okay.
13    A    I think it was.
14    Q    Now, did you rely on Brigitte to
15  help you -- Ms. Hawkins, you know. Did you --
16  same person.
17    A    Yes.
18    Q    Did you rely on her to help you
19  perform your budget duties?
20    A    No.
21    Q    Yes.
22    A    No, she was doing -- she was doing

Page 42

1    A    She was only with me until like
2  April. I mean she wasn't there very long. I
3  mean it seems like with -- with all this, you
4  know, the LMI study going on and, you know,
5  with other duties because I had to get this
6  customer service survey up and a whole bunch
7  of things going on at one time before I knew
8  it, Brigitte was gone and it was like now, I'm
9  going to have to do this, you know.
10    Q    Yes.
11    A    So, that's when I started doing
12  the data entry as well.
13    Q    Okay. And how did you come up to
14  speed on that? How long did it take you to
15  come up to speed on that?
16    A    I beg, pleaded and borrowed people
17  from FMD literally.
18    Q    FMD is what?
19    A    Financial Management Division.
20    Q    Okay. And so, they sent people up
21  to do the work?
22    A    To help me. Yes.

Page 44

1  all of that. I didn't take over really doing
2  any kind of the data entry if you will until
3  Brigitte left.
4    Q    Okay.
5    A    And then I had -- I had to assume
6  that position because there was nobody else.
7  I mean --
8    Q    Okay. So, would it be fair to say
9  that until Brigitte left the budget was all
10  her responsibility?
11    A    Yes.
12    Q    Yes. And now, when she left, you
13  said that you had to start doing it?
14    A    I had to. There was no one else
15  to do it. No one even knew FRED.
16    Q    Okay.
17    A    They were never introduced.
18    Q    I like your sense of humor. Good.
19  And so -- now, when did this occur? Well, I
20  guess when Brigitte left.
21    A    She left.
22    Q    Yes. Okay.

Page 43

1    Q    Okay.
2    A    I would get something in and I
3  would call them up and say I've got something
4  in. Please show me how to do this and that's
5  how I learned.
6    Q    Okay. Now, who taught you to
7  perform in each one of these areas of the
8  budget? I mean, you know, you didn't take any
9  courses you indicated because there wasn't any
10  time.
11    A    All of it -- yes, it was --
12    Q    So, who taught you?
13    A    It would have been somebody from
14  FMD. I would, you know -- either I'd get a
15  document in. They would come over and show me
16  how to do it and this went on for a period of
17  like three or four months.
18        Then that's when I started feeling
19  -- you know, printing out certain reports. I
20  can see what these reports look like and what
21  it provided to me and so, it's kind of like
22  myself and the help from the -- that Finance

Page 45

12 (Pages 42 to 45)

5adbf073-cf72-428a-8cea-9deef4a05088

Page 46

1   Division. That's it.

2   Q   Okay. Now, you indicated that you

3   went on-line and -- or did you say you went

4   on-line to send your r,sum, to ATF? I'm not

5   sure how your r,sum, got ATF.

6   A   Yes.

7   Q   Could you tell me how that

8   happened?

9   A   Yes, I had it set automatically to

10  -- to send me an e-mail when there was a

11  management analyst. At that time, it was a

12  14.

13  Q   Now, who sends you this? Who sent

14  this to you?

15  A   USjobs. USAjobs.

16  Q   Oh. Okay.

17  A   You can set it up so it

18  automatically notifies you when certain

19  criteria that you pick.

20  Q   Okay. Now, what criteria did you

21  pick for sending out your r,sum, once they

22  knew --

*Page 46*

Page 47

1   A   Just management analyst 14.

2   Q   Okay. Now, you were a 13 at the

3   time then. Right?

4   A   Yes.

5   Q   Okay.

6   A   Um-hum.

7   Q   And so, I guess you had time in

8   grade for a 14.

9   A   Yes.

10  Q   Yes. So, how long had you been a

11  13 at that point in time?

12  A   Three years.

13  Q   Three years. Okay. And what were

14  you doing at that time for Bureau of

15  Engraving?

16  A   Basically, it was organizational

17  stuff. A lot of time was spent on the

18  competitive sourcing because we were really

19  big on doing that.

20  Q   Okay.

21  A   So, that took a lot of time. I

22  mean that was an all year --

*Page 47*

Page 48

1   Q   Okay.

2   A   -- thing.

3   Q   And so, you basically hit a button

4   and sent your r,sum, into cyberspace --

5   A   Yes.

6   Q   -- and they grabbed it. Right?

7   A   They grabbed it.

8   Q   Okay. And that ends it, you know,

9   as far as -- you know, we're through.

10  A   Okay.

11      CROSS EXAMINATION

12      BY MS. GRAHAM-OLIVER:

13  Q   I just have a few questions for

14  you.

15  A   Okay.

16  Q   You mentioned FRED.

17  A   Um-hum.

18  Q   Are there different levels of

19  complexity in operating FRED?

20  A   I don't think so. No.

21  Q   Are there data entry -- isn't it

22  data entry?

*Page 48*

Page 49

1   A   It's -- it's more of a data entry.

2   Q   When you say data entry, what do

3   you mean?

4   A   You have this -- when you go into

5   FRED, it's a — it's like a box that you fill

6   in a date. You fill in a name of the company.

7   You fill in the amount that you're paying.

8   You have a -- like in — this is giving you a

9   general idea. Okay. It's -- it's -- there's

10  maybe some other things.

11  Q   Um-hum.

12  A   And then they have a place where

13  you put in, you know, like what they call

14  accounting strip which has that -- that

15  particular vendor's DCN number and then it

16  would pull from the monies that you have

17  already placed there and it would pay.

18  Q   Be automatically?

19  A   Yes.

20  Q   Okay.

21  A   Well -- well, no, I'm sorry.

22  Q   Would FRED do that?

*Page 49*

13 (Pages 46 to 49)

5adbf073-cf72-428a-8cea-9deef4a05088

1    A    You would put it in and then it
2    goes -- it sits there and then you have to
3    take the invoice up to the finance people.
4    They retrieve that information that you've put
5    in there and then they pay it.
6    Q    I see. So, in terms of budget,
7    your division and what they were doing with
8    budget, was that mostly paying invoices? I
9    should say what Brigitte Hawkins was doing,
10   her job with respect to the budget, was that
11   mostly paying invoices?
12   A    I'm not exactly sure what she was
13   doing because she was only there for a few
14   months. Okay. What I saw her do was the
15   invoices. Yes.
16   Q    Okay. All right. Now, you said
17   that -- I believe you said that her -- she was
18   responsible for the budget, but didn't Diane
19   Filler have some responsibility also for the
20   budget?
21   A    Well, approving.
22   Q    And what do you mean by improving?

                            Page 50

1    A    Approving. Usually, that's when
2    -- when you -- you open a new contract. Like
3    every year, you have to establish an FY 08 or
4    whatever fiscal year you're going into.
5         Over a certain amount and I
6    believe that amount is like $100,000 -- okay.
7    Anything under that amount, 100,000 and less,
8    when you -- you set it up, you as the funds
9    analyst set it up. You submit. It
10   immediately goes to Diane so she can look at
11   that and approve it before it gets written
12   into an official contract.
13   Q    Okay. And this is funds under
14   $100,000?
15   A    I think it's 100,000 and then
16   anything over 100,000, then it has to go to
17   the deputy associate director.
18   Q    Okay. In terms of, you know, when
19   I talk about budget, I think about determining
20   how much money I need in a year that will be
21   spent on various programs.
22   A    Um-hum.

                            Page 51

1    Q    Who does that?
2    A    I do that now.
3    Q    Okay. You do that now?
4    A    Yes.
5    Q    Do you know who did that in the
6    past?
7    A    No, you would have to ask Diane
8    that.
9    Q    Okay. Okay. I don't anything
10   else.
11   A    Okay.
12        MR. WAGNER: Okay. We're moving
13   right along here. Thank you very much.
14        (Whereupon, the taking of the
15   testimony in the above-entitled case was
16   concluded at 1:17 p.m., signature having not
17   been waived.)
18
19
20
21
22

                            Page 52

14 (Pages 50 to 52)

5adbf073-cf72-428a-8cea-9deef4a05088

**A**

abbreviations 38:13
able 37:3 39:9
above-entitled
  52:15
accounting 5:19 8:7
  39:21 40:5,12,19
  41:3,4 49:14
act 26:4
acting 30:11
actions 21:3 23:12
  25:17
administration 7:6
Administrative
  12:7
agency 10:16 12:8
  17:10 27:7
ago 6:15,20,22
ahead 6:3
Alcohol 2:16
Allen 2:4 4:12
amount 23:9 49:7
  51:5,6,7
analysis 18:20
analyst 11:15 13:8
  14:8 35:2 36:1
  42:3 46:11 47:1
  51:9
analytical 37:12,15
anytime 34:15
anyway 14:12 42:5
APPEARANCES
  2:1
applied 32:14
apply 13:21 32:17
approached 32:10
approval 34:17
approve 51:11
approver 34:14
  35:16
approving 34:19,19
  50:21 51:1
approximately
  21:16
April 44:2
area 13:14 21:20
  27:4,8

areas 32:19 33:1
  45:7
arrived 16:9 21:7
  32:9
asked 24:6 32:4
  33:13 41:6
asking 9:11 24:10
  26:6
aspect 33:22
assigned 21:21 22:1
assistant 2:9 10:22
  11:14 20:16 21:17
assistants 22:17
assisted 19:21
associate 51:17
assume 41:6 43:5
assumed 26:11
  27:11
assuming 27:2,19
  28:5 29:4 41:10
ATF 12:21 14:12,14
  16:14 18:13 20:11
  20:13 46:4,5
ATFE 13:1
Attorney 2:9
audit 20:17,19,20
  22:5,6,8 23:5
  24:21 25:7,13,16
audits 15:6
automatic 14:4
automatically 46:9
  46:18 49:18
Avenue 2:18

**B**

back 24:19
background 5:10
  33:16
baseline 24:20 25:1
basically 18:22
  19:22 20:15 21:18
  22:21 24:8 28:4
  33:2,7 36:19 37:11
  38:19 47:16 48:3
beg 44:16
behalf 1:21 2:2,8
believe 50:17 51:6

BEP 12:19 17:1
  18:21
better 18:14
big 47:19
biggest 18:22 19:3
binder 37:10
Bingo 31:15
birth 5:1
bit 5:10 36:3
board 26:22 35:14
  39:1,17,18
book 37:9
borrowed 44:16
boss 15:13 19:20
box 30:1,1 31:2,2,3
  31:6,13,14 49:5
boxes 30:21 31:16
branches 31:19
Brigitte 1:6 4:12
  33:19 34:1,3,13
  42:2,14 43:3,9,20
  44:8 50:9
budget 15:10 16:19
  16:20,22 18:13,15
  18:19 19:20 26:12
  27:4,8,14,20 28:2
  28:6,9,11,17,19
  29:4 32:20 33:5,13
  33:15,16 34:8 39:6
  39:8 42:19 43:9
  45:8 50:6,8,10,18
  50:20 51:19
budget-related
  39:15
bunch 33:4 44:6
Bureau 2:16 10:17
  17:13,16 47:14
business 7:6 16:8
busy 25:6 39:10
button 14:10 48:3

