UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIGITTE HAWKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 07-0010 (CKK) |
| | ) |
| **MICHAEL B. MUKASEY,** | ) |
| **ATTORNEY GENERAL DEPT. OF** | ) |
| **JUSTICE,** | ) |
| | ) |
| **Defendant** | ) |

## ERRATA

The Defendant submits the following errata to Defendant's Opposition and Reply filed on June 20, 2008:

(1) Page 1, footnote 1 should be deleted.

(2) Page 7, existing Exhibit C, the current PD for Brigitte Hawkins, should be re-designated as Exhibit C-1.

(3) Page 8, Exhibit 9 should be changed from Exhibit 9, - to - Gunther December 18, 2007, deposition, pp. 1-26.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334