**C**

calculate 18:3
call 24:11 39:16
  41:14,15 45:3
  49:13
called 1:19 4:5 5:7

8:20 13:16 14:13
  25:20 38:11,15
capacity 9:2 10:4
  30:11
care 34:1
Carpenter 10:10
case 52:15
certain 23:9 36:15
  45:19 46:18 51:15
certificate 5:1
changes 15:9
charge 24:5,15 26:2
Charles 2:4 4:11
chart 29:22
Chesapeake 7:11
  40:6
chief 30:11
classes 8:7 39:21
  40:5
clerk 9:6 10:10
click 14:5,9
code 36:14
college 6:12 7:4,11
  7:21 40:7
colleges 5:16
COLUMBIA 1:2
combining 25:15
come 12:21 21:9
  23:11 26:10 28:14
  28:16,18 39:16
  41:15 44:13,15
  45:15
comes 33:7
comfortable 15:17
coming 13:1 18:12
  27:6 30:22
community 5:15 7:4
  40:7
company 49:6
competitive 8:11
  17:2 47:18
compile 18:18
complexity 48:19
computer 14:11
concepts 6:1 8:10
concerns 33:15 41:8
concluded 52:16

connection 16:5,14
  27:15
consist 35:21 36:9
constantly 24:9
consultant 24:1
consulting 25:20
  26:9
consuming 19:7
contact 17:12
CONTENTS 3:10
contract 26:9 34:16
  51:2,12
contracts 15:11
control 8:6,10,21
  10:12
controls 6:2 8:9,20
coordinating 26:6
correct 22:10 25:13
  25:14 28:13 29:1
  30:15,16 32:3,11
  32:12,20 39:2
correcting 23:20
corrective 21:3
  23:12 25:17
cost 18:5,20 41:4
costing 17:6
COTR 26:4
COTR-type 24:8
counsel 1:19 4:5
counting 39:20
course 8:1 35:13
  37:11 40:21 42:7,8
courses 7:3,10,17
  7:19,21 8:11 18:13
  18:14 39:4,4 40:18
  40:19 45:9
court 1:1 4:15
created 25:1
credit 5:17 22:10
criteria 46:19,20
CROSS 3:12 48:11
currently 25:2
customer 15:7
  24:18 25:1 33:6
  44:6
cyberspace 48:4

**D**

data 36:16 37:18,21
    43:2 44:12 48:21
    48:22 49:1,2
date 26:19 49:6
day 15:21
days 42:6
DC 1:21 2:20
DCN 49:15
deal 15:6,6
Debbie 4:17,19,20
    5:3,7,8
Debra 1:18 3:14 4:4
    4:19,21 5:2
December 1:15 6:8
    9:9 21:14 26:20,20
Defendant 1:12
definitely 37:15
degree 7:6
Department 1:10
    2:8,15 17:5 18:10
DEPOSITION 1:17
deputy 51:17
desk 24:11,11
detail 34:6
detailed 36:1
determining 51:19
devoted 19:4
Diane 20:16 21:17
    22:21 27:16,18
    28:18,21 29:10,11
    29:22 30:20,22
    31:3 32:1 34:11
    35:15 50:18 51:10
    52:7
Diane's 30:10 31:8
    31:13
difference 7:15
different 5:15 12:10
    15:12 19:9 24:10
    48:18
difficulties 41:9,12
DIRECT 3:12 4:8
directly 30:20
director 51:17
director's 21:4
    discussing 32:2

DISTRICT 1:1,2
division 24:2 25:10
    25:12 44:19 46:1
    50:7
division's 26:12
document 45:15
documentation
    24:13
documents 24:10
    26:5
doing 17:4 28:17
    33:19,19 34:3,14
    34:18 37:3 42:22
    42:22 43:1,13
    44:11 47:14,19
    50:7,9,13
downgrade 10:21
    11:8,11
duly 4:6
duties 13:13 20:11
    21:7,19,21,22
    41:10 42:19 44:5
D-E-B 5:4
D-E-B-B-I-E 4:17
D.C 2:5,10

**E**

Eastern 7:12 40:7,8
easy 13:22
education 5:11,12
    6:10
Edward 2:4 4:11
effective 26:19
efficient 24:3,4 26:1
either 45:14
elements 8:19,20
employed 9:3
employees 18:3
enable 18:14
ended 42:5
ends 48:8
Engraving 10:17
    17:13,16 47:15
enter 36:11 37:21
entire 17:9
entity 25:8
entry 37:18 43:2

44:12 48:21,22
    49:1,2
especially 4:16
ESQ 2:4,4,9,14
establish 51:3
exact 40:9
exactly 5:16 16:9
    17:19 37:22 50:12
examination 1:19
    4:8 48:11
examined 4:7
examiners 36:9
example 27:16
Excel 15:16
execs 15:14
explain 13:13
explaining 18:1
Explosives 2:17
e-mail 46:10

**F**

fair 17:12 33:21
    39:14 43:8
far 34:2 48:9
February 35:9,12
    41:20
feel 32:4
feeling 22:1 45:18
felt 34:18
field 11:14,15 13:6
fill 49:5,6,7
Filler 16:5,7 21:17
    27:16,18 28:18,21
    32:9 34:7 41:6
    50:19
filtered 18:9
finance 45:22 50:3
financial 36:13 38:8
    38:18 44:19
find 24:7 41:15
findings 22:21
    23:11,17 25:17
finished 7:15
Firearms 2:17
firm 25:20 26:9
first 4:6 9:4 21:7
    29:7 30:1 32:8

fiscal 51:4
FMD 44:17,18
    45:14
focus 18:14
follow 31:11
following 22:9
follows 4:7
forth 2:10 38:4,5
    42:4
found 21:1 23:18
    24:21
four 19:9 22:7,14,15
    45:17
frame 15:19
FRED 38:15,20
    39:5,17 42:7 43:15
    48:16,19 49:5,22
front 15:13
function 24:8
functions 28:2,3
funds 35:2 36:1
    42:3 51:8,13
FY 51:3

**G**

general 49:9
getting 26:5
give 4:14 15:21 18:4
    34:8
given 21:6
giving 49:8
go 6:3 7:9 12:5
    15:13 20:21 24:19
    34:17 49:4 51:16
God 14:17
goes 14:4 31:8 35:3
    50:2 51:10
going 7:6 21:1,2
    22:3 23:21,22 25:9
    28:16 34:12 41:13
    41:14,15,19,19
    42:5 44:4,7,9 51:4
Good 4:10 43:18
goodness 9:21
gosh 11:4
Government 6:6,7
    6:11,13 7:3,18,22

8:3 9:2,3 10:6,8
grabbed 48:6,7
grade 20:5 30:12
    47:8
grades 18:2
graduated 5:13
    6:15
GRAHAM-OLIV...
    2:9 29:17 48:12
grandkids 9:20
group 17:22
grunt 20:2
GS-14 13:8
GS-4 9:7
GS-6 10:21
guess 11:2,5,5 43:20
    47:7
guessing 42:10
guides 24:11,12
Gunther 1:18 3:14
    4:4,10,18 5:9
G-U-N-T-H-E-R
    4:18

**H**

handle 15:11
handling 33:3
hands 36:20 37:1
happened 25:3
    26:15 46:8
Hawkins 1:6 4:12
    42:15 50:9
HEATHER 2:9
held 13:4
Helen 14:20 16:11
    28:15 29:14 30:2,5
    30:7,8,10,12,17,19
    31:9
Helen's 31:13,18
help 41:9 42:15,18
    44:22 45:22
high 5:13 6:15
higher 36:3
higher-graded
    34:17
hired 13:7,8 16:3,6
    16:11,18 23:22

25:19 30:8,10
hiring 15:1
history 5:11
hit 14:10 48:3
hold 13:5
hours 5:17 40:11,15
  42:7
HR 15:4,15
human 14:22 15:1
humor 43:18

**I**

idea 23:19 49:9
identified 21:1
identify 21:2 25:17
II 41:3
immediately 51:10
implement 29:8
implemented 26:3
improving 50:22
indicated 32:18
  45:9 46:2
information 50:4
instance 20:17
nterested 14:14
internal 6:2 8:9
  20:19 22:4,8 25:15
interview 14:19
introduced 43:17
inventory 22:10
  33:3,5
invoice 50:3
invoices 36:12 50:8
  50:11,15
issue 19:4
issues 15:4 18:15
It'll 36:18

**J**

jack 33:9
January 21:14
job 5:11 14:14
  33:22 50:10
jobs 13:4,22
joined 7:2
Justice 1:10 2:8,15

**K**

K 1:20
keeping 11:9
kept 17:9
kind 16:22 25:14
  34:22 36:16 37:12
  38:6 43:2 45:21
knew 34:2,19 43:15
  44:7 46:22
know 5:11,16,22
  9:19 10:4 13:2,20
  14:4,8,13,17,21,21
  15:12,14,15 17:22
  20:22 22:9,10,11
  23:17,17,18,19
  24:7,9 26:3 28:16
  29:7,18 30:21 33:8
  33:15 34:3,5,13,16
  36:2,12,16 37:2,4
  37:5,6 38:2,3,5,12
  38:18,18 39:7
  40:13 41:13,21
  42:2,10,15 44:4,4
  44:9 45:8,14,19
  48:8,9 49:13 51:18
  52:5
knowing 39:7

**L**

L 4:17
lead 10:12
learn 34:12 36:7,15
  41:13
learned 38:19 45:5
learning 39:7
left 12:19 23:7
  35:15 43:3,9,12,20
  43:21
LESLIE 2:14
let's 5:12 19:8
levels 48:18
limited 42:4
line 30:22 31:6,8,14
  31:21
literally 44:17
little 5:10 30:1 36:3
  36:20

LMI 25:20 29:7,10
  44:4
long 6:5,15,20 18:1
  44:2,14 47:10
look 9:19 36:13
  38:3 45:20 51:10
looks 14:7
lot 5:21 8:4,18,21
  11:18 17:2 22:3,12
  28:1 47:17,21
Lynn 1:18 4:4,17

**M**

management 5:22
  8:6,10,20,21 10:12
  10:22 11:13,15
  13:8 14:8 44:19
  46:11 47:1
managers 23:15,16
  26:7
Manassas 40:10
March 35:9 41:20
MATTER 1:5
mean 7:20 27:14
  39:20 40:1 43:7
  44:2,3 45:8 47:22
  49:3 50:22
meeting 17:22
mentioned 48:16
MICHAEL 1:9
Mills 40:9
mind 9:10
mine 30:2
money 17:18 51:20
monies 49:16
month 15:21
months 19:10 20:20
  21:16 25:4 26:21
  32:9 35:13 38:22
  45:17 50:14
morning 4:10
moved 7:14
moving 52:12
MUKASEY 1:9

**N**

name 4:11,14,15,16

4:20 38:9 49:6
names 40:17
NE 2:18
need 41:14 51:20
needed 8:7
needs 33:7
never 43:17
new 2:18 51:2
Nineteen 6:17
notes 37:7
notice 1:19
notifies 46:18
NOVA 7:16 40:10
number 49:15
N.W 1:20 2:5,10

**O**

Oates 14:20 28:15
obtained 36:20
occur 15:20 26:14
  26:18 43:19
offer 34:8
office 8:5 10:11
  12:6,10,16,17 13:5
  13:10 14:16 15:3
  15:10 19:13 24:1
  24:19
offices 1:19 17:12
  19:12
official 51:12
oh 4:22 5:4 6:18 8:2
  9:21 11:4 12:11,11
  12:15 14:17 19:7
  29:19,20 31:10
  37:8,14 38:9 40:22
  42:6,12 46:16
okay 4:13,22 5:4,6,9
  5:13,14,18,20 6:3
  6:9,14,18 7:7,13
  7:17 8:4,4,15 9:8
  9:10,15,21 10:8,14
  10:16,19 11:1,4,22
  12:2,11,18,20 13:1
  13:9,12 14:6,11
  15:2,5,19 16:4,13
  16:18 18:6,12 19:2
  19:11,17 20:1,4,7

20:10 21:6,9 22:20
  23:3,4,6 24:3 25:5
  25:7,21 26:10,14
  26:17,21 27:2,6,18
  27:22 28:5,11,21
  29:2,12,13,14,15
  29:21 30:8,12,19
  31:4,5,10,16,20
  32:1,8,13,16 33:21
  34:4,7 35:4,12,17
  35:20 36:6,17 37:8
  37:11,17,20 38:1
  38:14,16,19 39:3
  39:11 40:2,8,11,15
  40:22 41:5,17,22
  42:6,12 43:4,8,16
  43:22 44:13,20
  45:1,6 46:2,16,20
  47:2,5,13,20 48:1
  48:8,10,15 49:9,20
  50:14,16 51:6,13
  51:18 52:3,9,9,11
  52:12
old 9:11,19
OMB 17:6 18:5,7,9
  18:9,18
once 13:22 46:21
on-line 46:3,4
on-the-job 5:21
open 51:2
operating 48:19
OPRSO 24:21
order 18:4
org 29:22
organization 29:9
  29:10
organizational 15:9
  47:16
**Organizationally**
  30:6,18
OSI 1:20
outside 23:22 25:8
overcome 41:9
oversee 5:13
overseeing 33:20
O-R-H 5:6

**P**

papers 20:22
part 19:20
particular 49:15
parties 1:22
part-time 10:9,9
pay 49:17 50:5
paying 49:7 50:8,11
people 19:19 24:6
  25:11 44:16,20
  50:3
perform 42:19 45:7
performed 25:8
period 20:4 45:16
person 19:18 34:17
  42:16
personnel 13:5,6,10
  13:14 14:16,18
  23:22 25:10,12
pick 46:19,21
place 5:2 20:20 21:3
  24:16 49:12
placed 49:17
places 10:3
Plaintiff 1:7,19 2:2
  4:6
planned 41:9
pleaded 44:16
please 17:17 45:4
Plus 26:4
point 26:8 28:14
  34:6 47:11
position 15:1 32:5
  32:13 43:6
PowerPoints 15:16
PowerPoint-type
  36:21
prefer 5:6
prelude 34:9
prepare 22:22
present 1:21
presentations 15:13
  33:5
presented 23:8
  29:10
pretty 21:22
Principles 41:3

printing 10:18
  45:19
printout 36:15
prior 13:9 16:14,14
  18:12 20:20 27:2,6
  28:5
probably 6:22 19:9
procedures 22:9
process 18:1
processes 25:22
program 13:8
programs 12:7
  51:21
promoted 12:17
promotion 12:21
provided 45:21
providing 24:12
pull 49:16
purposes 39:6
pursuant 1:19
put 18:8 21:2 24:5
  28:3 34:13,14,16
  49:13 50:1,4
putting 24:15,16
P-R-O-C-E-E-D-I...
  4:1
p.m 4:2 52:16

**Q**

questions 48:13

**R**

RANDOLPH 2:14
range 10:15
really 14:14 32:6
  34:3 42:1 43:1
  47:18
recall 40:17
receive 27:3
received 21:10
recommendations
  25:11 26:2
reconciled 22:11
records 38:18
RECROSS 3:12
REDIRECT 3:12
regular 7:20

rely 42:14,18
remember 16:9
reorganization
  26:16,17 32:2,3
reorganized 24:15
report 17:5 22:20
  23:8,10,16 30:7,19
  30:20
reported 28:12
reporter 4:15
reports 36:15 45:19
  45:20
represent 4:12
research 24:19
resources 14:22
  15:1
respect 33:12 50:10
respective 1:22
respond 20:17 22:4
  23:9 25:16
response 21:4 23:1
  23:1
responses 25:13
responsibilities
  21:10 27:3,11 29:5
  34:10 41:7
responsibility 26:11
  27:19 28:6,8 32:7
  32:19 33:14 43:10
  50:19
responsible 21:20
  50:18
retrieve 50:4
review 20:19 24:1
  25:9
reviewed 23:15
reviewing 25:21
right 5:7 9:17 10:19
  16:13 17:19 27:12
  28:10,12 30:9,22
  31:2,4,10,20 36:8
  38:16 47:3 48:6
  50:16 52:13
Room 2:19
Roughly 26:21
R-A 5:5
r,sum 13:22 46:4,5

46:21 48:4

**S**

saw 50:14
says 14:20,21,22
  29:7,16 34:21
  41:21
school 5:13 6:15
screen 37:2,4
secretary 10:12
  11:6
see 5:2 11:20 19:8
  31:10 35:3 36:16
  38:3 45:20 50:6
send 14:11 18:9
  19:12,14 21:3 46:4
  46:10
sending 46:21
sends 46:13
sense 43:18
sent 18:18 44:20
  46:13 48:4
separate 25:18
September 10:11
service 15:8 24:18
  25:1 33:6 44:6
set 14:3 46:9,17
  51:8,9
seven 11:7,12,13,16
  11:19 26:21
seventy-nine 6:17
share 33:14,17
shared 41:7
Shop 10:10
Shore 7:12 40:7,8
short 4:19
show 37:12 45:4,15
showed 37:5,20
shows 36:11
side 30:1 31:3
signature 21:5
  52:16
sits 50:2
six 11:12,12 21:16
six/seven 25:4
somebody 27:12
  45:13

Someone's 41:15
soon 20:18
SOPs 24:7
sorry 6:3 29:16,19
  49:21
sort 36:20
sourcing 8:11 17:2
  47:18
SOW 8:13,16
SOWs 8:12
space 42:4
speak 27:19
speakers 37:5
specialists 15:15
specific 21:20
speed 44:14,15
spell 4:15
spent 11:18 12:15
  18:4 47:17 51:21
Sponsored 8:3
spreadsheet 18:8,17
spreadsheets 15:16
staff 29:11
stands 38:17
start 5:12 15:7
  43:13
started 6:7 7:5 8:6
  9:1,4,6 10:5,8 11:6
  16:10 20:5,11
  24:17,18 44:11
  45:18
Statement 8:14
statements 22:11
States 1:1 2:9
stayed 10:20 12:15
stop 24:3
straight 31:8,14
Street 1:20 2:5,10
strip 49:14
structure 15:9
structured 21:19
studies 17:7 19:9
study 19:16 29:8
  44:4
stuff 6:1 8:21 18:19
  36:21 47:17
submit 19:15 51:9

**Suite** 1:20
**supervisor** 32:10
**supervisory** 21:7,10
  32:5
**sure** 4:17 14:15
  15:22 19:1 22:8
  40:19 41:1 46:5
  50:12
**surprised** 13:16
**survey** 15:8 24:18
  24:22 25:2 29:8
  33:6 44:6
**surveys** 24:20
**sworn** 4:6
**system** 36:13 37:21
  38:5,6,8,20 41:14

**T**
**TABLE** 3:10
**take** 7:10 18:13 32:7
  33:13 34:22 35:4
  36:5 39:3,9 40:4
  43:1 44:14 45:8
  50:3
**taken** 7:3 20:20
  33:22 39:4
**talk** 16:4 27:15
  28:18 29:4 51:19
**talked** 23:15,16
  25:11 27:12 28:22
  29:6
**talking** 15:20 37:15
  37:18 38:7 40:12
**taught** 45:6,12
**tell** 5:10 10:3 17:17
  27:10 36:18 38:3
  40:22 41:8 46:7
**tells** 36:13
**temporary** 9:6 10:9
**ten** 6:22
**terms** 40:12 50:6
  51:18
**testified** 4:7
**testimony** 52:15
**thank** 10:2 52:13
**thing** 15:17 23:20
  48:2

**things** 18:21 22:3
  22:12 28:2 33:2
  36:14 44:7 49:10
**think** 8:19 9:16 16:9
  22:15 26:19 35:6,8
  42:10,13 48:20
  51:15,19
**thinking** 21:13 42:9
**Thirty** 9:17
**thought** 6:19,21
  14:17
**three** 11:7 19:10
  22:7,14,15 35:13
  38:22 45:17 47:12
  47:13
**threw** 33:4
**time** 6:20 11:18
  12:4 15:19 16:14
  18:4,21 19:3,7
  20:10,12 21:9 22:3
  23:9 24:14 25:19
  26:11 28:15 36:4
  44:7 45:10 46:11
  47:3,7,11,14,17,21
**times** 22:15
**Tobacco** 2:16
**today** 27:14
**told** 14:20 34:11,21
**top** 8:19
**total** 5:17 19:10
**track** 11:9 17:9
**trades** 33:10
**train** 41:16
**training** 5:22 6:1
  7:18,20 8:1 27:4,7
  34:8 35:1,2,2,5,19
  35:20 36:2,9,19
  39:10,12,16 41:20
**transmit** 18:7
**Treasury** 17:5
  18:10
**trying** 25:22 26:3
**Tuesday** 1:14
**Twelve** 5:19 40:14
  40:15,16
**Twenty-nine** 9:13
**two** 5:15 9:20

**type** 15:17 23:20
  29:9,9 37:19
**typist** 9:7 10:10

**U**
**Uh-huh** 16:17
**Um-hum** 7:1 11:17
  13:3 17:14 28:7
  35:15 41:5 47:6
  48:17 49:11 51:22
**uncomfortable**
  34:18
**underneath** 29:11
**understand** 31:13
**United** 1:1 2:9
**up-to-date** 24:11
**USAjobs** 46:15
**use** 25:2
**USjobs** 46:15
**Usually** 51:1

**V**
**v** 1:8
**vacation** 16:8
**various** 19:11,13
  51:21
**vendor's** 49:15
**Virginia** 7:15

**W**
**Wagner** 2:4 4:9,11
  29:20 30:4 52:12
**waived** 52:17
**walk** 27:13
**walked** 20:18
**want** 9:12 34:22
  36:15 42:1
**wanted** 15:7,8,10,11
  15:12 24:17 28:3
  36:2
**Washington** 1:21
  2:5,10,20
**wasn't** 14:14 37:1
  44:2 45:9
**way** 13:21 22:1
  40:18 41:12
**week** 16:10 20:18

23:14 42:11
**went** 5:15,22 10:11
  11:7,13 12:6 14:19
  23:14 24:14 35:22
  45:16 46:3,3
**we're** 14:22 21:1,2
  37:15,18 41:19,19
  48:9 52:12
**We've** 39:10
**willing** 36:4
**wish** 37:2
**witness** 3:12 4:5
  29:19,21
**word** 41:11
**words** 17:11 27:13
  31:12 33:9
**work** 6:11 8:14
  11:12 17:1 20:3,8
  20:21 24:9 37:12
  37:16,19 44:21
**worked** 6:5 10:4
  11:2 13:10 16:19
  16:20
**working** 9:1 19:18
  19:19 20:11
**wouldn't** 6:18
**Wow** 42:9
**write** 8:11 20:22
**written** 33:8 51:11
**wrote** 24:10
**Wye** 40:9

**Y**
**year** 6:16 11:3
  12:16 15:21 19:10
  47:22 51:3,4,20
**years** 6:22 11:8,9
  22:7,15 47:12,13
**York** 2:18
**Y-N-N** 4:18

**p**
piiiiiiiiiiiiiiiiiiiiii...
  1:4,13

**$**
**$100,000** 51:6,14

**o**
**o** 1:4,5,5,6,6,7,8,8,9
  1:9,10,10,11,12,12

**0**
**07CA0010(CKK)**
  1:8
**08** 51:3

**1**
**1**:17 52:16
**10th** 26:20
**100,000** 51:7,15,16
**12** 12:4,16 20:8
**12:36** 4:2
**13** 12:17 20:6 47:2
  47:11
**14** 12:22 30:14 32:6
  46:12 47:1,8
**15** 30:13,14
**16th** 2:5
**1629** 1:20
**18** 1:15
**1990** 6:8 9:9

**2**
**20012** 2:5
**2005** 12:19 16:2,4
  21:14 26:20
**2006** 21:14 35:11
**2007** 1:15
**202** 2:6,11,22
**20226** 2:20
**20530** 2:10
**210-7801** 2:6
**27** 5:17
**29** 9:12

**3**
**300** 1:20
**305-1334** 2:11

**4**
**43**:14
**4E347** 2:19
**48** 3:14

**5**

**5/6/7** 10:15 11:7
**555** 2:10

**6**
**648-7033** 2:22

**7**
**7/9/11/12** 11:21
**70s** 6:19
**7801** 2:5

**9**
**99** 2:18

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

COPY

- - - - - - - - - - - - - - x
                        :

BRIGITTE HAWKINS,          :

                        :

        Plaintiff,    :

                        :

    v.                 :  Civil Action

                        :  No. 07CA0010

MICHAEL MUKASEY,       :

U.S. DEPARTMENT OF JUSTICE,  :

                        :

        Defendant.    :

                        :

- - - - - - - - - - - - - - x

Washington, D.C.

Thursday, January 17, 2008

Deposition of

DEBBIE GUNTHER

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before KENYAN

HOPCHAS, Notary Public in and for the District of

Columbia, at 1629 K Street, N.W., Suite 300,

Washington, D.C., commencing at 2:00 p.m.

Page 2

APPEARANCES:


On behalf of the Plaintiff:
        CHARLES E. WAGNER, ESQ.
        EDWARD L. ALLEN, ESQ.
        1400 Locust Street, N.W.
        Washington, D.C.  20012
        (202) 210-7801


On behalf of the Defendant:
        HEATHER GRAHAM-OLIVER, ESQ.
        Assistant U.S. Attorney
        U.S. Department of Justice
        U.S. Attorney's Office for the
        District of Columbia
        555 4th Street, N.W., 10th floor
        Washington, D.C.  20530
        (202) 305-1334

        LESLIE RANDOLPH, ESQ., Attorney Advisor
        U.S. Department of Justice
        Bureau of Alcohol, Tobacco, Firearms
        & Explosives
        99 New York Avenue, N.E., Room 4E347
        Washington, D.C.  20226
        (202) 648-7033

Page 3

# C O N T E N T S

EXAMINATION BY:                                               PAGE


     Counsel for the Plaintiff                          4


     Counsel for the Defendant                         36


FURTHER EXAMINATION BY:

     Counsel for the Plaintiff                         45



PLAINTIFF'S DEPOSITION EXHIBITS:

   7    1/12/06 feedback document, D. Gunther        16

   8    New position description                       18

1                    P R O C E E D I N G S

2    Whereupon,

3                    DEBBIE GUNTHER

4    was called as a witness and, having been first duly

5    sworn, was examined and testified as follows:

6                    EXAMINATION BY COUNSEL FOR THE PLAINTIFF

7                    BY MR. WAGNER:

8         Q    Could you state your name and spell your name

9    for the benefit of the Court Reporter, please?

10        A    Sure.  It's Debbie Lynn Gunther.  That's

11   G-u-n-t-h-e-r.

12        Q    And where are you employed?

13        A    Alcohol, Tobacco and Firearms.

14        Q    And Explosives?

15        A    And Explosives.

16        Q    What part?

17        A    The Human Resources Division.

18        Q    I invite your attention to Plaintiff's

19   Exhibits 1 and 2.  Do you recognize Plaintiff's

20   Exhibits 1 and 2?  Have you seen them before?

21             First of all, Plaintiff's Exhibit 1, for the

22   record, are the first Interrogatories from Plaintiff,

Page 5

1    the Supplemental Answers.

2            For the record, the second exhibit is

3    Defendant's Answers to Plaintiff's Second

4    Interrogatories, Supplemental Interrogatories, or

5    Supplemental Answers to Interrogatories.

6            MS. GRAHAM-OLIVER:  I don't think she had

7    anything to do with the first set of Interrogatories.

8            THE WITNESS:  I don't think I did.  That one

9    doesn't look familiar at all.  Thank you.

10           I think I've seen this one, not that one.

11           BY MR. WAGNER:

12       Q    What questions did you answer in the second

13   Supplemental Answers?

14       A    I think this is the one that I had to identify

15   the duties, I believe; yes.

16       Q    I invite your attention to questions two and

17   three.

18           MS. GRAHAM-OLIVER:  Did you answer those?

19           BY MR. WAGNER:

20       Q    Did you answer those questions?

21       A    Yes.  I was asked that, but see I don't know

22   anything about desk audits.  Those don't fall under me.

1  I couldn't answer that one, number two, that is.

2  **Q    Number three?**

3  A    "Please indicate the number of positions

4  reflected in your answer to number two."

5  **Q    You didn't answer any portions --**

6  A    I can't answer regarding how many desk audits

7  took place.  I have no clue.

8  MS. GRAHAM-OLIVER:  You answered number four

9  and number seven.

10  THE WITNESS:  I think that's it.  It was

11  definitely not number two and number three.

12  BY MR. WAGNER:

13  **Q    Read number four and number seven, please.**

14  **(Witness reviewing document.)**

15  THE WITNESS:  Yes, that one, I did, and number

16  seven, okay, I think that's where I provided my

17  employee Lesa Wood's resume.

18  BY MR. WAGNER:

19  **Q    Number seven?**

20  A    Number seven.

21  **Q    I'll ask you again to look at question 11.**

22  A    Eleven?

1          Q     On the First Set of Interrogatories,

2     Supplemental.  Could you read number 11?

3               (Witness reviewing document.)

4               THE WITNESS:  Oh, yeah; I did.  I sent an

5     e-mail to Heather in regard to that, and then I also

6     sent an e-mail as to some of the duties, the major

7     duties that I do within H.R.

8               BY MR. WAGNER:

9          Q     To the extent that you provided answers in

10    Exhibits 1 and 2, the Supplemental Answers, do you

11    swear that those answers are correct and truthful to

12    the best of your knowledge and belief?

13         A     Yes.

14         Q     In question number 11, you indicate that you

15    took courses in accounting in college; is that correct?

16         A     That's correct.

17         Q     Did any of those courses involve budget?

18              MS. GRAHAM-OLIVER:  I'm going to object to

19    this because you asked her that before in previous

20    depositions.  That is exactly the same question.

21              BY MR. WAGNER:

22         Q     Could you answer?

1          MS. GRAHAM-OLIVER:  I'm going to object to it.

2          BY MR. WAGNER:

3     Q    Please answer.

4          MS. GRAHAM-OLIVER:  I think the Court's

5     position was that you were to ask new things.

6          MR. WAGNER:  This is related to --

7          MS. GRAHAM-OLIVER:  Right, I just don't want

8     to spend a lot of time on this when you've asked it and

9     this deposition only --

10         BY MR. WAGNER:

11    Q    Please answer the question.  Which courses did

12    you take in college, accounting courses, pertaining to

13    the budget?

14         MS. GRAHAM-OLIVER:  Objection again.  If you

15    want me to read her answer, she's already answered

16    that.

17         BY MR. WAGNER:

18    Q    Please answer the question.

19         THE WITNESS:  Heather, do I answer?

20         MS. GRAHAM-OLIVER:  Yes.

21         THE WITNESS:  In regard to budget, I took

22    accounting courses.  I don't know how that -- it is

1    sort of related to -- I mean, it's numbers.  It's not

2    really budget budgets.  I'm not sure exactly what you

3    are looking for.

4         MS. GRAHAM-OLIVER:  On page 40 of her

5    deposition on --

6         MR. ALLEN:  Let me just identify myself for

7    the record.  My name is Edward Allen.  I'm co-counsel.

8         MS. GRAHAM-OLIVER:  I'd like to finish,

9    please.

10        MR. ALLEN:  You're obstructing this

11   deposition.

12        MS. GRAHAM-OLIVER:  I would like to finish my

13   comment.

14        MR. ALLEN:  You are testifying and you are

15   entering information on the record.

16        MS. GRAHAM-OLIVER:  I am not testifying.  I am

17   not testifying.

18        MR. ALLEN:  You should let the witness answer

19   the question.

20        MS. GRAHAM-OLIVER:  The order of the Court was

21   that we would go from the document and the statements

22   that are new.  She has already deposed -- was deposed

1    on December 18th when she answered that exact question.

2           Now, you have something new about her

3    education, please, ask.  We can call the Court.  I'm

4    not going to go back over and over things that she's

5    already done.

6           BY MR. WAGNER:

7       Q    With regard to 11 -- I've forgotten what the

8    question is now.  Did any of those courses specifically

9    pertain to budget issues?

10      A    Yes.  We had some situations where we had

11   to -- we didn't have on line accounting courses like

12   they do now.  We had to do it by hand, where they would

13   give us some sort of a scenario where we would have

14   this company and we would have to go back and figure

15   out the books.

16          So, I would have to answer yes in that.

17      Q    That aspect or that course, those courses that

18   you took, did it involve putting together

19   justifications for payment of employees, for travel,

20   stuff like that?

21      A    No, it would not.

22      Q    None of the courses that you took, that you

1    referred to, involved providing reasons or

2    justifications for funding certain programs?

3         A    That's correct.

4         Q    When did you take those particular courses?

5         A    Let me think.  I think my first one was in

6    1991 or 1992.  I took as many as I could.  I had two

7    kids and worked full time.  I took like two courses

8    each semester for a while, and then I had to

9    move -- then I moved to Virginia, and then I picked up

10   and took, I think -- I know I took cost accounting at

11   NOVA, and I believe I took intermediate accounting at

12   NOVA.

13             I think I took both principles when I was in

14   Maryland.

15        Q    Inviting your attention to question number

16   four of  Exhibit 2, in your answer there you indicated

17   that your duties include overseeing that all financial

18   documents are initiated and paid in a timely fashion

19   and you determined budget funding for the Division; is

20   that correct?

21        A    That's correct.

22        Q    Before the reorganization -- let me ask you

1    **this question.  When you joined ATF, did you have those**

2    **duties?**

3        A    No.

4        **Q    When did you get those duties?**

5        A    I really didn't get these duties until after

6    Brigitte left, inputting data into the FRED system.

7    That was what she used to do.  Then I took over after

8    she left.

9        **Q    Overseeing that all financial documents are**

10    **initiated and paid in a timely fashion, is that the**

11    **FRED system?**

12        A    That would be the FRED system, but that was

13    more -- let me back up a little bit.  When Diane gave

14    me the supervisory duties, I was to ensure that these

15    things were paid in a timely manner.  That's correct.

16        But that was making sure that Brigitte put

17    them in the system in a timely manner and following it

18    up and making sure those were done.  We had a lot of

19    late stuff.

20        But before I could really get into that, she

21    left and I ended up having to do these myself.

22        **Q    Focusing in on the phrase "determining budget**

1  **funding for the Division," what does that duty consist**

2  **of?**

3       A    Basically, it's going through the year before,

4  prior year, seeing what the total amounts of all those

5  contracts were, putting together -- either trying get a

6  hold of the contractor or agency, depending on which

7  one we are dealing with, finding out if they already

8  know what their next year's contract is going to cost.

9            If they don't, then I have to estimate, and I

10  normally estimate about a three percent increase, just

11  to be on the safe side.

12       **Q    You didn't have that duty when you had joined**

13  **the Agency; is that correct?**

14       A    No.

15       **Q    Who had that duty before you joined?  Before**

16  **you became support supervisor, who had that duty?**

17       A    I would have to say Diane did.  I honestly

18  don't know.

19       **Q    Do you know whether or not Brigitte was**

20  **involved in that?**

21       A    I have no idea.  I never attended any meetings

22  with them when I was not supervisor.

Page 14

1      Q    Whenever you met with Diane while Brigitte was

2   still there, Brigitte also attended the meetings; is

3   that correct?

4      A    Brigitte did attend a meeting; yes.  Before I

5   became her supervisor, it was just her and Brigitte.  I

6   was not involved in that.

7      Q    After you became Brigitte's supervisor,

8   whenever you would attend a meeting with Diane on the

9   budget, was Brigitte present?

10     A    Yes.  In fact, I think there was only one,

11  maybe two meetings, that we had, and Brigitte was

12  present; yes.

13     Q    Is it your testimony that you only had two

14  meetings with Diane while Brigitte was there?

15     A    No.  I said we only had about two budget

16  meetings in regard to the budget while I was

17  there -- after I was supervisor.

18     Q    Brigitte attended both of those?

19     A    I believe so; yes.

20     Q    With regard to calling the other departments

21  or divisions or branches of the Personnel Division to

22  find out what their needs were for the coming year or

Page 15

1  **the next fiscal year, did anyone assist you in that**

2  **task?**

3      A    No.

4      **Q    You did all this on your own?**

5      A    After I became supervisor and all -- I mean

6  after she left, I did it.

7      **Q    While she was there?**

8      A    The fiscal year had already started.

9      **Q    Did anyone assist you -- you never did it**

10  **while Brigitte was there?  Is that your testimony?**

11      A    No, I didn't do anything when Brigitte was

12  there.  I had just taken training, and that's one of

13  the things that didn't show up.  It says that I had

14  FRED training three months after I started.    Three

15  months after I became supervisor.

16          I didn't get FRED training until like February

17  and she left in April.

18      **Q    During the time that Brigitte was there, you**

19  **didn't do any work on the budget?**

20      A    Not much if anything.  I know I looked up some

21  stuff because there were e-mails coming in and out that

22  invoices hadn't been paid.

1          Those types of things, yeah, I took action and

2     I dealt with Brigitte, you know, following up on stuff,

3     stuff like that.  That's pretty much it until after she

4     left, and then that's when I took over doing the

5     invoices.

6          MR. WAGNER:  Could I have this marked as

7     Plaintiff's Exhibit 7?

8                              (Plaintiff's Exhibit No. 7 was

9                              marked for identification.)

10         BY MR. WAGNER:

11    Q     I show you what has been marked as Plaintiff's

12    Exhibit 7.  Do you recognize that document?

13    A     Yes.

14    Q     What do you recognize it as?

15    A     This is my feedback.  I was told that I needed

16    to provide feedback to the manager, the one that

17    Brigitte was going to.

18    Q     You sent Exhibit 7 to the manager?

19    A     Yes.

20    Q     Did you draft that or did someone else draft

21    that?

22    A     I did it.

1       Q     Did you share this memo with Ms. Filler?

2       A     Yes.

3       Q     Did she approve the sending of this memo?

4       A     Yes.  Well, she looked at it and she said you

5   need to put what you, you know, what you believed to be

6   said, and I did.

7       Q     Did Ms. Filler write any of this document?

8       A     No.  No, Ms. Filler did not write.  I wrote

9   that entire thing.

10      Q     You gave this to Ms. Hawkins?

11      A     Yes, I did.

12      Q     On or about June 12, 2006?

13      A     That's correct.

14      Q     Is that when she left from your division to go

15  to the other?

16      A     She left before then, but I hadn't gotten a

17  chance to do a feedback.  Diane said I needed to do

18  something and give it to the manager.

19      Q     She left your division some time before that?

20      A     That's correct.  I think that was considered

21  what they call mid-year, but I couldn't do a mid-year,

22  so I had to do some type of an evaluation for the

Page 18

1    record.

2        Q    This was supposed to go into Ms. Hawkins'

3    performance appraisal for the year?

4        A    No.  It's not considered a performance

5    appraisal.  It didn't go anywhere like in her OPF file.

6    It was just feedback to her and feedback to the

7    manager.

8             I think the manager, her manager, would have

9    had to have done an evaluation and she had gaps there,

10   so I had to fill that gap in.

11       Q    I show you what has been marked as Plaintiff's

12   Exhibit No. 8.

13                              (Plaintiff's Exhibit No. 8 was

14                               marked for identification.)

15           BY MR. WAGNER:

16       Q    I invite your attention to -- are you familiar

17   with Plaintiff's Exhibit No. 8?

18       A    Yes.

19       Q    What is Plaintiff's Exhibit No. 8?

20       A    This is a new PD that was submitted to me

21   because I had just became Brigitte's supervisor, like

22   two weeks before this.  I didn't know that this was

Page 19

1    actually taking place until then.

2         Anyway, I was given this, and I went in and

3    asked Diane about it, and she said yes, that I needed

4    to sign off on that, so I did.

5    **Q    You indicated that on January 25th, you signed**

6    **off on this.  Is that when you assumed the duties as**

7    **Brigitte's supervisor?  Did you assume them on that**

8    **date?**

9    A    No.  It was before then.

10   **Q    How much before?**

11   A    The official organizational change took place,

12   I think, actually December 11th, but I don't think I

13   really started doing that job until something like a

14   couple of weeks later, trying to get everything squared

15   away and get this reorganization put in place.

16   **Q    When did you learn that you were going to be**

17   **Ms. Hawkins' supervisor?**

18   A    Before this reorg, so it would have been

19   somewhere in November.

20   **Q    November was when you learned?**

21   A    Uh-huh.

22   **Q    How did that come about?**

1      A     Diane called me in her office.  She said that

2   she wanted to implement one of the organizational

3   suggestions that was put in front of her from LMI.  It

4   was an H.R. study, and that required to initiate an

5   H.R. support staff.  She needed me to head it up.

6      **Q     Did you make a firm offer to you to head that**

7   **up at the time?**

8      A     What does that mean?

9      **Q     In other words, did she give you the job?**

10     A     She asked me if I wanted it and I said I did.

11     **Q     The decision was made then and there to make**

12  **you head of this support unit?**

13         **MS. GRAHAM-OLIVER:  Objection, to the extent**

14  **that you know.**

15         **BY MR. WAGNER:**

16     **Q     Did she indicate to you there was some**

17  **question as to whether or not you were going to be the**

18  **head of this support staff?**

19     A     Say that again.  I'm sorry.

20     **Q     Did she indicate some uncertainty as to**

21  **whether or not you would be head of the support staff**

22  **at the end of that meeting?**

1      A    Did she seem uncertain?

2      **Q    Did she indicate any uncertainty?**

3      A    No.

4      **Q    You were the person?**

5      A    Yes.  She asked me if I wanted it and I said

6  yes.

7      **Q    She offered you the job and you accepted?**

8      A    That's correct.  I mean, it wasn't a promotion

9  or anything.

10     **Q    The qualification statement that Ms. Wood**

11  **provided, there did not seem to be any indication that**

12  **she had any budget training or accounting courses or**

13  **anything of that nature.**

14          **Are you aware of whether or not she had any?**

15     A    Well, according to her resume and talking to

16  her, first of all, I knew Lesa.  She worked at one of

17  the other branches.  She got along with everybody.  She

18  applied for the job.  I reviewed quite a few jobs and

19  interviewed quite a few people.

20          She did have some budget experience at the

21  Comptroller of the Treasury.

22     **Q    Doing what?**

Page 22

1    A   Doing what?

2    **Q   Yes.**

3    A   She was sort of like a staff assistant.  She

4 did like travel.  She did --

5    **Q   Travel vouchers?**

6    A   She was the COTR.

7    **Q   What's that?**

8    A   Contracting officer's technical

9 representative.  She had dealings with contracts.

10       I spoke with her manager and she gave me

11 positive feedback, Kathryn Greene.  She also worked

12 with Lesa at the Comptroller of the Treasury, and she

13 gave her a good evaluation and appraisal.

14       I thought she was pretty good, and she really

15 was excited about the job.

16    **Q   That was a promotion for her?**

17    A   That was.

18    **Q   What grade was she at that time?**

19    A   I believe she was an eight.  I think she was

20 an eight, but I'm not positive.  Seven or an eight.

21    **Q   She would be immediately promoted to a nine, I**

22 **guess.**

1      A     Yes.

2      Q     And then within a year or two, she would be

3  promoted to an 11?

4      A     That's correct.

5      Q     What grade is she now?

6      A     Nine.

7      Q     She's still a nine?

8      A     Uh-huh.  I just got her about four or five

9  months ago.  Maybe longer.  I think she came in July.

10     Q     I invite your attention to the guidelines'

11 provision of Exhibit 8, the last sentence of the

12 guidelines' section.

13            Are you familiar with that sentence?  You

14 indicated you are familiar with that PD; right?

15     A     Yes.

16     Q     Because you signed off on it.

17     A     That's exactly right.

18     Q     Do you know the origin of that last sentence

19 in the guidelines' provision?

20     A     No, I don't.

21     Q     Would it be fair to say that someone gave you

22 that PD and asked you to sign off on it?

Page 24

1        A     No, I wouldn't say that.  I think -- no.  I

2    did review it.  Let me look.

3            (Witness reviewing document.)

4            THE WITNESS:  Yeah.

5            BY MR. WAGNER:

6        Q     **Did you have any input in that provision?**

7        A     I had input on this entire PD.  That is

8    standard.  I mean even I get guidance from FMD on all

9    kinds of stuff.

10       Q     **Were you the source of that provision in that**

11   **PD?**

12       A     If you are asking me if I specifically put

13   that in there, I think that's standard.  I did not

14   specifically put that in there; no.  It comes to me

15   from Kathryn Greene's group based on the series and you

16   know, what we're looking for, and then they submit it

17   to me, and then I go through it and make any changes or

18   corrections that I need to.

19       Q     **Is there any reason why the incumbent was not**

20   **directed to seek interpretations and guidance from you**

21   **as her supervisor when there were budgetary issues?**

22       A     You're going to have to re-say that again.

Page 25

1   What was that?

2       Q    The provision states that "The incumbent is

3   required to seek interpretation and guidance from FMD

4   on budgetary issues."

5            Is there any reason why she was not directed

6   to seek budgetary guidance and interpretation from you?

7       A    I believe that any employee normally goes to

8   their manager, but if you're looking for -- if I

9   weren't there or she needed guidance, I would

10  definitely tell her to go to FMD, and even when I am

11  there, the interpretation and guidance on budgetary

12  issues, we're constantly in contact with FMD.  They are

13  the experts.  We're not.

14      Q    Did you indicate that in the absence of your

15  supervisor, you are to go to FMD?

16      A    Did I put that in there?

17      Q    Yes.

18      A    No.

19      Q    You indicated she's expected to come to you if

20  she has a budgetary issue?

21      A    Well, she normally does.  She normally does.

22  She comes to me.

Page 26

1    Q    When you say "she," you're referring to Lesa

2  Wood?

3    A    Lesa; yes.

4    Q    Would you expect Ms. Hawkins during the time

5  period that she was working for you to come to you

6  every time she had a budgetary issue or to go to FMD?

7    A    If she had any questions in regard to budget,

8  yes, I would want to know about it, being I was her

9  supervisor; sure.

10    Q    We're not talking about questions.  With

11  regard to any issues, budgetary issues, she is to go to

12  FMD.  Even if she had no questions about it, according

13  to this, she is supposed to go to FMD?

14    A    I would say yes.

15    Q    According to that provision; right?

16    A    If she had certain issues that she knew that

17  she could get, especially in Brigitte's position

18  because she had been there for a long time.  Lesa just

19  started, so I would expect her to come to me and then I

20  would guide her to go to FMD.

21    Q    You are referring to Lesa; correct?

22    A    That's the only one I've ever really worked

1    with.

2        Q    You worked with Brigitte for about three or

3    four months; is that correct?

4        A    That's correct.

5        Q    Is it your testimony you wouldn't expect

6    Brigitte to come to you with budgetary issues?

7        A    Depending on what it is.  Depending on what it

8    is.  If she's looking for language or something like

9    that or trying to understand something in her own head,

10   I guess, you know, I would want to know about it, and I

11   told Brigitte this, that she should keep me informed of

12   what's going on.

13       Q    But if she had no problems with the issue that

14   had surfaced, was she authorized to solve the matter

15   herself, without going to FMD?

16       A    If she felt she could do it, you know; sure.

17       Q    Did Ms. Hawkins provide you with any guidance

18   with respect to generating reports or working on the

19   budget?

20       A    She showed me a couple of reports, how to

21   print them out; yes.

22       Q    What about -- did she provide you with any

1    kind of budgetary guidance while she was there?

2            MS. GRAHAM-OLIVER:  Objection; broad.  What do

3    you mean by "budgetary guidance?"

4            BY MR. WAGNER:

5        Q    Did you consult her about how to do anything?

6        A    I asked her how to print out a couple of

7    reports; yes.

8        Q    Was that the extent or limit of your requests

9    of her regarding guidance, how to print out certain

10   reports?

11       A    Yes.

12       Q    Did you ask her how to go about performing

13   your budgetary duties, such as putting together the

14   budget justification for the next fiscal year?

15       A    No.

16       Q    It was just relative to printing out reports

17   and stuff?

18       A    I asked her how to print out two reports

19   before she left; yes.

20       Q    That was the extent of it?

21       A    That's correct.

22       Q    With regard to other budgetary

1    responsibilities, Brigitte pretty much worked on her

2    own during the time that she was there with you?

3         A    Uh-huh.

4         Q    You had no input or really contact with her

5    regarding her budgetary work?

6         A    No.

7         Q    Did Ms. Hawkins produce any reports for you

8    while you were there?

9         A    Yes.

10        Q    I'm not just talking about stuff she printed

11   out.

12        A    No, I know what you're talking about; yes, she

13   did.

14        Q    What reports did she produce for you?

15        A    The only report that I've ever asked Brigitte

16   asked to do, she came into a meeting, a budget meeting

17   with Diane and I, and she was trying to show us what

18   was left.  We have to start seeing how much money is

19   left in these particular contracts to see if we can

20   de-obligate some of the funds sitting there or move

21   some of the monies into another area to cover.

22             Brigitte could not figure it out.  What I did

1    was I sat with Brigitte and I said let's work on this

2    project together.  I said what I would do is I would

3    get last year's budget and then have a column showing

4    what last year's budget is for each particular

5    contract.

6            Next column over, show how much money we have

7    allocated for those particular contracts.  See if there

8    is a huge difference in those.  The ones that

9    were -- we can pretty much tell if there's $10,000 more

10   than last year.

11           We can contact them and see if we are really

12   going to use that kind of funds, but we needed it in a

13   spreadsheet in order to make heads or tails out of what

14   we were looking at.

15           What she came in with, we couldn't tell if we

16   had any extra monies in any of the areas.  I helped her

17   with that.  I showed her how to do it.

18       **Q    In Interrogatory number four, you indicate**

19   **that --**

20               **MS. GRAHAM-OLIVER:  What exhibit number?**

21               MR. WAGNER:  Exhibit No. 2.

22               BY MR. WAGNER:

Page 31

1       Q       You indicate that you oversee the preparation

2    of budget justifications as needed.

3               MR. WAGNER:  Can we go off the record a

4    second?

5               (A brief recess was taken.)

6               MR. WAGNER:  Back on the record.

7               BY MR. WAGNER:

8       Q       Do you oversee the preparation of the budget

9    justifications?

10      A       Yes.

11      Q       Since you oversee it, who prepares the budget

12   justifications?

13      A       Well, Lesa is learning how to do that.

14      Q       Before Lesa, Brigitte did it?

15      A       Yes.  She put it together.  I don't know.

16   Diane probably had input, but I don't know.

17      Q       The basic budget justifications come from Lesa

18   now; right?

19      A       Yes. I'm teaching her how to do all that now;

20   yes.

21      Q       Where did you learn how to do it?

22      A       Just kind of like --

1    Q    You just learned?

2    A    Yeah.  I mean, it's not rocket science.

3    Q    Before you started doing it, Brigitte did it;

4    right?

5         MS. GRAHAM-OLIVER:  Objection.

6         BY MR. WAGNER:

7    Q    That work is generated at your level or below?

8    Is that pretty much the case?

9         MS. GRAHAM-OLIVER:  What, the justification?

10        BY MR. WAGNER:

11   Q    The justification.

12   A    I don't know how they determined the

13   justifications for these because justifications are

14   normally done at the beginning of the fiscal year.

15   That's something that I work with Lesa on to get these

16   things rolling.

17        I don't know who did it prior to that.  I have

18   to assume that it was Brigitte and Diane.

19   Q    With Diane overseeing what Brigitte did

20   basically?

21   A    I suppose.

22   Q    Now, you oversee it and you present it to

Page 33

1  **Diane?**

2      A    Yes.  Well, I do it all.  I mean, Diane, when

3  she wants to see it, I provide it to her, but normally,

4  she doesn't see it.

5      **Q    When the budget justification is completed by**

6  **you, it's sent to Diane; right?**

7      A    No.  It's normally just sent straight to

8  Acquisitions.

9      **Q    You participate in preparing budget**

10  **justifications?**

11      A    Yes.

12      **Q    Lesa does the basic grunt work, if I can use**

13  **that phrase, you make sure that she does it right?**

14      A    That's correct.

15      **Q    After you finish the budget justification, it**

16  **goes to Acquisitions?**

17      A    The budget justification for the next fiscal

18  year will go to Diane, all put together.  Then she

19  looks it over, approves it, and then it goes to the OM

20  Office.

21      **Q    After you have completed the budget**

22  **justification, it pretty much goes out as you have**

1    completed it; right?

2        A    Normally, yes, unless I've missed something,

3    but normally, yes.

4        Q    **Your fingerprints are the final ones on the**

5    **document before Diane sees it?**

6        A    Yes.

7        Q    **Usually, when it is forwarded onto management,**

8    **it is your product unchanged generally that goes up?**

9        A    That's correct.

10       Q    **The work that you and Lesa Brown do --**

11       A    Lesa Wood.

12       Q    **I'm sorry.  Lesa Wood.  The work that you do**

13   **previously was done by Ms. Hawkins?  Would that be a**

14   **fair statement?**

15           **MS. GRAHAM-OLIVER:  Objection.  The work that**

16   **who does, Lesa Wood?**

17           MR. WAGNER:  Ms. Gunther and Ms. Brown (sic)

18   do --

19           MS. GRAHAM-OLIVER:  Ms. Brown?

20           BY MR. WAGNER:

21       Q    **Was previously done by Ms. Hawkins; is that**

22   **correct?**

Page 35

1              MS. GRAHAM-OLIVER:  Who is Ms. Brown?  Did you

2      say Ms. Gunther and Ms. Brown?

3              MR. WAGNER:  Ms. Wood.

4              THE WITNESS:  Ms. Wood -- to my knowledge, Ms.

5      Wood is doing the work that Brigitte did.

6              BY MR. WAGNER:

7          Q     Your position didn't exist at that time?

8          A     It didn't exist; no.

9          Q     When you took over your current position, the

10     budget justifications didn't have to be done at that

11     point?

12         A     No, they were already in place.  I didn't take

13     over until after the fiscal year started.

14         Q     The budget justifications for your new

15     PD -- no, let me back up.

16              Let me ask you this.  Are you an expert in

17     budgetary matters?

18         A     I wouldn't say I was an expert; no.

19         Q     Would you characterize yourself as being very

20     knowledgeable about budgetary matters?

21         A     I feel like I'm very knowledgeable in it with

22     H.R. stuff at this point, but it's from a lot of on

Page 36

1    hands' work.  It's a lot of research, discussing things

2    with the Finance folks.  I know them personally.  I'm

3    there.

4           Any questions that I have -- I did all the

5    grunt work at the beginning to get to where I am today.

6      **Q    Would it be fair to say that at this point in**

7    **your career in your tenure with ATF, you feel confident**

8    **to do your job?**

9      A    Yes.

10     **Q    At the time you assumed your duties, did you**

11   **have the same confidence?**

12     A    No; no.

13          MR. WAGNER:  That's it.

14          MS. RANDOLPH:  Can I step out with her for a

15   quick second?

16          MR. WAGNER:  Yes.

17          (A brief recess was taken.)

18          MS. GRAHAM-OLIVER:  Back on the record.

19             EXAMINATION BY COUNSEL FOR DEFENDANT

20          BY MS. GRAHAM-OLIVER:

21     **Q    Ms. Gunther, you have been asked a lot of**

22   **questions about budget justifications.  What is your**

1    **definition of what a "budget justification" is?**

2        A    Yeah, but I don't like that term either, and

3    I'm glad that you brought that up.  Basically, it is

4    putting all the contracts together and determining the

5    amount of what the contract is going to be for the next

6    fiscal year.

7            That's what was getting me confused when I

8    said something about taking it to Acquisitions.  Any

9    time we have a new contract, we have to put in a

10   justification as to why we are going with a new

11   contract, and that would go down to  Acquisitions.

12           But normally, what I think he was talking

13   about, is the 2008 or 2009 budget or 2007 budget and

14   what it is going to look like the following year.

15           We have to submit that so we can get funding

16   from FMD to cover all those contracts.

17       **Q    You are saying "contracts."  What contracts**

18   **are you talking about?  You said putting "contracts"**

19   **together.**

20       A    We have a slew of contracts.  I think

21   approximately 35 contracts every year that we have to

22   maintain.  A lot of them are with our health services.

1    ATF has all these field offices and we have to provide

2    a nurse for each one of these offices.

3           We also have to provide fitness centers or

4    fitness -- some type of availability for these folks to

5    work out, so that could be Gold's Gym or it could be

6    Department of the Army, depending on what it is and

7    what is closest to them.

8           We just set up a contract in West Virginia,

9    for instance.  We have a new office in Martinsburg.  We

10   needed health services.  They didn't have any.  We did

11   a contract on that, and we are going through Federal

12   Occupational Health.

13       **Q     You know initially what these contracts -- the**

14   **extent of these contracts, in terms of the money?**

15       A     Yes, I do.

16       **Q     You're going from the previous year, what that**

17   **contract called for, the amount of money that contract**

18   **called for?**

19       A     That's exactly right.

20       **Q     You determine how much the next year would**

21   **call for?**

22       A     Yes.

1    Q    I think your testimony is that sometimes you

2    put three percent if you're not sure?

3    A    Some of them.  Some of them, it's hard to tell

4    because those are little contracts.  Our big contracts

5    are the flexible spending accounts.  That is based on

6    how many people want to join in ATF.

7    I mean we could start out with 5,000 people at

8    ATF, 2,000 people sign up or 1,000 back out, so that

9    fluctuates, that amount fluctuates.

10    We get charged administrative fees for our

11    National Finance Center, those folks that put our pay

12    stub into the system so you can look at that.  We get

13    charged an administrative fee for everybody at ATF.

14    As you know, each agency gets people in.

15    People quit.  That's a fluctuation as well.

16    It's hard to put a number towards that.  How I

17    figure out those is I go by what it was last year,

18    determine if there are about the same amount of people,

19    and usually, things usually increase between two and

20    three percent.  I always go with the three percent just

21    to try to get enough money in there so it will cover

22    the contracts.

1      Q    How did you come up with that?  Was that

2  something that was passed on to you by someone?

3      A    Actually, it was.  I talked to a person at

4  DOJ.  Can't think of her name.  Valerie Green.  Valerie

5  Green handles some of those big contracts.  DOJ

6  normally can't tell us right off when we need to know

7  how much this contract is going to cost right when we

8  need it.

9           She says that the best thing to do is to just

10  increase it three percent to get the monies, and then

11  if we have to revise the contract or amend the

12  contract, we will do that later.

13           So, that's where I come up with the three

14  percent.  Actually, she's the one that suggested that

15  because I didn't know.

16      Q    You said that was one part of what you

17  considered to be budget justifications and then there

18  was another one where you talk about sending to

19  Acquisitions.

20      A    Yes.

21      Q    I'm not sure what that is.  Can you explain

22  that?

1          A     Yes, I can.  In fact, I did this yesterday.

2     We have a new contract that we are putting together

3     from Bureau of Public Debt.  They have a component, if

4     you will, Administrative -- ARC, I think it's called,

5     Administrative Resource Center.

6          What this center does is when H.R. is short

7     handed -- we interviewed some companies to help us get

8     some staffing assistance in our place for a year, to

9     help us out, so what I did was I called around, for one

10    thing.

11         I called Treasury.  I called DOJ.  I called a

12    lot of people, got three companies, if you will, or

13    agencies, that do this type of thing, to help with

14    staffing, putting it out there for us and doing that

15    from start to finish.

16         Got all the data.  Reviewed it.  I put

17    together a spreadsheet for Diane saying, you know, this

18    company, Bureau of Public Debt, will do these types of

19    services for this much money.

20         NFC was another one.  NFC can do this service

21    and this is what they provide and this is how much

22    that's going to cost.  Then there was an outside

Page 42

1    contractor that could do that.

2           I put it altogether so she wouldn't have to go

3    through all the piles of paper that I had to go

4    through, so she could just take one glance and see the

5    services provided and the costs, to see which one she

6    wanted to go with.

7           With that, she determined that the Bureau of

8    Public Debt was the best one, they use the same systems

9    that we did and so forth.

10          With that said, I had to put a justification

11   together in order to get it to Melanie, our AD, to sign

12   off on it and say yes, okay, we'll give you the

13   $450,000 or whatever it was, monies for it.

14      **Q      That justification, was that a narrative?**

15      A    It's not really a justification.  It's putting

16   together the numbers to justify why we need that.  They

17   already know we are short handed.

18      **Q      It's just putting together the numbers?**

19      A    The numbers, yeah, and showing what services

20   they provide.  I don't like the word "justification."

21   I'm not sure where that came from.  I hope I didn't

22   bring it up.

1      Q    How would you describe it?  You said you don't

2  like the word "justification."

3      A    I don't like "justifications," because

4  justifications means you're putting together a

5  narrative and trying to justify why you're going with

6  that.

7           It is and it isn't.  They already know that we

8  are short handed in H.R.  "They" being the AD staff.

9  We put together -- I put together the numbers and all

10  the services that each one of them would provide for

11  whatever monies they were charging and submitted that.

12      Q    "To them" being Acquisitions?

13      A    AD or to Diane to Acquisitions.

14      Q    I take it that this type of thing that we have

15  been describing is not the only budgetary duty that you

16  have?

17      A    It consists of a lot of stuff; a lot.

18      Q    You talk about overseeing financial documents

19  such as invoices, IPAKs, contracts, making sure they

20  are initiated and paid in a timely fashion.

21      A    That's correct.

22      Q    That is also a part of what you do in terms of

1    the budget?

2        A    Absolutely.

3        Q    **When Brigitte left, is that what you took on?**

4        A    All of it.  All of it; yes.

5        Q    **When you say "all of it," what do you mean?**

6        A    All of it.  Like I said, when Brigitte was

7    there, I didn't do any input into FRED; none.  She did

8    all the invoices.  Basically, I was there to ensure

9    that these things were paid on time.  When I got there,

10   I had people from FMD saying, you know, calling me up

11   and saying you're Brigitte's supervisor, we have these

12   outstanding invoices that we are getting calls on, then

13   that's when I would go and try to hunt these things

14   down and try to get it straightened out, you know,

15   bring it back to her attention, you know.

16       Q    **In terms of what we have been describing as a**

17   **part of the budget "justifications," and I know you**

18   **don't like that word, did you have any input from**

19   **Brigitte as far as any budget justifications while she**

20   **was there in the two months or three months that you**

21   **became her supervisor?**

22       A    I honestly do not remember that.  I don't.

Page 45

1              MS. GRAHAM-OLIVER:   I have no further

2     questions.

3              FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

4              BY MR. WAGNER:

5         Q    Ms. Gunther, you described quite a large list

6     of things that you do.

7         A    Oh, and I haven't even begun.

8         Q    Who did all this work before you assumed those

9     duties?

10        A    All I know is that Brigitte did all the input.

11    If you're talking about putting spreadsheets together

12    and figuring out what the budget is going to be and

13    justifying different contracts, I honestly can't say

14    because I wasn't involved in it then.

15             I don't want to assume anything here.

16        Q    But somebody did it; right?

17        A    Somebody would have had to have done it.

18        Q    You described quite a bit of stuff that you do

19    now, as I've indicated.  When Brigitte left, that

20    required you to assume a lot of duties?

21        A    That's correct.

22        Q    Far more than you had been accustomed to doing

1    **before; is that correct?**

2         A     In regard to budget?

3         **Q     Yes.**

4         A     Oh, yeah; yeah.

5              MR. WAGNER:  I don't have anything else.  Do

6    you have any?

7              MS. GRAHAM-OLIVER:  No.

8              THE REPORTER:  Read?

9              MS. GRAHAM-OLIVER:  Yes.

10             (Whereupon, at 2:54 p.m.; the deposition of

11   DEBBIE GUNTHER was concluded.)

12

13                        *  *  *  *  *

14

15             I have read the foregoing pages, which are a

16   correct transcript of the answers given by me to the

17   questions therein recorded.

18

19             Deponent_____

20             Date  _____

21

22

CERTIFICATE OF NOTARY PUBLIC

I, KENYAN C. HOPCHAS, a certified verbatim court reporter and a notary public in and for the District of Columbia, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me by Stenomask and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness to the best of my knowledge and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto; nor financially or otherwise interested in the outcome of the action.

KENYAN C. HOPCHAS, CVR, CLVS
Notary Public in and for the
District of Columbia

My commission expires:  December 31, 2010



June 12, 2006


MEMORANDUM TO: Brigitte R. Hawkins
                Management Support Specialist

        FROM: Chief, Human Resources Support Staff

        SUBJECT: Closeout Performance Feedback


This memorandum constitutes my assessment of your performance since December 11, 2005, until May 13, 2006. In arriving at my assessment of your performance as outlined in this memorandum, I have based my determination on my experience with and my observations of your performance during this portion of your rating period as well as feedback received from other OM divisions you serviced.

*Internal Control Assessment Review*

Your leadership and motivation in conducting the Internal Control Assessment Review is to be commended. Your attention to detail and thoroughness in assessing the items identified on the Internal Control Certification Tool resulted in a reliable product.

*100% Property Inventory*

You were asked to provide me with an updated property inventory report on three different occasions following a closeout report by the Chief, Human Resources Division. In her report, she requested an updated property inventory report to her no later than January 16, 2006. After discussing this issue with you and talking to the folks in Property, I learned that you did not have complete access to the property listings in Sunflower for the branches within the Division. You never mentioned this to Diane Filler or me when the inventory report was being requested. It was not until a 100% property inventory was required by us to the Assistant Director for Management that this information was discovered.

The 100% Property Inventory was provided to the AD (Management) on time due your participation on the inventory.

## Budget Support

In having a very limited knowledge of the budget process and the FReD system, I depended on you expertise in providing the Chief, Human Resources Division an accurate account of the HR budget. You were asked to provide us with 2005 and 2006 (to date) budget data in order to accurately assess our funds for the remainder of FY2006. You provided us a spreadsheet that supposedly contained all contracts received and/or anticipated for the rest of the fiscal year. Based on your budget analysis, we turned back $300,000 to OM to address the salary shortfall. On May 16, 2006, I received a Reimbursable Agreement for administrative fees associated with the Flexible Spending Account Program for $73,000 from the Department of Justice. This agreement was not listed on your spreadsheet and exceeded the amount of funds available in our BOC account. We had to request monies back from budget in order to satisfy the agreement. I also received a telephone call from Valerie Green on May 25th inquiring about the FSA agreement. She told me that sent you the notification of the agreement back in March with no response from you.

I have received notices from budget in regard to you not entering receivers into the financial system in a timely manner. I did speak to you about this and your response was that it was the result of the contractors not doing their part in providing the invoices to you in a timely manner. You were cited with this issue during your tenure under Diane at which time she asked you to set up a meeting with all responsible parties. In her closeout report to you, she again asked that you set up this meeting by January 16, 2006. I sent you a reminder e-mail on January 12, 2006. To date, this meeting was never scheduled.

## Administrative Documents

You were asked to provide administrative processing procedures for the division to Diane by January 31, 2006. I reminded you of this on numerous occasions and twice on your last day; however, I never received these documents.

## Summary

You excel in your duties when working as a team member. You are eager to share your ideas and knowledge with me as well as the other employees on our staff. You also performed your daily customer service responsibilities in a professional and courteous manner. The only challenge that I see is your resistance to ask for assistance when needed. The above comments are not to discourage you but to encourage you to seek assistance and not try to take on more than you can handle.

(Original Signed)

Debbie L. Gunther

**EXHIBIT**
8
1-17-08

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | **1. Agency Position No.** 06-058 | |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location· Washington, DC | 5. Duty Station Washington, DC | 6. OPM Certification No. |
|---|---|---|---|---|

☑ Redescription ☐ New
☐ Reestablishment ☐ Other
☐ Service: ☑ Hdqtrs ☐ Field

Explanation *(Show any positions replaced)*

Replaces 01-047 due to reorganization

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☑ Exempt ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interest | ☐ Yes ☑ No |

| 10. Position Status | 11. Position Is | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☑ Competitive | ☐ Supervisory | ☐ 1—Non-Sensitive ☐ 3—Critical | |
| ☐ Excepted *(Specify in Remarks)* | ☐ Managerial | ☑ 2—Noncritical Sensitive ☐ 4—Special Sensitive | **14. Agency Use** 8888 |
| ☐ SES (Gen.) ☐ SES (CR) | ☑ Neither | | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | Management Support Specialist | GS | 301 | 11 | kag | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

**16. Organizational Title of Position** *(if different from official title)*
Management Support Specialist

**17. Name of Employee** *(if vacant, specify)*
Vacant

**18. Department, Agency, or Establishment**
Department of Justice

**a. First Subdivision**
Alcohol, Tobacco, Firearms & Explosives

**b. Second Subdivision**
Office of Management

**c. Third Subdivision**
Human Resources Division

**d. Fourth Subdivision**
HR Support Staff

**e. Fifth Subdivision**

Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

**20. Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that*

this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor**
Debbie Gunther
Chief, HR Support Staff
Signature *Debbie J. Gunther*    Date 1/25/06

**b. Typed Name and Title of Higher-Level Supervisor or Manager** *(optional)*
Diane E. Filler
Human Resources Officer
Signature *Diane Filler*    Date 1/27/06

**21. Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action
Kathryn Greene
HR Specialist
Signature *Kathryn Greene*    Date 2/1/06

**22. Position Classification Standards Used in Classifying/Grading Position**
Misc Admin & Prgrm Analysis Series, GS-301, 1/79, Admin Analysis, 8/90 August 1990.

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**
quires secret clearance. FPL: GS-11

5. Description of Major Duties and Responsibilities *(See Attached)*

NSN 7540-00-634-4265    Previous Edition Usable    5008-106    OF-8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

PD#: 06-058

Management Support Specialist, GS-301-11
Office of Management
Human Resources Division
Human Resources Support Staff

## INTRODUCTION

The incumbent serves as a Management Support Specialist in the Human Resources Division (HR), HR Support Staff; responsible for providing management assistance and expertise in a wide range of administrative, personnel and budgetary support functions. The Human Resources Division is responsible for planning and implementing a nationwide recruitment and retention program that attracts, develops, and maintains a highly qualified and motivated workforce within the Bureau of Alcohol, Tobacco and Firearms and Explosives. The Human Resources Division provides responsive and timely services in the areas of recruitment and placement through merit promotion and delegated case examination, position management and pay administration, employee and labor relations, employee performance evaluations, disciplinary actions, incentive awards, employee services and benefits

## DUTIES AND RESPONSIBILITIES

Analyzes financial and budget control documents in order to keep track of the spending in various programs managed by the Division. Continually compares obligations to allocations while taking into consideration the impact of the Human Resources Division's limitations.

Accesses FRED financial system in order to generate and prepare reports and monitor all financial actions. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds as necessary. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies.

Coordinates, compiles and summarizes fiscal resource data. Monitors and tracks expenditures and assures that expenditures are within programmed limits throughout execution phases. Maintains a monthly summary of the financial status of the Division.

Analyzes requests for reallocation of funds, taking into consideration the needs and program requirements/changes of the various Branches.

Analyzes and evaluates the Division's administrative procedures and controls. Participates in the development of operating procedures for the Division.

Prepares staffing FTE reports. Monitors travel, credit card purchases, overtime/comp time, spot awards, year-end reports, supplies, and prior year history reports.

Reconciles statements for credit cards and travel vouchers.

Oversees the coordination, management and control of space and office moves, property inventory for office furniture and equipment, ADP equipment and communications equipment such as cellular telephones, pagers, and office supplies. Serves as property custodian and as such accesses and updates the Sunflower System.

Serves as Training Coordinator for the Division which includes scheduling, ensuring that funds are available and approving training requests. Also serves as liaison with the Training and Professional Development Office on all training issues.

Serves as the Contracting Officer Representative (COTR) for the Division; maintains contractors' files.

Represents the Human Resources Division at briefings and meetings with budget officials in the Bureau.

Performs other duties as assigned.

## I. Knowledge Required by the Position

Knowledge of the mission, programs, policies, procedures and objectives of the Division. Broad knowledge of the laws and regulations governing the programs of the Division and the Directorate in order to coordinate various projects and studies.

Extensive knowledge of FRED Financial System in order to monitor financial actions and generate reports.

Knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to process various administrative actions obligating budgetary resources. Knowledge of the Sunflower System used to track property from acquisition to disposal.

Knowledge of Bureau directives pertaining to financial matters.

Knowledge of budgetary and financial management principles and techniques in order to provide fiscal planning advice and guidance as it relates to the various programs.

Ability to assemble and analyze data, draw conclusions and make recommendations on all phases of the budget process.

Skill in oral and written communications in order to present findings and recommendations, represent the Division in meetings and write clear and concise reports, briefing papers and other documents.

## II. Supervisory Controls

Works under the general supervision of the Human Resources (HR) Support Staff Chief who make assignments in terms of the purpose and objectives of the work to be accomplished. The employee works independently and refers only problems of unusual difficulty for supervisory discussion and/or advice.

Completed assignments are reviewed for adherence to Departmental and Bureau principles and policies for soundness of conclusions.

## III. Guidelines

Established guidelines include Department of Justice and ATF regulations, policies, procedures, and directives regarding the budget processes and methods; and generally accepted theories, principles and practices of management. These guides apply directly to most aspects of problems encountered, but some issues may involve unique facts or aspects for which no clear-cut precedent is appropriate or guidelines are so broad that various interpretations are possible. Incumbent is required to seek interpretation and guidance from FMD on budgetary issues.

## IV. Complexity

The majority of the work involves the performance of administrative and budgetary management duties that impact the effectiveness and efficiency of programs from a budgetary or fiscal resource-planning standpoint. The incumbent is required to consider budgetary constraints/limitations and resource needs as well as program-budgetary interrelationships. The incumbent analyzes fiscal needs, anticipates potential problems and develops fiscally sound recommendations.

## V. Scope and Effect

The primary purpose of the work is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resource planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Human Resources Division.

## VI. Personal Contacts

Regular contacts include employees and management officials throughout the Division and Directorate; administrative personnel in other government agencies; non-government vendors and contractors.

## VII. Purpose of Contacts

Contacts are maintained to exchange information, provide advice, assistance and recommendations regarding budgetary and fiscal planning issues and concerns, resolve problems, participate in meetings and present recommendations and findings to management.

## VIII. Physical Demands

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

## IX. Work Environment

The work is performed primarily in an office setting.

## CLASSIFICATION EVALUATION STATEMENT

**Incumbent:**            Brigitte Hawkins

**Current Classification:**    Management Analyst, GS-343-11

**Classification Determination:**    **Management Support Specialist, GS-301-11**

**Location:**        Department of Justice
                Bureau of Alcohol Tobacco Firearms and Explosives
                Office of Management
                Personnel Division
                Office of the Chief

## Standards Referenced:

Position Classification Standard for Miscellaneous Administration and Program Series, GS-301, dated Jan, 1979; Job Family Position Classification Standard for Professional and Administrative Work in the Accounting and Budget Group, GS-500, dtd 12/00; and the Administrative Analysis Grade Evaluation Guide, dtd. 8/90.

## Background:

The incumbent works in the Personnel Division in the Office of the Director. This position was reviewed as a result of a request for desk audit.

## Series and Title Determination:

The incumbent is responsible for providing management assistance and expertise in a wide-range of administrative, personnel and budgetary support functions that impact the efficient and effective operation of the Personnel Division. The incumbent performs analytical and evaluative duties related to budget formulation, execution, and reconciliation. Continually reviews obligations and expenditures in order to make recommendations for reprogramming funds. Identifies areas of potential concern relative to fiscal resources; analyzes and evaluates such areas and provides solutions or alternatives to resolve conflicts or discrepancies. This position requires knowledge of the mission, programs, policies, procedures and objectives of the Division as well as knowledge of administrative procedures and requirements, including personnel, procurement, COTR, property and travel regulations in order to accomplish various administrative tasks and obligate budget resources.

The work assignments and knowledge requirements as described above are most representative of those described in the Miscellaneous Administration and Program Series, GS-301. The standard does not provide grade level criteria, therefore, the Administrative Analysis Grade-Evaluation Guide which has grade level criteria for administrative, analytical, planning and evaluative work will be used. The Guide is intended primarily for use in evaluating two-grade interval positions in the General Administrative Clerical, and Office Series Group, GS-300. The guide being used to

evaluate this position is written in Factor Evaluation System (FES) format, with nine factors applied.

## Factor 1. Knowledge Required by the Position                1-7 1250 pts

**Subject position requires extensive knowledge of FRED financial management system; knowledge of the Bureau administrative procedures and requirements, including personnel, procurement, property and travel regulations; knowledge of Bureau directives pertaining to financial matters; and knowledge of budgetary and financial management principles and techniques.**

Subject position meets level 1-7 which requires knowledge and skill in applying analytical and evaluative methods and techniques to issues concerning the efficiency and effectiveness of program operations carried out by administrative or professional personnel, or substantive administrative support functions i.e. internal activities of functions such as supply, budget, procurement, or personnel which serve to facilitate line or program operations). This level includes knowledge of pertinent laws, regulations, policies and precedents which affect the use of program and related support resources (people, money, or equipment) in the area studied.

**The incumbent's position exceeds level 1-6 because that level does not address knowledge of the pertinent regulations, policies and precedents with respect to support resources and budget.**

## Factor 2. Supervisory Controls                2-4 450 pts

**Subject position works under general supervision; accomplishes assignments independently and refers only problems of unusual difficulty to supervisor for discussion or advice.**

Subject position meets level 2-4 which states that the employee and supervisor develop a mutually acceptable project plan which typically includes identification of the work to be done, the scope of the project, and deadlines for its completion. Employee is responsible for planning and organizing work, estimating costs, coordinating with staff and line management personnel, and conducting all phases of the project. Employee informs the supervisor of potentially controversial finds, issues, or problems with widespread impact. Completed work is reviewed for compatibility with organizational goals, guidelines, and effectiveness in achieving intended objectives.

**Subject position exceeds level 2-3 because the incumbent accomplishes assignments independently and does not receive assistance on controversial issues but keeps supervisor informed of controversial findings or problems which are discussed.**

**Factor 5. Scope and Effect**                                    5-4  225 pts.

**The purpose of the work of subject position is to coordinate and conduct analyses of the fiscal needs of the various Branches and to monitor funds and analyze the financial status of various accounts. Recommendations form the basis for management decisions regarding the fiscal resources planning and policy for the Division. The work has considerable impact on the plans, goals, and effectiveness of the initiatives and programs of the Personnel Division.**

Subject position meets level 5-4 which states the purpose of the work is to assess the productivity, effectiveness, and efficiency of program operations or to analyze and resolve problems in the staffing, effectiveness and efficiency of administrative support and staff activities. Work at this level may also include developing related administrative regulations, such as those governing the allocation and distribution of personnel, supplies, equipment, and other resources, or promulgating program guidance for application across organizational lines or in varied geographic locations. Work contributes to the improvement of productivity, effectiveness, and efficiency in program operations and/or administrative support activities at different echelons and/or geographical locations within the organization.

**Subject position exceeds level 5-3 because that level deals with identifying, analyzing, and making recommendations to resolve conventional problems and situations in work-flow, work distribution, staffing, performance appraisal, organizational structure, and /or administration.**

**Factor 6, Personal Contacts and Factor 7, Purpose of Contacts**   6-3 & 7c  180 pts.

Persons contacted #3 states contacts include persons outside the agency which may include consultants, contractors, or business executives in a moderately unstructured setting. This level may also include contacts with the head of the employing agency or program officials several managerial levels removed from the employee when such contacts occur on an ad-hoc basis.

Purpose of contacts are to influence managers or other officials to accept and implement findings and recommendations on organizational improvement or program effectiveness.

**Factor 8, Physical Demands**                          8-1      5pts.

The work is mostly sedentary, although some slight physical effort may be required to carry papers, files, books and similar materials. No special physical abilities are needed to perform the work.

**Factor 9,  Work Environment**                        9-1      5pts.

The work is performed primarily in an office setting.

                                         **Total points   2615**